| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

**HOUSTON DIVISION**

David Bailey, et al.
    *Plaintiff,*

v.                                                        **Civil No. 4:14–cv–01698**

Brad Livingston, et al.
    *Defendant.*

# NOTICE OF SETTING

**PLEASE TAKE NOTICE**

HEARING: **Scheduling Conference**

DATE:    8/15/2014

TIME:    02:00 PM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3–A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**

By Deputy Rishona Smith                                                      Date: August 11, 2014