UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, DEAN ANTHONY MOJICA, RAY WILSON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, § § § § § § Plaintiffs, § § § v. § § § BRAD LIVINGSTON, in his official capacity, ROBERT HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, § § § § § § Defendants. § | | CIVIL ACTION NO. 4:14-cv-1698 |

**JOINT MOTION TO EXTEND TIME TO DESIGNATE EXPERT WITNESSES**

Plaintiffs' deadline to designate expert witnesses and disclose expert reports is today, August 3, 2015. Defendants' deadline to designate expert witnesses and disclose expert reports is September 4, 2015. The parties respectfully request the deadline to designate expert witnesses and disclose expert testimony be extended by four days for each side to Friday, August 7, 2015 for the Plaintiffs and to September 10, 2015 for Defendants. Two of Plaintiffs' experts were travelling on unrelated matters, and were unable to assist in finalizing their reports until today.

Defendants are unopposed to this request.

The trial date is not until February 2016. This short, four-day extension is unlikely to result in any further delay. The motion is made for the purposes stated, and not for delay.

Therefore, the parties request that their expert designations and reports not be due until August 7, 2015, and Defendants' expert designations and reports not be due until September 10, 2015.

                Respectfully submitted,

EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel.     512-623-7727
Fax.    512-623-7729

By:     /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Lead Counsel
SCOTT MEDLOCK
State Bar No. 24044783

MICHAEL SINGLEY
THE SINGLEY LAW FIRM, PLLC
Texas Bar No. 00794642
4131 Spicewood Springs Rd.
Austin, Texas 78759
(512) 334-4302
(512) 727-3365 fax

Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Dr.
Austin, TX 78741
(512) 474-5073 [phone]
512 474-0726 [fax]

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I talked on the phone with counsel for Defendants, counsel indicated Defendants are unopposed to this motion. Defendants' counsel approved this motion as to form and substance.

/s/ Scott Medlock
Scott Medlock

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case File System of the Southern District of Texas.

/s/ Jeff Edwards
JEFF EDWARDS