UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID BAILEY, MARVIN RAY YATES, KEITH COLE, and NICHOLAS DIAZ individually and on behalf of those similarly situated,<br>Plaintiffs,<br><br>v.<br><br>BRAD LIVINGSTON, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br>Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>4:14-cv-1698 |

## ATTACHMENT SUPPLEMENTING ADDRESSES OF TREATING MEDICAL PERSONNEL IN DEFENDANTS AMENDED AND SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES

**Plaintiff Cole's Treating Medical Personnel**

Howard, Cresia L.V.N.
Pack Unit
2400 Wallace Pack Road
Navasota, TX 77868

Sterner, Valerie, PA-C
(Providing last known address by letter to Plaintiffs' counsel)

Johnson, Barbara C. L.V.N.
Pack Unit
2400 Wallace Pack Road
Navasota, TX 77868

**Plaintiff Yates's Treating Medical Personnel**

Anderson, Marianne R.N.
(Providing last known address by letter to Plaintiffs' counsel)

1

Muldowney, Patrick J. PA-C
Stringfellow Unit
1200 FM 655
Rosharon, TX 77583

**Plaintiff Brannum's Treating Medical Personnel**

Benson, Debra K L.V.N.
Pack Unit
2400 Wallace Pack Road
Navasota, TX 77868

Chukwumerije, Ndi NP
Luther Unit
1800 Luther Drive
Navasota, TX 77868

**Plaintiff Wallace's Treating Medical Personnel**

Lockridge, Sharon D. NP
UTMB
301 University Blvd.
Galveston, TX 77555

Barbour, Howard N. NP
Pack Unit
2400 Wallace Pack Road
Navasota, TX 77868

Suarez, Monica L. MA, MHC
Pack Unit
2400 Wallace Pack Road
Navasota, TX 77868

Morton, Gary D. M.D.
Austin MH HUB
6300 La Calma Dr. Suite #150
Austin, TX 78752

**Plaintiff Wilson's Treating Medical Personnel**

Lockridge, Sharon D. NP
UTMB
301 University Blvd.
Galveston, TX 77555

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ *Nadine Phillpotts*
**NADINE PHILLPOTTS**
Co-Counsel
Assistant Attorney General
Texas Bar No. 24058045
Southern District No. 939905
Nadine.Phillpotts@texasattorneygeneral.gov

**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge
Texas Bar No. 24035455
Southern District No. 35273
Cynthia.Burton@texasattorneygeneral.gov

**MATTHEW J. GREER**
Co-Counsel
Assistant Attorney General
Texas Bar No. 24069825
Southern District No. 1171775
Matthew.Greer@texasattorneygeneral.gov

**LORI K. ERWIN**
Assistant Attorney General
Co-Counsel
Texas Bar No. 06660300
Southern District No. 185192
Lori.Erwin@texasattorneygeneral.gov

Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin TX 78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS BRAD LIVINGSTON, ROBERTO HERRERA, and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

## NOTICE OF ELECTRONIC FILING

I, NADINE PHILLPOTTS, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Attachment Supplementing Addresses of treating Medical Personnel in Defendants' Amended and Supplemental Designation of Expert Witnesses** in accordance with the Electronic Case Files system of the Southern District of Texas, on this the 5th day of November, 2015.

*/s/ Nadine Phillpotts*
**NADINE PHILLPOTTS**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, NADINE PHILLPOTTS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Attachment Supplementing Addresses of treating Medical Personnel in Defendants' Amended and Supplemental Designation of Expert Witnesses** has been served to Plaintiffs' attorneys in accordance with the Court's electronic filing system on the 5th day of November 2015.

*/s/ Nadine Phillpotts*
**NADINE PHILLPOTTS**
Assistant Attorney General