UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, DEAN ANTHONY MOJICA, RAY WILSON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>BRAD LIVINGSTON, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, <br><br>　　　　　　Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-1698 |

**PLAINTIFFS' APPENDIX TO RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

**Inmate Declarations**
1. First Declaration of Leroy Adams ……………………………………….. 1-3
2. First Declaration of James Alba …………………………………………... 4-6
3. First Declaration of Jackie Brannum (August 6, 2015)……………..…... 7-11
4. Second Declaration of Jackie Brannum ………………………………… 12-14
5. First Declaration of Keith Cole (June 10, 2014) ………...…………….. 15-17
6. Third Declaration of Keith Cole ……………………………………....… 18-22
7. First Declaration of Richard King (August 6, 2015) …………………… 23-25
8. Second Declaration of Richard King ……………………………………. 26-29
9. First Declaration of Dean Mojica (August 12, 2015) …………………... 30-32
10. Second Declaration of Dean Mojica ……………………………………. 33-36
11. First Declaration of Elton Reese ……………………………………….. 37-39
12. First Declaration of Fred Wallace (August 12, 2015) ……………….....40-42
13. Second Declaration of Fred Wallace ……………………………………. 43-45
14. First Declaration of Ray Wilson (August 6, 2015) ……………………...46-49
15. Second Declaration of Ray Wilson ……………………………………... 50-53
16. First Declaration of Marvin Ray Yates (June 10, 2014) …………..…….. 54-56
17. Second Declaration of Marvin Yates ………………………………….... 57-67

**Expert Reports**
    18. Expert Report of Ron Brown, P.E. (with Exhibits) ……………………. 68-340
    19. Supplement to Expert Report of Ron Brown, P.E. …………………... 341-342
    20. Expert Report of Dr. Susi Vassallo, M.D ……………………………. 343-369
    21. Supplement to Expert Report of Dr. Susi Vassallo, M.D. …………... 370-371
    22. Expert Report of Dr. Michael McGeehin, Ph.D. …………………….. 372-402
    23. Expert Report of Dr. Linda Mearns (Amended) ……………………. 403-441
    24. Expert Report of Secretary Eldon Vail (ret.)……...………………… 442-452
    25. Report of Prof. Thomas Sager Ph. D. (with Exhibits) ………..…..…. 453-510
  109. Supplement to Expert Report of Prof. Thomas Sager ……….…..… 2009-202

**Deposition Excerpts**
    26. Deposition of Brad Livingston ………………………………………. 511-521
    27. Deposition of Debra Allison ………………………………………... 522- 645
    28. Deposition of Dr. Fausto Avila, M.D. ……………………………… 646-728
    29. Deposition of Mj. Matt McLarin. ………………………………….. 729-753
    30. Deposition of Fred Wallace ………………………………………… 754- 770
    31. Deposition of Keith Cole …………………………………………… 771- 784

**Other Exhibits**
    32. TDCJ Extreme Temperatures in the Workplace Policy (2006) ……... 785- 795
    33. Correctional Managed Health Care Heat Stress Policy (November 2007)
        ……………………………………………………………………….. 796 -804
    34. American Correctional Association Institutions Standard 4-415 3 ….. 805-991
    35. Email to William Stephens with "ACA Temperature Standards"
        ……………………………………………………………………….. 992-994
    36. Excerpts from the ACA Standards Committee Minutes (Jan. 20 2012)
        ………………………………………………………………………. 995-1004
    37. TDCJ Inmate Health Care Co-pay Brochure ……………………….. 1005 - 1007
    38. TDCJ Keith Cole Inmate Information ……………………….....…. 1008 - 1010
    39. Dr. Charles Adams Email re: Heat at Pack Unit (July 10, 2012) …..1011-1013
    40. Sarah Abke Email re: Heat Related Illnesses in July (August 6, 2012)
        ……………………………………………………………………...…. 1014-1016
    41. Sheila Curry Email re: Heat Related Illnesses (June 22, 2012)….....1017-1021
    42. National and Oceanic & Atmospheric Administration Environmental
       Protection Agency (NOAA) - What is Heat Index?…………....…..1022-1024
    43. Environmental Protection Agency - Excessive Heat
       Guidebook……………………………………………………………..1025-1085
    44. National Institute for Occupational Safety and Health (NIOSH) - Workplace
       Safety and Health Topic ……………………………………...……….1086-1095
    45. Department of Defense Report Regarding Conditions at Guantanamo Bay
       Prison Facility…………………………………………………………..1096-1177
    46. National Weather Service - Heat Index Chart………………......…..1178-1179
    47. National Weather Service - Heat Wave Major Summer Killer….....1180-1184
    48. Pack Unit Facility Risk Assessment…………………………….....…1185-1189
    49. TDCJ Heat Policy Precaution (Pack Unit) ………………………….1190-1192

