# EXHIBITS LIST
## Plaintiffs' Preliminary Injunction Motion

**Exhibit**                                                                                                         **Appendix Page**

1. Prof. Thomas Sager's Expert Report (with Figures) .................................. 1-19
2. Dr. Susi Vassallo's Expert Report4 ......................................................... 20-46
3. Dr. Michael McGeehin's Amended Expert Report ................................. 47-76
4. Dr. Linda Mearns' Amended Expert Report............................................ 77-115
5. *The Heat Index Equation*, National Weather Service ........................... 116-118
6. National Weather Service Heat Index Chart........................................... 119-120
7. Administrative Directive 10.64 rev. 7, "Extreme Temperature Conditions in the TDCJ" (2015).................................................................................. 121-134
8. TDCJ Risk Management, Hot Weather Training Circular (May 2013)  135-139
9. Deposition of Debra Allison ................................................................... 140-156
   Insert, page 171-172 from Deposition of Debra Allison ....................... 661-662
10. Supplement to the Report of Thomas Sager (with Exhibits) ................. 157-170
11. Deposition of Jackie Brannum................................................................ 171-183
12. Deposition of Keith Cole ........................................................................ 184-191
13. Deposition of Richard Elvin King .......................................................... 192-198
14. Deposition of Dean Mojica..................................................................... 199-205
15. Deposition of Fred Wallace ....................................................................206-2016
16. Deposition of Ray Wilson....................................................................... 217-223
17. Deposition of Marvin Yates.................................................................... 224-234
18. Deposition of Dr. Heidi Bojes ................................................................ 235-290
19. "Stay Hydrated" poster, with email ........................................................ 291-294
20. TDCJ Water Posters................................................................................ 295-300
21. "Water" poster, with email from Dr. Charles Adams............................. 301-303
22. Deposition of Dr. Fausto Avila............................................................... 304-315
23. TCEQ Drinking Water Watch, Pack Unit, Arsenic Sample Results ..... 316-319
24. Deposition of Roberto Herrera................................................................ 320-327
25. TCEQ Letter to TDCJ (September 19, 2013) ........................................ 328-331
26. MCL Violation Notice (August 2012).................................................... 332-333
27. MCL Violation Notice (June 2013) ........................................................ 334-335
28. MCL Violation Notice (2015) ................................................................ 336-338
29. TDCJ Letter to TCEQ (October 7, 2014) ............................................... 339-340
30. TDCJ Commissary Items List................................................................. 341-352
31. Pack Unit Standard Operating Procedure – Heat & Cold (2014) .......... 353-358
32. Second Declaration of Fred Wallace ...................................................... 359-361
33. Second Declaration of Richard King...................................................... 362-365
34. Second Declaration of Keith Cole .......................................................... 366-369
35. Second Declaration of Marvin Yates...................................................... 370-373
36. Second Declaration of Jackie Brannum.................................................. 374-376
37. Declaration of Lavar Santee................................................................... 377-380
38. First Declaration of Keith Cole............................................................... 381-383
39. First Declaration of Jackie Brannum ..................................................... 384-388
40. First Declaration of Richard King........................................................... 389-391

41. First Declaration of Fred Wallace ........................................................... 392-394
42. First Declaration of Marvin Yates .......................................................... 395-397
43. Correctional Managed Health Care D-27.2 "Heat Stress" (2015) ......... 398-409
44. Excerpt from Administrative Directive 03.72 rev. 5 Attachment A ...... 410-411
45. Centers for Disease Control and Prevention, *Tips for Preventing Heat-Related Illness* (June 1, 2012) ............................................................................... 412-414
46. A. Vahidnia, et al., *Arsenic Neurotoxicity: A Review*, 26 HUMAN AND EXPERIMENTAL TOXICOLOGY 823 (2007). ............................................. 415-425
47. Grievances of Keith Cole ........................................................................ 426-430
48. I-60 Form of Keith Cole [sealed] ............................................................ 431-433
49. Jackie Brannum Medical Records [sealed] ............................................. 434-528
50. Richard King Medical Records [sealed] ................................................. 529-537
51. Fred Wallace Medical Records [sealed] .................................................. 538-637
52. Marvin Yates Medical Records [sealed] ................................................. 638-640
53. Keith Cole Medical Records [sealed] ..................................................... 641-660
54. Deposition of George Crippen ................................................................ 663-671