Debra Allison - 8/6/2015

```
 1     A.   They are aware of.
 2     Q.   How do you make the inmates aware of the level of
 3  arsenic in the that you're giving them as this measure designed
 4  to protect them in theory?
 5     A.   There is a posting that is posted for all the
 6  inmates.
 7     Q.   Where is that posting?
 8     A.   It's on the outside of the medical.
 9     Q.   Okay.  There is a posting alerting them that the
10  level of arsenic in the water is X-parts per -- there's a
11  posting that says what the arsenic level is?
12     A.   Yes.
13     Q.   Okay.  Did you play a role in putting up that sign?
14     A.   No.
15     Q.   Did you play a role in evaluating that risk?
16     A.   No.
17     Q.   Okay.  Do you know who did?
18     A.   That's between Facilities and Environmental.
19     Q.   Okay.  If it is true -- if it is true that the
20  arsenic level is not safe, what -- would the training change in
21  any way at the Pack Unit with regards to measures to protect
22  inmates from heat?
23     A.   If the arsenic level in the water was unsafe, this
24  unit would be shut down.  We would not be here.  I drink the
25  same water the inmates do.  I drink it every day while I work.
```

**WRIGHT WATSON & ASSOCIATES**
1250 South Capital of Texas Highway, Building 3, Suite 400  Austin, Texas 78746  (512) 474-4363
2d7131dc-d164-4bf3-b86b-abd3a3e14c61

Plaintiffs' Preliminary Injunction
Appendix 661

Debra Allison - 8/6/2015

```
 1      Q.   Do you access to bottled water?
 2      A.   Yes.
 3      Q.   Do you bring in bottle water?
 4      A.   Yes, I do.
 5      Q.   Do most of the correctional offers bring in bottled
 6   water?
 7      A.   That's up to them.  I don't know.
 8      Q.   Does bottle water taste better than the water you
 9   would drink out of this water fountain right here?
10      A.   That's personal preference.
11      Q.   It taste a lot better to me.  Does it taste better to
12   you?
13      A.   I couldn't say one way or the other.  I drink the
14   water when I'm at lunch.  I drink bottle water when I'm in my
15   office because I don't have access to the water.
16      Q.   Sure.
17           Does anybody --
18           MS. BURTON:  Objection.  Objection to the
19   sidebar and the sarcastic comment.
20           MR. EDWARDS:  It's not sarcasm.  It's
21   dead-honest true.
22           MS. BURTON:  Sure.  To act like she's not
23   telling the truth?  That's improper and belittling.
24           MR. EDWARDS:  That's so far from true, Cynthia.
25           MS. BURTON:  The way that you're looking her,
```

**WRIGHT WATSON & ASSOCIATES**
1250 South Capital of Texas Highway, Building 3, Suite 400  Austin, Texas 78746  (512) 474-4363
2d7131dc-d164-4bf3-b86b-abd3a3e14c61

Plaintiffs' Preliminary Injunction
Appendix 662