# Exhibit 54

Plaintiffs' Preliminary Injunction
Appendix 663

```
         IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
                   HOUSTON DIVISION

STEPHEN McCOLLUM, and SANDRA      :
McCOLLUM, individually, and       :
STEPHANIE KINGREY, individually   :
and as independent administrator  :
of the Estate of LARRY GENE       :
McCOLLUM,                         :
                                  :
PLAINTIFFS,                       :
                                  :
VS.                               : CIVIL ACTION NO.
                                  : 4:14-cv-3253
BRAD LIVINGSTON, JEFF PRINGLE,    : JURY DEMAND
RICHARD CLARK, KAREN TATE,        :
SANDREA SANDERS, ROBERT EASON,    :
the UNIVERSITY OF TEXAS MEDICAL   :
BRANCH and the TEXAS DEPARTMENT   :
OF CRIMINAL JUSTICE,              :
                                  :
        DEFENDANTS                :
```

******************************************
ORAL AND VIDEOTAPED DEPOSITION OF
GEORGE CRIPPEN
MARCH 24, 2016
******************************************

ORAL AND VIDEOTAPED DEPOSITION OF GEORGE CRIPPEN, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on March 24, 2016, from 10:23 a.m. to 7:20 p.m., before PHYLLIS WALTZ, RMR, CRR, Texas CSR, TCRR, Louisiana CCR, in and for the State of Texas, recorded by machine shorthand, at the Office of the University of Texas Medical Branch, 200 River Pointe, Conroe, Texas, pursuant to the Federal Rules of

1  Civil Procedure and the provisions stated on the record

2  or attached hereto; that the deposition shall be read

3  and signed before any Notary Public.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  A P P E A R A N C E S
 2

 3  COUNSEL FOR PLAINTIFFS:
        Mr. Jeff Edwards
 4      Mr. Scott Medlock
        EDWARDS LAW
 5      The Haehnel Building
        1101 East 11th Street
 6      Austin, Texas  78702
        Tel:  (512) 623-7727
 7      Fax:  (512) 623-7729

 8
    COUNSEL FOR DEFENDANT TDCJ:
 9      Ms. Cynthia L. Burton
        ASSISTANT ATTORNEY
10      LAW ENFORCEMENT DEFENSE DIVISION GENERAL
        P.O. Box 12548
11      Austin, Texas  78711-2548
        Tel:  (512) 463-2080
12      Fax:  (512) 936-2109
        E-mail: cynthia.burton@texasattorneygeneral.gov
13

14
    COUNSEL FOR DEFENDANT UTMB:
15      Ms. Lee Haney
        Ms. Shanna Molinare
16      ASSISTANT ATTORNEY GENERAL
        P.O. Box 12548, Capitol Station
17      Austin, Texas  78711
        Fax:  (512) 495-9139
18
                AND
19
        Ms. Ashley Palermo
20      THE UNIVERSITY OF TEXAS SYSTEM
        OFFICE OF GENERAL COUNSEL
21      201 West 7th Street, Suite 600
        Austin, Texas  78701-2901
22      Tel:  (512) 499-4471
        E-mail:  apalermo@utsystem.edu
23

24

25
```

```
                                                                    4
 1              A P P E A R A N C E S (Continuing)

 2

 3          Ms. Kara Stauffer Philbin
            FERNELIUS ALVAREZ SIMON, P.L.L.C.
 4          LyondellBasell Tower
            1221 McKinney Street, Suite 3200
 5          Houston, Texas   77010-2011
            Tel:  (713) 654-5165
 6          Fax:  (713) 654-4039
            E-mail:  kphilbin@fa-lawfirm.com
 7

 8   VIDEOGRAPHER:
            Mr. Kevin J. Schaefer
 9

10   ALSO PRESENT:
            Mr. James Rheams
11          Ms. Jennifer K. Osteen

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      A.    No.
2      Q.    Okay.  To stay hydrated and drink -- isn't
3  drinking water one of the -- like, the chief protection
4  measure that TDCJ has against these very high
5  temperatures?
6      A.    Yes, but I guess the -- I answered that and so
7  you said a lot of water.
8      Q.    Oh, did I load it too much?  Okay.  Do you
9  know how much wa- -- do you know if -- if posters
10 indicate -- or strike that.
11           Do you know if inmates are recommended to
12 drink -- how much water are inmates recommended to
13 drink, if you know?
14     A.    I don't know.
15     Q.    Okay.  Do you even know if they're recommended
16 to drink a certain amount of water?
17     A.    I do not know.
18     Q.    Do you think that it's logical that inmates
19 would drink more water during the summer than -- than
20 the -- the other months, given the heat?
21     A.    I would think so.
22     Q.    Okay.  Do you think one important thing about
23 having water available to inmates to help deal with
24 these incredi- -- this high heat is that the water is
25 safe to drink?

