To whom this may concern: 7-15-16

Just as the prisoners on the Pack Unit are forced to drink water contaminated with arsenic we here on the Coffield Unit must drink contaminated with fecal matter.

Please cause an investigation into the quality of water of water in the Coffield-Michael water system.

Triggered source monitoring and reporting violations
Grand Water Rule
TDCJ Coffield-Michael Unit - 0010031 Failed to collect Required Number of triggered source. Bacteriological samples. For fecal. Date July 2015.

NORTH TEXAS TX PDC
DALLAS TX 750
15 JUL 2016 PM 13 L

Mr. Timison Chloen #921101
C.O. unit
2661 Fm 2054
Tenn. Colony, Texas 75861

Deputy Clerk:
Stephanie Loewe
Bob Casey Rm. 3716
515 Rusk St.
Houston, TX 77002

77002-260099