United States District Court
Southern District of Texas
**ENTERED**
August 17, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEITH COLE, *et al*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:14-CV-1698 |
| BRAD LIVINGSTON, *et al*, | § |
| Defendants. | § |

### ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Before this Court is Defendants' Motion for Summary Judgment, filed on November 16, 2015 (Doc. No. 326). Plaintiffs filed a response on December 21, 2016 (Doc. No. 339), and Defendants filed a reply on January 19, 2016 (Doc. No. 345).

Upon consideration of the parties' submissions and the applicable law, the Court finds that Plaintiffs have presented genuine and disputed issues of material fact. Accordingly, Defendants' Motion for Summary Judgment is **DENIED.**

**IT IS SO ORDERED**.

**SIGNED** in Houston, Texas, on this the 17th day of August, 2016.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE