UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, Plaintiffs, | § § § § § § | CIVIL ACTION NO. 4:14-cv-1698 |
| v. | § § | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Defendants. | § § § § § § | |

**PLAINTIFFS' DEPOSITION DESIGNATIONS**

Plaintiffs hereby submit the deposition designations enumerated below and attached as Exhibits 1–21 for use at the preliminary injunction hearing in this matter. Plaintiffs further offer the declarations of Marvin Yates and Fred Wallace, attached as Exhibits 22 and 23. Finally, to the extent necessary, Plaintiffs offer the entire hearing transcript for May 26, May 27, June 1, and June 2, 2016 and all exhibits before the Court during that hearing. *See* FED. R. CIV. PROC. 65(a)(2); Doc. 459; Doc. 460; Doc. 465; Doc. 466; Docs. 474–475; Doc. 511.

The designated excerpts of each deposition are attached as Exhibits 1–21, corresponding to the list below:

1. <u>Deposition of Dr. Charles Adams, M.D., May 18, 2016:</u>

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 241:11 | 241:17 | | |
| 241:20 | 241:21 | | |
| 242:10 | 242:13 | | |
| 242:16 | 243:18 | | |
| 243:21 | 243:25 | | |

2. Deposition of Dr. Glenda Adams, M.D., March 7, 2013:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 271:12 | 271:14 | | |
| 271:16 | 271:23 | | |
| 272:1 | 273:12 | | |
| 284:9 | 285:22 | | |

3. Deposition of Dr. Glenda Adams, M.D., November 19, 2013:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 68:6 | 68:10 | | |
| 68:23 | 68:25 | | |
| 116:1 | 116:12 | | |
| 125:12 | 125:18 | | |
| 128:8 | 129:2 | | |
| 129:15 | 129:24 | | |
| 164:5 | 164:7 | | |
| 164:13 | 164:18 | | |
| 164:22 | 164:23 | | |
| 166:10 | 166:21 | | |
| 166:25 | 167:5 | | |
| 167:11 | 167:19 | | |
| 193:11 | 193:18 | | |
| 236:12 | 237:12 | | |

4. Deposition of Dr. Glenda Adams, M.D., January 31, 2017:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 31:22 | 32:15 | | |
| 75:10 | 75:24 | | |
| 145:5 | 145:11 | | |
| 163:10 | 163:17 | | |
| 163:22 | 163:24 | | |
| 164:3 | 164:5 | | |
| 192:16 | 192:20 | | |
| 226:1 | 226:12 | | |
| 232:14 | 232:17 | | |
| 232:21 | 233:9 | | |
| 233:17 | 233:18 | | |
| 233:22 | 233:23 | | |
| 237:1 | 237:7 | | |
| 237:11 | 237:12 | | |
| 238:5 | 238:14 | | |

4. <u>Deposition of Dr. Glenda Adams, M.D., January 31, 2017 (continued from previous)</u>:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 238:18 | 238:18 | | |
| 241:19 | 241:24 | | |
| 242:7 | 242:12 | | |
| 283:8 | 284:2 | | |

5. <u>Deposition of Debra Allison, August 6, 2015</u>:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 9:21 | 10:9 | | |
| 62:19 | 63:11 | | |
| 68:6 | 68:11 | | |
| 69:3 | 69:5 | | |
| 69:12 | 69:23 | | |
| 73:20 | 73:23 | | |
| 74:2 | 75:24 | | |
| 87:16 | 88:6 | | |
| 89:16 | 90:6 | | |
| 92:10 | 92:12 | | |
| 94:25 | 95:8 | | |
| 95:11 | 95:19 | | |
| 113:7 | 113:9 | | |
| 113:14 | 113:17 | | |
| 115:11 | 115:19 | | |
| 142:7 | 142:25 | | |
| 156:5 | 156:16 | | |
| 182:8 | 182:23 | | |
| 190:25 | 191:4 | | |
| 199:2 | 205:23 | | |
| 221:18 | 222:24 | | |
| 223:4 | 223:8 | | |
| 226:7 | 226:21 | | |
| 227:12 | 227:22 | | |

