```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
 2                          HOUSTON DIVISION

 3    STEPHEN McCOLLUM and          §
      SANDRA McCOLLUM,              §
 4    individually and as           §
      independent administrator     §
 5    of the Estate of LARRY        § Civil Action
      GENE McCOLLUM,                §
 6                                  § Number 4:14-CV-3253
                                    §
 7             Plaintiffs,          §
                                    §
 8    vs.                           §
                                    §
 9                                  §
      BRAD LIVINGSTON, JEFF         §
10    PRINGLE, RICHARD CLARK,       §
      KAREN TATE, SANDREA           §
11    SANDERS, ROBERT EASON,        §
      THE UNIVERSITY OF TEXAS       §
12    MEDICAL BRANCH and THE        §
      TEXAS DEPARTMENT OF           §
13    CRIMINAL JUSTICE,             §
                                    §
14             Defendants.          §

15    ----------------------------------------------------

16

17
              ORAL AND VIDEOTAPED DEPOSITION OF
18
                       CHARLES ADAMS, M.D.
19
                         MAY 18, 2016
20

21
      ----------------------------------------------------
22

23

24

25
```

1      ORAL AND VIDEOTAPED DEPOSITION OF CHARLES

2  ADAMS, M.D., produced as a witness at the instance

3  of the PLAINTIFFS, and duly sworn, was taken in the

4  above-styled and numbered cause on MAY 18, 2016,

5  from 8:22 a.m. to 4:54 p.m., before Melody Reneé

6  Campbell, CSR in and for the State of Texas,

7  reported by method of machine shorthand, at the

8  offices of the Attorney General, 300 West 15th

9  Street, Austin, Texas, pursuant to Notice and Court

10 Order and the Federal Rules of Civil Procedure.

```
 1                   A P P E A R A N C E S

 2    FOR THE PLAINTIFFS:
            Mr.  Jeff Edwards, Esq.
 3          Mr. Scott Medlock, Esq.
            The Edwards Law Firm
 4          1101 East Eleventh Street
            Austin, Texas  78702
 5          512.623.7727
            512.727.3365 (Fax)
 6          Jeff@edwards-law.com
            Scott@edwards-law.com
 7


 8


 9    FOR THE UNIVERSITY OF TEXAS MEDICAL BRANCH:
            Mr. Graig J. Alvarez, Esq.
10          Ms. Kara Philbin, Esq.
            Fernelius Alvarez Simon
11          1221 McKinney Street, Suite 3200
            Houston, Texas  77010
12          713.654.1200
            GAlvarez@fa-lawfirm.com
13          KPhilbin@f-alawfirm.com
                  -and-
14          Ms. J. Lee Haney, Esq.
            Assistant Attorney General
15          Office of the Attorney General of Texas
            P.O. Box 12548, Capitol Station
16          Austin, Texas  78711
            512.463.2080
17          512.963.2109 (Fax)
            Lee.Haney@texasattorneygeneral.gov
18


19
      OR THE DEFENDANTS BRAD LIVINGSTON, JEFF PRINGLE,
20    RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT
      EASON, THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE:
21          Mr. Derek Kammerlocher, Esq.
            Mr. Phillip Boyd, Esq.
22          Assistant Attorney General
            Post Office Box 12548
23          Austin, Texas  78711
            512.463.2080
24          512.936.2109
            Derek.Kammerlocher@texasattorneygeneral.gov
25          Phillip.Boyd@texasattorneygeneral.gov
```

```
 1    ALSO PRESENT:
              Dr. Glenda Adams
 2            Ms. Shanna Molanre
              Ms. Ashley Palermo
 3            Ms. Jennifer Osteen
              Ms. Jennifer Daniel
 4            Ms. Deborah M. Woltersdorf
              Mr. Kevin J. Schaefer (Videographer)
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1
2
3
4
5
6
7
8
9
10
11      Q.   (BY MR. EDWARDS)  If the Texas Department
12   of Criminal Justice is air-conditioning the bullets
13   in the armory and not air-conditioning the housing
14   areas where Mr. McCollum lived and suffered a
15   heatstroke and eventually died, do you think that
16   they're providing the same amount of protection from
17   the heat?
18
19
20      A.   Well, there's really nothing the bullets
21   can do for themselves.
22
23
24
25

1
2
3
4
5
6
7
8
9

10     Q.   (BY MR. EDWARDS)  You mentioned a
11  long-term strategy.  You need a better long-term
12  strategy than drink some water.  Right?
13     A.   Well, I think --
14
15
16     A.   There's other options.  I'm not a
17  mechanically inclined person.  I don't know what
18  those would be.  But I threw out the fact that I
19  think we need a long-term strategy for this kind of
20  weather.  Now, I don't know what it would be.
21     Q.   Fair enough.  You're not mechanically
22  inclined, you're not capable of designing a cooling
23  system.  Is what you're telling me?
24     A.   I promise you, I'm not.
25     Q.   But you are capable of knowing that it's

```
 1   really hot and that -- right?
 2       A.   Yes.
 3       Q.   Okay.  And so it would seem to me that the
 4   long-term strategy ought to be cooling the
 5   temperatures down.
 6       A.   And that probably could be done in a
 7   variety of ways, and I just don't know what they
 8   would be.
 9       Q.   Fair enough.  But make no mistake, when
10   you say long-term strategy, it needs to be to get
11   the temperatures down so that this doesn't happen in
12   the future.  Right?
13       A.   Well, that's certainly what I was
14   implying, I think.
15       Q.   Appreciate that.  Given the obvious
16   implication of that and what you're testifying
17   today -- did anybody call you up from UTMB or TDCJ
18   to say, let's work on a long-term strategy?
19
20       A.   No.
21       Q.   (BY MR. EDWARDS)  Have you ever been --
22   have you ever been on kind of a long-term strategy
23   planning committee with relation to cooling down the
24   temperatures in any prison units?
25       A.   No.
```