*Cole v. Collier*        Plaintiffs' Second Amended Exhibit List    **UPDATED COURT COPY**
June 19, 2017 Hearing

| No. | Description | Beg. Bates/D.E. | Agreed | Admitted | Denied |
|---|---|---|---|---|---|
| 1. | Diagram of Pack Unit (with and without witnesses' markings) | Marshall Ex. 7 | | | |
| 2. | Photos of Pack Unit | Multiple | | X | |
| | Barbershop | BAILEY 105348 | | X | |
| | Lower Admin. Hallway | BAILEY 105351 | | X | |
| | Craft shop | BAILEY 105380 | | X | |
| | Window 1 | 2014-8-26 14.03.14 | | X | |
| | Window 2 | 2014-8-26 13.53.57 | | X | |
| | E-Dorm Bunk View | 2014-08-26 13.03.03 | | X | |
| | Windows poster | 2014-08-26 13.26.14 | | X | |
| | Showers | 2014-08-26 13.29.48 | | X | |
| | chow | 2014-08-26 13.33.52 | | X | |
| | Bed with Window | 2014-08-26 13.53.28 | | X | |
| | Power Breezer 1 | P0067427 | | X | |
| | Power Breezer 2 | P0067428 | | X | |
| | Power Breezer with TV | P0067429 | | X | |
| | Water with telephone | P0067430 | | X | |
| | Thermometer 1 | P0067431 | | X | |
| | Thermometer 2 | P0067432 | | X | |
| | Building Dayroom | 2014-08-26 14.04.19 | | X | |
| | Building Dorm 2 | 2014-08-26 13.53.43 | | | |
| | Gym 1 | 2014-08-26 15.19.34 | | X | |
| | Gym 2 | 2014-08-26 15.19.37 | | X | |
| | Another infirmary bench | BAILEY 105361 | | X | |
| | Classroom in school | BAILEY 105375 | | X | |
| | E dorm photos | TDCJ 81336–40 | | X | |
| | Education pictures | BAILEY 105367–71 | | X | |
| | Education bench | BAILEY 105372 | | | |
| | Comode bulletin board | BAILEY 105389 | | X | |

| No. | Description | Beg. Bates/D.E. | Agreed | Admitted | Denied |
|---|---|---|---|---|---|
| | Infirmary hall | BAILEY 105356 | | X | |
| | Infirmary | BAILEY 105355 | | X | |
| | Old photo of building dorm | TDCJ 81353 | | X | |
| 2A | Infirmary Posters | BAILEY 105358 | | X | |
| 2A1 | Heat Illness Poster | | | X | |
| 2B | Library Photo | BAILEY 105373 | | X | |
| 3. | Pack Unit Web Profile | P0066781 | | X | |
| 4. | Map of TDCJ Units | P0066783 | | | |
| 5. | Prof. Sager Reports, Exhibits, NWS data, and Logger Data | 340, App. 454 | | X | |
| 6. | Pack Unit Weather Records Summary | P00784 | | X | |
| 7. | National Oceanic and Atmospheric Administration – What is a Heat Index? | 340, App. 1023 | | X | |
| 8. | Environmental Protection Agency – Excessive Heat Guidebook | 340, App. 1026 | | X | |
| 9. | Center for Disease Control – National Institute for Occupational Safety and Health – Workplace Safety and Health Topic, "Heat Stress" | 340, App. 1067 | | X | |
| 10. | NOAA Climate Maps August 2016, July 2016, June 2016 | P0066785 | | X | |
| 11. | National Weather Service – Heat Index Chart | 340, App. 1179 | | X | |
| 12. | National Weather Service – Heat Wave Major Summer Killer | 340, App. 1181 | | X | |
| 13. | National Weather Service – Calendar of Data for 2016 Summer | P0067752 | | | |
| 14. | NWS Weather Alerts – July 2016 | P0067395 | | X | |
| 15. | NWS 30 day forecast | P0066787, P0067749 | | | |
| 16. | TDCJ Interrogatory Responses in *Webb* with heat illnesses (AEO) | N/A | | X | |
| 17. | Chart with Plaintiffs' Medical Conditions and Medications (demonstrative) | P0067397 | | | |
| 18. | Heat-related death autopsies and office of the inspection general files | Multiple | | X | |
| | · Archie White | | | X | |
| | · Anselmo Lopez | | | X | |
| | · James Moore | | | X | |
| | · Charles Finke | | | X | |
| | · Gary Gemma | | | X | |

