```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                    HOUSTON DIVISION

 3
     KEITH COLE, ET AL           *   4:14-CV-01698
 4                               *
     VS.                         *
 5                               *
     BRYAN COLLIER, ET AL        *   JUNE 19, 2017 TO
 6                               *   JUNE 29, 2017

 7                   INJUNCTION HEARING
             BEFORE THE HONORABLE KEITH P. ELLISON
 8                      MASTER INDEX

 9   APPEARANCES:

10   FOR THE PLAINTIFFS:
     Mr. Jeffrey S. Edwards
11   Mr. Michael C. Singley
     Mr. Scott Charles Medlock
12   Mr. David James
     The Edwards Law Firm
13   1101 East 11th Street
     Austin, Texas 78702
14   (512) 623-7727
           and
15   Ms. Wallis Anne Nader
     Texas Civil Rights Project - Houston
16   2006 Wheeler Avenue
     Houston, Texas 77004
17    (832) 767-3650

18   FOR THE DEFENDANTS:
     Mr. Craig Michael Warner
19   Ms. Leah Jean O'Leary
     Mr. Matthew J. Greer
20   Mr. Darren Lee McCarty
     Mr. C. Daniel DiLizia
21   Mr. Daniel Christopher Neuhoff
     Office of the Attorney General
22   P.O. Box 12548
     Austin, Texas 78711
23   (512) 936-2109

24

25

                            Laura Wells, CRR, RDR
```

**APPEARANCES (continued)**

Court Reporter:
Laura Wells, RPR, RMR, CRR
515 Rusk, Suite 8004
Houston, Texas 77002

Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted transcription.

*Laura Wells, CRR, RDR*

```
                        MASTER INDEX
                     (Alphabetical Index)

   WITNESSES                                                Page

   JACKIE BRANNUM
        Direct Examination By Mr. Medlock                     69
        Cross-Examination By Mr. Warner                       93
        Redirect Examination By Mr. Medlock                  118

   RONALD WAYNE BROWN
        Direct Examination By Mr. Singley                    252
        Cross-Examination By Mr. Greer                       306
        Redirect Examination By Mr. Singley                  339

   KEITH COLE
        Direct Examination By Mr. Edwards                    199
        Cross-Examination By Mr. Warner                      227

   MICHAEL RAY DENTON
        Direct Examination By Mr. Medford                   1788
        Cross-Examination By Ms. O'Leary                    1803
        Redirect Examination By Mr. Medlock                 1819

   KIM FARGUSON
        Direct Examination By Mr. Greer                     1651
        Cross-Examination By Mr. Medlock                    1675
        Redirect Examination By Mr. Greer                   1691
        Recross-Examination By Mr. Medford                  1691

   CODY GINSEL
        Direct Examination By Ms. O'Leary                   1004
        Direct Examination (Cont.) By Ms. O'Leary           1115
        Cross-Examination By Mr. Edwards                    1156
        Cross-Examination (Cont.) By Mr. Edwards            1180
        Cross-Examination (Cont.) By Mr. Edwards            1235
        Redirect Examination By Ms. O'Leary                 1339
        Recross-Examination By Mr. Edwards                  1353

   ROBERT HERRERA
        Direct Examination By Mr. Warner                     543
        Cross-Examination By Mr. Edwards                     659
        Cross-Examination (Cont.) By Mr. Edwards             800
        Redirect Examination By Mr. Warner                   854
        Recross-Examination By Mr. Edwards                   908
```

*Laura Wells, CRR, RDR*

**MASTER INDEX**
**(Alphabetical Index)**

**CARLOS HUERTA**
|  |  |
|---|---:|
| Direct Examination By Mr. Medlock | 162 |
| Cross-Examination By Mr. Warner | 176 |
| Voir Dire Examination By Mr. Medlock | 183 |
| Cross-Examination (Cont.) By Mr. Warner | 183 |
| Redirect Examination By Mr. Medlock | 197 |

**RICHARD KING**
|  |  |
|---|---:|
| Direct Examination By Mr. Medlock | 6 |
| Cross-Examination By Ms. O'Leary | 37 |
| Redirect Examination By Mr. Medlock | 62 |