50. Lannette Linthicum Email Re: Ice at Pack Unit (August 16, 2012) …………………………………………………………………...1193-1197
51. Memo from D. Allison (May 29, 2013)……………….……...1198-1200
52. Memo from D. Allison (May 29, 2014) …………………….…...1201-1203
53. Memo from D. Allison (July 31, 2012)…………………..…...1204-1206
54. TDCJ Swine Operation Policy…………………………………...1207-1233
55. National Weather Service "The Heat Index Equation" (July 1, 1990) ………………………………………………………………... 1234-1236
56. Memo from Dan Sharp to Defendants' Counsel adopting ASHRAE 55 (June 9, 2014) …………………………………………….…..…….1237-1239
57. William Stephens Email Re: Requesting Cold Showers (July 17, 2015) ………………………………………………………………1240-1242
58. Tina Rodriguez Email Re: Air conditioner Repair (October 23, 2014) ………………………………………………………..…….1243-1244
59. Dan Sharp Email to Defendants' Counsel and Frank Inmon (September 2, 2014) …………………………………………………………1245-1248
60. Texas Register –Texas Jail Standards (Tex Reg. 897 (March 14, 1978))…………………………………………………………1249-1255
61. TDCJ Heat Awareness Training Handout for Staff and Inmates…. 1256-1261
62. TDCJ Hot Weather Training Circular (2013) ……………………..1262- 1266
63. Grievances by Keith Cole with Responses (October 24, 2014) ………………………………………………………….…..1267-1271
110. Email from Dr. Charles Adams concerning long-term strategy (August 5, 2011) …………………………………………………..…..2023-2028
111. Email form George Crippen concerning long-term strategy………2029-2035
112. List of Ice Machine Reports ……………………………………2036-2037
113. Robert Webb Emergency Action Center Summary………………2038-2043
114. Alexander Togonidze Emergency Action Center Summary ……...2044-2048
115. Michael Martone Serious Incident Report ……………….………2049-2051
116. Notice to Offenders…………………..………………………...2052-2053
117. Texas Commission of Environmental Quality Notice re Arsenic in water ……………………………………………………………..2054-2056
118. Pack Unit Profile…………………………………………...2057-2059

**Sealed Appendix**
64. TDCJ Extreme Temperature Operating Procedure (Pack Unit) ……1272-1277
65. Summary of TDCJ Heat Illnesses (April to May 2013) ………….. 1278-1281
66. Summary of TDCJ Heat Illnesses (August 2013) ………………. 1282-1290
67. Summary of TDCJ Heat Illnesses (July 2012) ……………………..1291-1293
68. Summary of TDCJ Inmate Heat Injuries (2012) ………………….. 1294-1296
69. TDCJ Heat Restriction List (September 2014) ……………………… 1297-1321
70. TDCJ Heat Related Reports Heat Related Illness Reports (2012 -2013) ………………………………………………………………1322-1342
71. Charles Adams Email Re: Pack (June 6, 2012) ……………………1343-1344
72. TDCJ Emergency Action Center – Employee Heat Illness (April 30, 2013) ………………………………………………………………1345-1353