1    A.    I don't understand the question.

2    Q.    Should the water that TDCJ dispenses be safe
3 for the inmates to drink?

4    A.    Yes.

5    Q.    Should the water that TDCJ dispenses be safe
6 for the correctional officers to drink?

7    A.    Yes.

8    Q.    Okay.  Should, as a general matter, the water
9 comply with EPA safety standards in terms of particular
10 toxins or poisons in water?

11   A.    Yeah.

12   Q.    Okay.  Do you --

13         MR. EDWARDS:  What?  I'm fine.  I'm fine.

14   Q.    (BY MR. EDWARDS)  Do you -- do you know that
15 arsenic is a -- is a -- is a poison?

16   A.    Yes.

17   Q.    Okay.  Do you believe that -- that inmates at
18 prison units should be drinking water with levels of
19 arsenic that is two to three to four times the level the
20 EPA recommends?

21   A.    I would say no.

22   Q.    Okay.  And if someone analyzed the danger from
23 drinking those levels and determined that drinking
24 sufficient quantities of that levels actually resulted
25 in an elevated risk of developing cancer, would you

1  agree that that's a problem that TDCJ would need to
2  rectify immediately?
3       A.   If that was occurring, yes.
4       Q.   Okay.  Well, it was occurring at the Pack Unit
5  from 2005 until even today.  Do you know that?
6       A.   No.
7       Q.   No one told the director of nursing that the
8  water at the Pack -- strike that.
9            One of your job -- one of your roles was to
10 supervise what was going on at the Pack Unit, right?
11 That's one of the facilities that you would have some
12 management responsibility over with nurses, et cetera?
13      A.   No.
14      Q.   No?  Do you think it's important for you to
15 know that the Pack Unit is dispensing dangerous water to
16 the inmates for a period of, I don't know, nine years,
17 ten years?
18      A.   If that problem was existing, I would say yes.
19      Q.   Okay.  Do you know why you were never told
20 that the Pack Unit was dispensing water for a period of
21 eight, nine, or ten years with dangerous levels of
22 arsenic in it?
23           MS. BURTON:  Objection; assumes facts not
24 in evidence.
25      Q.   (BY MR. EDWARDS)  And by "dangerous levels of

```
 1  THE STATE OF TEXAS :
    COUNTY  OF  HARRIS :
 2
    I, PHYLLIS WALTZ, a Texas Certified Shorthand Reporter,
 3  Texas Certified Realtime Reporter, Louisiana Certified
    Court Reporter, Registered Merit Reporter and Certified
 4  Realtime Reporter in and for the State of Texas, do
    hereby certify that the facts as stated by me in the
 5  caption hereto are true; that the above and foregoing
    answers of the witness, GEORGE CRIPPEN, to the
 6  interrogatories as indicated were made before me by the
    said witness after being first duly sworn to testify the
 7  truth, and same were reduced to typewriting under my
    direction; that the above and foregoing deposition as
 8  set forth in typewriting is a full, true, and correct
    transcript of the proceedings had at the time of taking
 9  of said deposition.

10  I further certify that I am not, in any capacity, a
    regular employee of the party in whose behalf this
11  deposition is taken, nor in the regular employ of his
    attorney; and I certify that I am not interested in the
12  cause, nor of kin or counsel to either of the parties.

13  GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this, the 1ST
    day of APRIL, 2016.
14

15
                    _____
16                  PHYLLIS WALTZ
17                  Integrity Legal Support Solutions
                    3100 Slaughter Lane, Suite A-101
18                  Austin, Texas  78748
                    (512) 320-8690
19

20

21

22

23

24

25
```