6. Deposition of Dr. Fausto Avila, M.D., March 5, 2015:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 13:22 | 14:5 | | |
| 21:23 | 21:25 | | |
| 39:24 | 40:13 | | |
| 114:21 | 114:23 | | |
| 120:9 | 120:21 | | |
| 122:7 | 122:23 | | |
| 123:1 | 123:8 | | |
| 123:21 | 124:23 | | |
| 126:15 | 126:16 | | |
| 126:19 | 126:23 | | |
| 127:23 | 128:5 | | |
| 128:7 | 128:7 | | |
| 128:11 | 128:18 | | |
| 129:2 | 129:15 | | |
| 129:18 | 129:22 | | |
| 132:18 | 133:4 | | |
| 133:6 | 133:7 | | |
| 195:8 | 195:11 | | |
| 199:5 | 199:9 | | |
| 199:13 | 199:13 | | |
| 204:8 | 204:17 | | |
| 207:23 | 208:25 | | |

7. Deposition of Dr. Fausto Avila, M.D., March 11, 2016:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 17:8 | 17:22 | | |
| 17:23 | 18:1 | | |
| 18:11 | 19:16 | | |
| 20:10 | 20:23 | | |
| 24:18 | 25:3 | | |
| 25:12 | 25:22 | | |
| 39:5 | 40:18 | | |
| 41:3 | 42:3 | | |
| 42:18 | 42:22 | | |
| 76:9 | 76:25 | | |
| 97:4 | 97:5 | | |
| 97:7 | 97:7 | | |

8. <u>Deposition of Bryan Collier, June 26, 2017</u>:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 124:10 | 124:14 | | |
| 194:11 | 194:16 | | |
| 194:21 | 195:10 | | |
| 196:21 | 197:18 | | |
| 197:25 | 198:17 | | |
| 200:16 | 200:18 | | |
| 202:11 | 202:18 | | |
| 203:10 | 203:22 | | |
| 206:25 | 207:9 | | |
| 208:2 | 208:8 | | |

9. <u>Deposition of George Crippen, R.N., March 24, 2016</u>:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 24:16 | 24:20 | | |
| 25:5 | 25:11 | | |
| 30:2 | 30:6 | | |
| 30:15 | 30:17 | | |
| 31:10 | 31:17 | | |
| 32:2 | 32:14 | | |
| 33:13 | 33:23 | | |
| 35:9 | 35:16 | | |
| 43:21 | 44:8 | | |
| 62:5 | 62:9 | | |
| 73:14 | 73:20 | | |
| 74:8 | 75:13 | | |
| 114:9 | 114:24 | | |
| 126:22 | 127:10 | | |
| 169:4 | 170:13 | | |
| 170:17 | 171:5 | | |
| 171:7 | 171:7 | | |
| 171:12 | 171:16 | | |
| 172:2 | 173:1 | | |
| 173:4 | 173:6 | | |
| 177:19 | 178:3 | | |
| 183:22 | 185:25 | | |
| 213:21 | 213:24 | | |
| 215:3 | 215:23 | | |
| 221:2 | 221:8 | | |
| 221:12 | 221:12 | | |
| 224:4 | 224:24 | | |
| 225:6 | 225:9 | | |
| 225:12 | 227:4 | | |
| 242:1 | 242:17 | | |
| 263:2 | 263:23 | | |
| 264:1 | 264:1 | | |
| 265:10 | 265:15 | | |
| 265:19 | 265:20 | | |
| 265:25 | 266:3 | | |
| 272:12 | 272:21 | | |
| 275:18 | 276:25 | | |
| 287:2 | 287:6 | | |
| 288:16 | 288:21 | | |