| No. | Description | Beg. Bates/D.E. | Agreed | Admitted | Denied |
|---|---|---|---|---|---|
| | · Carl Green | | | X | |
| | · Darrel Wafer | | | X | |
| | · John Cardwell | | | X | |
| | · Ricky Robertson | | | X | |
| | · James Shriver | | | X | |
| | · Dionicio Robles | | | X | |
| | · Douglas Hudson | | | X | |
| | · Larry McCollum | | | X | |
| | · Thomas Meyers | | | X | |
| | · Robert Webb | | | X | |
| | · Charles Cook | | | X | |
| | · Michael Martone | | | X | |
| | · Alexander Togonidze | | | X | |
| | · Kenneth James | | | X | |
| | · Kelly Marcus | | | X | |
| | · Daniel Alvarado | | | X | |
| | · Rodney Adams | | | X | |
| | · Albert Hinojosa | | | X | |
| 19. | Heat Deaths in TDCJ Summary Chart | | | | |
| 20. | TDCJ Heat Illness Summary Charts | | | X | |
| | Heat Illnesses in July 2012 | UTMBEmails000002673 | | X | |
| | Heat Illnesses in June 2012 (color) | 341, App. 1295 | | X | |
| | Heat Illness in June 2012 | UTMBEmails000010716 | | X | |
| | Heat Illness in summer 2013 | UTMBEmails000010722 | | X | |
| | Executive Summary, 2011 | TDCJ 83455 | | X | |
| | Executive Summary, 2012 | TDCJ 83241 | | X | |
| | Executive Summary, 2013 | TDCJ047704 | | X | |
| | Executive Summary, 2014 | TDCJ045749 | | X | |
| | End of Year Report | TDCJ 112597 | | X | |
| 21. | Heat Illnesses in TDCJ Summary Chart | | | X | |
| 22. | Excerpts of Medical Records of Keith Cole | Multiple | | X (without index) | |
| 23. | Excerpts of Medical Records of Jackie Brannum | Multiple | | X (without index) | |

| No. | Description | Beg. Bates/D.E. | Agreed | Admitted | Denied |
|---|---|---|---|---|---|
| 24. | Excerpts of Medical Records of Richard King | Multiple | | X (without index) | |
| 25. | Excerpts of Medical Records of Fred Wallace | Multiple | | X (without index) | |
| 26. | Excerpts of Medical Records of Marvin Ray Yates | Multiple | | | |
| 27. | Excerpts of Medical Records of Aaron Smith | Multiple | | | |
| 28. | Excerpts of Medical Records of Michael Denton | Multiple | | X (without index) | |
| 29. | Excerpts of Medical Records of Laddy Valentine | Multiple | | | |
| 30. | UTMB CMHCC Heat Related Illness Charts (April – July 2016) | TDCJ 111527 | | X | |
| 31. | Chart of Pack Heat Illnesses 2012–2014 | TDCJ 83788 | | X | |
| 32. | Pack Unit Employee Heat Related Illness Report (April 2013) | BAILEY 32212 | | X | |
| 33. | Pack Unit Employee Heat Related Illness Report (August 2013) | BAILEY 32230 | | X | |
| 34. | Pack Unit Inmate Heat Related Illness Report (J.C., July 2015) | BAILEY 56081, 82127 | | X | |
| 35. | Pack Unit Inmate Heat Related Illness Report (C. H., July 2016) | BAILEY 103841 | | | |
| 36. | Pack Unit Inmate Heat Related Illness Report (L.A., July 2016) | TDCJ 111323, BAILEY 103858 | | X | |
| 37. | Pack Unit Inmate Heat Related Illness Report (A.C., Aug. 2016) | TDCJ 111438 | | X | |
| 38. | Pack Unit Inmate Heat Related Illness Report (K.W. Aug. 2016) | BAILEY 119190 | | X | |
| 39. | Pack Unit Inmate Heat Related Illness Report (P.B., Aug. 2015) | BAILEY 119206 | | X | |
| 40. | Completed Heat Related Illness Reporting Forms and Associated Medical Records | Multiple | | X | |
| 41. | Emergency Action Center System Incident Reports | TDCJ 89835 | | | |
| 42. | TDCJ Temperature Extremes AD 10.64 rev. 6 (2008) | TDCJ017170 | | X | |