**LaMORRIS MARSHALL**
|  |  |
|---|---:|
| Direct Examination By Mr. Warner | 1699 |
| Cross-Examination By Mr. Singley | 1726 |
| Redirect Examination By Mr. Warner | 1775 |
| Recross-Examination By Mr. Singley | 1782 |

**PHYLLIS MCWHORTER**
|  |  |
|---|---:|
| Direct Examination By Ms. O'Leary | 930 |
| Cross-Examination By Mr. Edwards | 948 |
| Redirect Examination By Ms. O'Leary | 988 |
| Recross-Examination By Mr. Edwards | 997 |
| Redirect Examination By Ms. O'Leary | 1003 |

**THOMAS RAY PENNINGTON**
|  |  |
|---|---:|
| Direct Examination By Mr. Medlock | 120 |
| Cross-Examination By Mr. Warner | 144 |
| Redirect Examination By Mr. Medlock | 157 |

**DEAN RIEGER**
|  |  |
|---|---:|
| Direct Examination By Mr. Warner | 1362 |
| Cross-Examination By Mr. Edwards | 1443 |
| Cross-Examination (Cont.) By Mr. Edwards | 1465 |
| Redirect Examination By Mr. Warner | 1505 |
| Recross-Examination By Mr. Edwards | 1532 |

**FRANK TRAKNYAK**
|  |  |
|---|---:|
| Direct Examination By Mr. Greer | 1542 |
| Direct Examination (Cont.) By Mr. Greer | 1574 |
| Cross-Examination By Mr. Singley | 1585 |
| Redirect Examination By Mr. Greer | 1645 |

**ELDON WAYNE VAIL**
|  |  |
|---|---:|
| Direct Examination By Mr. Medlock | 347 |
| Cross-Examination By Ms. O'Leary | 454 |
| Redirect Examination By Mr. Medlock | 533 |

```
 1                         MASTER INDEX
                        (Chronological Index)
 2                                                                  Page

 3   Rule Invoked...................................    67

 4   WITNESSES                                                      Page

 5   RICHARD KING
         Direct Examination By Mr. Medlock                             6
 6       Cross-Examination By Ms. O'Leary                             37
         Redirect Examination By Mr. Medlock                          62
 7
     JACKIE BRANNUM
 8       Direct Examination By Mr. Medlock                            69
         Cross-Examination By Mr. Warner                              93
 9       Redirect Examination By Mr. Medlock                         118

10   THOMAS RAY PENNINGTON
         Direct Examination By Mr. Medlock                           120
11       Cross-Examination By Mr. Warner                             144
         Redirect Examination By Mr. Medlock                         157
12
     CARLOS HUERTA
13       Direct Examination By Mr. Medlock                           162
         Cross-Examination By Mr. Warner                              176
14       Voir Dire Examination By Mr. Medlock                        183
         Cross-Examination By Mr. Warner                             183
15       Redirect Examination By Mr. Medlock                         197

16   KEITH COLE
         Direct Examination By Mr. Edwards                           199
17       Cross-Examination By Mr. Warner                             227

18   RONALD WAYNE BROWN
         Direct Examination By Mr. Singley                           252
19       Cross-Examination By Mr. Greer                              306
         Redirect Examination By Mr. Singley                         339
20
     ELDON WAYNE VAIL
21       Direct Examination By Mr. Medlock                           347
         Cross-Examination By Ms. O'Leary                            454
22       Redirect Examination By Mr. Medlock                         533

23   ROBERT HERRERA
         Direct Examination By Mr. Warner                            543
24       Cross-Examination By Mr. Edwards                            659
         Cross-Examination By Mr. Edwards                            800
25       Redirect Examination By Mr. Warner                          854
         Recross-Examination By Mr. Edwards                          908
```