73. TDCJ Emergency Action Center – Employee Heat Illness (July 3, 2013) …………………………………………………………………1354-1365
74. TDCJ Emergency Action Center - Inmate Heat Illness, Keith Comer (July 2015) ……………………………………………………………….1366-1390
75. UTMB Inmate Heat Illness Report, Keith Comer (July 2015)…….. 1391-1403
76. TDCJ Emergency Action Center - Inmate Heat Illness, David Keiffer (July 12, 2013) …………………………………………………....1404-1406
77. Pack Unit - "Wellness Check List" ………………………………...1407-1434

**Autopsies**

78. Autopsy of Rodney Adams……………………………………………1435-1443
79. Autopsy of Daniel Alvarado ………………………………………..1444-1456
80. Autopsy of John Cardwell ……………………………………………1457-1464
81. Autopsy of Charles Cook …………….....…………………………...1465-1475
82. Autopsy of Charles Finke Jr. ………………………………………...1476-1486
83. Autopsy of Albert Hinojosa ………………………………………… 1487-1500
84. Autopsy of Douglas Hudson …………………………………………1501-1514
85. Autopsy of Kenneth James. …………………………………………..1515-1528
86. Autopsy of Anselmo Lopez ………………………………………… 1529-1538
87. Autopsy of Kelly Marcus ………………………………………..  1539-1551
88. Autopsy of Michael Martone ………………………………………..1552-1563
89. Autopsy of Larry McCollum ………………………………………... 1564-1570
90. Autopsy of Thomas Meyers …………………………………………..1571-1581
91. Autopsy of James Moore ……………………………………………..1582-1591
92. Autopsy of Ricky Robertson ………………………………………….1592-1605
93. Autopsy of Dionicia Robles …………………………………………. 1606-1618
94. Autopsy of James Shriver ……………………………………………. 1619-1631
95. Autopsy of Alexander Togonidze ……………………………………1632-1644
96. Autopsy of Robert Allen Webb ………………………………………1645-1657
97. Autopsy of Archie White ……………………………………………. 1658-1664

**Inmate Medical Records**

98.  Excerpts of Medical Records of Jackie Brannum …………………...1665-1759
99.  Excerpts of Medical Records of Richard King …………………... 1760-1768
100. Excerpts of Medical Records of Michael Martone ……………….1769-1783
101. Excerpts of Medical Records of Dean Anthony Mojica …………1784-1802
102. Excerpts of Medical Records of Alexander Togonidze ………….1803-1817
103. Excerpts of Medical Records of  Fred Wallace …………………...1818-1917
104. Excerpts of Medical Records of Robert Allen Webb …………....1918-1980
105. Excerpts of Medical Records of Marvin Yates …………………..1981-1983
106. Medical Records of Keith Cole ……………………………………1984-2003
107. HSM-18 of Keith Cole ………………………………………….. 2004-2005
108. Medical Records of Ray Wilson …………………………………2006-2008

Respectfully submitted,

Edwards Law
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel.   512-623-7727
Fax.   512-623-7729

By     /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Lead Counsel
SCOTT MEDLOCK
State Bar No. 24044783
DAVID JAMES
State Bar No. 24092572
Federal ID No. 2496580

THE SINGLEY LAW FIRM, PLLC
State Bar No. 00794642
4131 Spicewood Springs Rd.
Austin, Texas 78759
    Tel.   (512) 334-4302
    Fax.   (512) 727-3365

JEREMY DOYLE
REYNOLDS FRIZZELL LLP
State Bar No. 24012553
1100 Louisiana, Suite 3500
Houston, Texas 77002
    Tel.   (713) 485-7200
    Fax.   (713) 485-7250

Abigail Frank
Texas Bar No. 24069732
Southern District No. 1076613
Wayne Krause Yang
State Bar No. 24032644
James C. Harrington
State Bar No. 09048500
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Dr.
Austin, TX 78751
    Tel.   (512) 474-5073
    Fax.   (512) 474-0726

Wallis Nader
Texas Bar No. 24092884
Southern District No. 2609150
TEXAS CIVIL RIGHTS PROJECT—
HOUSTON
2006 Wheeler Ave
Houston, TX 77004
    Tel.   (832) 767-3650
    Fax.  (832) 554-9981

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

    By   /s/ Jeff Edwards
    JEFF EDWARDS