10. <u>Deposition of Robert Eason, March 26, 2013</u>:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 13:16 | 13:20 | | |
| 107:5 | 107:11 | | |
| 107:13 | 107:16 | | |
| 121:3 | 121:5 | | |
| 219:12 | 219:17 | | |

11. <u>Deposition of Cody Ginsel, June 15, 2017</u>:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 12:6 | 12:15 | | |
| 16:8 | 16:24 | | |
| 18:13 | 18:16 | | |
| 18:18 | 18:21 | | |
| 19:8 | 19:11 | | |
| 19:13 | 19:13 | | |
| 25:2 | 25:21 | | |
| 31:7 | 32:6 | | |
| 38:20 | 38:24 | | |
| 53:22 | 53:24 | | |
| 57:8 | 57:15 | | |
| 61:4 | 61:7 | | |
| 62:6 | 62:19 | | |
| 64:16 | 64:23 | | |
| 66:15 | 66:22 | | |
| 156:5 | 156:6 | | |
| 156:11 | 156:20 | | |
| 156:22 | 156:22 | | |

12. <u>Deposition of Frank Inmon, May 5, 2017</u>:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 11:21 | 12:2 | | |
| 21:4 | 21:17 | | |
| 26:11 | 26:16 | | |
| 26:22 | 27:9 | | |
| 34:1 | 34:12 | | |
| 34:17 | 35:14 | | |
| 37:10 | 37:22 | | |
| 38:8 | 38:11 | | |
| 39:2 | 39:9 | | |
| 45:12 | 46:1 | | |
| 70:17 | 71:11 | | |
| 83:8 | 83:14 | | |
| 83:17 | 83:25 | | |
| 84:16 | 86:2 | | |
| 86:6 | 87:14 | | |
| 95:23 | 96:9 | | |
| 126:2 | 126:6 | | |
| 126:20 | 127:2 | | |
| 127:7 | 128:6 | | |
| 128:22 | 129:4 | | |
| 130:16 | 130:20 | | |
| 130:23 | 131:5 | | |
| 131:8 | 131:13 | | |
| 131:15 | 131:20 | | |
| 133:18 | 134:5 | | |
| 134:8 | 134:9 | | |
| 134:11 | 134:11 | | |
| 134:19 | 134:20 | | |
| 134:23 | 134:23 | | |
| 136:20 | 137:7 | | |
| 137:14 | 137:22 | | |
| 137:25 | 138:3 | | |
| 138:20 | 138:23 | | |
| 139:1 | 139:13 | | |
| 139:15 | 139:16 | | |
| 140:23 | 141:5 | | |
| 141:7 | 141:8 | | |
| 144:22 | 144:25 | | |
| 145:9 | 145:17 | | |
| 145:20 | 146:17 | | |
| 150:7 | 150:11 | | |
| 150:13 | 151:5 | | |
| 151:10 | 151:20 | | |
| 152:1 | 152:10 | | |

12. Deposition of Frank Inmon, May 5, 2017 (continued from previous page):

| | |
|---|---|
| 152:12 | 152:18 |
| 153:20 | 154:1 |
| 155:7 | 155:8 |
| 155:11 | 155:12 |
| 155:14 | 155:16 |
| 156:1 | 156:2 |
| 156:5 | 156:7 |
| 156:9 | 156:15 |
| 156:18 | 156:18 |
| 157:4 | 157:8 |
| 157:11 | 157:16 |
| 157:19 | 158:1 |
| 158:4 | 158:4 |
| 164:11 | 164:14 |
| 164:17 | 164:17 |
| 164:19 | 164:20 |
| 167:9 | 167:10 |
| 167:15 | 168:3 |
| 168:6 | 168:6 |
| 168:17 | 168:19 |
| 168:22 | 168:25 |
| 169:2 | 169:4 |
| 170:11 | 170:11 |
| 170:14 | 170:18 |
| 176:4 | 176:16 |