| No. | Description | Beg. Bates/D.E. | Agreed | Admitted | Denied |
|---|---|---|---|---|---|
| 43. | TDCJ Temperature Extemes AD 10.64 rev. 7 (2015) | TDCJ 77227 | | X | |
| 44. | TDCJ Temperature Extremes AD-10.64 rev. 8 (2017) | TDCJ 114158 | | X | |
| 45. | Heat Restrictions List (Pack Unit, April 2017) | BAILEY 124475 | | X | |
| 46. | CMHCC Heat Stress Policy B-15.2 (2007) | TDCJ030430 | | X | |
| 47. | CMHCC Heat Stress Policy D-27.2 (2015) | TDCJ 83495 | | X | |
| 48. | TDCJ Swine Operation Policy | 340, App. 1208 | | | |
| 49. | TDCJ SM-6.07 rev. 2 Nov. 2011 | BAILEY 030488 | | | |
| 50. | TDCJ SM-6.07 rev. 4 May 2017 | TDCJ 117089 | | | |
| 51. | TDCJ Offender Orientation Handbooks 2004, 2015, 2016, 2017 | TDCJ 80159–80417, TDCJ 111928, P0066791 | | X (2017 only) | |
| 52. | "Notice to Offenders" | 340, App. 2053 | | X | |
| 53. | TDCJ Heat Extremes Training Circular (2016) | TDCJ 111554 | | | |
| 54. | Training Pamphlet 2017 | TDCJ 114925 | | X | |
| 55. | Heat Precaution Checklist | BAILEY 22640 | | | |
| 56. | Heat Precaution Checklist | Marshall Ex. 10 | | | |
| 57. | TDCJ Heat Message (2011) | TDCJ - 04806 | | | |
| 58. | TDCJ Heat Message (2017) | TDCJ 114142 | | X | |
| 59. | Pack Unit Respite Area Capacity Chart | BAILEY 98354 | | X | |
| 60. | Training Video 2014 | | | | |
| 61. | TDCJ Survey of Which Units Have Air Conditioning in Housing Areas | TDCJ 113038 | | X | |
| 62. | TDCJ Survey of Which Units Have Air Conditioning in Housing Areas | TDCJ 82858 | | X | |
| 63. | TDCJ Capacities and Populations as of 1/31/2011 | TDCJ 112801 | | | |
| 64. | R. Eason Email re: Respite Areas July 24, 2015 | TDCJ 82788 | | X | |
| 65. | L. Linthicum Memo re: Ricky Robertson May 3, 2005 | McCollum/ Robertson-54 | | X | |
| 66. | R. Williams Email re: PEARL Problem List Sep. 24, 2011 | TDCJ019383 | | | |
| 67. | T. Ohare Email re: Cool-Space Mar. 27, 2014 | TDCJ030308 | | | |