*Laura Wells, CRR, RDR*

```
 1                        MASTER INDEX
                       (Chronological Index)
 2                                                              Page

 3
     PHYLLIS MCWHORTER
 4       Direct Examination By Ms. O'Leary                       930
         Cross-Examination By Mr. Edwards                        948
 5       Redirect Examination By Ms. O'Leary                     988
         Recross-Examination By Mr. Edwards                      997
 6       Redirect Examination By Ms. O'Leary                    1003

 7   CODY GINSEL
         Direct Examination By Ms. O'Leary                      1004
 8       Direct Examination (Cont.) By Ms. O'Leary              1115
         Cross-Examination By Mr. Edwards                       1156
 9       Cross-Examination (Cont.) By Mr. Edwards               1180
         Cross-Examination (Cont.) By Mr. Edwards               1235
10       Redirect Examination By Ms. O'Leary                    1339
         Recross-Examination By Mr. Edwards                     1353
11
     DEAN RIEGER
12       Direct Examination By Mr. Warner                       1362
         Cross-Examination By Mr. Edwards                       1443
13       Cross-Examination (Cont.) By Mr. Edwards               1465
         Redirect Examination By Mr. Warner                     1505
14       Recross-Examination By Mr. Edwards                     1532

15   FRANK TRAKNYAK
         Direct Examination By Mr. Greer                        1542
16       Direct Examination (Cont.) By Mr. Greer                1574
         Cross-Examination By Mr. Singley                       1585
17       Redirect Examination By Mr. Greer                      1645

18   KIM FARGUSON
         Direct Examination By Mr. Greer                        1651
19       Cross-Examination By Mr. Medlock                       1675
         Redirect Examination By Mr. Greer                      1691
20       Recross-Examination By Mr. Medford                     1691

21   LaMORRIS MARSHALL
         Direct Examination By Mr. Warner                       1699
22       Cross-Examination By Mr. Singley                       1726
         Redirect Examination By Mr. Warner                     1775
23       Recross-Examination By Mr. Singley                     1782

24   MICHAEL RAY DENTON
         Direct Examination By Mr. Medford                      1788
25       Cross-Examination By Ms. O'Leary                       1803
         Redirect Examination By Mr. Medlock                    1819
```

*Laura Wells, CRR, RDR*

Case 4:14-cv-01698 Document 750 Filed in TXSD on 07/26/17 Page 7 of 12    7
Plaintiffs' Exhibits

**EXHIBIT INDEX**

**PLAINTIFFS' EXHIBITS**

| EXHIBIT NUMBER | OFFERED | ADMITTED |
|---|---|---|
| Plaintiffs' Exhibit Number 2 | 66, 346 | 67, 347 |
| Plaintiffs' Exhibit Numbers 2A1, 2B, 4, 15, 42, 43, 46 and 117 | 1823 | 1823 |
| Plaintiffs' Exhibit Numbers 3, 5, 7, 8, 9, 10, 11, 12, 14, 20, 22, 23, 24, 25, 28, 30, 31, 32, 33, 34, 36, 37, 38, 39, 45, 51, 59, 61, 62, 81, 84, 85, 116 | 793 | 793 |
| Plaintiffs' Exhibit Number 6 | 797 | 797 |
| Plaintiffs' Exhibit Number 15 | 453 | 454 |
| Plaintiffs' Exhibit Numbers 16 and 17 | 438 | 441 |
| Plaintiffs' Exhibit Numbers 17 and 18 | 444 | 444 |
| Plaintiffs' Exhibit Number 18 | 444 | 444 |
| Plaintiffs' Exhibit Numbers 44 and 58 | 387 | 387 |
| Plaintiffs' Exhibit Number 47 | 14 | 16 |
| Plaintiffs' Exhibit Number 52 | 68 | 69 |
| Plaintiffs' Exhibit Number 54 | 63 | 63 |
| Plaintiffs' Exhibit Number 65 | 794 | 795 |