13. Deposition of Dr. Lanette Linthicum, M.D., January 13, 2016:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 72:6 | 72:11 | | |
| 124:14 | 124:17 | | |
| 124:20 | 125:23 | | |
| 127:1 | 128:25 | | |
| 207:2 | 208:10 | | |

14. Deposition of Dr. Lanette Linthicum, M.D., January 14, 2016:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 240:6 | 240:18 | | |
| 255:6 | 256:10 | | |
| 259:12 | 259:25 | | |
| 314:21 | 315:4 | | |
| 317:3 | 318:3 | | |

15. <u>Deposition of Brad Livingston, October 1, 2015:</u>

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 62:12 | 62:15 | | |
| 62:25 | 62:25 | | |
| 74:20 | 74:25 | | |
| 76:1 | 76:8 | | |
| 76:12 | 77:10 | | |
| 77:17 | 77:23 | | |
| 86:5 | 86:14 | | |
| 86:25 | 87:6 | | |
| 91:22 | 92:8 | | |
| 180:7 | 180:25 | | |

16. <u>Deposition of Brad Livingston, October 2, 2015:</u>

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 21:17 | 21:22 | | |
| 35:15 | 35:19 | | |
| 55:7 | 55:10 | | |
| 69:5 | 69:8 | | |
| 99:8 | 99:10 | | |
| 99:15 | 99:19 | | |

17. <u>Deposition of Major Matthew McClarin, July 14, 2015:</u>

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 20:7 | 20:9 | | |
| 86:8 | 86:10 | | |
| 109:4 | 109:6 | | |
| 122:4 | 122:6 | | |
| 128:2 | 128:20 | | |
| 130:10 | 130:12 | | |
| 165:16 | 166:13 | | |
| 183:22 | 184:5 | | |

18. <u>Deposition of Fred Wallace, September 17, 2015:</u>

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 30:13 | 30:22 | | |
| 31:6 | 32:25 | | |
| 34:3 | 41:24 | | |

19. <u>Deposition of Marvin Yates, September 3, 2015</u>:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 67:8 | 67:18 | | |
| 68:14 | 68:19 | | |
| 69:3 | 69:9 | | |
| 87:9 | 87:10 | | |
| 87:14 | 87:18 | | |
| 88:8 | 89:19 | | |
| 96:21 | 97:11 | | |

If, and only if, the Court admits or otherwise considers any out-of-court statement of Dr. Vassallo, Plaintiffs respectfully offer the following redirect designations:

20. <u>Deposition of Dr. Susi Vassallo, M.D., February 26, 2016</u>:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 244:12 | 245:22 | | |

21. <u>Deposition of Dr. Susi Vassallo, M.D., May 10, 2017</u>:

| Beg. page:line | End page:line | Agreed | Admitted |
|---|---|---|---|
| 179:22 | 180:20 | | |
| 180:21 | 181:7 | | |

Dated: July 3, 2017

Respectfully submitted,
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
    Tel.  (512) 623-7727
    Fax.  (512) 623-7729

By    <u>/s/ Jeff Edwards</u>
JEFF EDWARDS
State Bar No. 24014406
Attorney-in-Charge
Scott Medlock
State Bar No. 24044783
Michael Singley
State Bar No. 00794642
David James
State Bar No. 24092572
Federal ID No. 2496580

Jeremy Doyle
State Bar No. 24012553
Federal ID No. 24559
Nathan Smith
State Bar No. 24053060
Federal ID No. 1075505

REYNOLDS FRIZZELL LLP
1100 Louisiana
Suite 3500
Houston, TX 77002
    Tel.  (713) 485-7200
    Fax.  (713) 485-7250

Wallis Nader
Texas Bar No. 24092884
Southern District No. 2609150

TEXAS CIVIL RIGHTS PROJECT—
HOUSTON
2006 Wheeler Avenue
Houston, TX 77004
    Tel.  (832) 767-3650
    Fax.  (832) 554-9981

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

    By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

By   /s/ Jeff Edwards
Jeff Edwards