| No. | Description | Beg. Bates/D.E. | Agreed | Admitted | Denied |
|---|---|---|---|---|---|
| 68. | TDCJ Pack HVAC Replacements | TDCJ 85339 | | | |
| 69. | TDCJ New Installed A/C Projects September 2009 – June 2015 | TDCJ 85339a | | | |
| 70. | Project Master File Documents, Lewis Unit Install Condensing Unit Expansion Cellblock Shakedown Area | TDCJ 89622 | | | |
| 71. | Project Master File, Mountain View Unit Install Window Unit AC-OIG | TDCJ 89676 | | | |
| 72. | Project Master File, Stiles Unit Install AC 11 Building | TDCJ 89723 | | | |
| 73. | R. Eason Email re: J3 Infirmary Aug. 22, 2014 | TDCJ 024135 | | | |
| 74. | S. Smock Email re: J3 Infirmary June 13, 2013 | UTMBEmails000006333 | | | |
| 75. | S. Smock Email re: Dawson June 18, 2010 | TDCJ017832 | | | |
| 76. | R. Williams re: Heat Related Illness July 11, 2012 | TDCJ014664 | | | |
| 77. | L. Linthicum Email re: Lease # 10604 Aug. 12, 2009 | D00166199 | | | |
| 78. | D. Allison Memo re: RMC Meeting May 29, 2013 | BAILEY032771 | | | |
| 79. | D. Allison Memo re: Meeting Minutes July 31, 2012 | BAILEY032775 | | | |
| 80. | L. Linthicum Memo re: Heat Related Deaths June 26, 2009 | TDCJ029581 | | | |
| 81. | H. Lara Memo re: Posted Heat Precaution | BAILEY 032043 | | X | |
| 82. | F. Inmon Email re: NY Times Request June 18, 2012 | TDCJ044138 | | | |
| 83. | F. Inmon Email re: TDCJ A/C on Units June 19, 2012 | TDCJ022848 | | | |
| 84. | American Correctional Association Standard 4-415-3 | *McCollum*, Doc. 301, App. 2537 | | X | |
| 85. | American Correctional Association Standards Committee Minutes | 340, App. 996 | | X | |
| 86. | American Bar Association Standards on Treatment of Prisoners, 3d Ed. | P0066940 | | X | |
| 87. | Texas Jail Standard, 3 Tex. Reg. 897 (Mar. 1978) | *McCollum*, Doc. 301, App. 2375 | | X | |
| 88. | Arkansas Jail Standards | P0067398 | | X | |

| No. | Description | Beg. Bates/D.E. | Agreed | Admitted | Denied |
|---|---|---|---|---|---|
| 89. | Arizona Department of Corrections Physical Plant Standards | *McCollum*, Doc. 301, App. 2305 | | X | |
| 90. | New Mexico Department of Corrections Physical Plant Requirements | *McCollum*, Doc. 301, App. 2313 | | X | |
| 91. | Tennessee Correctional Facilities Standards | *McCollum*, Doc. 301, App. 2353 | | X | |
| 92. | Oklahoma Department of Corrections Standards for Inspections | *McCollum*, Doc. 301, App. 2368 | | X | |
| 93. | North Carolina Administrative Code § 14J.1217 | P0067347 | | X | |
| 94. | Illinois Jail Standards | P0067394 | | X | |
| 95. | List of Prison Systems with Air Conditioning (demonstrative) | P0067395 | | | |
| 96. | Department of Defense – Report Regarding Conditions at Guantanamo Bay Prison Facility | 340, App. 1097 | | X | |
| 97. | Icy Breeze Cooler with Instruction Manual & Receipt | P0066773 | | | |
| 98. | Photo of Port-a-cool | *McCollum*, Appx. 7150 | | X | |
| 99. | Photo of Cool-Space | TDCJ 80073 | | X | |
| 100. | Warden Wilder Memo re: Electrical service | BAILEY 127028 | | | |
| 101. | Several Emails re: Power Breezers | TDCJ 117150–117155 | | | |
| 102. | TDCJ Requisition of Air Evaporative Coolers May 17, 2017 | BAILEY 127106 | | | |
| 103. | TDCJ Request for Quotation re: Mobile Air Circulators May 26, 2017 | BAILEY 127042 | | | |
| 104. | Trak Engineering Appendix C | BAILEY 127164 | | | |
| 105. | R. Brown Expert Report & Exhibits | N/A | | X | |
| 106. | ASHRAE 55-2004 Graph Excerpt | *McCollum*, 301, App. 2575 | | | |
| 107. | Online TDCJ Unit Directory | *McCollum*, 300, App. 1387 | | | |
| 108. | TDCJ Purchase Order Change Notice re: Cool-space Aug. 13, 2014 | TDCJ 81439 | | | |
| 109. | Email from Billy Hirsch February 8, 2017 | TDCJ 117134 | | | |
| 110. | Articles Noted by Dr. Vassallo and Dr. McGeehin | 511 - Plaintiffs' Exhibits 4–11, 14 | | | |