*Laura Wells, CRR, RDR*

Plaintiffs' Exhibits

**EXHIBIT INDEX**

**PLAINTIFFS' EXHIBITS**

| EXHIBIT NUMBER | OFFERED | ADMITTED |
|---|---|---|
| Plaintiffs' Exhibit Numbers 84, 86, 87, 88, 89, 90, 91, 92, 94 and 96 | 383 | 383 |
| Plaintiffs' Exhibit Numbers 98 and 99 | 436 | 436 |
| Plaintiffs' Exhibit Number 105 | 1544 | 1545 |
| Plaintiffs' Exhibit Number 114 | 1602 | 1602 |
| Plaintiffs' Exhibit Number 117 | 853 | 853 |
| Plaintiffs' Exhibit Number 122B | 1748 | 1748 |
| Plaintiffs' Exhibit Number 122C | 723 | 723 |
| Plaintiffs' Exhibit Number 122D | 718 | 720 |
| Plaintiffs' Exhibit Number 122G | 729 | 729 |
| Plaintiffs' Exhibit Number 122J | 740 | 740 |
| Plaintiffs' Exhibit Number 123 | 701 | 701 |
| Plaintiffs' Exhibit Number 124 | 706 | 707 |
| Plaintiffs' Exhibit Number 127 | 1697 | 1698 |
| Plaintiffs' Exhibit Number 129 | 926 | 927 |

*Laura Wells, CRR, RDR*

```
 1                        EXHIBIT INDEX

 2  PLAINTIFFS' EXHIBITS

 3  EXHIBIT NUMBER                 OFFERED    ADMITTED

 4  Plaintiffs' Exhibit              1681       1681
    Number 130
 5
    Plaintiffs' Exhibit              1698       1698
 6  Numbers 131, 132, 133
    and 134
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Laura Wells, CRR, RDR*

```
 1                      EXHIBIT INDEX

 2   DEFENDANTS' EXHIBITS

 3   EXHIBIT NUMBER                OFFERED      ADMITTED

 4   Defendants' Exhibit            899          899
     Number 1
 5
     Defendants' Exhibit             14           16
 6   Number 4

 7   Defendants' Exhibit            858          858
     Number 7
 8
     Defendants' Exhibit           1697         1697
 9   Numbers 7 and 24

10   Defendants' Exhibit           1046         1046
     Number 8
11
     Defendants' Exhibit           1544         1545
12   Numbers 20 and 119

13   Defendants' Exhibit            564          565
     Number 27
14
     Defendants' Exhibit           1017         1018
15   Number 30

16   Defendants' Exhibit           1044         1044
     Number 32
17
     Defendants' Exhibit            945          946
18   Number 34

19   Defendants' Exhibit            109          109
     Number 36
20
     Defendants' Exhibit           1047         1047
21   Numbers 36A, 36B and
     36C
22
     Defendants' Exhibit            942          942
23   Number 50

24   Defendants' Exhibit            182          ---
     Number 56
25
```

*Laura Wells, CRR, RDR*

Defendants' Exhibits

**EXHIBIT INDEX**

**DEFENDANTS' EXHIBITS**

| | | |
|---|---|---|
| Defendants' Exhibit Number 88 | 1350 | 1350 |
| Defendants' Exhibit Number 90 | 932 | 932 |
| Defendants' Exhibit Number 93 | 210, 1528 | 211, 1529 |
| Defendants' Exhibit Number 107 | 1658 | 1659 |
| Defendants' Exhibit Number 109 | 1156 | 1156 |
| Defendants' Exhibit Number 120 | 1656 | 1656 |
| Defendants' Exhibit Number 121 | 178 | 178 |
| Defendants' Exhibit Number 126 | 581 | 581 |
| Defendants' Exhibit Number 127 | 584 | 584 |
| Defendants' Exhibit Number 129 | 586 | 586 |
| Defendants' Exhibit Number 130 | 587 | 587 |
| Defendants' Exhibit Number 131 | 589 | --- |
| Defendants' Exhibit Number 132 | 590 | 591 |
| Defendants' Exhibit Number 133 | 592 | 592 |
| Defendants' Exhibit Number 134 | 593 | 593 |

*Laura Wells, CRR, RDR*

Defendants' Exhibits

**EXHIBIT INDEX**

**DEFENDANTS' EXHIBITS**

| | | |
|---|---|---|
| Defendants' Exhibit Number 136 | 1036 | 1037 |
| Defendants' Exhibit Number 137 | 1035 | 1035 |
| Defendants' Exhibit Number 138 | 1095 | 1095 |
| Defendants' Exhibit Number 139 | 1347, 1776 | 1347, 1776 |

*Date: July 27, 2017*

*COURT REPORTER'S CERTIFICATE*

*I, Laura Wells, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.*

*/s/ Laura Wells*
*Laura Wells, CRR, RMR*

*Laura Wells, CRR, RDR*