*Cole v. Collier*    Plaintiffs' Second Amended Exhibit List    **UPDATED COURT COPY**
June 19, 2017 Hearing

| No. | Description | Beg. Bates/D.E. | Agreed | Admitted | Denied |
|---|---|---|---|---|---|
| 111. | Preliminary Injunction Hearing Exhibits | 511 | | | |
| 112. | June 1, 2017 Power Breezer Purchase Order & Spec Sheet | BAILEY 127158 | | | |
| 113. | Air Conditioning quotes from Carrier Rentals | P0067433–47, P0067740, P0067744 | | X | |
| 114. | Email from B. Sears to K. Farguson (Sep. 2, 2014) | TDCJ047366 | | X | |
| 115. | Demonstrative Summary of A/C in TDCJ | P0067750 | | | |
| 116. | Health Services Liaison Facility Type List | TDCJ 80441 | | X | |
| 117. | AC Survey 08 31 2017 With Bed Counts | BAILEY 128715 | | X | |
| 118. | Copy of Porta-Cool Loc. & Dec. | BAILEY 128690 | | | |
| 119. | TDCJ Chiller Rentals | BAILEY 128694 | | | |
| 120. | ASHRAE 62-2001 | P0067782 | | | |
| 121. | Additional Carrier Rentals Quotes | P0067775–80 | | | |
| 122. | Excerpts from Grievances | BAILEY 128544 | | X | |
| A | Robert Jones | BAILEY 128545 | | X | |
| B | Harry Kerley | BAILEY 128855 | | X | |
| C | Douglas Collins 1 | P0066766 | | X | |
| D | Douglas Collins 2 | P0066762 | | X | |
| G | Keith Cole | BAILEY 126888 | | X | |
| H | John Ford | BAILEY 128639 | | X | |
| J | Billy Risley | BAILEY 126845 | | X | |
| K | Rusty Johhnson | BAILEY 126899 | | X | |
| L | Ray Omelas | BAILEY 126908 | | X | |
| 123. | Suggested Poster - 3 hours a day | | | X | |
| 124. | Suggested Poster - 24 hours a day | | | X | |
| 125. | 17.6.15 Three month outlook.pdf | | | | |
| 126. | Hoerling_et_al_2013_JClim_Texas-2011 | | | | |
| 127. | Chart of offender location of heat-related illness | Linthicum Exh 014 | | X | |
| 128. | WetBulb Globe Temperature.pdf | | | | |
| 129. | Herrera bed summary | | | X | |
| 130. | Email to K. Farguson (Jul. 15, 2014) | TDCJ047398 | | X | |
| 131. | TDCJ Heat Message (2012) | TDCJ 04809 | | X | |
| 132. | TDCJ Heat Message (2013) | TDCJ 04813 | | X | |
| 133. | TDCJ Heat Message (2014) | TDCJ 04818 | | X | |
| 134. | TDCJ Heat Message (2015) | BAILEY 48921 | | X | |
| 135. | TDCJ Heat Message (2016) | TDCJ 114142 | | X | |