```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION

 3    KEITH COLE, ET AL          *    4:14-CV-01698
                                 *
 4    VS.                        *    9:41 A.M.
                                 *
 5    BRYAN COLLIER, ET AL       *    JUNE 19, 2017

 6                   INJUNCTION HEARING
            BEFORE THE HONORABLE KEITH P. ELLISON
 7                   Day 1 of 9 Days

 8    APPEARANCES:

 9    FOR THE PLAINTIFFS:
      Mr. Jeffrey S. Edwards
10    Mr. Michael C. Singley
      Mr. Scott Charles Medlock
11    Mr. David James
      The Edwards Law Firm
12    1101 East 11th Street
      Austin, Texas 78702
13    (512) 623-7727
           and
14    Ms. Wallis Anne Nader
      Texas Civil Rights Project - Houston
15    2006 Wheeler Avenue
      Houston, Texas  77004
16    (832) 767-3650

17    FOR THE DEFENDANTS:
      Mr. Craig Michael Warner
18    Ms. Leah Jean O'Leary
      Mr. Matthew J. Greer
19    Mr. Darren Lee McCarty
      Mr. Daniel Christopher Neuhoff
20    Mr. C. Daniel DiLizia
      Office of the Attorney General
21    P.O. Box 12548
      Austin, Texas 78711
22    (512) 936-2109

23

24

25
```

*Laura Wells, CRR, RDR*

1                    **APPEARANCES (continued)**

2    **ALSO IN ATTENDANCE:**
     Mr. Richard King
3    Mr. Keith Cole
     Mr. Jackie Brannum
4    Mr. Fred Wallace
     Mr. Michael Denton
5
     Court Reporter:
6    Laura Wells, RPR, RMR, CRR
     515 Rusk, Suite 8004
7    Houston, Texas 77002

8    Proceedings recorded by mechanical stenography.
     Transcript produced by computer-assisted transcription.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
**DAY 1**
**(Injunction Hearing)**
2
Page
June 19, 2017
3
Rule Invoked................................      67
4
WITNESSES                                        Page
5
**RICHARD KING**
6       Direct Examination By Mr. Medlock            6
        Cross-Examination By Ms. O'Leary            37
7       Redirect Examination By Mr. Medlock         62

8     **JACKIE BRANNUM**
        Direct Examination By Mr. Medlock           69
9       Cross-Examination By Mr. Warner             93
        Redirect Examination By Mr. Medlock        118
10
      **THOMAS RAY PENNINGTON**
11      Direct Examination By Mr. Medlock          120
        Cross-Examination By Mr. Warner            144
12      Redirect Examination By Mr. Medlock        157

13    **CARLOS HUERTA**
        Direct Examination By Mr. Medlock          162
14      Cross-Examination By Mr. Warner            176
        Voir Dire Examination By Mr. Medlock       183
15      Cross-Examination (Continued) By Mr. Warner 183
        Redirect Examination By Mr. Medlock        197
16
      **KEITH COLE**
17      Direct Examination By Mr. Edwards          199
        Cross-Examination By Mr. Warner            227
18
                                                 Page
19    Court Reporter's Certificate...................  247

20

21

22

23

24

25

*Laura Wells, CRR, RDR*

```
 1                        EXHIBIT INDEX

 2   PLAINTIFFS' EXHIBITS

 3   EXHIBIT NUMBER              OFFERED   ADMITTED

 4   Plaintiffs' Exhibit          66        67
     Number 2
 5
     Plaintiffs' Exhibit          14        16
 6   Number 47

 7   Plaintiffs' Exhibit          68        69
     Number 52
 8
     Plaintiffs' Exhibit          63        63
 9   Number 54

10
     DEFENDANTS' EXHIBITS
11
     EXHIBIT NUMBER              OFFERED   ADMITTED
12
     Defendants' Exhibit          14        16
13   Number 4

14   Defendants' Exhibit         109       109
     Number 36
15
     Defendants' Exhibit         182       ---
16   Number 56

17   Defendants' Exhibit         210       211
     Number 93
18
     Defendants' Exhibit         178       178
19   Number 121

20

21

22

23

24

25
```

1                          **PROCEEDINGS**

2              THE COURT:  Good morning and welcome.  Have you

3    discussed amongst yourselves how you wish to proceed this

4    morning?  No?  Does anybody want to make an opening

09:41:04    5    statement, or shall we just go directly to presentation of

6    evidence?

7              MR. EDWARDS:  I think that going directly to the

8    presentation of evidence would be fine with plaintiffs.

9              THE COURT:  Is that agreeable with everybody?

09:41:15   10              MR. McCARTY:  Your Honor, that's agreeable with

11    TDCJ.

12              THE COURT:  Okay.  Let's do that.  Do you want to

13    call your first witness?

14              MR. MEDLOCK:  Plaintiffs call Richard King, Your

09:41:25   15    Honor.

16              THE COURT:  Mr. King, if you'd make your way up

17    here, sir.  We're going to have you in the seat nearest

18    me.  Well, yeah, I don't know.  You've got an obstacle

19    course, don't you?

09:41:41   20              MR. MEDLOCK:  Your Honor, if I could examine the

21    witness from the desk table.

22              THE COURT:  That's fine.

23         Mr. King, if you want to -- before you take your seat,

24    if you'll listen to the oath.  You don't have to raise

09:42:01   25    your hand, but if you will listen to the oath and answer

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

```
        1   "I do" if you can answer affirmatively.

        2        (Witness sworn by the case manager.)

        3            THE WITNESS:  I do.

        4            THE COURT:  Okay.  Please have a seat and try to

09:42:10 5  speak directly into that mic.

        6        You may inquire.

        7            MR. MEDLOCK:  Thank you, Your Honor.

        8                          RICHARD KING,

        9   having been first duly sworn, testified as follows:

09:42:24 10                     DIRECT EXAMINATION

        11  BY MR. MEDLOCK:

        12  Q.   Can you hear me, Mr. King?

        13  A.   Yes.

        14  Q.   All right.  Will you please state your name for the

09:42:31 15 record, sir?

        16  A.   Richard King.

        17  Q.   And how old are you, sir?

        18  A.   71.

        19  Q.   And where are you from originally?

09:42:39 20 A.   Nacogdoches, Texas.

        21  Q.   What did you do for a living before you were sent to

        22  prison?

        23  A.   Engineer for Southern Pacific Railroad.

        24  Q.   Before you came to prison, did you ever live in an

09:42:50 25 environment without air-conditioning?
```

Direct Examination of Richard King

|      |        |                                                                    |
|------|--------|--------------------------------------------------------------------|
|      | 1      | **A.**   No.                                                       |
|      | 2      | **Q.**   How long have you been in TDCJ custody, sir?              |
|      | 3      | **A.**   Right at 28 years.                                        |
|      | 4      | **Q.**   And how long have you been living at the Pack Unit?       |
| 09:43:03 | 5  | **A.**   Since July of '11.                                        |
|      | 6      | **Q.**   That's July of 2011?                                      |
|      | 7      | **A.**   Right.                                                    |
|      | 8      | **Q.**   And do you have a job at the Pack Unit?                   |
|      | 9      | **A.**   Medical Squad 1.                                          |
| 09:43:18 | 10 | **Q.**   Would you describe for the Court what being on Medical    |
|      | 11     | Squad 1 means.                                                     |
|      | 12     | **A.**   It's kind of -- they're like for people that's not        |
|      | 13     | able to work full-time.  They call us out occasionally to          |
|      | 14     | shuck corn, shell peas, just real light duty.                      |
| 09:43:41 | 15 | **Q.**   And do you have an understanding of why your job          |
|      | 16     | assignment is Medical Squad 1?                                     |
|      | 17     | **A.**   Yes.  I just -- when I got to the Pack Unit, I was        |
|      | 18     | just out of a wheelchair about six or eight months; and I          |
|      | 19     | was medically unassigned at first.  And then, they changed         |
| 09:43:59 | 20 | it and put me in Medical Squad 1.                                  |
|      | 21     | **Q.**   Have you ever actually done any work on Medical           |
|      | 22     | Squad 1?                                                            |
|      | 23     | **A.**   No.                                                       |
|      | 24     | **Q.**   Why were you in a wheelchair when you arrived at the      |
| 09:44:09 | 25 | Pack Unit?                                                          |

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

```
         1   A.   I had a viral infection attack my nerves going down to

         2   my legs, and I was paralyzed from the waist down for about

         3   five or six months.

         4   Q.   Do you still feel the effects of that condition today?

09:44:24 5   A.   Yes.

         6   Q.   Describe for the Court what that is like.

         7   A.   Well, the doctors told me that I had so much nerve

         8   damage, I would probably lose 25, 30 percent use of my

         9   legs; and that's holding true.  I can't go up and down

09:44:42 10  stairs very well.  I just -- I can't make sudden

         11  movements.

         12  Q.   Which dormitory do you live in at the Pack Unit, sir?

         13  A.   E building, 20 dorm.

         14  Q.   Is that the expansion cellblock?

09:45:00 15  A.   Yes.

         16  Q.   And I understand that the expansion cellblock has an

         17  upstairs and a downstairs area; is that right?

         18  A.   Yes.  For the housing, yes.

         19  Q.   Do you live upstairs or downstairs?

09:45:16 20  A.   Downstairs.

         21  Q.   Now, does your dormitory have showers in it?

         22  A.   Yes.

         23  Q.   And how -- are any of those cold-water showers during

         24  the summer?

09:45:26 25  A.   Yes.  We have one cold-water shower.
```

1  **Q.**  And when was the last time you used that cold-water

2  shower?

3  **A.**  Yesterday.

4  **Q.**  Now, sir, you mentioned the viral infection that you

09:45:44  5  had a few years ago that's limited the use of your legs.

6  Do you have any other chronic medical conditions?

7  **A.**  Well, high blood pressure and diabetes.

8  **Q.**  And I apologize for these indelicate questions, sir;

9  but how tall are you?

09:46:05  10  **A.**  6'1".

11  **Q.**  And how much do you weigh?

12  **A.**  About 220.

13  **Q.**  Has a doctor ever told you that you are overweight or

14  you should lose some weight?

09:46:17  15  **A.**  Yes.

16  **Q.**  Has a doctor ever told you that you are obese?

17  **A.**  Yes.

18  **Q.**  Does carrying those extra pounds make it more

19  difficult for you to do anything day-to-day?

09:46:28  20  **A.**  Yes.  I am just not as physically able to do most

21  things that I have done in the past.  Of whether it's my

22  legs, the extra weight I carry, it's I guess a combination

23  of both things.

24  **Q.**  Does that combination make it more difficult for you

09:46:58  25  to walk?

1    **A.**   Yes.

2    **Q.**   Does it make it more difficult for you to stand, that

3    combination of medical conditions?

4    **A.**   Yeah.  I cannot -- I cannot stand for very long.

09:47:08  5    **Q.**   How long have you been diagnosed with diabetes, sir?

6    **A.**   Since 2008.

7    **Q.**   And how about how long have you been diagnosed with

8    high blood pressure?

9    **A.**   1997, '98, somewhere around there.

09:47:57 10    **Q.**   Do you know if there are any other inmates at the Pack

11    Unit who have diabetes?

12    **A.**   Yes.  There is a number of them.

13    **Q.**   How do you know that?

14    **A.**   Well, when we are waiting in the insulin line, there

09:47:57 15    is two long lines.  Sometimes a 45, sometimes an hour

16    wait.  And the nurses have said they have 150 of us or

17    thereabouts doing insulin.

18    **Q.**   On an average day, not -- not a day during the summer

19    but a day during other parts of the year, does your

09:48:08 20    diabetes change anything that you do day-to-day?

21    **A.**   No, not really as far as --

22    **Q.**   Does it change -- I'm sorry, sir.  Go ahead.

23    **A.**   Well, I just -- it -- it's just a lifestyle that you

24    have to learn to live with.

09:48:25 25    **Q.**   And what kind of things do you do differently to live

Direct Examination of Richard King

```
         1  with that lifestyle?

         2  A.   Well, what you eat.  You have got to make sure you eat

         3  enough, don't eat too much.  I have had a couple of

         4  episodes just recently where my sugar level dropped, and I

09:48:43  5  had to go to the infirmary.

         6  Q.   Tell the -- I'm sorry.

         7  A.   You have got to be cognizant of that.

         8  Q.   Tell the -- tell the Court what it was like the most

         9  recent time your blood sugar got out of whack.

09:49:00 10  A.   Well, I just -- I had done insulin, ate breakfast,

        11  went back to the dorm; and my sugar just dropped for some

        12  reason.  And I am not really aware of a lot that is going

        13  on when your sugar drops like that; and they had to come

        14  get me in a wheelchair, take me in and give me some

09:49:36 15  glucose and peanut butter and crackers.

        16       And after 30 or 40 minutes, the sugar comes back up;

        17  and, you know, you are -- you are okay.

        18  Q.   What did that feel like to you when that -- that

        19  incident happened?

09:49:51 20  A.   Well, it's scary.  I mean, you -- you don't know it is

        21  happening when it happens.  And then, when

        22  you're -- become aware of what is happening, you -- you

        23  know, you -- you know, can -- you don't know what

        24  happened, you know, while you was having one of those

09:50:14 25  episodes.
```

Laura Wells, CRR, RDR

Direct Examination of Richard King

```
         1   Q.   How about your -- your high blood pressure?  On an
         2   average day, how does that affect you?
         3   A.   Well, I don't really know that it affects me all that
         4   much on a -- on an average day.
09:50:36 5   Q.   Do you take medication for your blood pressure?
         6   A.   Yes.
         7   Q.   Have you ever missed a few doses of your blood
         8   pressure medicine?
         9   A.   No.
09:50:46 10  Q.   I'm going to show you a portion of Plaintiffs'
        11   Exhibit 47, sir.  It should pop up on the screen there in
        12   front of you.  Do you see that?
        13   A.   Yes.
        14   Q.   That is a list of conditions that UTMB says may affect
09:51:15 15  heat tolerance.  Can you tell the Court which of those
        16   conditions you have, sir?
        17            MS. O'LEARY:  Your Honor, I object.  There is no
        18   foundation for this document; and it's -- it's not a copy
        19   of a policy.  It seems to be a chart that the plaintiffs
09:51:31 20  created.
        21            THE COURT:  Well, does UTMB deny that that is
        22   what it believes are comorbidities?
        23            MS. O'LEARY:  There is no foundation for these.
        24            THE COURT:  Well, I know; but we're sitting
09:51:45 25  without a jury.  So I'm just trying to get to the end
```

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

```
 1    question.  I mean, is there a dispute about whether these
 2    are common comorbidities or not?
 3            MS. O'LEARY:  Your Honor, UTMB isn't a party; and
 4    we can't speak for them.  And there is no medical witness
 5    here to tell us whether this is right or not.  And that's
 6    why he needs to lay the foundation.
 7            THE COURT:  Okay.  If you will try to lay a
 8    foundation as to --
 9            MR. MEDLOCK:  Your Honor, it's -- I don't know
10    that this witness can.  It's a document from -- it's a
11    portion of the document from the Correctional Managed
12    Health Care committee which TDCJ is a member of.  It's
13    part of the policy that's been in effect forever.  It was
14    produced to us by TDCJ in this litigation.  I don't think
15    that there should be any dispute about whether this
16    document is authentic or not.
17            THE COURT:  Well, if you produced it, surely it's
18    not --
19            MS. O'LEARY:  Your Honor, I'm not sure that we
20    did produce this.  I'm not seeing a Bates number.  It
21    looks like maybe a summary of some documents that do
22    exist.
23            MR. MEDLOCK:  It's a portion of the -- it's a
24    screenshot of the relevant portion of the exhibit, Your
25    Honor.  We can give you the whole page with the Bates
```

*Laura Wells, CRR, RDR*

1    number.

2              THE COURT:  Could you hand it to Mr. Rivera then,

3    please.

4              MR. EDWARDS:  And, Your Honor, if I may, if this

09:52:50    5    is going to be a common refrain, it's just -- we're going

6    to be here about three and a half weeks.

7              THE COURT:  Well, I understand.

8              MR. MEDLOCK:  I have a Bates number here, Your

9    Honor.  It's --

09:53:02   10              MR. JAMES:  My name -- my name is David James.  I

11    just handed the Court Plaintiffs' Exhibit 47.

12              THE COURT:  Okay.  This is TDCJ Bates Number

13    83504.  It looks like a direct copy.

14              MR. MEDLOCK:  It's also Defendants' Exhibit

09:53:20   15    Number 4, Your Honor.

16          (Plaintiffs' Exhibit Number 47 offered into evidence.)

17          (Defendants' Exhibit Number 4 offered into evidence.)

18              THE COURT:  I'm going to allow it.

19              MR. McCARTY:  Your Honor, Darren McCarty for

09:53:28   20    TDCJ.  If -- if we could, it would be helpful for us if

21    plaintiffs -- when plaintiffs address some of the issues

22    like Mr. Edwards raised, if we could see the document with

23    the Bates number.

24              THE COURT:  I'm sorry.  I thought you had it.

09:53:39   25    Okay.

Direct Examination of Richard King

| | |
|---|---|
| 1 | MR. McCARTY: Well, we -- all we see is what is |
| 2 | on the screen. |
| 3 | THE COURT: Okay. Well, why don't you show them |
| 4 | that document then, if you would. I'm sorry. I thought |
| 09:53:44  5 | you had it. |
| 6 | MR. McCARTY: It's not this particular document, |
| 7 | Your Honor. We'll, obviously, take the representation of |
| 8 | this is Bates numbered; but in the future if -- |
| 9 | THE COURT: Okay. That's all right. That's all |
| 09:53:53  10 | right. That's purely mechanical. We can handle that. |
| 11 | MR. MEDLOCK: Counsel, it appears we neglected to |
| 12 | give you your copy of our exhibits. I think David has got |
| 13 | those right there for you. |
| 14 | MR. McCARTY: Thank you. That will help us. |
| 09:54:11  15 | Thank you, sir. |
| 16 | MR. MEDLOCK: It's Plaintiffs' Exhibit 47 and |
| 17 | Defendants' Exhibit Number 4. |
| 18 | THE COURT: All right. |
| 19 | MS. O'LEARY: Your Honor, it's -- |
| 09:54:24  20 | THE COURT: Excuse me. |
| 21 | MS. O'LEARY: It does appear that this is a |
| 22 | portion of the policy, but I think it would help things go |
| 23 | along more smoothly if they would refer us to a page |
| 24 | number and an exhibit so that we can find it. |
| 09:54:34  25 | THE COURT: Well, we'll do that in the future. |

Direct Examination of Richard King

1  That's fine.  That's fine.  But just for now, this comes

2  in.

3       (Plaintiffs' Exhibit Number 47 admitted into

4  evidence.)

09:54:49  5       (Defendants' Exhibit Number 4 admitted into evidence.)

6            MR. MEDLOCK:  May I continue, Your Honor?

7            THE COURT:  You may continue.

8  **Q.**  (By Mr. Medlock)  Mr. King, have you had a chance to

9  look at this exhibit?

09:54:55  10  **A.**  Yes.

11  **Q.**  Which of these conditions here on the exhibit do you

12  have?

13  **A.**  Well, diabetes and over the age of 65.

14  **Q.**  And you also take heart medication; is that right?

09:55:10  15  **A.**  Yes.

16  **Q.**  So you would have cardiovascular disease, sir?

17  **A.**  Yes.

18  **Q.**  You have diabetes?

19  **A.**  Yes.

09:55:18  20  **Q.**  And you are over 65?

21  **A.**  Yes.

22  **Q.**  Now, do you also take some medications, Mr. King?

23  **A.**  Yes.

24  **Q.**  Do you know the names of all the medications you take?

09:55:36  25  **A.**  No.  But I have them with my ID card and -- so if I am

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

1  ever questioned about them, you know, I have them written

2  down.

3  **Q.**  Well, let me show you a portion of your medical

4  records, sir; and this is a portion of Plaintiffs'

09:55:52  5  Exhibit 24.  The Bates number is 123086.  It was produced

6  to us by TDCJ.

7      And, sir, this is a portion of your record from March

8  the 21st, 2017.  Do those look like the medications that

9  you are taking currently?

09:56:17  10  **A.**  Yes.

11  **Q.**  I'm going to show you another portion of Plaintiffs'

12  Exhibit 47 and Defense's Exhibit Number 4; and it is page

13  TDCJ83501.  Do you see that portion of UTMB's CMHC's

14  policy, Mr. King?

09:56:43  15  **A.**  Yes.

16  **Q.**  This is a list of medications that are associated with

17  heat stress.  Can you tell the Court, to the best of your

18  ability, which of these medications you take, sir?

19  **A.**  Well, furosemide, which is a fluid pill, Lasix fluid

09:56:55  20  pill.

21  **Q.**  Do you also take --

22  **A.**  Yeah.  The carvedilol or whatever it is.

23  **Q.**  The carvedilol?

24  **A.**  Yes.

09:57:26  25  **Q.**  And then you also take the furosemide?

Direct Examination of Richard King

```
         1   A.   Furosemide, yes.

         2   Q.   So you take two of those medications?

         3   A.   Yes.

         4        THE COURT:  Counsel, if you are talking about

09:57:40 5   medications, perhaps it would be useful if you spell them.

         6        MR. MEDLOCK:  That's an excellent idea.  The

         7   first one is C-a-r-v, as in Victor, e-d, as in dog,

         8   i-l-o-l.  And the second is furosemide, F as in Frank,

         9   u-r-o-s-e, as in elephant, m-i-d, as in dog, -e, as in

09:58:44 10  elephant.

        11        THE COURT:  Thank you, Mr. Medlock.

        12   A.   And I also take hydroxyzine.

        13   Q.   (By Mr. Medford)  The --

        14   A.   Antihistamine.

09:58:44 15  Q.   -- antihistamine?

        16   A.   Yes.

        17   Q.   H-y-d, as in dog, r-o-x-y-z-i-n-e; is that correct,

        18   sir?

        19   A.   No.  I'm mistaken.

09:58:44 20  Q.   Okay.

        21   A.   I take hydrozaline.

        22   Q.   You take a similar antihistamine?

        23   A.   Yeah.

        24   Q.   All right.  Mr. King, I want you to just tell Judge

09:58:50 25  Ellison what the heat feels like in your dormitory at the
```

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

```
  1   Pack Unit.
  2   A.   Well, a common allergy -- analogy that we use a lot is
  3   it's like a -- you walk out to your car in the middle of
  4   the summertime.  It's open your door and, you know, the
  5   heat just comes out.  Well, you can get in your car, cut
  6   on your air-conditioner; and it's cooling a little bit.
  7   We don't have the cooling.  It's -- it's hot all the time.
  8            THE COURT:  Do you have any ability to access
  9   respite areas?
 10            THE WITNESS:  Yes, sir.
 11            THE COURT:  24 hours you have access to them?
 12            THE WITNESS:  No, sir.  I don't think so.
 13            THE COURT:  How much of the day is that available
 14   to you?
 15            THE WITNESS:  Well, it is, as far as I know, from
 16   sometime in the mornings, whenever they are needed, up
 17   until around 10:00 or 10:30 at night.  I've not
 18   experienced any -- you know, I don't know of anybody that
 19   has went longer than that.
 20            THE COURT:  Do you have access to showers all
 21   through the day?
 22            THE WITNESS:  Yes.  Where I live I do, yes.
 23            THE COURT:  Do you have access to cold water all
 24   during the day?
 25            THE WITNESS:  Yes.
```

09:59:16 (line 5)
09:59:34 (line 10)
09:59:43 (line 15)
10:00:09 (line 20)
10:00:19 (line 25)

Direct Examination of Richard King

```
         1          THE COURT:  Have you been trained about the risk
         2  of heat and mitigating measures?
         3          THE WITNESS:  Yes.  Recently they started showing
         4  us a PowerPoint-type video.
10:00:31 5          THE COURT:  Okay.  Do you feel relief in those
         6  mitigation measures?
         7          THE WITNESS:  Temporarily, yes.
         8          THE COURT:  Okay.  Okay.  Go ahead, Mr. Medlock.
         9  Q.   (By Mr. Medlock)  How does your body feel in your
10:00:46 10  dormitory on those very hot days, Mr. King?
        11  A.   You're drained.  You're -- you sweat a whole lot.  You
        12  are -- just have -- your energy level drops way down.
        13  You -- at least I do, I find it hard to function as well
        14  as I can on -- on cooler days.  Everything seems to just
10:01:26 15  slow down.
        16  Q.   Are there things that you have difficulty doing during
        17  the summer that you don't during the rest of the year?
        18  A.   Yes.  You -- physical activity is a lot harder, a lot
        19  undesirable in the summer.  During cooler times you can go
10:01:59 20  out in the rec yard, walk around, get a little bit of
        21  exercise.  In the summer it's -- it's -- that's out of the
        22  question.
        23  Q.   Does it affect your ability to do anything that you
        24  usually do in the dorm?
10:02:25 25  A.   Well, as far as writing letters, reading -- you try to
```

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

1  sit there and write a letter, you are sweating all over

2  your paper.  You're -- try to read, water, sweat will get

3  in your eyes.  You lay down, stretch out, the sweat pools

4  in my eyes.  So it is -- it's just things you can do when

10:02:58  5  it's cooler it's almost impossible to do when it's hot.

6  Q.  Do you have any physical symptoms?  You mentioned

7  sweating a lot.  Anything else that you physically feel on

8  those hottest days?

9  A.  Well, I guess, which may be not a bad thing, but my

10:03:22  10  appetite diminishes quite a bit.  You don't -- you don't

11  feel like eating at all.  But to maintain your sugar

12  level, a diabetic, I have to eat.  And you have got to

13  force yourself to eat sometimes.

14  Q.  Do you have trouble sleeping on those very hot days?

10:03:40  15  A.  Yes.  It's -- it -- it's often cooler laying on the

16  concrete floor than it is in the bunk.  It just -- it's

17  just you are sitting in front of a little private fan that

18  we buy.  And it's just -- it's blowing steady hot air.

19  Q.  With your medical conditions, is it difficult for you

10:04:14  20  to get up and off the floor to lay on the floor?

21  A.  I wouldn't say -- no.  I can manage to get up and down

22  okay on that.

23  Q.  These symptoms that you have described, the sweating a

24  lot, the loss of appetite, feeling things just slow down,

10:04:37  25  do you have those symptoms any other time of the year?

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

```
          1   A.   No, not near -- it's -- this is -- this is a summer

          2   thing.  It's -- it's in the -- when it's cooler weather

          3   it's -- it's -- you, at least myself, my appetite is okay.

          4   I can -- I can, you know, write letters.  I can read.  I

10:05:04   5   can do what I want to do.  It's -- it's just the heat is

          6   so -- so debilitating.

          7   Q.   Now, the days that you feel those symptoms in the

          8   summer that you have just talked about with the Court, are

          9   you drinking plenty of water on those days?

10:05:20  10   A.   Yes.

         11   Q.   How much water do you drink, ballpark, on an average

         12   summer day?

         13   A.   Easily a gallon throughout the day.

         14   Q.   Are you making use of the fans that TDCJ provides to

10:05:34  15   you on those very hot days?

         16   A.   Yes.  I mean, they are -- you just -- they are there.

         17   If you can get to sit down in front of one, that's good.

         18   Q.   Do you still have those symptoms even after using the

         19   water and the fans?

10:05:52  20   A.   Well, yes.  I mean, you get -- you can't sit in front

         21   of a fan all the time; and the fans, at certain times,

         22   they're just blowing warm air.  They are not -- you know

         23   what I mean, they are not really -- they don't have much

         24   of a cooling effect.

10:06:07  25   Q.   Now, you mentioned to the judge that you can take a
```

Direct Examination of Richard King

```
        1   shower when you feel like it in the dormitory where you
        2   are.  How does the -- does the cold shower help you much
        3   with the heat?
        4   A.   Yes.  When you are in the shower it -- it helps a lot.
10:06:27   5   You leave the shower; and within a few minutes, you are
        6   sweating just as much as you were before you got in the
        7   shower.
        8   Q.   Does the heat make it difficult for you to get enough
        9   sleep during the summer?
10:06:48  10   A.   I would say so.  It -- it just -- like last night,
       11   coming down here we packed up our stuff.  Well, they told
       12   us we had to pack up our little personal fan, also.  And
       13   so, I spent two hours with no fan at all; and that's -- I
       14   mean, I didn't get a wink of sleep.  I haven't been asleep
10:07:20  15   since I got up Saturday -- I mean, Sunday morning.
       16   Q.   What time did they actually get you guys out of the
       17   prison to come to court this morning?
       18   A.   I think we left -- actually, after we got loaded up
       19   into the van, it was somewhere around 5:30.
10:07:42  20   Q.   What do you -- what -- is there anything you haven't
       21   mentioned to the Court yet that you try and personally do
       22   to cope with the heat during the summer?
       23   A.   Well, I try to keep my body wet.  That -- that seems
       24   to work better than -- than just about anything.  I keep a
10:08:12  25   little small towel that's -- I keep it with cold water on
```

Direct Examination of Richard King

| | |
|---|---|
| 1 | it, wipe my body down, hang it around my neck; but it |
| 2 | gets -- it dries out.  I go back to the sink, wet it |
| 3 | again.  And if you do that and lay down in front of your |
| 4 | little fan, that's better than not laying down in front of |
| 10:08:38   5 | your fan. |
| 6 | **Q.**   Do you see other inmates do other things to cope with |
| 7 | the heat? |
| 8 | **A.**   Well, yeah.  They -- they -- a lot of them do things |
| 9 | similar to myself, and they have a -- the commissary sells |
| 10:09:00  10 | one of these cool towel things that some of those -- they |
| 11 | buy those.  I have not bought one.  I have had a couple of |
| 12 | guys tell me that they didn't -- they didn't work.  So I |
| 13 | wasn't going to waste my $7 or $8 to -- to buy one. |
| 14 | **Q.**   Do you see other inmates wet all their clothes down |
| 10:09:20  15 | completely and put them on wet? |
| 16 | **A.**   Yes.  I have seen that a number of times. |
| 17 | **Q.**   Do you see any other inmates suffering from the heat? |
| 18 | **A.**   I have seen -- |
| 19 |        MS. O'LEARY:  Objection.  Calls for speculation. |
| 10:09:38  20 |        THE COURT:  When I'm sitting without a jury, I |
| 21 | don't worry too much about objections like speculation.  I |
| 22 | think I can discount accordingly for what this witness |
| 23 | knows and doesn't know.  So I'll allow the question and |
| 24 | form my own judgment about the basis for it. |
| 10:09:54  25 |        MS. O'LEARY:  Yes, Your Honor.  Thank you. |

*Laura Wells, CRR, RDR*

| | |
|---|---|
| 1 | THE COURT:  Go ahead. |
| 2 | MR. MEDLOCK:  Thank you, Your Honor. |
| 3 | Q.   (By Mr. Medlock)  I'm sorry, sir.  Do you see other |
| 4 | inmates suffering from the heat in the summer? |
| 5 | A.   Yes.  I mean, that's -- I would say the heat affects |
| 6 | almost all the inmates.  There may be one or two that like |
| 7 | it, but I don't know them personally.  Everybody that I |
| 8 | know, it affects. |
| 9 | Q.   Tell the judge how you can tell that other inmates are |
| 10 | suffering.  What things have you seen that indicate to you |
| 11 | that other inmates are suffering? |
| 12 | A.   Well, like, say, wetting your clothes down, getting |
| 13 | those towels.  There is just less movement.  There is less |
| 14 | activity the hotter it gets.  The -- most people will stay |
| 15 | close to their bed where they have got their -- their |
| 16 | little private fan and stay wet with a fan blowing on us. |
| 17 | Q.   Sir, have you ever lived anywhere else as hot as the |
| 18 | Pack Unit? |
| 19 | A.   Well, when I was on the Wynne Unit, another prison, it |
| 20 | was just as hot as the Pack.  I mean, all of TDCJ is hot. |
| 21 | But it seems like the metal building that the -- it seems |
| 22 | like it absorbs the heat more than some of the brick |
| 23 | structures. |
| 24 | Q.   Sir, did you ever serve in the Armed Forces? |
| 25 | A.   Yes. |

Timestamps:
10:10:04 (line 5)
10:10:23 (line 10)
10:11:04 (line 15)
10:11:40 (line 20)
10:12:05 (line 25)

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

 1   **Q.**   Which?

 2   **A.**   I was in -- in the Navy.

 3   **Q.**   And when did you serve?

 4   **A.**   During the '60s.

10:12:16   5   **Q.**   Were you ever deployed anywhere?

 6   **A.**   Yes.  Went to the Gulf of Tonkin three different times

 7   on aircraft carriers.

 8   **Q.**   Were any of those aircraft carriers air-conditioned?

 9   **A.**   The first trip we made over it -- the

10:12:35  10   air-condition -- it was not.  They pulled it out of

11   mothballs.  And the other three trips I made over, they

12   air-conditioned those carriers.

13   **Q.**   Was it the same ship every time, or were you on

14   different ships?

10:12:51  15   **A.**   No.  On different ships.

16   **Q.**   How does the -- how does the hull of the aircraft

17   carrier that was unair-conditioned compare to the Pack

18   Unit as far as heat goes?

19   **A.**   Real -- real similar.  The thing there aboard ship, we

10:13:16  20   could go up on the flight deck, crawl up on our airplane

21   and go to sleep.  We had usually a 20- or 30-knot wind

22   blowing across the deck, and that -- that cool ocean wind

23   made it much better than it was down below deck.

24   **Q.**   What about sleeping on the wing of your airplane

10:13:43  25   versus sleeping in the Pack Unit?

Direct Examination of Richard King

1    **A.**  Well, it was cooler on the wing of the airplane than

2    it is in the Pack Unit.

3    **Q.**  Have you ever lived in a TDCJ prison that has

4    air-conditioning?

10:13:59   5    **A.**  Well, when I was paralyzed from that disease I had, I

6    was at the what they call a RMF, Regional Medical

7    Facility, over at the Estelle Unit.  It's basically a

8    hospital, and it was air-conditioned.  And the John Sealy

9    Hospital, it is air-conditioned.  But that's the only two

10:14:27   10   places I have ever been that had air-conditioning.

11   **Q.**  Does anyone from TDCJ ever tell you what the indoor

12   temperature is at the Pack Unit?

13   **A.**  No.

14   **Q.**  How about the indoor heat index?  Has anyone from TDCJ

10:14:45   15   ever told you the indoor heat index?

16   **A.**  No.

17   **Q.**  Is the dining hall at the Pack Unit air-conditioned?

18   **A.**  No.

19   **Q.**  Tell the judge what it's like to try to eat in that

10:14:57   20   environment.

21   **A.**  Well, they -- they have four fans they put up a couple

22   of years ago that if you're -- happen to be in the -- in

23   one of those, it helps; but for the most part, the chow

24   hall is hot.  The steam tables are on one side, the tray

10:15:25   25   room.  The scullery where they have got the hot

*Laura Wells, CRR, RDR*

                1   dishwashers are on the other side.  So you are kind of in
                2   between, and it's -- it's hot.
                3   **Q.**   Did you ever see correctional officers at the Pack
                4   Unit having difficulty with the heat?
10:15:50        5   **A.**   Well, oftentimes their uniform is -- is completely wet
                6   from sweating.  I have -- you hear them complaining about
                7   the heat and -- but none of them has never personally told
                8   me that, you know, that they were, you know, just
                9   absolutely dying of heat.  But just to look at them, you
10:16:32       10   can tell they are just as hot as I am.
               11   **Q.**   Now, sir, you answered some questions a moment ago
               12   from Judge Ellison about the respite areas.  I would like
               13   to talk to you a little bit more about your experiences
               14   with those.
10:16:47       15        When did someone from TDCJ first inform you that the
               16   respite areas existed?
               17   **A.**   They were -- the respite areas was a form posted on a
               18   bulletin board.
               19   **Q.**   I'm going to show you a portion of Plaintiffs'
10:17:13       20   Exhibit 52, sir.  Is that a portion of that photograph or
               21   of that poster, sir?
               22   **A.**   Yes.
               23   **Q.**   And I understand the other half of the poster is in
               24   Spanish; is that right?
10:17:30       25   **A.**   Yes.

                                    *Laura Wells, CRR, RDR*

Direct Examination of Richard King

1    **Q.**  Okay.  On this list of respite areas, sir, which of

2    these have you actually seen used as a respite area?

3    **A.**  The education department, the lower administration

4    hallway, infirmary and barbershop.

10:17:56    5    **Q.**  Would that be the officer or the prisoner barbershop?

6    **A.**  The offender barbershop.

7    **Q.**  So in your experience, none of those other -- you have

8    never seen those other areas actually used as a respite

9    area?

10:18:12    10    **A.**  No.

11    **Q.**  Has anyone from TDCJ ever explained to you how you can

12    access the respite areas?

13    **A.**  Not -- no.  Not verbally, no.  Just with the posting.

14    **Q.**  Describe for the judge what your personal experience

10:18:38    15    using the respite areas has been like.

16    **A.**  I have only used them twice because I have went in the

17    barbershop one time and sat there.  It's always too

18    crowded.  There is only seats for about no more than eight

19    people.  A lot of times there is two or three wheelchairs.

10:19:17    20    The barbers, if they are working, they have got guys in

21    there waiting to get haircuts.  So only a few people can,

22    you know, be in there; and you have got to stand up.

23        Well, the one time that I was in the barbershop, they

24    closed it down, told us to go across the -- the hallway to

10:19:36    25    the admin, the lower admin hallway.  And at that time, we

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

```
          1    had to stand and face the wall.

          2         And then, when we was there about ten minutes, they

          3    said we had to leave because they had to move a protective

          4    custody inmate.  So we had to get on the other side of the

10:20:06  5    locked gate; and I just says, that's it.  And I just -- I

          6    went to my living location.

          7    Q.   That -- that episode trying to use the respite areas,

          8    about how long were you total in one of the

          9    air-conditioned spaces?

10:20:27  10   A.   30 minutes maybe.

          11   Q.   Did they make you stand in both locations?

          12   A.   Well, you had no choice in the barbershop because

          13   there is -- there is very limited -- like I say, there is

          14   two little benches against the wall.  One will hold four

10:20:46  15   or five people, and the other one will hold three.  And

          16   then the lower admin hallway, there is no -- it's just

          17   about a 40-inch wide hallway.

          18   Q.   Let me show you some photos, sir.  This is a portion

          19   of Plaintiffs' Exhibit 2.  There is a Bates number down

10:21:06  20   there in the corner.  Do you recognize this photo, sir?

          21   A.   Yes.  That's the lower admin hallway.

          22   Q.   Okay.  Is that what it looked like when you were told

          23   to use it as a respite area?

          24   A.   Yes.

10:21:23  25   Q.   Let me show you another photo, sir.  Tell the Court
```

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

1  what that is.

2  **A.**  That is the offender barbershop.

3  **Q.**  And does that look like what the barbershop looked

4  like when you were using it as a respite area?

10:21:38  5  **A.**  Yes.  But this is empty space now.  It was quite

6  crowded at that time.

7  **Q.**  How many guys would you estimate were in the

8  barbershop at the time you used it as a respite area?

9  **A.**  Probably -- there was two wheelchairs and probably 11

10:21:56  10  or 12 or 13 people.

11  **Q.**  Was it pretty crowded?

12  **A.**  Yes.

13  **Q.**  These two experiences using the respite areas, when

14  did they take place?

10:22:11  15  **A.**  Last year.

16  **Q.**  So that would be the summer of 2016?

17  **A.**  Summer of 2016, yes.

18  **Q.**  Do you remember what part of the summer they were in?

19  Were they the beginning of the summer, end of summer?

10:22:24  20  **A.**  I would say probably somewhere toward the middle or

21  end of the summer.

22  **Q.**  Do you remember if they were before or after the

23  additional water jugs went into your dormitory?

24  **A.**  It was after that, I'm sure.

10:22:40  25  **Q.**  What do you have to do to access a respite area at the

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

1  Pack Unit, sir?

2  **A.**  Well, if you are in your living location, you have got

3  to request whoever happened to be working that area; and

4  they will, I understand, call the desk and -- which is a

10:23:13  5  controlling point in the -- in the unit there.  And they

6  ask if the inmate can come to the respite area.  And then,

7  you go to the respite area.

8  **Q.**  What is the most inmates you have ever seen using a

9  respite area at one time?

10:23:42  10  **A.**  Personally, the barbershop was maybe 12 or 15 people

11  in it.

12  **Q.**  What do the fans feel like on the very hottest days of

13  the summer, sir?

14  **A.**  They just blow hot air.  I mean, they move air around,

10:24:15  15  but it's -- but it's hot.

16  **Q.**  Can you tell if there is much difference between the

17  inside and the outside temperature at the Pack Unit during

18  the summer on those hottest days?

19  **A.**  Well, some days it's cooler outside because there is a

10:24:41  20  breeze blowing; and it's -- it's a -- it's not like the

21  inside.  It's just recirculating all the hot air.  And if

22  you -- if you go outside, if you are not right in the

23  direct sunlight, you can -- sometimes you can get a cooler

24  breeze.

10:25:04  25  **Q.**  Now, you mentioned the -- the showers in your dorms,

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

```
 1  sir.  How many men live in your dorm?
 2  A.   Well, the dorm I live in there is -- is -- there is
 3  111.
 4  Q.   And how many cold-water showers are there?
 5  A.   One.
 6  Q.   Does the -- the other showers, can you toggle them
 7  between hot and cold or are they just hot water or how do
 8  they work?
 9  A.   No.  They're the -- the temperature setting is set at
10  the water heaters up -- upstairs out of -- where we don't
11  have access to, in the maintenance areas.
12  Q.   In your experience, sir, do officers do wellness
13  checks during the summer at the Pack Unit?
14  A.   Not in the summer any time more than the wintertime.
15  They -- only time I have seen any kind of wellness check
16  is when they come by to count they'll -- if you happen to
17  be asleep, they will wake you up and ask you if you are
18  okay.  Then they go on their counting.
19  Q.   Is there anything more to the wellness check than
20  waking you up and asking if you are okay if you happen to
21  be asleep?
22  A.   Yeah.  No.  There is nothing.
23  Q.   If you are not asleep, what does a wellness check look
24  like, from your perspective?
25  A.   I have not -- if you are awake, there is no check at
```

10:25:18
10:25:32
10:26:00
10:26:23
10:26:36

1    all.  They just walk on past.

2    **Q.**   Do the officers do those checks for everyone or just

3    some people in your dormitory?

4    **A.**   To everyone.

10:26:56    5    **Q.**   And how often do those wellness checks that you are

6    describing take place?

7    **A.**   When they count, they have a 6:30 count in the

8    morning, a 9:30 count, a 12:30 count in the afternoon and

9    then a 3:30 count; and then they have another 6:30 p.m.

10:27:20    10   count and then an 8:30 p.m. count and a 10:30 p.m. count.

11   **Q.**   Now, we mentioned a moment ago the additional water

12   jugs in your dorm.  Do you recall that last summer?

13   **A.**   Yes.

14   **Q.**   Did anyone from TDCJ ever tell you why there were

10:27:42    15   additional water jugs being put in your dorm?

16   **A.**   No.  Not from TDC.

17   **Q.**   Did anyone from TDCJ ever explain to you that one jug

18   had water with arsenic levels above the EPA maximum levels

19   and one had water with no arsenic in it?

10:28:06    20   **A.**   We knew that, but no -- no one told us officially.

21   **Q.**   How did you know that?

22   **A.**   The lawyers told us and the guys that -- the inmates

23   that haul the water and fill the jugs said that there was

24   a tanker out there and they were getting the water out of

10:28:26    25   the tanker for the arsenic-free jug.

Direct Examination of Richard King

1    **Q.**   Sir, have you ever attended an event in the gym at the

2    Pack Unit?

3    **A.**   Yes.  I went to church a number of times.

4    **Q.**   Those church services, do they have folding chairs for

10:28:52    5    everyone?

6    **A.**   Yes.  They -- I have -- I have been told, and they

7    have got big racks of them that they hold around 250 or so

8    folding chairs.

9    **Q.**   Have you ever been required to leave your dorm to

10:29:07   10    attend some sort of event at the Pack Unit?

11    **A.**   I have never been forced to leave the dorm for

12    anything other than this little PowerPoint

13    heat -- recognize heat illness.  They took us from the

14    dorm out to the little area in the building that I live

10:29:45   15    in, which used to be used as a gym; but it's -- it's not

16    anymore.  But they set up a television there.  And we were

17    required to watch that and sign our name on a roster

18    saying that we had watched it.

19    **Q.**   When did that -- when is the first time that happened?

10:30:03   20    **A.**   Well, it has only happened once; and that was, I don't

21    know, two or three months ago.

22    **Q.**   Do you know if it was before or after May 1st of this

23    year?

24    **A.**   I would say it was before, I would think.

10:30:26   25    **Q.**   Did that PowerPoint presentation that you watched on

*Laura Wells, CRR, RDR*

Direct Examination of Richard King

1    the TV say anything about respite areas?

2    **A.**    No.

3    **Q.**    Was -- could you have declined to attend that

4    training?

10:30:39    5    **A.**    No.

6    **Q.**    What did the -- did anyone from TDCJ tell you there

7    would be any consequence to not attending that training?

8    **A.**    No.  They just told us that we had to go.  And earlier

9    in the week or the week before, I was in the craft shop

10:31:06   10    and they told us we had to go down to the gym there and

11    they was going to show us this heat-related film.  And we

12    watched it there and signed the roster.

13        And then when they come in to the dorm a week later or

14    so, we told them we had -- a number of us that was in the

10:31:31   15    craft shop said we had already seen it once.  They said,

16    well, that don't make no difference.  Sit down here and

17    see it again and sign it.

18    **Q.**    Does the film that you or the PowerPoint that you

19    watched make any mention of the deaths that have occurred

10:31:47   20    from heatstroke at other TDCJ prisons?

21    **A.**    No.

22    **Q.**    Sir, why did you want to be a plaintiff in this case?

23    **A.**    Well, I have spent, at the time, 26 summers; and we

24    need some relief from the heat.  I mean, it's just --

10:32:18   25    it's -- it's debilitating.

*Laura Wells, CRR, RDR*

```
 1            MR. MEDLOCK:  Pass the witness, Your Honor.
 2            THE COURT:  Thank you very much.
 3        Cross-examination of this witness?
 4            MS. O'LEARY:  Yes, Your Honor.  May I stand at
 5   the podium?
 6            THE COURT:  That's fine.  Either way, whichever
 7   you are most comfortable.
 8            MS. O'LEARY:  Can we switch to the defendants.
 9                    CROSS-EXAMINATION
10   BY MS. O'LEARY:
11   Q.   Good morning, Mr. King.  My name is Leah O'Leary, and
12   I work for the Attorney General's office.  Have we ever
13   met before?
14   A.   I don't think so.
15   Q.   Now, you testified that you were in the Navy before
16   you were incarcerated and that on your first ship there
17   was no air-conditioning in your housing, right?
18   A.   Right.
19   Q.   And so in order to get cool, you had to go and seek
20   out a breeze outside or something like that?
21   A.   Yes.
22   Q.   Correct.  So on a U.S. Navy ship you were trained
23   about how to stay hydrated and how to keep yourself cool,
24   right?
25   A.   I can't remember any training officially.  It
```

Cross-Examination of  Richard King

1    just -- you just seek the coolest spot you can.

2    **Q.**    Okay.  Did you go through boot camp or some kind of

3    similar camp?

4    **A.**    Yes.

10:33:33    5    **Q.**    Okay.  And in boot camp they taught you about staying

6    hydrated and avoiding heat exhaustion, right?

7    **A.**    I'm sure they did; but that's been so many years ago,

8    I couldn't -- yeah.

9    **Q.**    After you were in the Navy, you also went through a

10:33:50    10    fire academy, didn't you?

11    **A.**    Yes.

12    **Q.**    In the fire academy they taught you how to stay

13    hydrated and how -- they even taught you how to treat

14    patients that might have a heat-related illness, right?

10:34:01    15    **A.**    Yes.

16    **Q.**    Okay.  And then in the fire academy you did, I assume,

17    practice burns where you had to put on all your fire gear

18    and maybe go into some hot situations?

19    **A.**    A couple of times, yes.

10:34:14    20    **Q.**    Okay.  And before you did that, they trained you on

21    recognizing when you were feeling some kind of heat

22    exhaustion, correct?

23    **A.**    Probably.  I can't -- I don't remember any particular

24    time, but I'm sure it was there.

10:34:33    25    **Q.**    Have you ever shared any of your special knowledge

CROSS-EXAMINATION OF RICHARD KING

```
          1  about heat mitigation with any of the Pack Unit offenders?
          2  A.   No.
          3  Q.   Now, do you still currently work in the craft shop?
          4  A.   Yes.
10:34:49  5  Q.   Okay.  And what do you do in the craft shop?
          6  A.   Well, now I'm into art.
          7  Q.   Oh, okay.  Is that still in the craft shop area?
          8  A.   Yes.
          9  Q.   Okay.  And the craft shop is air-conditioned, isn't
10:35:01 10  it?
         11  A.   Only one little room is.
         12  Q.   Okay.  And the craft shop is open four days a week for
         13  ten hours; is that correct?
         14  A.   It -- it varies.  They have changed the hours now.
10:35:12 15  It's some -- it's open five days a week, some now at
         16  different hours.  7:00 in the morning until 3:00 in the
         17  afternoon.  Then it goes sometimes 2:00 in the afternoon
         18  to 10:00 at night.  And then some of it is 5:00 in the
         19  morning to 2:00.  They -- they made some changes.
10:35:34 20  Q.   Okay.  Is it still roughly eight to ten hours a day
         21  that it's open?
         22  A.   Yes.
         23  Q.   And when you are in the craft shop, you can go into
         24  that air-conditioned area at any point, can't you?
10:35:47 25  A.   Yes.
```

*Laura Wells, CRR, RDR*

Q.   Okay.  You have seen plaintiffs Cole and Brannum come
into the craft shop, haven't you?

A.   Yes.

Q.   In fact, they come in there pretty frequently?

10:36:01  A.   Yes.

Q.   Do they work in the craft shop?

A.   Yes.

Q.   Okay.  And they are allowed to go into the
air-conditioned area of the craft shop any time they need
10:36:10  to, right?

A.   Yes.

Q.   Okay.  No one is restricted from going in there; is
that correct?

A.   Not at -- not if you are in the -- in the -- in the
10:36:19  craft shop, no.

Q.   Okay.  Now, you have already testified that you take
medications every day.  You have to go to the infirmary
twice a day for insulin, correct?

A.   Yes.

10:36:30  Q.   Okay.  And you are able to walk yourself there without
a nurse assisting you to get over there, can't you?

A.   Yes.

Q.   Okay.  And you are pretty good about remembering to go
there and get your insulin every day don't you -- aren't
10:36:43  you?

Cross-Examination of Richard King

```
 1  A.  Yes.
 2  Q.  Okay.  And you take pills every day, as well in
 3  addition to your insulin?
 4  A.  Yes.
```
10:36:49
```
 5  Q.  And do you keep those pills on you, or do you have to
 6  pick them up from the pill window?
 7  A.  No.  I -- I have got KOP.  They call it "keep on
 8  person."
 9  Q.  Keep on person?
```
10:37:00
```
10  A.  Yes.
11  Q.  And you do a pretty good job of remembering to take
12  your pills every day, right?
13  A.  Yes.
14  Q.  Okay.  And sometimes you have medical appointments or
```
10:37:09
```
15  medical lay-ins, don't you?
16  A.  Yes.
17  Q.  And you can get yourself from your dorm to your
18  medical appointments without assistance?
19  A.  Yes.
```
10:37:18
```
20  Q.  Okay.  And you can walk to the -- the chow hall and
21  get food if you want to, right?
22  A.  Yes.
23  Q.  You don't need assistance to get to the chow hall?
24  A.  No.
```
10:37:28
```
25  Q.  Okay.  And no one forces you to eat if you are not
```

1    hungry, do they?

2    **A.**   No.

3    **Q.**   Okay.  It's up to the offender.  If he feels like he

4    is hungry, he needs to go eat; and nobody is going to come

10:37:40    5    around and remind you, Did you eat today; is that true?

6    **A.**   That's true.

7    **Q.**   Okay.  You testified that having extra weight hinders

8    you from doing some things that you used to, but it

9    doesn't stop you from getting to the chow hall.  How about

10:37:56   10    getting to the showers?  Can you get there on your own

11    physical attempt?

12    **A.**   Yes.

13    **Q.**   Okay.  You don't need help to get to the showers?

14    **A.**   No.

10:38:10   15    **Q.**   Okay.  And you testified that your high blood pressure

16    doesn't affect you on a daily basis either; is that true?

17    **A.**   Not that I'm aware of, no.

18    **Q.**   Okay.  It doesn't keep you from getting up and going

19    where you need to go?

10:38:21   20    **A.**   No.

21    **Q.**   Okay.  Now, you live in the E dorm, expansion dorm;

22    and you testified that there are showers in your dorm.  So

23    does that mean you can just walk from your cubicle to the

24    showers without having to go through any doors or gates?

10:38:38   25    **A.**   Yes.  Yes.

*Laura Wells, CRR, RDR*

Cross-Examination of Richard King

1  Q.  So you don't have to get permission from an officer or

2  be escorted to the showers; is that true?

3  A.  No, that's true.

4  Q.  Okay.  And you testified that there is one shower that

10:38:50  5  is cool; and it's cool all the time, right?  And the other

6  ones are hot?

7  A.  Yes.

8  Q.  Okay.  And it's true that it's cool because they

9  turned off the hot water?  I think you have testified that

10:39:00  10  the hot water is somewhere else?

11  A.  Yes.

12  Q.  And you don't get to control the temperature of the

13  shower?

14  A.  Right.

10:39:08  15  Q.  Okay.  On the days that you go to the craft shop, you

16  would agree that you get to spend some time in

17  air-conditioning up there, right?

18  A.  Yes.

19  Q.  Okay.  And it helps you to stay cool that you get to

10:39:20  20  spend some time in air-conditioning, correct?

21  A.  Immensely, yes.

22  Q.  Okay.  It helps immensely?

23  A.  Yeah.

24  Q.  Is your area where you do art, is that in the

10:39:29  25  air-conditioned area?

Cross-Examination of  Richard King

44

1    **A.**    No.

2    **Q.**    Okay.  So you have to step away from your art project

3    and then walk into the air-conditioned part?

4    **A.**    Yes.

10:39:40    5    **Q.**    Okay.  And how often do you do that on an average day?

6    **A.**    Numerous times.  I mean, it varies.  But if there is

7    not a lot of people -- that area is small; and for a

8    couple of three years, my workstation was in there.  And

9    there is an eight -- I think eight workstations, nine

10:40:19    10   workstations and there is -- with a band saw, table saw.

11   So there is -- if you get four or five people that's

12   working in there and then two or three other people in

13   there, it's crowded and dangerous even.

14   **Q.**    Okay.  So how many times on an average day do you go

10:40:38    15   into the air-conditioned area?

16   **A.**    Probably half a dozen to two or three.

17   **Q.**    And the area is big enough, you said, to fit eight to

18   nine workstations?

19   **A.**    Yeah.  There is -- there is counters, work benches I

10:40:54    20   think for nine, nine inmates, yes.

21   **Q.**    And just to be clear, there is eight to nine

22   workstations in the air-conditioned area?

23   **A.**    Yes.

24   **Q.**    Is that true?

10:41:02    25   **A.**    Yes.

*Laura Wells, CRR, RDR*

Cross-Examination of Richard King

```
          1   Q.   Okay.  And you said it helps immensely when you can go

          2   in the air-conditioning and spend a little time?

          3   A.   Yes.

          4   Q.   Okay.  You also testified that taking a cool shower

10:41:14  5   helps a lot; is that true?

          6   A.   Yes.

          7   Q.   Okay.  And you actually like to take extra showers in

          8   the summertime, right?

          9   A.   Yes.

10:41:26 10   Q.   If you are in the craft shop and you wanted to go take

         11   a cool-down shower, you could do that, couldn't you?

         12   A.   They discourage leaving the craft shop -- coming in

         13   and out of the craft shop without being what we call

         14   shaken down.  They do a strip-search when we leave to go

10:41:52 15   for lunch and then when we leave for the afternoon.

         16        Now, if -- every once in a while I don't guess it

         17   would probably matter much if I would walk to the E

         18   building to take a shower; but by the time I walk back

         19   from the shower I have -- the effect of the shower will be

10:42:20 20   null already.

         21   Q.   Okay.  So you have to be searched when you leave the

         22   craft shop because there is tools and stuff in there,

         23   right?

         24   A.   Yes.

10:42:28 25   Q.   So it's easier for you to just step into the
```

Cross-Examination of Richard King

1    air-conditioned area that's available there if you need a

2    cool down?

3    **A.**   Yes.  Yes.

4    **Q.**   Okay.  Now, you testified that you have a personal

10:42:44  5    fan; is that true?

6    **A.**   Yes.

7    **Q.**   Okay.  But in your dorm there is also big ceiling

8    fans, right?

9    **A.**   Yes.

10:42:52  10   **Q.**   They are huge, like 20 feet in diameter?

11   **A.**   Yes.

12   **Q.**   Okay.  And there is more than one?

13   **A.**   There is two in our dorm.

14   **Q.**   Okay.  In addition to the ceiling fans, there is also

10:43:01  15   some kind of box fans, right, that are located around the

16   room?

17   **A.**   Yes, they are -- well, they are -- they are round,

18   36-inch warehouse fans is what we call them.  They

19   actually -- actually they just added another fan.  We had

10:43:20  20   two of them on the floor.  Now they have added a three and

21   a fourth one.

22   **Q.**   Okay.  And in addition to those 36-diameter fans there

23   is also some pedestal fans that are -- that blow up and

24   down the run, correct?

10:43:37  25   **A.**   Yes.  There is one on each run.  There are four runs,

Cross-Examination of Richard King

```
 1   two downstairs, two upstairs.
 2   Q.   Okay.  And when we're talking about a run, will you
 3   describe exactly what we're talking about?
 4   A.   There is two rows of bunks.  One of them is against
 5   the wall.  One of them is out -- the edge of it is toward
 6   the day room.  And the aisle down through the middle of
 7   that is what we call the run.
 8   Q.   Okay.
 9   A.   And there is a fan on the -- all the fans are on the
10   west end of the run in our dorm.
11   Q.   Okay.  So we're talking about pedestal fans that maybe
12   are up on a pole of some type?
13   A.   Yes.  Right.
14   Q.   Okay.  And that's in addition to the ceiling fans and
15   the 36-inch fans, right?
16   A.   Yes.
17   Q.   And then you have your personal fan?
18   A.   Yes.
19   Q.   Okay.  And you testified that in the summer months
20   when it starts to get hot there is not a lot of activity
21   and the offenders tend to stay maybe in their cubicles
22   more on often; is that true?
23   A.   Yes.  A lot of us do, yes.
24   Q.   You stay kind of -- you stay still so that you can sit
25   in front of those fans and get some relief, right?
```

10:43:59 (line 5)
10:44:13 (line 10)
10:44:31 (line 15)
10:44:36 (line 20)
10:44:50 (line 25)

Cross-Examination of  Richard King

```
           1  A.   Yes.

           2  Q.   Okay.  And you testified that you like to use your --

           3  a towel of some type, and you wet it down?

           4  A.   Yes.

10:45:01   5  Q.   And you put it around your neck to cool down?

           6  A.   Yes.

           7  Q.   Okay.  And when you have that wet rag around your neck

           8  and you are sitting in front of a fan, that gives you

           9  pretty good cooling for that time, right?

10:45:11  10  A.   For a short period, yes.

          11  Q.   Now, in your dorm there is two water fountains, right?

          12  A.   Yes.

          13  Q.   The kind that you push the button, and the water comes

          14  up out of it?

10:45:27  15  A.   Yes.

          16  Q.   Okay.  And there is also two Igloo-type water coolers?

          17  A.   Yes.

          18  Q.   Okay.  And you have seen the offenders whose job it is

          19  to come around and refill the water and ice, right?

10:45:37  20  A.   Yes.

          21  Q.   You have seen them around.  And they come and refill

          22  those coolers pretty frequently, don't they?

          23  A.   Yes.

          24  Q.   They do a good job to check them and see if they need

10:45:54  25  to be topped off?
```

*Laura Wells, CRR, RDR*

```
 1    A.    Yes.
 2    Q.    Okay.  Now, you testified about wellness checks.  Now,
 3    the officers come around several times a day, right?
 4    A.    Yes.
 5    Q.    And they check on offenders around you.  You have seen
 6    them doing this, correct?
 7    A.    Yes.
 8    Q.    And you testified that they will ask you a question
 9    like, "Are you okay"?
10    A.    Yes.
11             MR. MEDLOCK:  Objection.  Misstates his
12    testimony.
13             THE COURT:  Again, I think, since I'm sitting
14    without a jury, I'm not worried about misrepresentations
15    of what has been said.  I can figure that out.
16    Q.    (By Ms. O'Leary)  Well, I'll ask you again.  Is it
17    your memory that officers will ask you a question similar
18    to "Are you okay"?
19    A.    If you are asleep, they wake you up.
20    Q.    Okay.
21    A.    That's -- if you are -- if you are awake reading a
22    book, they don't even -- they just go on.  Only if you are
23    asleep.
24    Q.    Okay.  If they ask you are you okay, if you are
25    feeling bad, that's a good time to tell somebody, right,
```

10:46:03

10:46:16

10:46:26

10:46:39

10:46:52

CROSS-EXAMINATION OF RICHARD KING

1    if they are asking about how you are feeling?

2    **A.**   I guess it would be.  I think they just ask and make

3    sure you are alive.  They have had a number of people die,

4    and they walk past them a few times with them laying there

10:47:16   5    dead.  So this is -- if you are asleep, they don't know

6    whether you are alive or dead.  So they beat on the bunk

7    wall.  Are you okay?  And you go, Yeah.  And then they go

8    on.

9            MS. O'LEARY:  I'll object as nonresponsive.

10:47:34   10   **Q.**   (By Ms. O'Leary)  Mr. King, when an officer is asking

11   you if you are okay, is that a good time to tell him if

12   you are not feeling well?

13   **A.**   Yes, I guess it would be.  If I was feeling bad, I

14   could tell him then, yes.

10:47:50   15   **Q.**   But you have never had to report that, right?  You

16   haven't gone to medical for a heat-related illness?

17   **A.**   No.

18   **Q.**   Let's talk about training a little bit.  Now, you have

19   already testified that you have been trained in TDCJ by

10:48:05   20   watching a PowerPoint presentation; is that fair?

21   **A.**   Yes.  I guess you would say that.

22   **Q.**   And they showed you that presentation sometime at the

23   beginning of this summer or leading into the summer

24   months?

10:48:15   25   **A.**   Yeah.  They showed it -- now they are putting it on

*Laura Wells, CRR, RDR*

Cross-Examination of Richard Yang

```
 1    closed-circuit television.
 2    Q.   What does that mean?
 3    A.   Well, I mean they -- in our dorm we have four
 4    televisions back-to-back.  Two looks one way, and two
 5    looks the other way.  And now, I don't know, I guess two
 6    or three weeks ago, at certain times during the week, I
 7    think it's twice a week, they break in on the broadcast of
 8    the TVs and show this little PowerPoint thing.
 9    Q.   So now it's on the TVs in your dorms; but that wasn't
10    the first time that you had seen that video, right?
11    A.   Right.
12    Q.   You testified that they called you out to go watch it
13    in some other location?
14    A.   Yes.
15    Q.   And in addition to that, you also receive training
16    because you work at the craft shop, right?  There is a
17    craft shop supervisor?
18    A.   Yes.
19    Q.   She has to train you somehow?
20    A.   Yeah.  They have a safety sheet that she passes
21    around, you read it and initial it and sign off on it.
22    Q.   And as part of your training from your craft shop
23    supervisor, that also includes things about heat, correct?
24    A.   Yes.  Periodically.
25    Q.   And you received some kind of pamphlet that talks
```

10:48:31
10:48:54
10:49:02
10:49:12
10:49:35

Cross-Examination of Richard King

1    about recognizing the signs and symptoms of heat-related

2    illness?

3    **A.**   Yes.

4    **Q.**   And then they tell you about what you can do to try to

10:49:46    5    prevent heat-related illness?

6    **A.**   Yes.

7    **Q.**   And they tell you about respite and cool-down showers?

8    **A.**   Yes.  I think it was, yeah, on there.

9    **Q.**   And then in the pamphlet it also talks about -- it

10:50:03   10    reminds you to drink lots of water?

11    **A.**   Yes.

12    **Q.**   And when you walk around the Pack Unit, and

13    particularly in your dorm, do you see posters that remind

14    you to drink water?

10:50:14   15    **A.**   Yes.  On the bulletin board they have one.  I think

16    they even have one posted in the bathroom.

17    **Q.**   Okay.  Is there a poster next to where the water

18    coolers are?

19    **A.**   I don't think so.

10:50:32   20    **Q.**   In the bathroom there is a poster that kind of shows

21    the color of urine to help you try to figure out whether

22    you are drinking enough water?

23    **A.**   Yes.

24    **Q.**   You have seen that poster?

10:50:41   25    **A.**   Yes.

*Laura Wells, CRR, RDR*

1   **Q.**  Okay.  And you have also been trained that if you are

2  feeling bad at all that might be heat-related, you should

3  go to the infirmary, right?

4  **A.**  Yes.

10:50:55  5   **Q.**  And you follow all this training that you are supposed

6  to, right?  You drink lots of water?

7  **A.**  Yes.

8   **Q.**  And you testified a moment ago that you have used

9  the -- you have gone to respite one time?

10:51:09  10  **A.**  Yes.

11  **Q.**  Okay.  When you are in the craft shop you go into that

12  air-conditioned area to get respite, right?

13  **A.**  Yes.

14  **Q.**  And you take cool-down showers?

10:51:18  15  **A.**  Yes.

16  **Q.**  Okay.  So you are following a lot of these steps that

17  you have been trained to do?

18  **A.**  Yes.

19  **Q.**  And you have never had a heat-related illness; is that

10:51:29  20  correct?

21  **A.**  That's correct.

22  **Q.**  And you have never had to go to the infirmary because

23  of a heat-related illness?

24  **A.**  That's correct.

10:51:39  25  **Q.**  Okay.  You have seen a lot of the other guys that live

*Laura Wells, CRR, RDR*

Cross-Examination of Richard King

1  at your unit.  They also follow these steps, don't they?

2  **A.**   Yes.  I presume so.

3  **Q.**   Well, you have seen some people following the steps,

4  haven't you?

10:51:54  5  **A.**   Well, you see people drinking a lot of water.  Yeah.

6  I mean, you know, with the cool towels, you are underneath

7  their fan or try to sit underneath one of the bigger fans

8  in the day room.  Yes, I have seen that.

9  **Q.**   And you have seen offenders using respite areas,

10:52:14  10  right?

11  **A.**   Yes.

12  **Q.**   Okay.  There is a water cooler in the craft shop, too,

13  right?

14  **A.**   No.

10:52:21  15  **Q.**   There is not?

16  **A.**   No.

17  **Q.**   Is the water fountain right outside the craft shop?

18  **A.**   There is one downstairs in the gym.

19  **Q.**   Okay.  And you carry a water bottle with you, correct?

10:52:37  20  **A.**   No, I don't.  I have one in the craft shop, yes.

21  **Q.**   So when you are in the craft shop, you can refill some

22  kind of container; and that's -- and you can have water

23  with you?

24  **A.**   Yes.

10:52:58  25  **Q.**   Now, you testified earlier -- and we looked at the

*Laura Wells, CRR, RDR*

Cross-Examination of Richard King

```
 1   screen -- about the medications that you take?
 2   A.   Yes.
 3   Q.   And you testified that you take medications that make
 4   you more heat sensitive, correct?
 5   A.   Yes.
 6   Q.   Even though you take those medications, you haven't
 7   had a heat-related illness?
 8   A.   Not yet, no.
 9   Q.   Okay.  And that's because you follow the training that
10   you have been given?  You do what you are supposed to do?
11        MR. MEDLOCK:  Objection, Your Honor.  I don't
12   think he is qualified to talk about if the training and
13   the mitigation measures are effective as a medical matter.
14        THE COURT:  Well, I understand.  I'm going to
15   allow the question.
16   Q.   (By Ms. O'Leary)  That's because you follow your
17   training with regard to heat?
18   A.   Well, yes, I guess so.
19   Q.   Okay.  Now, you testified if it gets crowded in the
20   barbershop they will take you to another respite area,
21   correct?
22   A.   Well, they did the day that I was there, yes.
23   Q.   Okay.  They didn't just tell you you can't have
24   respite anymore because we don't have room for your --
25   room for you in the barbershop?  They didn't say that?
```

*Laura Wells, CRR, RDR*

1  **A.**   Yeah.  They closed the barbershop down that day and

2  moved us over.

3  **Q.**   Okay.  Now, you testified that they sent you to the

4  hallway that's air-conditioned; and they were escorting an

10:54:16  5  offender through there; is that accurate?

6  **A.**   Yes.  Yes.

7  **Q.**   Okay.  When they were escorting an offender, was he

8  coming from administrative segregation --

9  **A.**   Yes.

10:54:25  10  **Q.**   -- or the high security?

11  **A.**   Yes.  Yes.

12  **Q.**   So when they were walking him by, you had to turn

13  around and face the wall so that you would be out of the

14  way?

10:54:34  15  **A.**   No.  They -- we had to leave that completely and go

16  out in the hallway, the main hallway; and they close all

17  the bars.  When they are moving what we call a PC, a

18  protective custody, you can be nowhere around them.

19  **Q.**   Understood.  Now, you have testified that it gets hot,

10:55:00  20  you know, at the Pack Unit; but you don't choose to go to

21  respite very often, do you?

22  **A.**   No.

23  **Q.**   Because you have the respite when you are in the craft

24  shop and you use that, correct?

10:55:11  25  **A.**   That's -- yes.  That's part of the reason.

*Laura Wells, CRR, RDR*

1    **Q.**  Okay.  You also testified that you don't know of

2    anybody who goes to respite after about 10:30 at night?

3    Is that what you said earlier?

4    **A.**  Yes.  I don't -- I have not seen anybody.

10:55:25  5    **Q.**  Okay.  But when you have gotten training about respite

6    or when you have read the notices about respite, it

7    doesn't say that you can't go to respite after 10:30, does

8    it?

9    **A.**  No.  I have not seen anything that has a time on it at

10:55:39  10    all.

11    **Q.**  Okay.  Right.  The notices just say if you want

12    respite, there is respite available.  That's basically

13    what you are being trained about, right?

14    **A.**  Yes.

10:55:49  15    **Q.**  Okay.  So you haven't been told by a training officer

16    or by any of the notices or anybody else that respite

17    closes at a certain time?  Respite closes at 10:30, for

18    example.  You haven't been told that?

19    **A.**  No.  No.

10:56:11  20    **Q.**  Now, you also testified that you go to the infirmary

21    twice a day for your insulin?

22    **A.**  Yes.

23    **Q.**  And there is a line of people sometimes waiting to get

24    insulin?

10:56:19  25    **A.**  Yes.

1    Q.   So you are standing in the infirmary maybe for 20 or

2    30 minutes?

3    A.   No.  You are standing out in the hallway.

4    Q.   I see.  The infirmary is air-conditioned, correct?

10:56:33    5    A.   Yes.

6    Q.   There are some benches in there?

7    A.   Yes.

8    Q.   Now, you would agree it would be more comfortable

9    during the summer if there was air-conditioning in your

10:56:49    10   housing, right?

11   A.   I would say so, yes.

12   Q.   In fact, you think that it should be kept at

13   68 degrees through -- with an air-conditioner, right?

14   A.   Personally, that's my comfort zone, yes.

10:57:03    15   Q.   That seems pretty cold.  Is that -- how do you know

16   68 degrees is the temperature that would keep you

17   comfortable?

18   A.   I used to have to pay a light bill.

19   Q.   And so you kept your home at 68 degrees?

10:57:20    20   A.   Yes.

21   Q.   Do you need it to be 68 degrees for you to be safe?

22   A.   Probably really not.

23   Q.   Now, the heat doesn't stop you from doing any

24   activities that you want to do, does it?

10:57:35    25          MR. MEDLOCK:  Objection.  That misstates his

*Laura Wells, CRR, RDR*

Cross-Examination of Richard King

```
 1  testimony.
 2          THE COURT:  He can answer.  He is a smart guy.
 3  He can answer it.
 4      Does it or doesn't it?
 5          THE WITNESS:  I might go out to the rec yard more
 6  often in the summertime if it wasn't so hot.
 7  Q.  (By Ms. O'Leary)  Right.
 8  A.  But other than that, no.
 9  Q.  Okay.  The heat doesn't stop you from being able to
10  get to the places you need to go, like the chow hall or
11  the infirmary?
12  A.  No.
13  Q.  Okay.
14  A.  No.
15  Q.  I believe -- well, maybe you haven't testified to this
16  yet today.  So I'll ask you.  What time do you usually get
17  back to your dorm at the end of a workday?
18  A.  Usually about 5:30 if the craft shop -- it depends on
19  the hours of the craft shop.  I'll put it that way.
20  Q.  Maybe 5:30 on a given day?
21  A.  On some days, yes.
22  Q.  So when you get back to your dorm at 5:30, what do you
23  do from that time until you go to bed?
24  A.  Well, the first thing I do is take a shower.  Then I
25  try to watch a little bit of news.  And then I usually
```

10:57:43
10:57:55
10:58:15
10:58:35
10:58:53

Cross-Examination of Richard King

```
           1  call my family.  And some of my family -- I have got a
           2  bunch of grandkids that are in college that they are
           3  not -- they don't have phones.  I never know when to call
           4  them.  So we write a lot of letters back and forth.
10:59:14   5  Q.  Okay.  That's something you do in the evening times?
           6  A.  Yes.
           7  Q.  Okay.  What if at 5:30, when you get off work every
           8  day, TDCJ said you are not allowed to go to the dorm
           9  anymore, you are not going to have that free time.  Now
10:59:30  10  for three hours we are going to force you to sit in a
          11  respite area.  Would that take away your free time?
          12  A.  No.  Not necessarily if it -- if it was -- if I didn't
          13  have to stand up in the barbershop with 15 or 20 other
          14  people or stand in the hallway with my nose against the
10:59:52  15  wall, if I could go somewhere and sit down.
          16  Q.  Right.
          17  A.  That -- that wouldn't be bad at all.
          18  Q.  Right.  Let's assume that you can sit down in a
          19  respite area for three hours; but you wouldn't get to sit
11:00:04  20  in your dorm and watch the news, right?
          21  A.  No.
          22  Q.  You wouldn't be making phone calls because you would
          23  be in a respite area, correct?
          24  A.  Right.
11:00:11  25  Q.  Maybe you could write letters if you brought a pen and
```

Cross-Examination of Richard King

```
 1   paper with you, right --
 2   A.   Yes.
 3   Q.   -- in a respite area?
 4   A.   I don't know of anybody that's tried that but, yes.
 5   Q.   Okay.  So you wouldn't have that time in your dorm
 6   to -- what about fixing your food?  You like to eat in
 7   your dorm, don't you?
 8   A.   Sometimes I do, yes.
 9   Q.   And that's food that you buy from the commissary?
10   A.   Yes.
11   Q.   Okay.  So if you had to sit in a respite area, you
12   couldn't choose to eat that food, could you?  It would
13   take up your time?
14   A.   Well, I mean, I can always -- if I am in a respite
15   area for three hours where it's cool, then I would
16   probably have more of an appetite when I got back to my --
17   to my house.  I mean, that's -- you know, I wouldn't think
18   it would be a bad thing, no.
19   Q.   Okay.  You understand, as it currently is at the Pack
20   Unit, that if you want to go to respite at 5:30, for
21   example, you can do that?  All you have to do is ask?
22   A.   Yes.
23   Q.   Okay.  So you don't need someone to force you to go to
24   respite because all you have to do is ask if you want to
25   go?
```

11:00:23

11:00:36

11:00:52

11:01:13

11:01:29

Redirect Examination of Richard King

```
        1   A.   Yes.

        2             MS. O'LEARY:  Can I have just a moment, Your

        3   Honor?

        4             THE COURT:  Sure.

11:01:53 5             MS. O'LEARY:  I pass the witness.

        6             THE COURT:  Any redirect?

        7             MR. MEDLOCK:  Just a little bit, Your Honor.  Can

        8   I approach, Your Honor?

        9             THE COURT:  You may.

11:01:59 10             MR. MEDLOCK:  I'm going to hand Mr. King

       11   Plaintiffs' Exhibit 54.  And let me -- its Bates number is

       12   114923.

       13                     REDIRECT EXAMINATION

       14   BY MR. MEDLOCK:

11:02:12 15   Q.   Would you take a look at that, Mr. King.  Do you see

       16   that?

       17   A.   Yes.

       18   Q.   When did you first get the -- first see this document?

       19   A.   Maybe a month ago they passed them out and at night.

11:03:03 20   I was asleep when they passed them out.  They said we had

       21   to keep it on our person at all times.

       22   Q.   Is this the flyer that you mentioned that you were

       23   given that has information about heat safety?

       24   A.   Yes.

11:03:17 25   Q.   Does that flyer anywhere on it mention the respite
```

Redirect Examination of Richard King

```
             1   areas?

             2   A.   No.

             3   Q.   Does it mention anywhere the on-demand access to

             4   showers?

11:03:27     5   A.   No.

             6        MS. O'LEARY:  I'm sorry.  What exhibit were you

             7   looking at?

             8        MR. MEDLOCK:  It's Plaintiffs' Exhibit 54.

             9        MS. O'LEARY:  Thank you.

11:03:39    10        MR. MEDLOCK:  Your Honor, we would like to move

            11   to admit Plaintiffs' Exhibit 54.

            12      (Plaintiffs' Exhibit Number 54 offered into evidence.)

            13        MS. O'LEARY:  No objection.

            14        THE COURT:  Admitted without objection.

11:03:46    15      (Plaintiffs' Exhibit Number 54 admitted into

            16   evidence.)

            17   Q.   (By Mr. Medlock)  Sir, you mentioned that the -- there

            18   is a portion of the craft shop that has air-conditioning.

            19   That's the woodworking part; is that right?

11:04:16    20   A.   Yes.

            21   Q.   Could you spend two to three hours in the woodworking

            22   part of the craft shop without being a woodworker?

            23   A.   No.

            24   Q.   How long is the most time you have ever spent in the

11:04:29    25   woodworking portion of the craft shop to cool off?
```

Redirect Examination of Richard King

1  **A.**   A few minutes at a time.

2  **Q.**   If you would take a look at your screen there, there

3  is another portion of Plaintiffs' Exhibit 2.  Is this a

4  photo of the woodworking portion of the craft shop?

11:04:54   5  **A.**   Yes.

6  **Q.**   What is the most people you have ever seen in that

7  portion of the craft shop?

8  **A.**   Seven or eight.

9  **Q.**   Do you have any qualifications or kind of hoops that

11:05:13  10  you have to jump through to be able to use the craft shop?

11  **A.**   Well, you have to initially get on the list.  You have

12  to maintain so much money.  I think $100 for leather work.

13  I'm not real sure about the woodworkers.

14       And then you wait until your name comes up on the --

11:05:46  15  to the top of the list.  And then you are put in there

16  after -- if you come up.  That somebody has to leave the

17  craft shop to create an opening for somebody else to come

18  in.

19  **Q.**   Do you have to have any discipline history or lack

11:06:02  20  thereof to use the craft shop?

21  **A.**   Yes.  You have to have a clean disciplinary record at

22  least for a year.

23  **Q.**   Is the craft shop open on weekends?

24  **A.**   No.

11:06:12  25  **Q.**   What hours has the craft shop been open most recently?

*Laura Wells, CRR, RDR*

Redirect Examination of Richard King

```
         1   A.   7:00 to 3:00.
         2   Q.   I want to switch gears a little bit, sir.  You
         3   mentioned going to meals.  Do most inmates in your dorm go
         4   to the meals?
11:06:32 5   A.   I would say most, yes.
         6   Q.   You were talking about some of the fans in your dorm.
         7   Do the warehouse fans that you mentioned help with the
         8   heat on the hottest days?
         9   A.   Yes, if you stand right in front of them.
11:06:53 10  Q.   You mentioned putting the wet rag around your neck
        11   helps for a short period of time.  How long does that help
        12   for?
        13   A.   Well, until it dries out, which is normally
        14   ten minutes, something like that.
11:07:09 15  Q.   Do you have any symptoms during the summer, like
        16   headaches?
        17   A.   No, I don't -- I don't -- I guess drowsy.  I get
        18   lethargic.  But I don't know that I have noticed any
        19   headaches.
11:07:30 20  Q.   Describe what your drowsiness or lethargy feels like
        21   for the Court during the summer.
        22   A.   Well, it's just no energy.  You are just, oh, well,
        23   I'm not going to -- I'm not going to mess with going to
        24   chow because it's just too big a hassle to go down there.
11:07:52 25  It's too hot in there.  I'll just sit in here underneath
```

1    my fan and eat some Vienna sausage.

2    **Q.**   I want to talk with you again about the respite areas.

3    Has anyone from TDCJ or UTMB ever trained you that you

4    should spend a certain amount of time in the respite areas

11:08:11    5    to give you a protection from the heat?

6    **A.**   No.

7    **Q.**   Sir, if the prison was required to be 88 degrees

8    inside, would that be a comfortable temperature for you?

9    **A.**   Yes.   Compared to 100, yes.   That would be -- that

11:08:44    10    would be satisfactory to me.

11    **Q.**   Why would that be a satisfactory temperature to you?

12    **A.**   There is a big difference between 88 and 100.   I mean,

13    it's just -- it starts getting unbearable when it gets

14    into the 90s.   And so if -- I mean, I would like it

11:09:04    15    colder; but 88 would be fine.

16    **Q.**   Your personal preference would be 68; but 88, you

17    think, would make the prison more bearable?

18    **A.**   Yes.

19          MR. MEDLOCK:   Your Honor, we would like to go

11:09:27    20    ahead and move to admit the portions of Plaintiffs'

21    Exhibit 2, which are the photo of the barbershop, the

22    photo of the lower administration hallway and the photo of

23    the craft shop.   I have got the Bates numbers if opposing

24    counsel needs those.

11:09:43    25          (Plaintiffs' Exhibit Number 2 offered into evidence.)

*Laura Wells, CRR, RDR*

1          MS. O'LEARY:  We have no objection.  But is that

2    the entire exhibit or is it only a portion of the exhibit?

3          MR. MEDLOCK:  It's a portion of the exhibit.

4          MS. O'LEARY:  Can we have the Bates numbers just

11:09:53  5    for the record?

6          MR. MEDLOCK:  Absolutely.  They are:  The

7    barbershop is Bates 105348, the hallway is Bates Number

8    105351 and the craft shop is 105380.

9          (Plaintiffs' Exhibit Number 2 admitted into evidence

11:10:13  10  by agreement.)

11          THE COURT:  Do you pass the witness?

12          MR. MEDLOCK:  We pass the witness.

13          THE COURT:  We're going to take a 15-minute

14    break.  Thank you very much.

11:27:30  15     (Recess from 11:10 a.m. to 11:27 a.m.)

16          THE MARSHAL:  All rise.

17          THE COURT:  Keep your seats everybody.  We'll

18    stand up in the morning for the Court trial, but not when

19    I come and go.

11:27:36  20     Okay.  Do you wish to call another witness?

21          MR. EDWARDS:  Yes -- yes, Your Honor.  And just

22    so the record is clear, counsel for both parties have

23    neglected to invoke the rule for witness number one; but

24    we have now invoked the rule regarding all witnesses.  And

11:27:49  25  my understanding is that no -- no more witnesses from TDCJ

*Laura Wells, CRR, RDR*

1    are here.

2                THE COURT:  Are we going to apply that to

3    experts, too?  Normally --

4                MR. EDWARDS:  No.  My intent was not to apply it

11:27:59    5    to experts.  So Dr. Reiger can certainly stay.

6                THE COURT:  Well, I -- I just worry about

7    the -- there is a jury room we could put these good men

8    in.

9                MR. EDWARDS:  These are all plaintiffs, Your

11:28:11    10    Honor.

11                THE COURT:  Yeah, I know they are.  You know

12    where our jury room is?

13                THE MARSHAL:  Back here, Your Honor?

14                THE COURT:  You are welcome to use that or

11:28:19    15    whatever other room you want.

16                THE MARSHAL:  That's fine.

17                THE COURT:  Okay.  That's fine with me.

18                MR. EDWARDS:  Okay.

19                MR. WARNER:  Ms. Allison needs to go.

11:28:34    20                MR. MEDLOCK:  Your Honor, I also neglected to

21    move to admit Plaintiffs' Exhibit 52.  That's the poster

22    that went up about the respite areas.  We would like to

23    move to admit Plaintiffs' Exhibit 52.

24          (Plaintiffs' Exhibit Number 52 offered into evidence.)

11:28:47    25                MS. O'LEARY:  No objection.

Direct Examination of Jackie Brannum

1    THE COURT:  Admitted without objection.

2    (Plaintiffs' Exhibit Number 52 admitted into

3  evidence.)

4    THE COURT:  Okay.  You may call your next

11:28:51   5  witness.

6    MR. MEDLOCK:  Plaintiffs call Mr. Jackie Brannum.

7    THE COURT:  Mr. Brannum, if you'll make your way

8  up here.  Before you take your seat, sir, if you could

9  prepare to take the oath, please.

11:29:14  10    (Witness sworn by the case manager.)

11    THE WITNESS:  Yes, sir.

12    THE COURT:  Okay.  That will be your seat right

13  there.

14                    **JACKIE BRANNUM,**

11:29:31  15  having been first duly sworn, testified as follows:

16                    **DIRECT EXAMINATION**

17  BY MR. MEDLOCK:

18  **Q.**  Good morning, sir.

19  **A.**  Good morning.

11:29:33  20  **Q.**  Can you hear me all right?

21  **A.**  Yes, sir.

22  **Q.**  Would you please state your name for the record, sir.

23  **A.**  My name is Jackie Brannum.

24  **Q.**  And how old are you, Mr. Brannum?

11:29:43  25  **A.**  63 years old.

Direct Examination of Jackie Brannum

```
           1   Q.   And where are you from originally?

           2   A.   I'm originally out of Oklahoma.

           3   Q.   And how long have you lived in Texas?

           4   A.   Ever since I was five years old.

11:29:54   5   Q.   And how long have you been in TDCJ custody?

           6   A.   22, 23 years.

           7   Q.   And how long have you been living at the Pack Unit?

           8   A.   Since March of 2001.

           9   Q.   Do you have a job at the Pack Unit?

11:30:13  10   A.   Inside Squad, Medical Squad I.

          11   Q.   Is that a similar job to what you heard Mr. King talk

          12   about earlier here today?

          13   A.   Yes, sir.

          14   Q.   What is your understanding on why you are on Inside

11:30:27  15   Medical Squad I?

          16   A.   Well, they told me I couldn't work anymore because I

          17   passed out in the kitchen when I was working in the

          18   kitchen.

          19   Q.   Tell the Court about that incident.  When did that

11:30:40  20   happen?

          21   A.   Back in about 2013 or '14, I was working on the

          22   serving line and I passed out and I come to in the

          23   infirmary.

          24   Q.   Was it hot in the kitchen when you passed out?

11:30:58  25   A.   Yes, sir.
```

Direct Examination of Jackie Brannum

1  **Q.**  What did they tell you in the infirmary that

2  was -- had happened to you?

3  **A.**  The only thing I found out is they said I had low

4  blood pressure.

11:31:08  5  **Q.**  Did you see a doctor when you were in the infirmary?

6  **A.**  I don't know.  I didn't -- I stayed in a cool-down

7  area of the infirmary drinking cold water.

8  **Q.**  Sir, what dormitory do you live in at the Pack Unit?

9  **A.**  I've lived in all of them but the A wing and E wing.

11:31:28  10  **Q.**  And where do you live currently?

11  **A.**  16 dorm.

12  **Q.**  And which -- which wing is that a part of?

13  **A.**  Delta wing.

14  **Q.**  Sir, do you have any chronic medical conditions?

11:31:42  15  **A.**  Yes, sir.

16  **Q.**  Tell the Court what some of those are.

17  **A.**  High blood pressure, diabetes, lower back.

18  **Q.**  Sir, do you have a condition called schizoaffective

19  disorder?

11:31:57  20  **A.**  Yes, sir.

21  **Q.**  How long have you been diagnosed with diabetes?

22  **A.**  It's been about 19, 20 years.

23  **Q.**  How long have you been diagnosed with schizoaffective

24  disorder?

11:32:17  25  **A.**  Since '95.

*Laura Wells, CRR, RDR*

Direct Examination of Jackie Brannum

1  **Q.** Do you take any medication for your schizoaffective
2  disorder?
3  **A.** Yes, sir.
4  **Q.** What do you take?
11:32:28  5  **A.** I can't remember them.
6  **Q.** Is it a drug called risperidone?
7  **A.** That's one of them.
8  **Q.** If you are not taking your -- your medication for your
9  schizoaffective disorder, what happens to you?
11:32:46  10  **A.** I get to thinking about hurting myself and --
11  **Q.** Tell the Court what that is like.
12  **A.** Well, I hear voices; and they tell me to hurt myself,
13  take my own life.
14  **Q.** Do you have trouble sleeping when you are not taking
11:33:14  15  your medication?
16  **A.** Yes, sir.
17  **Q.** Other than thinking about hurting yourself, do you
18  feel any -- any other -- different in any other ways when
19  you are not taking your medication?
11:33:28  20  **A.** I just get real nervous and upset.
21  **Q.** Sir, have you ever been diagnosed with high blood
22  pressure?
23  **A.** Yes, sir.
24  **Q.** How long have you been diagnosed with high blood
11:33:41  25  pressure?

Direct Examination of Jackie Brannum

```
      1   A.   I don't remember offhand.

      2   Q.   Have you been diagnosed with high blood pressure ever

      3   since you have been at the Pack Unit?

      4   A.   Yes, sir.

11:33:52  5   Q.   So you have been -- you have been diagnosed with high

      6   blood pressure at least 16 years; is that fair?

      7   A.   Yes, sir.

      8   Q.   Now, sir, for the record, do you use a walker?

      9   A.   Yes, sir.

11:34:06 10   Q.   Tell the Court about why you use a walker.

     11   A.   Well, my lower back got a nerve pinched in it, I

     12   think; and sometimes when I turn a certain way, I fall.

     13   Q.   Do you have trouble walking without the walker?

     14   A.   Sometimes.

11:34:27 15   Q.   Have you had a fall recently?

     16   A.   I fell about three weeks ago.

     17   Q.   Tell the Court kind of what happened.

     18   A.   I was in the chow line and talking to some friends of

     19   mine and I went to take a step forward and my left leg

11:34:46 20   collapsed out from under me.

     21   Q.   Did you hit the ground?

     22   A.   Two inmates grabbed me before I hit the ground.

     23   Q.   Do you take insulin for your diabetes?

     24   A.   Yes, sir.

11:35:04 25   Q.   Do you know if any other inmates at the Pack Unit take
```

Direct Examination of Jackie Brannum

1  insulin for diabetes?

2  **A.**   Yes, sir.

3  **Q.**   How do you know that?

4  **A.**   Because when I stand in the pill line or insulin line

11:35:16   5  early in the morning and late at night.

6  **Q.**   Do you know if there are other gentlemen at the Pack

7  Unit who use a walker?

8  **A.**   Yes, sir.

9  **Q.**   Do you have an estimate that you can tell the Court

11:35:28   10  how many other guys at the Pack Unit use a walker like you

11  do?

12  **A.**   Quite a few of us.  I don't know how many, but there

13  is quite a few.

14  **Q.**   And, sir, just for the -- for the record, does your

11:35:43   15  walker have a part that you can sit on with it like some

16  walkers do?

17  **A.**   No, sir.

18  **Q.**   On an average day, sir, not a summer day, how does

19  your diabetes kind of affect you?

11:36:01   20  **A.**   It don't really affect me that much except when my

21  sugar level gets too low.

22  **Q.**   What happens when your sugar level gets too low?

23  **A.**   I don't remember what I do.

24  **Q.**   Meaning you forget what you are doing or --

11:36:20   25  **A.**   Yes, sir.

*Laura Wells, CRR, RDR*

Direct Examination of Jackie Brannum

1  **Q.**  Does it -- when your blood sugar levels get low, do

2  you have difficulty concentrating?

3  **A.**  Yes, sir.

4  **Q.**  Does your diabetes change what you eat at all?

11:36:33  5  **A.**  Yes, sir.

6  **Q.**  Sir, have you ever had cancer?

7  **A.**  Skin cancer.

8  **Q.**  When did you have that?

9  **A.**  Back about two to three years ago.

11:36:48  10  **Q.**  So you would have been at the Pack Unit 13 or 14 years

11  when you got the skin cancer?

12  **A.**  Yes, sir.

13  **Q.**  And you had been drinking the water at the Pack Unit

14  that whole time when you got the skin cancer?

11:37:02  15  **A.**  Yes, sir.

16  **Q.**  Sir, how tall are you?

17  **A.**  5'10".

18  **Q.**  And about how much do you weigh, sir?

19  **A.**  230.

11:37:12  20  **Q.**  Has a doctor ever counseled you that you should

21  probably lose some weight?

22  **A.**  Yes, sir.

23  **Q.**  Does carrying those extra pounds make it harder to

24  walk as well?

11:37:24  25  **A.**  I don't think so.

*Laura Wells, CRR, RDR*

Direct Examination of Jackie Brannum

1  **Q.**  All right.  Sir, I'm going to show you the same

2  exhibit that we showed Mr. King.  This is a portion of the

3  Correctional Managed Healthcare UTMB policy with common

4  comorbidities that may affect heat tolerance.

11:37:48  5      Do you see that on the screen in front of you, sir?

6  **A.**  Yes, sir.

7  **Q.**  Can you tell me which of these conditions you have,

8  sir?

9  **A.**  Diabetes.  Let's see.

11:38:05  10  **Q.**  You have a cardiovascular issue with your --

11  **A.**  Blood pressure.  Heart problems.

12  **Q.**  -- blood pressure, correct?

13  **A.**  Yes, sir.

14  **Q.**  You have diabetes?

11:38:13  15  **A.**  Yes, sir.

16  **Q.**  And you have a psychiatric condition; is that right?

17  **A.**  Yes, sir.

18  **Q.**  All right.  So you have three of the conditions on

19  that list?

11:38:24  20  **A.**  Yes, sir.

21  **Q.**  Now, Mr. Brannum, we talked a little bit.  Do you take

22  a lot of prescription medications?

23  **A.**  Yes, sir.

24  **Q.**  Do you know how many you take?

11:38:38  25  **A.**  I counted 14 last night.

*Laura Wells, CRR, RDR*

Direct Examination of Jackie Brannum

1    Q.   Let me show you a portion of your medical record.

2    This is a portion of Plaintiffs' Exhibit 21.  It's TDCJ

3    Bates Number 121782.  And, sir, I'll tell you that this is

4    a portion of your medical record from April the 5th of

11:39:00   5    this year.  I'm going to show you two slides that have the

6    medications that you are taking on them.  All right.  Here

7    is the first slide.  Are you taking all of those

8    medications, sir?

9    A.   Yes, sir.

11:39:15   10   Q.   And here is the second slide.  Are you also taking all

11   of those medications?

12   A.   Yes, sir.

13   Q.   On an average, we already talked a little bit about

14   your psychiatric medications.  If you don't take

11:39:31   15   your -- your blood pressure medications on an average day,

16   not a day during the summer, what do you kind of feel

17   like?

18   A.   I don't notice any difference.

19   Q.   What kind of symptoms do you have from your high blood

11:39:51   20   pressure?  Do you know?

21   A.   No, sir, I don't.

22   Q.   Sir, I'm going to show you another portion of that

23   Correctional Managed Healthcare Policy.  This is the list

24   of the medications that CMHCC says are associated with

11:40:22   25   heat stress.  Do you see that in front of you?

*Laura Wells, CRR, RDR*

Direct Examination of Jackie Brannum

1    **A.**   Yes, sir.

2    **Q.**   All right.  You take risperidone.  Is that an

3    antipsychotic medication?

4    **A.**   Yes, sir.

11:40:33   5    **Q.**   Okay.  What other medications do you see on here that

6    you take?  Do you take nortriptyline?

7    **A.**   Yeah.  I take nortriptyline.

8    **Q.**   You take -- and that's -- I'm sorry.  For risperidone

9    it is r-i-s-p-e-r-i-d, as in dog, o-n-e; and nortriptyline

11:41:06   10   is n-o-r-t, as in Tom, r-i-p, as in panda, t-y-l-i-n-e.

11        Sir, do you take a medication called propranolol?

12   **A.**   I believe so, sir.

13   **Q.**   And that's spelled P, as in panda, r-o-p, as in panda,

14   r-a-n, as in Nancy, o-l-o-l.

11:41:47   15        Do you take a medication called amlodipine, sir?

16   **A.**   I don't remember.

17   **Q.**   Sir, I want to read from your -- read another portion

18   of your medical record to you.  This is Bates Number

19   TDCJ 122653; and I just want you to listen, sir, and tell

11:42:17   20   me if you have ever had this told to you by any of the

21   medical providers that you have seen.

22        This is the provider certifying, "I have also

23   discussed that some medications can affect the manner in

24   which the body reacts to excessive heat, especially in the

11:42:37   25   summer."

*Laura Wells, CRR, RDR*

Direct Examination of Jackie Brannum

```
                1        And it goes on, "No medication has an automatic heat
                2   restriction.  Offender patient was instructed to contact
                3   nursing/security should they feel dizzy, confused or
                4   overheated and will be checked for vital signs.  Patient
   11:42:55     5   understands that excessive heat can cause life-threatening
                6   conditions and acknowledged understanding regarding the
                7   need to drink plenty of water when the heat is extreme."
                8        Did any of your doctors or other medical providers
                9   tell you that, Mr. Brannum?
   11:43:11    10   A.  No, sir.
               11   Q.  You don't ever remember being told that by any
               12   provider?
               13   A.  No, sir.
               14   Q.  Was that ever told to you by any of your
   11:43:18    15   psychiatrists?
               16   A.  No, sir.
               17   Q.  Mr. Brannum, tell Judge Ellison what the heat during
               18   the hottest parts of the summer feels like to you inside
               19   your dormitory at the Pack Unit.
   11:43:30    20   A.  It feels like getting in a hot box in the summertime
               21   where the sun is beating down on me.
               22   Q.  Describe what you mean by "a hot box" for the judge.
               23   A.  It's -- they used them in World War II, but they were
               24   boxes big enough for you to just crawl into.  And out on a
   11:43:55    25   hot summer day, they would get awful hot.
```

Direct Examination of Jackie Brannum

1  **Q.**  What does your body feel like on those hot summer days

2  at the Pack Unit?

3  **A.**  I get weak feeling, nauseated and headaches.

4  **Q.**  What do the headaches feel like?

11:44:18  5  **A.**  It feels like the top of my head is going to blow off.

6  **Q.**  What do the -- what does the nausea feel like?

7  **A.**  Well, when I start to feel like my stomach gets upset,

8  I get to where I feel like I'm going to throw up.

9  **Q.**  Do you notice your heart doing anything during the

11:44:41  10  summer months?

11  **A.**  It seems like it beats faster.

12  **Q.**  Do you have any difficulty breathing on the hot days?

13  **A.**  Yes, sir.

14  **Q.**  Tell the Court what that feels like.

11:44:50  15  **A.**  It feels like something is wrapped around my chest and

16  is applying pressure to me where I can't breathe.

17  **Q.**  Those symptoms you have just described, your heart

18  beating faster, the difficulty breathing, the headaches,

19  the nausea, do you feel those symptoms any other time of

11:45:12  20  year?

21  **A.**  Not -- not near as bad as I do in the summertime.

22  **Q.**  The -- the days you feel those symptoms, are you

23  drinking lots of water?

24  **A.**  Yes, sir, I do.

11:45:26  25  **Q.**  How much water do you think you drink during the

1   summer on an average day?

2   **A.**   Well, I drank -- I figured it up one time -- close to

3   five gallons.

4   **Q.**   On those days are you using your fan?

11:45:43   5   **A.**   Yes, sir.

6   **Q.**   Do you still feel some of those symptoms you described

7   when you are sitting in front of your fan?

8   **A.**   Yes, sir.

9   **Q.**   Now, are there showers in your portion of the

11:45:58   10  prison --

11  **A.**   No, sir.

12  **Q.**   -- the part where you live?  Are you able to take a

13  shower whenever you feel like it?

14  **A.**   No, sir.

11:46:09   15  **Q.**   Has anyone from TDCJ ever told you that you can take a

16  shower, a cold shower whenever you feel like it in the

17  summer?

18  **A.**   I just -- this year is the first time I have heard of

19  it.

11:46:22   20  **Q.**   And when did you first learn of that?

21  **A.**   About -- about a month ago.

22  **Q.**   Have you ever actually tried to do that, take a shower

23  whenever you feel like it?

24  **A.**   No, sir.

11:46:35   25  **Q.**   Why not?

Direct Examination of Jackie Brannum

1  **A.**   I went down on the pull-down showers and took a shower

2  on the pull-down showers, they call it; but I

3  ain't -- it's just too much of a hassle trying to get the

4  officers to let you take you down to the shower any time

5  you need to.

6  **Q.**   What do you mean by it's too much of a hassle?

7  **A.**   They always come up with some type of excuse why they

8  can't take you down there right then.

9  **Q.**   Like what are some of the excuses you have been told?

10  **A.**   Well, shower in the morning, they only shower three

11  times a day or I ain't got the keys to go in the shower

12  and get you in there.

13  **Q.**   Sir, to you, does it feel like there is any difference

14  between the indoor temperatures and the outdoor

15  temperatures at the Pack Unit during the summer?

16  **A.**   Yes, sir.

17  **Q.**   Tell the Court what you mean by that.

18  **A.**   Well, outside you get a little breeze.  And inside the

19  building you don't get any.  It's extremely hot in the

20  summertime.

21  **Q.**   What do you do personally to -- to cope with the heat

22  during the summer, sir?

23  **A.**   A lot of times I wear a T-shirt and sit down in front

24  of a fan.

25  **Q.**   Sir, we heard Mr. King talk about a chill towel that

*Laura Wells, CRR, RDR*

Direct Examination of Jackie Brannum

```
         1   you can purchase from the commissary.  Do you own one of

         2   those?

         3   A.   Yes, sir.

         4   Q.   Does it help you at all?

11:48:11  5   A.   No, sir.

         6   Q.   Have you ever lived in a TDCJ facility that was

         7   air-conditioned, sir?

         8   A.   Yes, sir.

         9   Q.   Which one?

11:48:25 10   A.   Jester 4.

        11   Q.   Do you know why you were at Jester 4?

        12   A.   Psych problems.

        13   Q.   Is Jester 4 the inpatient psychiatric facility at

        14   TDCJ?

11:48:37 15   A.   Yes, sir.

        16   Q.   Do you know why you particularly had to spend some

        17   time at Jester 4?

        18   A.   I tried to commit suicide.

        19   Q.   How long were you at Jester 4?

11:48:47 20   A.   About six years.

        21   Q.   Was that the last place you were before the Pack Unit?

        22   A.   Yes, sir.

        23   Q.   Before you came to TDCJ, did you spend any time in a

        24   county jail?

11:49:03 25   A.   Yes, sir.
```

*Laura Wells, CRR, RDR*

Direct Examination of Jackie Brannum

```
 1  Q.   Were you there during the summer?
 2  A.   No, sir.
 3  Q.   Does anyone from TDCJ ever tell you what the indoor
 4  temperature is at the Pack Unit?
 5  A.   No, sir.
 6  Q.   Sir, do you have any difficulty sleeping during the
 7  summer?
 8  A.   Yes, sir.
 9  Q.   Tell the judge what it is like to try and sleep at the
10  Pack Unit during the summer.
11  A.   Well, it gets real hot and -- and I get my sheet wet
12  or I climb down on the floor and sleep on the floor.
13  Q.   And why do you sleep on the floor, sir?
14  A.   Because it's cooler on the concrete than it is on the
15  mattress.
16  Q.   Is it against the rules at the prison to sleep on the
17  floor?
18  A.   I have had some officers tell me I couldn't do that.
19  Q.   Do you ever see correctional officers having
20  difficulty with the heat in the summer?
21  A.   Yes, sir.
22  Q.   Tell the Court what you have seen that tells you that
23  they are having problems, too.
24  A.   I have seen them sweat real heavy.  Their shirts will
25  be soaking wet.
```

*Laura Wells, CRR, RDR*

Direct Examination of Jackie Brannum

1    **Q.**   Did you ever complain to an officer about feeling

2    dizzy in the summer?

3    **A.**   Yes, sir.

4    **Q.**   What -- what were you told when that happened?

11:50:35    5    **A.**   Sent to sick hall and to the infirmary.

6    **Q.**   Sir, have you ever been told by someone in the medical

7    department that you had a heat-related illness at the Pack

8    Unit?

9    **A.**   I had a nurse one time tell me that.

11:50:53    10    **Q.**   When did that happen?

11    **A.**   Back about five years ago.

12    **Q.**   Tell the judge what you remember about that incident.

13    What happened?  How did you end up in the infirmary?

14    **A.**   I was cleaning my house, my cubicle out; and I -- I

11:51:15    15    mop the floor by hand and everything.  And I worked extra

16    hard cleaning -- cleaning it up.  And it got -- it was in

17    the middle of the summertime.  I know that.  And I got

18    real hot and started having some trouble breathing and

19    stuff.

11:51:34    20         And they called for the infirmary.  And infirmary come

21    down and wheel-chaired me to the infirmary and sat me

22    in -- underneath the air-conditioning and give me water to

23    drink and told me to drink a lot of water.

24         And the nurse told me, she said, you had a

11:51:56    25    heat-related illness; but I can't tell you that -- I can't

Direct Examination of Jackie Brannum

```
 1  really tell you that because it's against TDCJ policies.
 2  Q.  Were you required to clean up your cubicle area by
 3  TDCJ?
 4  A.  We are required to keep it clean.
 5  Q.  How did you get to the infirmary, that episode?
 6  A.  Down -- it's down by the chow hall.
 7  Q.  Were you taking -- did you -- were you able to walk?
 8  A.  No, sir.  I was carried in a wheelchair down there.
 9  Q.  What did it feel like?  What -- what did it feel like
10  in your body that you remember?
11  A.  I was having a real hard time breathing and getting
12  dizzy and not -- not realizing what I was doing at times.
13  Q.  How long did you spend in the infirmary that time?
14  A.  About an hour and a half.
15  Q.  What -- what did you do next?  What happened next
16  after you were feeling better?
17  A.  They sent me back to my dorm.
18  Q.  Were you seen by a doctor or a physician's assistant?
19  A.  No, sir.  Just a nurse.
20  Q.  What time of day did that happen?  Do you remember?
21  A.  About 3:00 in the afternoon.
22  Q.  Were you drinking lots of water that afternoon?
23  A.  Yes, sir.
24  Q.  Were you sitting in front of the fan as much as you
25  were able to?
```

11:52:13
11:52:33
11:52:58
11:53:10
11:53:22

*Laura Wells, CRR, RDR*

1    **A.**   No, sir.

2    **Q.**   Did you take a shower that morning?

3    **A.**   Yes, sir.

4    **Q.**   Now, sir, have you ever tried to use any of the

11:53:33  5    respite areas at the Pack Unit?

6    **A.**   Yes, sir.

7    **Q.**   Tell the judge about your experiences trying to use

8    the respite areas.

9    **A.**   Well, I would be sitting in the barbershop and they'd

11:53:48  10    come and say I have to go to the infirmary or the

11    schoolhouse and they'd come by to tell you you have to go

12    from there and go somewhere else.

13    **Q.**   And when did that happen that you were moved around

14    between respite areas?

11:54:03  15    **A.**   Last year.

16    **Q.**   So that would be the summer of 2016?

17    **A.**   Yes, sir.

18    **Q.**   About how many times have you tried to use the respite

19    areas?

11:54:13  20    **A.**   I don't remember.

21    **Q.**   Was it more than two?

22    **A.**   Yes, sir.

23    **Q.**   Have you ever been asked to use the respite area in

24    the lower administration hallway?

11:54:32  25    **A.**   Yes, sir.

```
            1   Q.   Tell the judge about your experience using the respite
            2   area in the lower administration hallway.
            3   A.   I was told to face the wall and stand there.
            4   Q.   Were you using your walker that day?
11:54:47    5   A.   Yes, sir.
            6   Q.   How long were you able to stand there in the hallway?
            7   A.   About 20 minutes.
            8   Q.   Was it difficult for you to stand?
            9   A.   Yes, sir.
11:54:58   10   Q.   Do officers always let you go to the respite areas
           11   when you feel like it?
           12   A.   Sometimes.  Sometimes not.
           13   Q.   Tell the judge about the sometimes not.
           14   A.   Well, I have asked them to go to a respite area; and
11:55:19   15   they say, Well, we can't do that right now.  It's full up.
           16   Q.   Anything else you have been told when the officers
           17   wouldn't let you go to a respite area?
           18   A.   I have been told so much anymore, I don't remember
           19   them all.
11:55:39   20   Q.   Fair enough.  Have you ever tried to use the infirmary
           21   as a respite area?
           22   A.   Yes, sir.
           23   Q.   What have you been told about using the infirmary as a
           24   respite area by the medical staff?
11:55:58   25   A.   We could come in there and stay for a little while,
```

Direct Examination of Jackie Brannum

```
 1   but we had to leave within about 15 to 30 minutes.
 2   Q.  Have you ever been told that you have to submit to a
 3   certain examination to stay in the respite area in the
 4   infirmary?
 5   A.  Yes, sir.
 6   Q.  What have you been told that they need to examine for
 7   you to stay in the respite area in the infirmary?
 8   A.  Take a core temperature.
 9   Q.  And what is your understanding of what it involves to
10   have a core temperature taken at the Pack Unit?
11   A.  Take a thermometer and the nurse takes it and sticks
12   it up your rear end.
13   Q.  They -- they take a rectal temperature?
14   A.  Yes, sir.
15   Q.  Now, sir, do the cool-down showers help with the heat
16   at the Pack Unit?
17   A.  Just for a little bit.
18   Q.  What do you mean by that?
19   A.  Well, take a cool-down shower and about 15 minutes
20   later you are sweating all over again and -- and it's --
21   and you're sweating, getting hot all over.
22   Q.  Does opening the windows help you in your dorm with
23   that at the Pack Unit?
24   A.  No, sir.
25   Q.  Why doesn't that feel like it helps?
```

*Laura Wells, CRR, RDR*

Direct Examination of Jackie Brannum

1  **A.**  Because just hot air comes blowing in.

2  **Q.**  I'm going to show you some photos of the windows, sir.

3  Can you see that there?

4  **A.**  Yes, sir.

11:57:40  5  **Q.**  Does that look like the windows in your dormitory

6  looks?

7  **A.**  Yes, sir.

8  **Q.**  I'm going to show you a zoomed-in version of that same

9  picture.  Can you see that, sir?  Is that a little better?

11:57:58  10  **A.**  Yes, sir.

11  **Q.**  There is a kind of grate over the windows; is that

12  right?

13  **A.**  No, sir.

14  **Q.**  What is -- what is between the window -- what is in

11:58:10  15  the pane of the window when it's open?

16  **A.**  The screen.

17  **Q.**  The screen.  Are bugs able to come through the screen?

18  **A.**  Yes, sir.

19  **Q.**  About how big is the hole in the screen?

11:58:25  20  **A.**  About a sixteenth of an inch.

21  **Q.**  Would it be big enough for a ladybug to crawl through?

22  **A.**  No, sir.

23  **Q.**  What kind of bugs come through the holes in the

24  screen?

11:58:37  25  **A.**  There is a lot of little black ones, little white ones

*Laura Wells, CRR, RDR*

         1   and little green ones.

         2   **Q.**   Do the bugs bite that come through the screen?

         3   **A.**   Yes, sir.

         4   **Q.**   Is that painful?

11:58:49 5   **A.**   It's irritating.

         6   **Q.**   Now, sir, you heard Mr. King testify about his

         7   experience with the wellness checks.  Have you had a

         8   similar experience with these checks the officers do?

         9   **A.**   Just at night, when I am asleep, they wake me up and

11:59:16 10  ask me if I'm doing okay.

        11   **Q.**   When you are not asleep and they don't have to wake

        12   you up, do they ever ask if you are doing okay?

        13   **A.**   No, sir.

        14   **Q.**   How often do you see officers doing those checks

11:59:28 15  during the summer?

        16   **A.**   Just during the count time.

        17   **Q.**   Do they do it at any different frequency than they do

        18   it during the other parts of the year?

        19   **A.**   They just walk in the dorm and look around and walk by

11:59:48 20  everybody; and if everybody is up and moving around, they

        21   don't say nothing.  They just walk around and walk out of

        22   the dorm.

        23   **Q.**   Now, sir, do you also go to the craft shop?

        24   **A.**   Yes, sir.

12:00:12 25  **Q.**   What is your craft of choice?

*Laura Wells, CRR, RDR*

 1  **A.**   Art.

 2  **Q.**   Is that done in the woodworking portion or a different

 3  portion of the craft shop?

 4  **A.**   A different portion.

12:00:23    5  **Q.**   Are you able to go into the woodworking portion

 6  occasionally?

 7  **A.**   Yes, sir.

 8  **Q.**   Okay.  What is the longest you have ever spent in the

 9  woodworking portion to cool off?

12:00:38   10  **A.**   About 15 or 20 minutes.

11  **Q.**   Has anyone from TDCJ ever told you that you need to

12  spend two to three hours in air-conditioning during the

13  summer to protect you from heat-related illnesses?

14  **A.**   No, sir.

12:00:54   15  **Q.**   When you go to a respite area, are you allowed to talk

16  in there?

17  **A.**   No, sir.

18  **Q.**   Are you allowed to bring a book to read?

19  **A.**   They said we can this year.  I ain't tried it.

12:01:10   20  **Q.**   Could you last year bring a book to read?

21  **A.**   No, sir.

22  **Q.**   Were you told that you couldn't bring a book to read

23  last year?

24  **A.**   Yes, sir.

12:01:20   25  **Q.**   Sir, why did you want to be a plaintiff in this case?

*Laura Wells, CRR, RDR*

Cross-Examination of Jackie Brannum

1  **A.**   Well, I have done it for the disabled because there is

2  a bunch affected from the heat and in worse shape than

3  everybody else.

4  **Q.**   Is being in the heat difficult for you during the

12:01:49   5  summer, sir?

6  **A.**   Yes, sir.

7        MR. MEDLOCK:  Pass the witness.

8        THE COURT:  Okay.  Cross?

9                    **CROSS-EXAMINATION**

12:02:00   10  BY MR. WARNER:

11  **Q.**   Thank you, Your Honor.  Good morning, Mr. Brannum.

12  **A.**   Good morning, sir.

13  **Q.**   Sir, you take a number of medications, correct?

14  **A.**   Yes, sir.

12:02:24   15  **Q.**   And you walked through some of those with counsel?

16  **A.**   Yes, sir.

17  **Q.**   All right.  And those medications are important to

18  your health, right?

19  **A.**   Yes, sir.

12:02:32   20  **Q.**   All right.  If you didn't take them, that would be

21  dangerous?

22  **A.**   Not really.

23  **Q.**   No?  They are important to your health, in any case?

24  **A.**   Yeah.

12:02:42   25  **Q.**   Okay.  You collect those from the infirmary?

*Laura Wells, CRR, RDR*

CROSS EXAMINATION OF JACKIE BRANNUM

```
 1   A.   Yes, sir.
 2   Q.   All right.  And that's something that you do yourself?
 3   A.   Yes, sir.
 4   Q.   No one forces you to come to the infirmary and pick
 5   them up?
 6   A.   No, sir.
 7   Q.   And there is not a Pack Unit staff person who comes
 8   and says it's time for you to go to the infirmary and pick
 9   up your medication?
10   A.   No, sir.
11   Q.   All right.  And there is not a Pack Unit staff person
12   who records whether you take your medication each day?
13   A.   No, sir.
14   Q.   You do that yourself?
15   A.   Yes, sir.
16   Q.   And you are capable of making that choice to take
17   those medications?
18   A.   Yes, sir.
19   Q.   You eat meals at the chow hall sometimes?
20   A.   Yes, sir.
21   Q.   Okay.  Most days?
22   A.   Yes, sir.
23   Q.   And eating a good meal is also important to health,
24   right?
25   A.   Yes, sir.
```

12:02:52  (line 5)
12:03:03  (line 10)
12:03:11  (line 15)
12:03:21  (line 20)
12:03:30  (line 25)

Cross-Examination of Jackie Brannum

```
              1   Q.  All right.  They provide three meals a day at the chow
              2   hall?
              3   A.  Yes, sir.
              4   Q.  And when it's chow time, they call chow?
  12:03:40    5   A.  Yes, sir.
              6   Q.  And then you decide whether you want to go to the chow
              7   hall for that meal, right?
              8   A.  Yes, sir.
              9   Q.  It's optional?
  12:03:48   10   A.  Yes, sir.
             11   Q.  You are not required to go to the chow hall at that
             12   time?
             13   A.  No, sir.
             14   Q.  Okay.  And so you walk there of your own accord each
  12:03:58   15   day?
             16   A.  Yes, sir.
             17   Q.  And when you go, nobody stands there and watches you
             18   clean your plate, right?
             19   A.  No, sir.
  12:04:05   20   Q.  You choose how much you want to eat?
             21   A.  Yes, sir.
             22   Q.  And yet you get your food, right?
             23   A.  Yes, sir.
             24   Q.  When it's hot, you drink a lot of water, right?
  12:04:19   25   A.  Yes, sir.
```

*Laura Wells, CRR, RDR*

1    Q.   Okay.  I think you have said that you drink around

2    five gallons of water a day in the summer; is that right?

3    A.   Yes, sir.

4    Q.   All right.  That really is a lot of water?

12:04:29  5    A.   I drink a lot of water, sir.

6    Q.   Out of curiosity, are you familiar with a condition

7    that can cause fainting from drinking too much water?

8    A.   No, sir.

9    Q.   No?  No one has ever told you whether such a condition

12:04:43  10   may exist?

11   A.   No, sir.

12   Q.   Okay.  Since at least 2015 there has been plentiful

13   ice water available to you in your dorm, right?

14   A.   Yes, sir.

12:04:57  15   Q.   All right.  And we know that because five gallons of

16   water is a lot and you have to get it from somewhere,

17   right?

18   A.   Yes, sir.

19   Q.   And that water in the dorm is -- I think it's in a

12:05:10  20   10-gallon cooler, right?

21   A.   Yes, sir.

22   Q.   All right.  And that cooler gets refilled, when it

23   gets close to being empty, quite frequently?

24   A.   Yes, sir.

12:05:20  25   Q.   All right.  There are inmates responsible for doing

*Laura Wells, CRR, RDR*

1 that?

2 **A.** Yes, sir.

3 **Q.** They do a good job, don't they?

4 **A.** Yes, sir.

12:05:26  5 **Q.** And none of that water that you drink is forced on

6 you, right?

7 **A.** No, sir.

8 **Q.** No one supervises you and makes you drink it?

9 **A.** No, sir.

12:05:35 10 **Q.** No one records that you are drinking?

11 **A.** No, sir.

12 **Q.** No one forces you to record that you are drinking?

13 **A.** No, sir.

14 **Q.** You just drink it?

12:05:44 15 **A.** I just -- yes, sir.

16 **Q.** And you are a representative of this class, right?

17 **A.** Yes, sir.

18 **Q.** And your cold water consumption is not in any way

19 dependent on prison staff recording that consumption?

12:06:00 20 **A.** No, sir.

21 **Q.** So you are capable of choosing to pick up your

22 medications?

23 **A.** Yes, sir.

24 **Q.** And you are capable of choosing to take your

12:06:11 25 medications?

*Laura Wells, CRR, RDR*

Cross-Examination of Jackie Brannum

```
         1  A.   Yes, sir.

         2  Q.   And you are capable of choosing to go to meals?

         3  A.   Yes, sir.

         4  Q.   And to eat meals?

12:06:16 5  A.   Yes, sir.

         6  Q.   All without anyone forcing you?

         7  A.   Yes, sir.

         8  Q.   All right.  Because you are capable of acting in your

         9  own best interest, right?

12:06:24 10 A.   Yes, sir.

         11 Q.   And because of that, you are able to drink ample water

         12 without anyone telling you to?

         13 A.   Yes, sir.

         14 Q.   You know how to use the prison grievance system,

12:06:36 15 right?

         16 A.   Yes, sir.

         17 Q.   Okay.  You fill out a form, correct?

         18 A.   Yes, sir.

         19 Q.   And it asks what happened?

12:06:43 20 A.   Yes, sir.

         21 Q.   If you have a grievance; is that right?

         22 A.   Yes, sir.

         23 Q.   Okay.  It asks when it happened?

         24 A.   Yes, sir.

12:06:52 25 Q.   The form asks you to state when the incident happened;
```

*Laura Wells, CRR, RDR*

Cross-Examination of Jackie Brannum

1    is that right?

2    **A.**    Yes, sir.

3    **Q.**    Okay.  And what the response was from the correctional

4    officer that you were dealing with; is that right?

12:07:02   5    **A.**    Yes, sir.

6    **Q.**    Okay.  And what action the correctional officer took;

7    is that right?

8    **A.**    Yes, sir.

9    **Q.**    Okay.  And then it gives you two pages to write down

12:07:11   10   what happened, right?

11   **A.**    Front and back.

12   **Q.**    Front and back.  Okay.

13   **A.**    Yes, sir.

14   **Q.**    So a front page and a back page, two pages, right?

12:07:19   15   **A.**    Yes, sir.

16   **Q.**    Okay.  And it gives you some space to ask to state

17   what you want done about it?

18   **A.**    Yes, sir.

19   **Q.**    And then there is a space for -- for the Pack Unit to

12:07:35   20   respond to it or for the officer to respond to it, right?

21   **A.**    Yes, sir.

22   **Q.**    Okay.  Now, you spoke a little bit before about an

23   incident that happened in the kitchen; is that right?

24   **A.**    Yes, sir.

12:08:00   25   **Q.**    All right.  And what happened is that you became faint

Cross-Examination - Jackie Brannum 100

1  in the kitchen; is that right?

2  **A.**   Yes, sir.

3  **Q.**   And you were working there?

4  **A.**   Yes, sir.

12:08:07  5  **Q.**   All right.  And you had been working in the kitchen

6  for a while at that time, right?

7  **A.**   Yes, sir.

8  **Q.**   How -- how many hours had you been in the kitchen?

9  **A.**   About 1:00 in the morning.

12:08:19  10  **Q.**   Okay.  And what time did the incident happen

11  approximately?

12  **A.**   About 6:00.

13  **Q.**   So you had been there about five hours?

14  **A.**   Yes, sir.

12:08:27  15  **Q.**   And there are -- there is a lot of cooking apparatus

16  in the kitchen, right?

17  **A.**   Yes, sir.

18  **Q.**   There is stoves?

19  **A.**   No, sir.

12:08:35  20  **Q.**   No?  No stoves?

21  **A.**   There's no stoves, just a rotisserie oven and steam

22  pots.

23  **Q.**   Okay.  So there is a rotisserie oven and there is pots

24  and those things that are used to cook food?

12:08:47  25  **A.**   Yes, sir.

*Laura Wells, CRR, RDR*

1  Q.  And they get really hot?

2  A.  Yes, sir.

3  Q.  Okay.  And you were working in that area?

4  A.  No, sir.  I was working on the service line.

12:08:57   5  Q.  Okay.  All right.  And when you fainted you -- you

6  were provided immediate medical care, correct?

7  A.  Yes, sir.

8  Q.  In the infirmary?

9  A.  Yes, sir.

12:09:11   10  Q.  Is that right?  And you saw medical personnel?

11  A.  Yes, sir.

12  Q.  All right.  And you were not diagnosed with a -- a

13  heat injury at that time, were you?

14  A.  No, sir.

12:09:19   15  Q.  All right.  And, in fact, they took your temperature

16  at that time; and it was 97 degrees, right?

17  A.  I believe so, sir.

18  Q.  All right.  You know that the Pack Unit today offers

19  cool-down showers to inmates, right?

12:09:42   20  A.  Yes, sir.

21  Q.  All right.  And since at least 2015, when it's hot,

22  you personally take at least one cool-down shower each

23  day, right?

24  A.  Yes, sir.

12:09:53   25  Q.  Okay.  In 2015, at least, you took most of those

1    between the time of 7:00 and 9:00 p.m.; is that right?

2    **A.**    Yes, sir.

3    **Q.**    Is that when -- still when you take them?

4    **A.**    Yes, sir.

12:10:03  5    **Q.**    All right.  So each day between 7:00 and 9:00 p.m.

6    when it's hot, you take a cold shower; is that right?

7    **A.**    Yes, sir.

8    **Q.**    At least once?

9    **A.**    Yes, sir.

12:10:11  10    **Q.**    All right.  And it does help you cool down, right?

11    **A.**    Yes, sir.

12    **Q.**    Now, today at the Pack Unit, scheduled cool-down

13    showers are offered at least twice each day, right?

14    **A.**    Yes, sir.

12:10:22  15    **Q.**    All right.  Those are on the schedule.  They are

16    called out, right?

17    **A.**    Yes, sir.

18    **Q.**    All right.  And what happens is that cool-down shower

19    time is called out to the dorm, right?

12:10:34  20    **A.**    Yes, sir.

21    **Q.**    And if you choose to go, you can voluntarily get up at

22    that time?

23    **A.**    Yes, sir.

24    **Q.**    You can voluntarily go to the shower area, right?

12:10:43  25    **A.**    Yes, sir.

1    **Q.**   You can voluntarily take a cool shower?

2    **A.**   Yes, sir.

3    **Q.**   All right.  And the water in those showers really is

4    cold, right?

12:10:50  5    **A.**   Yes, sir.

6    **Q.**   Okay.  Now, you know that today these cold showers are

7    also provided upon request, right?

8    **A.**   I didn't know that until about a month ago, sir.

9    **Q.**   Okay.  Well, today is later than a month ago, right?

12:11:07  10    **A.**   Yes, sir.

11    **Q.**   Okay.  So is it true then that today cold showers are

12    provided upon the request of the inmate, and you know

13    that?

14    **A.**   Yes, sir.

12:11:15  15    **Q.**   That's true?

16    **A.**   (Nodding head up and down.)

17    **Q.**   Okay.  That's true?

18    **A.**   Yes, sir.

19    **Q.**   Thank you.  So all you need to do is ask, right?

12:11:25  20    **A.**   Yes, sir.

21    **Q.**   Okay.  Is that something you have done, asked to take

22    an extra cool-down shower?

23    **A.**   No, sir.

24    **Q.**   Now, generally you could choose not to take the

12:11:54  25    extra -- the cool-down showers that you do take, right?

*Laura Wells, CRR, RDR*

1   **A.**   Yes, sir.

2   **Q.**   But you do take them?

3   **A.**   Yes, sir.

4   **Q.**   And you take them because it's effective at cooling

12:12:04   5   you down?

6   **A.**   It cools me down, yes, sir.

7   **Q.**   All right.  So you could cool yourself down more if

8   you chose to take additional showers; is that right?

9   **A.**   Yes, sir.

12:12:21   10   **Q.**   And you said earlier that sometimes asking for an

11   extra shower is too much of a hassle.  Do you recall

12   saying that?

13   **A.**   Yes, sir.

14   **Q.**   Okay.  Now, I wasn't quite clear.  Were you stating

12:12:47   15   then that somebody told you that you couldn't take an

16   extra shower?

17   **A.**   No, sir.

18   **Q.**   Okay.  So you understand that if you want to take an

19   extra cool-down shower, you will be allowed to do so,

12:13:01   20   right?

21   **A.**   Yes, sir.

22   **Q.**   All right.

23        THE COURT:  Okay.  I thought what he said was he

24   wasn't always allowed to go to the respite areas.  That's

12:13:11   25   what I heard.  Have there also been instances where you

*Laura Wells, CRR, RDR*

1    are not allowed to take a shower?

2            THE WITNESS:  No, sir.

3            THE COURT:  Okay.  So there are times when the

4    guards say there is no capacity in the respite areas for

12:13:23  5    you to go; is that right?

6            THE WITNESS:  Yes, sir.

7            THE COURT:  Okay.  All right.  I misunderstood.

8    Okay.

9    **Q.**  (By Mr. Warner)  Now, you testified before, I think,

12:13:55  10    that -- that you get hot again after you take the shower;

11    is that right?

12    **A.**  Yes, sir.

13    **Q.**  Okay.  And you mean that you feel hot, right?

14    **A.**  I start sweating again, sir.

12:14:07  15    **Q.**  Right.  Okay.  Now, obviously, you are not a doctor,

16    right?

17    **A.**  No, sir.

18    **Q.**  And you are not a scientist?

19    **A.**  No, sir.

12:14:11  20    **Q.**  And you are not an authority on how cold water makes

21    you cool, right?

22    **A.**  No, sir.

23    **Q.**  Okay.  So after you take a cold shower and when you

24    are back in a hot environment you -- the air may feel hot

12:14:25  25    to you again, right?

Cross-Examination 54   Jackie Brannum

```
          1   A.   Yes, sir.
          2   Q.   Okay.  But that does not mean that your core body
          3   temperature has risen back to where it was before the
          4   shower, does it?
12:14:34  5   A.   No, sir.
          6        MR. MEDLOCK:  Objection.  Lack of foundation.
          7   He's not -- he would have no way to know what his core
          8   body temperature is, Your Honor.
          9        THE COURT:  Now, I can appreciate that.  I'll
12:14:43 10   know to discount the answer appropriately.
         11        MR. MEDLOCK:  Thank you, Your Honor.
         12   Q.   (By Mr. Warner)  Sir, you know if your body
         13   temperature is at a normal level, then you don't have a
         14   heat illness, right?
12:15:02 15   A.   Yes, sir.
         16   Q.   So if the cool shower is effective at bringing your
         17   temperature down to that level, that normal level, even if
         18   the air feels hot to you afterwards, it's been effective
         19   in keeping your body temperature safe, right?
12:15:16 20        MR. MEDLOCK:  Your Honor, I'd like to make the
         21   same objection, just for the record.  I understand you'll
         22   probably rule the same way, but I don't think that he has
         23   the necessary knowledge to tell you what the effect of a
         24   cool-down shower would be on his core body temperature.
12:15:29 25        THE COURT:  Your response.
```

Cross-Examination of   Jackie Brannum

Case 4:14-cv-01698   Document 752   Filed in TXSD on 07/26/17   Page 107 of 247

1    MR. WARNER:  Well, he has testified that he knows

2   that it can bring his temperature down; and he knows the

3   regular temperature is safe.  I think that is sufficient

4   information.

12:15:40   5    THE COURT:  Do you know any way to tell whether

6   your body temperature has come down after you have taken a

7   cold shower?

8    THE WITNESS:  Not really, sir.

9    THE COURT:  Okay.  All right.  Let's move on.

12:15:55   10  **Q.**  (By Mr. Warner)  There are air-conditioned areas in

11   the prison, correct?

12  **A.**  Yes, sir.

13  **Q.**  And many of those are designated as respite areas?

14  **A.**  Yes, sir.

12:16:17   15  **Q.**  All right.  And many of those have "respite" written

16   on the door, right?

17  **A.**  Yes, sir.

18  **Q.**  Painted on the door?

19  **A.**  Yes, sir.

12:16:23   20  **Q.**  Okay.  And you have seen that?

21  **A.**  Yes, sir.

22  **Q.**  The offenders barbershop is air-conditioned, right?

23  **A.**  Yes, sir.

24  **Q.**  And designated as a respite area?

12:16:35   25  **A.**  Yes, sir.

*Laura Wells, CRR, RDR*

Cross-Examination 54 - Jackie Brannum

1   Q.   All right.  The education wing is air-conditioned?

2   A.   Yes, sir.

3   Q.   And it's designated as a respite area?

4   A.   Yes, sir.

12:16:43   5   Q.   And that's a large area, right, the education wing?

6   A.   Yes, but --

7   Q.   I'm sorry?

8   A.   Yes, sir.

9   Q.   Okay.  The infirmary, the whole medical area is

12:16:54   10   air-conditioned?

11   A.   Yes, sir.

12   Q.   And that's designated as a respite area?

13   A.   Yes, sir.

14   Q.   All right.  Lower administration is air-conditioned?

12:17:02   15   A.   Yes, sir.

16   Q.   And that's designated as a respite area as well?

17   A.   Yes, sir.

18   Q.   All right.  The law library is part of education,

19   right?

12:17:09   20   A.   Yes, sir.

21   Q.   All right.  So that's part of the education area

22   that's air-conditioned, right?

23   A.   Yes, sir.

24   Q.   Okay.  And there is many more air-conditioned areas

12:17:18   25   that are also marked as respite areas, right?

1    **A.**   Yes, sir.

2    **Q.**   Okay.  Now, there is a poster in your dorm that says

3    "Notice to Offenders," right?

4    **A.**   Yes, sir.

12:17:37  5    **Q.**   Okay.  It's on the bulletin board?

6    **A.**   Yes, sir.

7    **Q.**   All right.

8           MR. WARNER:  Can I get 36 for identification on

9    the screen.  All right.

12:17:50  10   **Q.**   (By Mr. Warner)  Have you seen this sign before?

11   **A.**   Yes, sir.

12   **Q.**   All right.  And you pass by that sign every day?

13   **A.**   Yes, sir.

14   **Q.**   And this is a correct picture of the notice that's

12:18:06  15   there on your door?

16   **A.**   Yes, sir.

17   **Q.**   All right.

18          MR. WARNER:  I think there is a plaintiffs'

19   version of this that's already been admitted, Your Honor;

12:18:14  20   but I'll go ahead and move for it to be admitted.

21        (Defendants' Exhibit Number 36 offered into evidence.)

22          THE COURT:  Any objection?

23          MR. MEDLOCK:  No objection, Your Honor.

24          THE COURT:  Admitted without objection.

12:18:19  25        (Defendants' Exhibit Number 36 admitted into

1  evidence.)

2  **Q.**   (By Mr. Warner)   And what this document says that you

3  see every day is that areas are being made available for

4  offenders that are experiencing difficulty due to heat,

12:18:30    5  right?

6  **A.**   Yes, sir.

7  **Q.**   And it lists some of the areas?

8  **A.**   Yes, sir.

9  **Q.**   It says, "If you are experiencing difficulty due to

12:18:35   10  the heat, please notify a staff member immediately,"

11  right?

12  **A.**   Yes, sir.

13  **Q.**   Okay.  And so this notice alerts inmates that they can

14  access an air-conditioned room by asking a staff member,

12:18:48   15  right?

16  **A.**   Yes, sir.

17  **Q.**   Okay.  Now, you yourself access an air-conditioned

18  area in the craft shop almost every day, right?

19  **A.**   Yes, sir.

12:19:00   20  **Q.**   And in the craft shop, you don't really even need to

21  ask permission; is that right?

22  **A.**   No.

23  **Q.**   That's correct?

24  **A.**   That's right, sir.

12:19:09   25  **Q.**   Okay.  You just go to the air-conditioned area if you

*Laura Wells, CRR, RDR*

1    feel the need, right?

2    **A.**   Yes, sir.

3    **Q.**   All right.  You stay there for however long you feel

4    you need to stay there, right?

12:19:20    5    **A.**   Yes, sir.

6    **Q.**   Okay.  No one in the craft shop has ever told you to

7    stop doing that, right?

8    **A.**   No, sir.

9    **Q.**   All right.  No one at the craft shop has ever told you

12:19:29   10    that you spent too much time in the air-conditioned area?

11    **A.**   No, sir.

12    **Q.**   And you are able to cool off that way?

13    **A.**   Yes, sir.

14    **Q.**   And you spend how much time in the craft shop on a

12:19:40   15    weekly basis?

16    **A.**   Just about every day.

17    **Q.**   Every day between what hours?

18    **A.**   From 7:00 to 3:00.

19    **Q.**   7:00 in the morning until 3:00 in the afternoon?

12:19:54   20    **A.**   Yes, sir.

21    **Q.**   Do you agree with me that those are some of

22    the -- those include some of the hottest hours of the day?

23    **A.**   Yes, sir.

24    **Q.**   All right.  During those hours, that air-conditioning

12:20:04   25    in the craft shop is right there for you whenever you wish

Cross-Examination of Jackie Brannum

1    to use it?

2    **A.**    Yes, sir.

3    **Q.**    How cold do you set that air-conditioner?

4    **A.**    I don't know how cold it is.

12:20:23    5    **Q.**    Is it set -- is it set in the 70s?

6    **A.**    I -- I guess it would be.

7    **Q.**    So it's set far below 88 degrees?

8    **A.**    Yes, sir.

9    **Q.**    All right.  So it's not just hot air back there in the

12:20:40    10    craft shop, it's actually cold air, right?

11    **A.**    Yes, sir.

12    **Q.**    All right.  But as we said, there are lots of other

13    respite areas other than the craft shop, right?

14    **A.**    Yes, sir.

12:21:02    15    **Q.**    Okay.  And they are accessible to inmates upon

16    request, right?

17    **A.**    Not all of them, sir.

18    **Q.**    Not all of the areas?

19    **A.**    Right, sir.

12:21:10    20    **Q.**    All right.  So you don't have a choice necessarily of

21    which of these respite areas that you'll get to go to?

22    **A.**    No, sir.

23    **Q.**    But a respite area is available upon request, right?

24    **A.**    Yes, sir.

12:21:23    25    **Q.**    Okay.  Now, you stated earlier that you have been told

*Laura Wells, CRR, RDR*

1    a couple of times, I think, that you cannot go to respite

2    right then because staff is busy or the area is busy; is

3    that right?

4    **A.**   Yes, sir.

12:21:38   5   **Q.**   Okay.  Which officer told you that?

6    **A.**   I don't remember their name, sir.

7    **Q.**   How long ago was it?

8    **A.**   Last year.

9    **Q.**   In 2016?

12:21:48   10  **A.**   2016.

11   **Q.**   How many times did that happen?

12   **A.**   About three times.

13   **Q.**   Three times during the course of 2016.  Has that ever

14   happened this year?

12:21:56   15  **A.**   Not yet, sir.

16   **Q.**   All right.  Where were you when it happened the first

17   time?

18   **A.**   I was at my dorm.

19   **Q.**   Is that where you were the other two times as well?

12:22:08   20  **A.**   Yes, sir.

21   **Q.**   All right.  What time of day was it?

22   **A.**   Right after lunch.

23   **Q.**   And you don't -- you don't recall who you spoke to?

24   **A.**   No, sir.

12:22:18   25  **Q.**   All right.  Did you make a second request at that

12:22:30

12:22:38

12:22:47

12:22:59

12:23:05

```
 1  time?  Did you ask again?
 2  A.   About 30 minutes later.
 3  Q.   30 minutes later were you given access to a respite
 4  area?
 5  A.   No, sir.
 6  Q.   Okay.  Did you ask a third time?
 7  A.   No, sir.
 8  Q.   All right.  You didn't ask a third time.  Do you
 9  remember who you asked the second time?
10  A.   The same guard.
11  Q.   The same guard but you don't remember what his name
12  was?
13          THE COURT:  I think he said he doesn't remember.
14  Q.   (By Mr. Warner)  Did you file a grievance about this
15  incident?
16  A.   No, sir.
17  Q.   All right.  You know that that is the mechanism
18  through which you document something happening to you
19  that's not supposed to happen in a prison, right?
20  A.   Yes, sir.
21  Q.   But you chose not to file a grievance?
22  A.   Yes, sir.
23  Q.   So there is no record of this incident occurring,
24  right?
25  A.   Right, sir.
```

1  Q.  Okay.  And you can't remember the person's name so you

2  can't rebut --

3          THE COURT:  He said that.  He said that.  He said

4  he can't remember.

5          MR. WARNER:  I'm sorry, Your Honor.

6  Q.  (By Mr. Warner)  How far away is your dorm from the

7  barbershop, the offenders barbershop?

8  A.  I guess about 100 yards.

9  Q.  100 yards.  Do you walk that distance on a regular

10  basis --

11  A.  Yes, sir.

12  Q.  -- coming and going in the prison?

13  A.  Yes, sir.

14  Q.  You do?

15  A.  Yes, sir.

16  Q.  Okay.  So it's not a lengthy distance for you to walk?

17  A.  No, sir.

18  Q.  All right.  The lower admin area, is that also near

19  the offenders barbershop?

20  A.  Yes, sir.

21  Q.  The education building, is that -- I'm sorry, the

22  education wing, is that also nearby?

23  A.  It's further down the hall, sir.

24  Q.  Okay.  It's in the same hall?

25  A.  Yes, sir.

*Laura Wells, CRR, RDR*

Cross-Examination - Jackie Brannum

```
        1   Q.   How much further down the hall is it?

        2   A.   About 50 yards.

        3   Q.   So these areas are all accessible to you?  They are

        4   not far from your dorm?

12:24:23  5   A.   Right, sir.

        6   Q.   You spoke about an incident in which you felt dizzy

        7   and complained to an officer.  Do you recall that?

        8   A.   Yes, sir.

        9   Q.   That was a different incident from the incident in the

12:25:15 10   kitchen; is that right?

       11   A.   Yes, sir.

       12   Q.   Okay.  And you saw medical in that incident as well?

       13   A.   Yes, sir.

       14   Q.   All right.  And the officer sent you to the infirmary

12:25:31 15   at that point, right?

       16   A.   Yes, sir.

       17   Q.   All right.  Now, you told the officer that you felt

       18   dizzy, right?

       19   A.   Yes, sir.

12:25:39 20   Q.   You didn't tell the officer that you felt hot?

       21   A.   No, sir.

       22   Q.   Okay.  So the officer did the right thing by sending

       23   you to the infirmary?

       24   A.   Yes, sir.

12:25:51 25   Q.   It was a good idea that he had to send you there?
```

1    **A.**   Yes, sir.

2    **Q.**   All right.  And he might have done different if you

3    had told him that you were hot instead of dizzy, right?

4              MR. MEDLOCK:  Objection, Your Honor.  We can't

12:26:06  5    really know what the officer would or would not have done,

6    and Mr. Brannum certainly wouldn't know.

7              THE COURT:  I sustain.  Sustained.

8    **Q.**   (By Mr. Warner)  You don't use the air-conditioning in

9    the craft shop during the winter, do you?

12:26:27  10   **A.**   No, sir.

11   **Q.**   Okay.  You don't take cool -- you don't take cold

12   showers in the winter?

13   **A.**   No, sir.

14   **Q.**   All right.  And do you drink as much water in the

12:26:35  15   winter?

16   **A.**   Not near as much.

17   **Q.**   So you are able to tell when it's hot --

18   **A.**   Yes, sir.

19   **Q.**   -- and when you need to do those things?

12:26:44  20   **A.**   Yes, sir.

21   **Q.**   All right.  You don't need anyone to tell you that?

22             THE COURT:  I think that's evident.

23   **Q.**   (By Mr. Warner)  This year you've already accessed the

24   respite area on some occasions?

12:27:29  25   **A.**   Yes, sir.

*Laura Wells, CRR, RDR*

Redirect Examination of Jackie Brannum

Q.  All right.  And this year, 2017, you have been allowed
to bring a book with you?

A.  Yes, sir.

Q.  You have never been diagnosed with heat cramps while
at the Pack Unit, correct?

A.  Right, sir.

Q.  You have never been diagnosed with heat exhaustion?

A.  No, sir.

Q.  And you have never been diagnosed with heatstroke?

A.  No, sir.

        MR. WARNER:  Pass the witness.  Thank you.

        THE COURT:  Thank you.  We don't have any
redirect, do we?

        MR. MEDLOCK:  Very little, Your Honor.

        THE COURT:  Okay.  All right.

                    **REDIRECT EXAMINATION**

BY MR. MEDLOCK:

Q.  Mr. Brannum, we talked about how they call for chow
and they call for time for cool-down showers.  Does anyone
at TDCJ say that it's time for respite?  Do they call for
respite?

A.  No, sir.

Q.  If they did, would you go?

A.  Yes, sir.

Q.  Is chow on a schedule?

                                        *Laura Wells, CRR, RDR*

```
         1    A.   Yes, sir.

         2    Q.   Is cool-down showers on a schedule?

         3    A.   Yes, sir.

         4    Q.   If respite was on a schedule, would you go?

12:28:55  5    A.   Yes, sir.

         6    Q.   Okay.  How long does the cold shower help?

         7    A.   About 15 or 20 minutes.

         8    Q.   Okay.  And then what does it feel like after that?

         9    A.   It feels like walking into a hot box.

12:29:09 10            MR. MEDLOCK:  We'll pass the witness, Your Honor.

        11            THE COURT:  We'll take a lunch break.  We'll

        12    resume at 1:15.

        13            THE MARSHAL:  All rise.

        14       (Recess from 12:29 p.m. to 1:21 p.m.)

01:27:15 15            MR. EDWARDS:  Your Honor, could we address

        16    briefly?

        17            THE COURT:  What would you like to address?

        18            MR. EDWARDS:  Just before Mr. Pennington takes

        19    the stand, following his testimony would it be permissible

01:27:24 20    for Mr. Medlock and myself to have a brief conversation

        21    with Mr. Cole in private outside in that room?  We talked

        22    with the marshals.

        23            THE COURT:  Any objection to that?

        24            MR. WARNER:  None, Your Honor.

01:27:34 25            THE COURT:  That will be fine.
```

```
            1          MR. EDWARDS:  Thank you.

            2          THE COURT:  Okay.  Are we ready?

            3          MR. MEDLOCK:  We're ready, Your Honor.

            4          THE COURT:  Okay.  You may inquire.

01:28:14    5          MR. MEDLOCK:  Plaintiffs call Thomas Pennington.

            6          THE COURT:  Sir, if you could raise your

            7   right -- well, you are in manacles.  You don't have to

            8   raise your right hand.  But if you can listen to the oath;

            9   and if you can answer affirmatively, please say "I do."

01:28:32   10      (Witness sworn by the case manager.)

           11          THE WITNESS:  Yes, sir.

           12          THE COURT:  Okay.  You may inquire.

           13          THE WITNESS:  Thomas Ray Pennington.

           14                  THOMAS RAY PENNINGTON,

01:28:39   15   having been first duly sworn, testified as follows:

           16                  DIRECT EXAMINATION

           17   BY MR. MEDLOCK:

           18   Q.  Good to see you, Mr. Pennington.  Can you hear me all

           19   right there?

01:28:47   20   A.  Yes, sir.

           21   Q.  All right.  If you can't hear me, just let me know.  I

           22   think you already helped us out by stating your name for

           23   the record.  But you are Thomas Pennington; is that right?

           24   A.  Yes, sir.

01:28:54   25   Q.  All right.  How old are you, Mr. Pennington?
```

      1  **A.**   52.

      2  **Q.**   And where are you from originally?

      3  **A.**   Houston.

      4  **Q.**   And how long have you been incarcerated in TDCJ?

01:29:04   5  **A.**   28 going on 29.

      6  **Q.**   And how long is your sentence, sir?

      7  **A.**   Life.

      8  **Q.**   How long have you lived at the Pack Unit?

      9  **A.**   The last 11 years.

01:29:18  10  **Q.**   Do you have a job at the Pack Unit?

  11  **A.**   No, sir.

  12  **Q.**   What do you do all day -- what do you -- how do you

  13  spend your days?

  14  **A.**   Mainly just in the cubicle.

01:29:32  15  **Q.**   Now, sir, I'm going to ask a few indelicate questions.

  16  How tall are you?

  17  **A.**   5'8".

  18  **Q.**   And how much do you weigh, sir?

  19  **A.**   About 505 or 510, somewhere in there.

01:29:48  20  **Q.**   Is that 510 pounds, sir?

  21  **A.**   Yes.  Yes, sir.

  22  **Q.**   Do you use a cane to walk?

  23  **A.**   Yes, sir.

  24  **Q.**   And I see today that you are sitting in a wheelchair;

01:29:56  25  is that right?

```
 1   A.   Yes, sir.

 2   Q.   Why are you in a wheelchair today, sir?

 3   A.   Just out here trying to transport me around here

 4   today.

 5   Q.   And you are sitting in the wheelchair instead of the

 6   witness stand, in the witness box; is that right, sir?

 7   A.   Yes, sir.

 8   Q.   And why are you in the wheelchair instead of the

 9   witness stand chair?  Are you too large for the witness

10   stand chair?

11   A.   No, sir.

12   Q.   Okay.  I'll move on.  How did you get here today, sir?

13   A.   In a wheelchair van.

14   Q.   Okay.  Were you able to ride with the rest of the

15   plaintiffs?

16   A.   No, sir.

17   Q.   Were you able to get any sleep last night?

18   A.   A little bit.  Not much.

19   Q.   Will you tell the judge why that was?

20   A.   Because I had to wait until it cooled off to get some

21   air.  It was hot.

22   Q.   The heat kept you from sleeping last night?

23   A.   Yes, sir.  I have sleep apnea.  It's kind of hard to

24   sleep.

25   Q.   Tell the -- tell the judge a little bit about your
```

01:30:04 (line 5)
01:30:16 (line 10)
01:30:26 (line 15)
01:30:39 (line 20)
01:30:50 (line 25)

1    sleep apnea.  How long have you had it?  What effect does

2    it have on your ability to sleep?

3    **A.**   I done had sleep apnea about the last -- I was

4    diagnosed about 15 years ago.  And then, I stopped

01:31:13    5    breathing -- I stopped breathing so many times a night

6    where that's the reason I got it.  And if I don't -- if

7    it's hot, it's hard to -- it's hard to breathe when you

8    have got the machine on and the air blowing and it's hard

9    -- it's hard to breathe when it's hot.

01:31:33    10    **Q.**   Do you have that problem with sleeping even in the

11    colder parts of -- of the year?

12    **A.**   No, sir.  I sleep real fine.

13    **Q.**   Okay.  Do you use a -- a machine to help you sleep?

14    **A.**   Yes, sir.

01:31:42    15    **Q.**   What is that machine called?

16    **A.**   CPAP.

17    **Q.**   A CPAP machine?

18    **A.**   That's what I call it.  I don't --

19            THE COURT:   Yeah.  I know what that is.

01:31:53    20    **Q.**   (By Mr. Medlock)  All right.  Mr. Pennington, do you

21    have any difficulties using the CPAP machine in the

22    summer?

23    **A.**   Yes, sir.

24    **Q.**   Tell the judge why.

01:32:02    25    **A.**   Because why is:  The mask, when you put your mask on

*Laura Wells, CRR, RDR*

1    and you are trying to breathe, the mask is sweating all

2    between and you have got to tighten it up and tighten it

3    up.  It's very -- it's very uncomfortable.

4    **Q.**  Now, sir, do you have any chronic medical conditions?

01:32:23    5    **A.**  Yes, sir.

6    **Q.**  Tell the judge what medical conditions you have.

7    **A.**  I have got -- what you call it?  I have got edema left

8    leg, sleep apnea, the high blood pressure, I throw blood

9    clots a lot and I -- what else?  Sleep, edema, high blood

01:32:47   10    pressure and -- yes.

11    **Q.**  Do you have diabetes?

12    **A.**  Yes, sir.  Yes, sir.  I know there was something I was

13    forgetting.

14    **Q.**  Do you have to watch what you eat because of your

01:32:57   15    diabetes?

16    **A.**  Yes, sir.

17    **Q.**  Does the diabetes cause any physical problems for you?

18    **A.**  Yes, sir.

19    **Q.**  Tell the judge what those are.

01:33:06   20    **A.**  Well, the physical problems the diabetes cause me,

21    that's like my legs, the sores, the sores.  It bring --

22    the welts and sores.  A lot of problems.

23    **Q.**  Does your diabetes cause any problems with your legs,

24    make it difficult for you to walk?

01:33:32   25    **A.**  Yes, sir.  Yes, sir.  The swelling.

*Laura Wells, CRR, RDR*

Direct Examination of Thomas Ray Pennington

1    **Q.**   Is it difficult for you to walk due to your obesity?

2    **A.**   Yes, sir.

3    **Q.**   Do the blood clots in your legs make it difficult for

4    you to walk?

01:33:46   5    **A.**   Yes, sir.

6    **Q.**   I see you have got a cane there with you.  Do you use

7    a wheelchair at the Pack Unit?

8    **A.**   No, sir.

9    **Q.**   Do you use the cane at the Pack Unit?

01:33:57   10   **A.**   Yes, sir.

11   **Q.**   Have you asked for a wheelchair at the Pack Unit?

12   **A.**   No, sir.

13   **Q.**   Why not?

14   **A.**   I don't want to be confined to a wheelchair if I can

01:34:07   15   stop it; but the way my leg is going and my diabetes, most

16   likely that's the way I'm heading.

17           THE COURT:  I'm not clear what your problem is

18   with your leg.  Do you have restless leg syndrome, is that

19   it?

01:34:20   20          THE WITNESS:  Yes, sir.

21          THE COURT:  Okay.

22   **Q.**   (By Mr. Medlock)  Do you have a condition called DVTs

23   in your leg?

24   **A.**   Yes, sir.

01:34:27   25          THE COURT:  Okay.  I don't know what that is.  So

*Laura Wells, CRR, RDR*

Direct Examination of Thomas Ray Pennington

```
     1   if you could --
     2         THE WITNESS:  Blood clots.
     3   Q.  (By Mr. Medlock)  Is that deep vein thrombosis?
     4         THE COURT:  Okay.  I've got you.  All right.
01:34:43  5   A.  Yes, sir.
     6   Q.  (By Mr. Medlock)  What if your blood pressure gets too
     7   high?  Does that happen occasionally?
     8   A.  Yes, sir.  My -- I got -- my blood pressure is bad.
     9   It generally stays up too high because I get hot, I get
01:34:55 10  hyped or you get aggravated or frustrated or if I'm moving
    11   too fast because I'm obese.  Everything.
    12   Q.  And what does that feel like, sir, when your blood
    13   pressure is high?
    14   A.  Well, if your blood pressure is high, you can hear
01:35:11 15  your heartbeat in -- in your ears.  It seems like you can
    16   feel your heart beating, and it's hard to breathe.
    17   It's -- just sweating.  You are really uncomfortable.
    18   Q.  Did you feel that way just during the summer; or do
    19   you feel that way other parts of the year, too?
01:35:29 20  A.  Other parts of the year sometimes.  Mostly the summer.
    21   Q.  Do you feel that way more often in the summer?
    22   A.  Yes, sir.
    23   Q.  Are there any other inmates of similar size to you at
    24   the Pack Unit?
01:35:48 25  A.  Yes.  There is another one just as big as me.
```

1  **Q.**  I want to show you a part of Plaintiffs' Exhibit 1 at

2  the -- which is a diagram of the Pack Unit.  Do you see

3  that from where you are sitting, sir?

4  **A.**  Yes, sir.

01:36:12  5  **Q.**  I have put a "TP" on there.  Is that the building that

6  you live in?

7  **A.**  6 building, B6, yes, sir.

8  **Q.**  And is B6 one of the dormitories where the Power

9  Breezers were put in recently?

01:36:26  10  **A.**  That's that new fan?

11  **Q.**  That's the new big fan.

12  **A.**  Yes, sir.

13  **Q.**  Does that -- does the Power Breezer help any with the

14  temperature in the Pack Unit?

01:36:37  15  **A.**  No, sir.

16  **Q.**  Tell the judge what the effect of the Power Breezer

17  has, if any?

18  **A.**  Well, Power Breezers up front if you are sitting right

19  up under it, you can feel it; but if you are sitting at

01:36:54  20  the table in the back or any one of the bunks, you can't

21  feel it.

22  **Q.**  If you are sitting right under it, what do you feel?

23  What do you mean when you say you can feel it?

24  **A.**  It have a -- it's cool.  It blows more cooler than the

01:37:09  25  fans do.

*Laura Wells, CRR, RDR*

```
 1   Q.   It blows a little cooler than the fans?

 2   A.   Yes, sir.

 3   Q.   Do you take any prescription medications, sir?

 4   A.   Yes, sir.

 5   Q.   About how many pills do you take every day, sir?

 6   A.   About 15.

 7   Q.   I'm going to show you a portion of Plaintiffs'

 8   Exhibit 40.  This is a portion of the policy on medical

 9   conditions that may be affected in the heat.

10        Do you have cardiovascular disease, sir?

11   A.   I don't know much of what is the medical term.  What

12   is cardio?

13   Q.   Do you have heart problems?

14        THE COURT:  It's just generally a name for heart

15   problems.

16        THE WITNESS:  No, sir.  Not that I know of.

17        THE COURT:  High blood pressure is a

18   cardiovascular problem.

19        THE WITNESS:  Okay.  I didn't know that.

20   Q.   (By Mr. Medlock)  You have high blood pressure?

21   A.   Yes, sir, I have it.

22   Q.   Okay.  So you would have a cardiovascular problem

23   then.

24   A.   Okay.

25   Q.   Okay.  Do you have diabetes?
```

01:37:22 — line 5
01:37:49 — line 10
01:38:02 — line 15
01:38:10 — line 20
01:38:16 — line 25

1    **A.**   Yes, sir.

2    **Q.**   All right.  And I want to show you the medications

3    that TDCJ and UTMB say are also affected in the heat.  Do

4    you see the -- do you see that list there, sir, that's

01:38:43    5    another portion of the same exhibit?

6    **A.**   Yes, sir.

7    **Q.**   All right.  The -- do you take any of those

8    medications on that list?  Do you take a drug called

9    metoprolol?

01:38:54    10    **A.**   Yes, sir.

11    **Q.**   And that's M-e-t-o-p-r-o-l-o-l.

12        Do you take a drug called furosemide, sir?

13        THE COURT:  Spell these for the court reporter,

14    if you would, please.

01:39:13    15        MR. MEDLOCK:  F, as in Frank, u-r-o-s-e-m-i-d, as

16    in dog, -e.

17        THE WITNESS:  That's the fluid pill, right?

18        MR. MEDLOCK:  Right.

19        THE WITNESS:  Yes, sir.

01:39:23    20    **Q.**   (By Mr. Medlock)  Tell the judge what it feels like on

21    a hot summer day in the Pack Unit in your dormitory.

22    **A.**   On a hot summer day when it's 90 or better on my dorm,

23    it feels real misery.  You just sweating.  You just sweat.

24    You're real sticky.  You are real -- me, because I'm obese

01:39:47    25    and the heat do me real bad, it's undescribable.  It's

*Laura Wells, CRR, RDR*

 1    real misery.

 2    **Q.**   How do you particularly feel it because of your

 3    obesity?

 4    **A.**   How do I particularly feel it?  What do you mean?

 5    **Q.**   Yeah.  What does it feel like in your body?

 6    **A.**   I mean, I be sitting there like -- like, Lord, please

 7    let it cool off or something.  I be -- that's just misery.

 8    Just -- just sit in the bunk and put your head underneath.

 9    Just sit there and just looking, soaking wet, clothes

10    stuck to me.

11    **Q.**   Do you sweat a lot?

12    **A.**   Yes, sir.  Yes, sir.  Real bad.

13    **Q.**   Do you sweat all day?

14    **A.**   Yes, sir.

15    **Q.**   What does your bunk feel like when you are laying on

16    it?

17    **A.**   Well, every -- everything be wet.

18    **Q.**   Does your bunk become warm?

19    **A.**   Yes, sir.  The metal parts of the bunk gets real, real

20    hot.

21    **Q.**   Describe that for the Court.

22    **A.**   It's like touching a stove or an oven or something

23    when there is something in there.  It will just be real

24    hot.

25    **Q.**   What do you wear when you're sitting in your bunk on

01:40:04
01:40:22
01:40:29
01:40:46
01:40:58

1    those hot days?

2    **A.**   Underwear and T-shirt.

3    **Q.**   Okay.  Your clothes stick to you?

4    **A.**   Yes, sir.

01:41:09   5    **Q.**   Does your whole bed get wet with sweat?

6    **A.**   Yes, sir.

7    **Q.**   When does it start to cool off at the Pack Unit?  Like

8    what time of day?

9    **A.**   Kind of 7:30 or 8:00.  But it just cooled off.  When

01:41:25   10   it really get cool is about 1:00 or 2:00 in the morning.

11   **Q.**   Okay.  Is that -- around what time does it start to

12   get cool enough that you can sleep?

13   **A.**   That's around 1:00 or 2:00 in the morning when you can

14   really get to rest right.

01:41:39   15   **Q.**   And what time do you have to wake up at the Pack Unit?

16   **A.**   They run -- I shoot the insulin.  We have to get up

17   around 3:30 or 4:00.

18   **Q.**   Do you drink a lot of water in the summertime?

19   **A.**   Yes, sir.

01:41:54   20   **Q.**   How much water do you drink in the summer?

21   **A.**   I drink it all day.  I couldn't judge how much it is.

22   I drink all day.  Bottle behind bottle.

23   **Q.**   Are you able to get your water yourself to drink?

24   **A.**   No.  Most of the people help.  Somebody will walk and

01:42:11   25   get it for me and help me out.  If not, I walk up there

*Laura Wells, CRR, RDR*

Direct Examination of Thomas Ray Pennington

```
      1  and get it myself.
      2  Q.   When you say somebody helps you to get it,
      3  what -- who?  Like, who helps you to get it?
      4  A.   A friend or another offender.
01:42:24  5  Q.   Usually another prisoner?
      6  A.   Yes, sir.
      7  Q.   What do you do personally to kind of cope with the
      8  heat?
      9  A.   Sit -- sit still, not much moving.
01:42:37 10  Q.   What do you see other inmates do to cope with the
     11  heat?
     12  A.   Basically, the same thing.  Some lay on their floor,
     13  wet their floor, lay down on the floor, wet theirself, wet
     14  their T-shirts and put them back on, just get
01:42:54 15  under -- under the fan as much as they can.
     16  Q.   Have you ever lived anywhere as hot as the Pack Unit?
     17  A.   I have been on about eight or nine ranches now, and
     18  they are all just as hot.
     19  Q.   Eight or nine TDCJ prisons?
01:43:15 20  A.   Yes.
     21  Q.   Other than the TDCJ prisons you have been in, have you
     22  ever lived in any other location without air-conditioning?
     23  A.   No, sir.
     24         THE COURT:  Do you go to the respite areas often
01:43:25 25  during the day?
```

```
          1              THE WITNESS:  Yes, sir.  This year I have been
          2    going.
          3              THE COURT:  Has anybody ever told you you can't
          4    go?
01:43:32  5              THE WITNESS:  No, sir.
          6    Q.   (By Mr. Medlock)  Mr. Pennington, why don't you tell
          7    the judge about your experiences trying to use the respite
          8    areas.
          9    A.   Well, what makes me -- what makes you really don't
01:43:56 10    want to go is when you get -- you go down there.  I can't
         11    stand there.  They have got one spot they want you to go
         12    stand up.  I can't stand up long.  Then if you -- like if
         13    you go in the barbershop, they let you stay in there a few
         14    minutes; and they are going to run you out of there, tell
01:44:11 15    you to go to the infirmary.  You go down to the infirmary.
         16    Then they let you stay in there 15 or 20 minutes, maybe
         17    30 minutes.  They tell you to go to the schoolhouse.  Then
         18    when you get to the schoolhouse, and they tell you to go
         19    back to the desk.  They are going to send somebody else in
01:44:25 20    there.  So I just give up and go on to the house.
         21    Q.   Has that been your experience this year --
         22    A.   Yes, sir.
         23    Q.   -- about using respite areas?
         24    A.   Yes, sir.
01:44:33 25    Q.   Was that your experience last year in 2016 using the
```

1    respite areas?

2    **A.**   No, sir.  It was a little worser last year.

3    **Q.**   Why was it worse last year?

4    **A.**   Because some of them like -- there's certain officers

01:44:52   5    -- it's not all the officers, you know.  Certain officers

6    just don't care whether you are hot or not.  They just

7    don't care.

8    **Q.**   Is it difficult for you because of your physical

9    condition to move between the respite areas?

01:45:03  10    **A.**   Yes, sir.

11    **Q.**   You mentioned that you -- you were told to stand in a

12    hallway.  Is this a photo of the hallway you were told to

13    stand in?

14    **A.**   Yes, sir.

01:45:20  15    **Q.**   Were you using your cane the day that you were told to

16    stand in the hallway?

17    **A.**   Yes, sir.

18    **Q.**   Have you ever been told you are not allowed to talk in

19    the respite area?

01:45:31  20    **A.**   Yes, sir.

21    **Q.**   Have you been told you are not allowed to bring a book

22    to the respite area?

23    **A.**   Yes, sir.

24    **Q.**   If -- do you go to the chow hall to eat meals?

01:45:41  25    **A.**   Yes, sir.  But in the evening time, like it

Direct Examination of Thomas Ray Pennington

 1   be some -- a lot of times it be too hot, and I choose not

 2   to go in there.  It's -- it's too hot.  Because I sweat

 3   super bad.

 4   **Q.**   Do you skip the meals on those days it's super hot?

 5   **A.**   Yes, sir.

 6   **Q.**   If you were told by a TDCJ officer that everyone in

 7   your dorm is going to go to a respite area and you'll stay

 8   there for two to three hours, would you go?

 9   **A.**   Yes, sir.

10   **Q.**   Has anyone at TDCJ ever told you what the indoor

11   temperature was at the Pack Unit?

12   **A.**   Yes, sir.  I have asked.  If I see Mr. Cantu or

13   somebody come in they -- they got a little thing they

14   shoot up at the ceiling.

15       I say, "How hot is it?"

16       I think one day it was 114 or something in there.

17   **Q.**   That's what Mr. Cantu told you?

18   **A.**   Yes.

19   **Q.**   Do you see correctional officers having trouble with

20   the heat in the summer?

21   **A.**   Yes, sir.

22   **Q.**   What do -- tell the judge how you can tell that

23   officers are having trouble with the heat.

24   **A.**   When -- well, a lot of them will verbally say it and

25   they be sweating and they be trying to get under the fans.

*Laura Wells, CRR, RDR*

01:45:54 (line 5)
01:46:12 (line 10)
01:46:26 (line 15)
01:46:39 (line 20)
01:46:50 (line 25)

Direct Examination of Thomas Ray Pennington

1  I have put my fan on some of them.  They -- they are just

2  like us, human.  It's hot.  It's hot.

3  **Q.**  Before you came to TDCJ, did you spend any time in a

4  county jail?

01:47:07  5  **A.**  Yes, sir.

6  **Q.**  Were you in that county jail during the summer?

7  **A.**  Yes, sir.

8  **Q.**  Was that county jail air-conditioned?

9  **A.**  Yes, sir.

01:47:16  10  **Q.**  Tell the judge about your experience with the

11  air-conditioning at the Harris County jail.

12  **A.**  Well, you slept good.  You don't even know you are on

13  the -- you don't even know what time of year it is on the

14  outside.  It could be 100 and something degrees out there,

01:47:33  15  but you wouldn't know it on the inside because it's cool

16  all the time.

17  **Q.**  And what was the -- the last year that you were in the

18  Harris County jail in the summer?

19  **A.**  I think '89.

01:47:49  20  **Q.**  Have you ever been told by someone in the medical

21  department at the Pack Unit that you experienced a

22  heat-related injury like heat exhaustion, heatstroke?

23  **A.**  Yes, sir.  They have -- I have -- they had -- they

24  call it a -- they have got something they call the ICS.

01:48:04  25  They had to call it on me.  I wasn't feeling good one day.

*Laura Wells, CRR, RDR*

```
            1   I was feeling bad.  I was sweating.  I was feeling like I
            2   wanted to throw up.  I didn't know what was wrong with me.
            3        So they come got me on a stretcher and took me to the
            4   infirmary, and they told me that it was just the heat.
01:48:20    5   Because after I was in the infirmary also while every --
            6              THE COURT:  What was the abbreviation you used?
            7   ICS?
            8              THE WITNESS:  Yes, sir.
            9              THE COURT:  What does that mean?
01:48:31   10              THE WITNESS:  All I know is a medical response.
           11              TDCJ GUARD:  Incident command system.
           12              THE COURT:  I'm sorry?
           13              TDCJ GUARD:  Incident command system.
           14              THE COURT:  Incident command system.
01:48:39   15   Q.  (By Mr. Medlock)  In your experience, Mr. Pennington,
           16   when an ICS is called, what does that mean?
           17   A.  When ICS, something serious is happening because all
           18   movement and everything stop.  All the officers focus on
           19   that ICS.  They are going to get you where you need to be
01:48:53   20   right away.
           21   Q.  Kind of like it's an emergency?
           22   A.  Like it -- it is an emergency.
           23   Q.  When -- when the ICS was called for you, that was
           24   during the summer?
01:49:03   25   A.  Yes, sir.
```

1    **Q.**   About how long ago was that?

2    **A.**   That was about three years ago.

3    **Q.**   About what time of day was it?

4    **A.**   About 2:00-something.  I'm guessing at the time.  I

01:49:16    5    don't remember exactly the time.

6    **Q.**   Fair enough.  What had you been doing before that

7    happened?

8    **A.**   Just sitting in the bunk.

9    **Q.**   Had you been drinking water that day?

01:49:28    10    **A.**   Yes, sir.

11    **Q.**   Had you been sitting in front of the fan?

12    **A.**   I guess I wasn't drinking enough water because they

13    told me I was, like, dehydrated.  The nurse told me to

14    drink more water that day.

01:49:37    15    **Q.**   Had you been drinking about the normal amount that you

16    drink during the summer?

17    **A.**   Yes, sir.

18    **Q.**   What did you first start to feel like before the

19    medical staff was called to help you?

01:49:49    20    **A.**   Well, I'm trying to -- I'm trying to describe it.

21    It's just -- it's just a funny feeling.  You just go.  All

22    of a sudden you are sweating, and it seems like you can't

23    hardly breathe no more.

24         I was like, gawd dog.  I told my friend, I said, man,

01:50:07    25    call medical for me.  I -- I need them.  I didn't know

*Laura Wells, CRR, RDR*

1   what was wrong with me.  I thought I was going to have a

2   heart attack or something.

3   **Q.**   Did you feel dizzy?

4   **A.**   Yes, sir.

01:50:16   5   **Q.**   Did you have a headache?

6   **A.**   Not so much a headache but my chest and stuff, my

7   breathing.  And I was real dizzy like --

8   **Q.**   Have you ever --

9   **A.**   -- I wanted to faint or something.

01:50:36   10   **Q.**   Have you ever felt that way any other time of the

11   year?

12   **A.**   Yes.  Well, about two weeks ago or three weeks ago,

13   the same thing.  It -- it hit me when I come out of the

14   chow hall.  I was just sweating.  Because I was sitting on

01:50:50   15   the bench, and it seems like my legs wanted to give out

16   from under me.

17        I asked the nurse.  I was right there in front of the

18   infirmary.  And she said it was just the heat.  I come

19   in -- I went in and sat down a little while and drank some

01:51:03   20   water, and it all went away.

21   **Q.**   You said you were just leaving the chow hall when that

22   happened most recently?

23   **A.**   Yes, sir.

24   **Q.**   Had you been drinking water before that happened,

01:51:12   25   earlier that day?

*Laura Wells, CRR, RDR*

```
 1  A.   Yes, sir.
 2  Q.   Had you drank any water when you were in the chow
 3  hall?
 4  A.   Yes, sir.
 5  Q.   Were you using your fan earlier that day?
 6  A.   Yes, sir.
 7  Q.   Were you sitting in front of the fan in the chow hall?
 8  A.   I don't -- well, we got four of them in there.  I
 9  don't -- I don't know if I was by one of them or not.
10  Q.   When did someone at TDCJ first tell you about the
11  existence of the respite areas at the Pack Unit?
12  A.   Someone from TDCJ?
13  Q.   Yeah.
14  A.   No one from TDCJ ever told me about the
15  respite -- about it.
16  Q.   How did you learn that the respite areas exist?
17  A.   Through other -- other inmates.
18  Q.   Do the fans help you with the heat in your dorm?
19  A.   No, sir.  But better than nothing.
20  Q.   What do the fans feel like to you?
21  A.   When -- in the heat part of the day after -- after
22  1:00, hot air.  You might as well just -- you can cut it
23  off that time of day.
24          THE COURT:  The fans are cut off at 1:00 p.m.?
25          THE WITNESS:  I said you can cut them off.  I
```

01:51:19    5
01:51:34   10
01:51:55   15
01:52:18   20
01:52:34   25

1   said they are just blowing hot air.  There ain't -- ain't

2   no cold air coming out of them.

3   **Q.**   (By Mr. Medlock)  You say you might as well cut them

4   off for all the good they are doing for you?

01:52:45   5   **A.**   Yes, sir.  Yes, sir.  That's what I was trying to say.

6   **Q.**   Now, there is no showers in your dorm, right?

7   **A.**   No, sir.

8   **Q.**   Have you ever used a cool-down shower?

9   **A.**   Yes, sir.

01:52:54   10   **Q.**   What -- does the cool-down shower help with the heat?

11   **A.**   At the time when you -- when you go in and get in it,

12   it feels so good; and it makes your body temperature to

13   come all the way down.  But by the time you dry off and

14   walk back to your dorm, you are right back where you were.

01:53:11   15   **Q.**   How often do you use the cool-down showers?

16   **A.**   I've use it every day.  Because we go in there -- when

17   they call it at night, I go in there every -- I like to

18   cool down for a little while before I go off.  Especially

19   when it's getting later in the evening, I stay cooler.

01:53:24   20   **Q.**   Has anyone ever told you at TDCJ that you can take a

21   cool-down shower whenever you want?

22   **A.**   No, sir.

23   **Q.**   Now, do the -- do the windows open in your dorm?

24   **A.**   Yes, sir.

01:53:35   25   **Q.**   Does opening the windows help with the heat?

```
 1   A.   No.  When it's hot, it's hot air is coming in the
 2   window.  It will feel more better if you close the window.
 3   You could feel your fan if you close the window.
 4   Q.   Do the -- do insects come in through the windows when
 5   they are open?
 6   A.   Oh, they got all kind of little bugs come in.  Little,
 7   little gnats.  They just -- I mean, they all over you, all
 8   over you.  You can't eat or nothing.
 9   Q.   Do the -- do the insects bite you?
10   A.   Yes, sir.
11   Q.   What does that feel like?
12   A.   Well, they are some little worrisome things.  They be
13   all just biting you all the time.  I don't -- I don't know
14   exactly how to answer what you are saying.  Like,
15   mosquitoes or something that's constantly biting you.
16   Q.   Does it hurt when they are biting you?
17   A.   Yes, sir.
18   Q.   Do officers at the Pack Unit do wellness checks during
19   the summer?
20   A.   What you mean by that?
21   Q.   Do you know what a wellness check is, sir?
22   A.   No, sir.
23   Q.   Do you know if you are on a wellness checklist?
24   A.   I don't know.
25            THE COURT:  Why don't you tell him what it is.
```

01:53:54
01:54:03
01:54:17
01:54:27
01:54:34

*Laura Wells, CRR, RDR*

Direct Examination of Thomas Ray Pennington

```
          1   Maybe he doesn't --
          2   Q.   (By Mr. Medlock)  Do officers come by and check on
          3   your welfare during the summer any differently than they
          4   would during the rest of the year?
01:54:44  5   A.   Well, they -- on the Pack they check on all of us.
          6   Whether if you are asleep, they are going to wake you up
          7   to make sure that you are living.  They do that
          8   constantly.
          9   Q.   Have you ever been told that they are doing a wellness
01:54:55 10   check for you?
         11   A.   No, sir.
         12   Q.   Sir, I -- I just want to ask you:  Why did you
         13   volunteer to come here and testify today?
         14   A.   Well, the reason I -- to speak the truth about the
01:55:10 15   air-conditioning, the heat, that maybe we can get the
         16   respite area fixed better.  That's what I told my fellow
         17   inmates.  I said, Maybe we can get the respite area fixed
         18   better.
         19   Q.   What would it take to make the respite area fixed
01:55:26 20   better?
         21   A.   Well, if everybody -- if we can get a list up to know
         22   that you can go, maybe we could read books or something in
         23   the library.  You know you can go and sit down and ain't
         24   nobody just -- you know, if they are letting you go and
01:55:43 25   they are saying you can go, you'll get more people be
```

*Laura Wells, CRR, RDR*

1    willing to go.  Other than that, a lot of people don't
2    know it.
3    **Q.**  And is that your experience now, that there are just a
4    lot of people that just don't know they can go?
01:55:54    5    **A.**  Yes, sir.
6             MR. MEDLOCK:  Pass the witness, Your Honor.
7             THE COURT:  Okay.  Cross?
8             MR. WARNER:  Thank you, Your Honor.
9                         **CROSS-EXAMINATION**
01:56:07    10   BY MR. WARNER:
11   **Q.**  Good afternoon, sir.
12   **A.**  Yes, sir
13   **Q.**  So it feels hot in the prison during the summer?
14   **A.**  Yes, sir.
01:56:28    15   **Q.**  And you sweat most of the day, correct?
16   **A.**  Yes, sir.
17   **Q.**  And you get sticky?
18   **A.**  Yes, sir.
19   **Q.**  And all of that is uncomfortable?
01:56:43    20   **A.**  Yes, sir.
21   **Q.**  All right.  But you have never been told that you
22   can't go to respite, right?
23   **A.**  That you cannot go?
24   **Q.**  Right.
01:56:48    25   **A.**  No, sir.

*Laura Wells, CRR, RDR*

Cross-Examination of Thomas Ray Pennington

```
         1   Q.   And you have never been diagnosed by a physician with
         2   a heat illness, right?
         3   A.   Heat illness, no, sir, not that I know of.
         4   Q.   All right.  You spoke for a while about your
01:57:03 5   experiences -- your experiences with respite; and I would
         6   like to ask you a little bit more about that.  Okay?
         7   A.   Yes, sir.
         8   Q.   It sounds like sometimes they have to move you around
         9   from one respite area to another; is that right?
01:57:19 10  A.   Yes, sir.
        11   Q.   Okay.  And that can be inconvenient; is that fair?
        12   A.   Inconvenient?
        13   Q.   Inconvenient to have to move from one place to
        14   another.
01:57:32 15  A.   Yes, sir.
        16   Q.   Okay.  Maybe it can be difficult to move from one
        17   place to another?
        18   A.   Yes, sir.
        19   Q.   All right.  But both areas are air-conditioned, right?
01:57:40 20  A.   Yes, sir.
        21   Q.   The respite area that you leave is air-conditioned?
        22   A.   Yes, sir.
        23   Q.   And the respite area that they move you to is
        24   air-conditioned?
01:57:48 25  A.   Yes, sir.
```

1    **Q.**  All right.  And moving from one area to the other then

2    doesn't prevent you from cooling down, right?

3    **A.**  No, sir.

4    **Q.**  Okay.  Now, you spoke about one respite area where you

01:58:04   5    have had to stand up.  Do you remember that?

6    **A.**  Yes, sir.

7    **Q.**  Okay.  That's lower admin, right?  Is that the lower

8    admin hallway?

9    **A.**  Yes, sir.

01:58:12   10   **Q.**  Okay.  When you are in the lower admin hallway, there

11   are occasions where you have to stand up no matter what

12   the temperature is, right?

13   **A.**  Yes, sir.

14   **Q.**  And that's because of administrative segregation

01:58:29   15   that's back there?

16   **A.**  Yes, sir.

17   **Q.**  So there are prisoners back there who are kept there

18   for their own protection for some period of time, right?

19   **A.**  Yes, sir.

01:58:37   20   **Q.**  And when they move those prisoners, they make the

21   other prisoners, who happen to be in the lower admin

22   hallway, stand and face the wall, right?

23   **A.**  No.  You have got to clear that area.

24   **Q.**  Clear the area.  Okay.  And that's to protect --

01:58:52   25   **A.**  Well, they --

*Laura Wells, CRR, RDR*

1   Q.   That's to protect those prisoners, right?

2   A.   Yes, sir.

3   Q.   Okay.  As long as you don't have to stand and face the

4   wall, is respite helpful for you in bringing and cooling

01:59:23   5   you down?

6   A.   Yes, sir.

7   Q.   All right.  It sounds like you think that maybe some

8   inmates don't know that they can access respite whenever

9   they want; is that right?

01:59:48   10   A.   Yes, sir.

11   Q.   Is it your understanding that you can access respite

12   whenever you want?

13   A.   Ask -- ask for it?

14   Q.   If you ask for it.

01:59:58   15   A.   Yes, sir.

16   Q.   All right.  So perhaps there should be some more

17   instruction on that point to other prisoners?

18   A.   Yes, sir.

19   Q.   All right.  But you don't have any doubt, sitting here

02:00:20   20   today, that if you need to go to a respite area tomorrow,

21   you are going to be allowed to do so, right?

22   A.   Yes, sir.

23   Q.   Okay.  Great.  And that allows you to cool down when

24   you feel like you need to cool down?

02:00:36   25   A.   Yes, sir.

```
 1  Q.  All right.  You told us a little bit about your sleep
 2  schedule --
 3  A.  Yes, sir.
 4  Q.  -- and some of the challenges you have had
 5  with -- with sleep.  You go to sleep at what time at
 6  night?
 7  A.  Well, mainly, I lay down around 9:30 or 10:00.
 8  Q.  In the evening?
 9  A.  I tries, yes, sir.
10  Q.  Okay.  But it's about 1:00 or 2:00 a.m. before it gets
11  really cool; is that right?
12  A.  Yes, sir.
13  Q.  And you have to get up three or four hours after that;
14  is that fair?
15  A.  Yes, sir.
16  Q.  Okay.  But it stays cool for a while after you get up,
17  right?
18  A.  Yes, sir.
19  Q.  Okay.  Until about what time in the day?  8:00 or
20  9:00?  Is that before it starts to warm up?
21  A.  It's started getting warm.  It don't really get warm
22  until around 12:00 or 1:00.
23  Q.  Okay.  So there is a long period of time there in the
24  morning between about midnight, 1:00 a.m. and noon --
25  A.  Yes, sir.
```

02:00:48 (line 5)
02:01:03 (line 10)
02:01:14 (line 15)
02:01:25 (line 20)
02:01:33 (line 25)

*Laura Wells, CRR, RDR*

1   **Q.**  -- where it's not really that hot inside?

2   **A.**  No.  It's not that hot then.

3   **Q.**  During that time period?

4   **A.**  Yes.

02:01:44  5   **Q.**  Okay.  Have you ever asked whether you could have a

6   different sleep schedule because of your condition?

7   **A.**  What do you mean?

8   **Q.**  Have you ever asked if you could sleep more during the

9   cold hours and less during the warm hours?

02:02:03  10   **A.**  Asked?

11   **Q.**  Have you asked?

12   **A.**  No.  If you want to sleep, that's up to you.

13   **Q.**  Okay.  So do I understand you correctly that there is

14   no schedule that you have to keep that prevents you from

02:02:14  15   sleeping during the cool hours?

16   **A.**  No, sir.

17   **Q.**  Okay.  I think maybe my form of question was

18   confusing.  I -- let me ask it again.  Is it correct that

19   there is nothing preventing you from sleeping during the

02:02:31  20   cool hours?  Is that --

21   **A.**  There is nothing to stop you.

22   **Q.**  That is true?

23   **A.**  Yes, sir.

24   **Q.**  Okay.  So if you wish to sleep between 1:00 a.m. and

02:02:40  25   9:00 a.m., you can do that?

*Laura Wells, CRR, RDR*

Cross-Examination of Thomas Ray Pennington

A.   Yes, sir.

Q.   Have you done that?

A.   Sleep through -- no, sir.

Q.   No.  But that's something that you could choose to do?

02:02:51   A.   I could choose to do it.

Q.   All right.  And that would be easier for you to sleep, right?

A.   Yes.

Q.   Because it's cooler?

02:02:57   A.   Yes, sir.

Q.   Okay.  Do you recall an incident about three years ago where you got hot?  Do you remember that?

A.   Yes, sir.

Q.   Okay.  Are you able to recall the timing of that incident with any more specificity, what month it was?

02:03:20

A.   No, sir.

Q.   No?

A.   No, sir.

Q.   Do you think it was during the summer, but you are not sure?

02:03:29

A.   I think it was during the summer.  It was hot.  It was hot.

Q.   It was hot.  Okay.  So -- and then ICU was called?

A.   ICS.

02:03:40   Q.   ICS.  Thank you.  Were you treated for -- by someone

1    at the infirmary?

2    **A.**   Yes, sir.

3    **Q.**   Okay.  And who was that?

4    **A.**   When I went in -- let me see.  What nurse is that?

02:03:56  5    You have -- whenever you call the ICS, you have to see,

6    how they say, a provider.  In other words, a doctor or a

7    PA or something.

8    **Q.**   Okay.

9    **A.**   You have to see one of them whenever they run ICS.

02:04:05  10    **Q.**   All right.

11    **A.**   And I don't remember which one that seen me that time

12    that many years ago, but I had seen one of them in there.

13    **Q.**   Okay.  All right.  And they told you to drink more

14    water?

02:04:19  15    **A.**   Yes, sir.

16    **Q.**   Okay.

17    **A.**   They let me cool off, drink some more water.

18    **Q.**   Okay.  And I guess you said that you -- you rested a

19    little bit, and you felt okay?

02:04:27  20    **A.**   Yes, sir.

21    **Q.**   All right.  Did you rest in the infirmary?

22    **A.**   Yes, sir.

23    **Q.**   And that was in an air-conditioned space?

24    **A.**   Yes, sir.

02:04:33  25    **Q.**   And after 20 minutes or so, you felt pretty okay?

*Laura Wells, CRR, RDR*

1   **A.**   Yes, sir.

2   **Q.**   And you were able to move on with your day?

3   **A.**   Yes, sir.

4   **Q.**   Didn't go any further than that?

02:04:40   5   **A.**   (Shaking head side to side.)

6   **Q.**   Okay.  You mentioned a lot of medications earlier that

7   you take, right?

8   **A.**   Yes, sir.

9   **Q.**   Do you know whether any of those medications can cause

02:04:54   10   dizziness or similar symptoms?

11   **A.**   No, sir.  The high blood pressure medicine, mostly all

12   of it can if you get hyped or, you know, you are on it.

13   All of it.

14   **Q.**   Do you take -- do you recall whether you took all your

02:05:12   15   medicines in a timely fashion on that day, three years

16   ago?

17   **A.**   I takes all my meds every day.

18   **Q.**   You are pretty regular about it?

19   **A.**   Yes, sir.  I'm real regular with that, sir.

02:05:23   20   **Q.**   Okay.  And you talked about an incident about three

21   weeks ago that was similar?

22   **A.**   Yes, sir.

23   **Q.**   And it was similar in the sense that you felt a little

24   overheated; is that right?

02:05:32   25   **A.**   Yes.

1   **Q.**   Have I described the incident accurately; is that

2   fair?  You felt a little overheated?

3   **A.**   Yes, sir.

4   **Q.**   Okay.  And you told somebody?

02:05:39   5   **A.**   Yes, sir.

6   **Q.**   Who did you tell?

7   **A.**   We have a nurse.  I don't -- she is from the agency.

8   I don't know her name.  I ain't good at names.

9   **Q.**   Okay.

02:05:52   10   **A.**   But she seen me.  I don't know her name.

11   **Q.**   It was a nurse?

12   **A.**   Yes, sir.

13   **Q.**   And you sat down in the infirmary?

14   **A.**   Yes, sir.

02:05:59   15   **Q.**   For, I think you said, again about 10 or 20 minutes,

16   is that maybe --

17   **A.**   Maybe a little longer.

18   **Q.**   A little longer?  A half an hour?

19   **A.**   Yes, sir, about.  I'll go with that.

02:06:07   20   **Q.**   And you drank some water?

21   **A.**   Plenty of cool water.

22   **Q.**   And it went away, and you felt okay?

23   **A.**   Yes, sir.

24   **Q.**   And you went on with your day?

02:06:14   25   **A.**   Went on with my day.

1    Q.   So this is another incident where the respite worked?

2    A.   Yes, sir.

3    Q.   Okay.  You talked a little bit about cool-down

4    showers, and I -- I think you said that you take one every

02:06:28    5    day?

6    A.   Every day.

7    Q.   Is that right?  Okay.  What time of day do you do that

8    again?

9    A.   After 6:00.

02:06:35    10   Q.   Is that to help you cool down for the evening?

11   A.   Yes, sir.

12   Q.   And you think it's effective at doing that?

13   A.   During that time, yes, sir, for me because I'm a big

14   dude.  And when I cool down -- when I go in there to cool

02:06:48    15   my body down, I'm through for the day.

16   Q.   Okay.  I think you expressed some questions

17   about -- about whether you can really take another one

18   whenever you want; is that right?  You are not sure that

19   you can actually access that cold shower any time of day

02:07:07    20   that you want to?

21   A.   I didn't know that you can.

22   Q.   Okay.

23   A.   I never asked.

24   Q.   Well, let me ask you this:  If -- if going forward it

02:07:14    25   was made clear to you that you could ask for a cool-down

*Laura Wells, CRR, RDR*

1    shower any time you want and get it and stay in it as long

2    as you need, would you take advantage of that?

3    **A.**   Yes, sir.

4    **Q.**   You might take another cool-down shower during the

02:07:29   5    day?

6    **A.**   Yes, sir.

7    **Q.**   And that would help bring -- that would help cool you

8    off again?

9    **A.**   It would help cool off, yeah.

02:07:37   10   **Q.**   All right.

11          MR. WARNER:  I'm sorry, Your Honor.  If I could

12   have one moment.

13          THE COURT:  That's fine.

14   **Q.**   (By Mr. Warner)  Just one more question.  You talked a

02:08:12   15   little bit about what the officers do when they come in

16   to -- to look in on you, those wellness checks; is that

17   right?

18   **A.**   Yes, sir.

19   **Q.**   Okay.  So you are obviously not responsible for

02:08:22   20   actually conducting those wellness checks, right?  The

21   officers do that?

22   **A.**   They do that, the officers.

23   **Q.**   All right.  And you don't know, do you, what exactly

24   they are looking for when they do the wellness checks?

02:08:33   25   **A.**   Yes, I know.

*Laura Wells, CRR, RDR*

1    **Q.**   What do you think that they are looking for?

2    **A.**   No.  What I know they are looking for.  They come in

3    and wake you up.  A lot of people get aggravated because

4    they wake you up when you're sleeping.

02:08:45    5        They said, "What?  What?"

6        "I'm just making sure you ain't dead in here.  I'm

7    just making sure you are all right."

8    **Q.**   Okay.  Some of -- some of the inmates don't like that?

9    **A.**   No.  Everybody don't like that getting woke up.  But

02:08:58   10    they do it constantly, all night and all day.

11   **Q.**   Do they do it too much?  Do they -- do they wake you

12   up too much, from your point of view?

13   **A.**   No.  No.  Because we are on a medical unit.  And you

14   find a lot them being laying there dead if nobody don't

02:09:14   15   check.  Ain't no telling how long they could be there.  So

16   I think it's good that they checks on them --

17   **Q.**   All right.

18   **A.**   -- wakes them up.

19   **Q.**   But it's been your experience they check -- they check

02:09:22   20   on everybody during this wellness -- wellness check,

21   right?

22   **A.**   If that's what you call it, a wellness check, yes,

23   sir.

24   **Q.**   When they look in on people?

02:09:29   25   **A.**   Yes, sir.

1   **Q.**   All right.  Thank you.

2   **A.**   You are welcome.

3          MR. WARNER:  Pass the witness.  Thank you.

4          THE COURT:  Thank you.  Any redirect?

02:09:36   5          MR. MEDLOCK:  Just a little bit of redirect, Your

6   Honor.

7                    **REDIRECT EXAMINATION**

8   BY MR. MEDLOCK:

9   **Q.**   Mr. Pennington, the -- the time when the ICS was

02:09:44   10   called, did a -- did the provider, the doctor or the PA

11   that you saw, did they tell you that you had an episode

12   with the heat?

13   **A.**   Yes, sir.

14   **Q.**   Did they tell you you had heat exhaustion?

02:09:55   15   **A.**   Yes, sir.

16   **Q.**   You talked about how it's cooler in the Pack Unit in

17   the morning, kind of until about noon.  Do you remember

18   that?

19   **A.**   Yes, sir.

02:10:09   20   **Q.**   What do you mean by that it's cooler in the morning?

21   Is it actually comfortable or is it hot or what does that

22   mean?

23   **A.**   It's tolerable.  You know, I mean, you ain't sweating.

24   You are just -- no, you just -- it's all right.

02:10:35   25   **Q.**   How long do you feel that you have cooled off after

1    you take a cool-down shower?

2    **A.**   How long you feel you are cooled off?

3    **Q.**   Yeah.

4    **A.**   When you get cooled down with the cold water, it

02:10:49   5    chills your whole body down.  You feel so good.  After you

6    get out of it, by the time you walk down the hall, you are

7    sweating and right back -- you are right back hot.

8    **Q.**   By the time you get back to your dorm, it's just like

9    it never happened?

02:11:04   10   **A.**   Yes, sir.  Just like it never happened.

11   **Q.**   When you -- that time a few weeks ago, when you went

12   to the infirmary and you sat there and you had the water

13   and you felt better, by the time you got to the infirmary,

14   did you feel unwell?  Did you feel sick by the time you

02:11:31   15   actually got there?

16   **A.**   Yes.  Yes, sir.  I had to sit down in the front of the

17   infirmary before I go -- I wasn't able to walk right there

18   then.  I thought I was going to pass out.

19   **Q.**   You felt like you were going to pass out before you

02:11:43   20   got to the infirmary?

21   **A.**   Yes, sir.

22   **Q.**   All right.  If you were to sleep through chow in the

23   morning, would you have to skip your meal that morning?

24   **A.**   What do you mean?  Would I have to skip the meal?

02:12:07   25   **Q.**   Yeah.  If you sleep through it, would you have an

1   opportunity to go to chow any other time that morning?

2   **A.**   No.

3   **Q.**   You would have to skip the meal then?

4   **A.**   Yes.

02:12:14  5          MR. MEDLOCK:  All right.  Pass the witness, Your

6   Honor.

7          THE COURT:  Okay.  Thank you.  You may be

8   excused.  Thank you very much.

9          Gentlemen and Ms. O'Leary, I think we are getting a

02:12:29  10  little cumulative now, aren't we?  I don't know how much

11  more testimony like this we need.

12         MR. EDWARDS:  Okay.

13         THE COURT:  Well, I don't know.  Tell me what you

14  are thinking.  How many more do we have on these general

02:12:39  15  subjects?

16         MR. MEDLOCK:  Well, we have several more inmates,

17  Your Honor.  I expect that to some extent -- we recognize

18  that some of this is cumulative, but I think that it's

19  important because the -- if we have testimony from the

02:12:53  20  other side that these programs exist --

21         THE COURT:  Okay.  Well, I don't want to tell you

22  how to run your case, but I just -- I'm assuming that

23  conditions that are applicable to one inmate would likely

24  be applicable to another.

02:13:10  25         MR. MEDLOCK:  And I think that as long as that is

Redirect Examination of Thomas Ray Pennington

1    this Court's understanding --

2             THE COURT:  What does the defense say about this?

3             MR. McCARTY:  Your Honor, we do believe it's

4    cumulative.  Certainly if they want to bring in -- I think

02:13:23    5    we have another seven scheduled.  If they want to bring in

6    another seven, you have limited the time, obviously.  And

7    so, you know, we don't think -- we don't think there is

8    going to be much new presented here.  But it's their case,

9    Your Honor.  So we are not going to --

02:13:41   10             MR. EDWARDS:  Your Honor, I think a possible

11   solution for this would be for us to meet with one client

12   now, talk amongst ourselves for five to ten minutes.

13             THE COURT:  Okay.  All right.

14             MR. EDWARDS:  If we could have the possibility of

02:13:51   15   calling people in a rebuttal portion of the case to the

16   extent it's necessary.

17             THE COURT:  Talk with the other side about that.

18   That's not a bad way to start.  Okay.  15-minute recess,

19   please.

02:14:02   20        (Recess from 2:14 p.m. to 2:34 p.m.)

21             THE COURT:  Okay.  Are we ready for another

22   witness?

23             MR. MEDLOCK:  Yes, Your Honor.  We have managed

24   to streamline some things for you.  Right now we would

02:34:10   25   like to call Carlos Huerta.

1          MR. WARNER:  If I could interject just briefly to

2    document our conversations earlier for the Court.

3          THE COURT:  Yeah.

4          MR. WARNER:  I think what we have agreed is that

02:34:22    5    if the plaintiffs want to call some of the inmate

6    witnesses in rebuttal, that's fine; insofar as defendants

7    are able to call people in surrebuttal, if necessary.

8          THE COURT:  Is that agreeable?

9          MR. MEDLOCK:  Yes, Your Honor.

02:34:36   10          THE COURT:  Okay.  Good deal.

11          MR. WARNER:  With time reserved.

12          THE COURT:  Congratulations on your consensus.

13   Okay.

14      Mr. Huerta, is he in the courtroom?

02:35:03   15          MR. EDWARDS:  He is coming.

16          THE COURT:  Yes, sir.  We're going to have you in

17   this seat right here.  Before you take your seat, I'm

18   going to have you take the oath.  You don't have to raise

19   your hands.  If you can answer affirmatively, please say

02:35:12   20   "I do."

21      (Witness sworn by the case manager.)

22          THE WITNESS:  I do.

23          THE COURT:  Have a seat.

24                           **CARLOS HUERTA,**

02:35:15   25   having been first duly sworn, testified as follows:

*Laura Wells, CRR, RDR*

**DIRECT EXAMINATION**

1
2    BY MR. MEDLOCK:

3    **Q.**   Good afternoon, sir.  Can you hear me all right?

4    **A.**   Yes, sir.

02:35:33   5    **Q.**   Can you state your name?

6    **A.**   Carlos Huerta.

7    **Q.**   How old are you?

8    **A.**   30.

9    **Q.**   Where are you from originally, sir?

02:35:40   10   **A.**   San Antonio, Texas.

11   **Q.**   What did you do for a living before you went to the

12   Texas Department of Criminal Justice?

13   **A.**   I worked at a convenience store, at HEB.

14   **Q.**   At HEB the grocery chain?

02:35:51   15   **A.**   Yes, sir.

16   **Q.**   How long have you been in TDCJ custody now?

17   **A.**   Three and a half years.

18   **Q.**   And how long is your total sentence?

19   **A.**   Eight years.

02:35:58   20   **Q.**   Are you eligible for parole?

21   **A.**   Correct.

22   **Q.**   How long have you lived at the Pack Unit?

23   **A.**   Going on two years.

24   **Q.**   And how tall are you, sir?

02:36:08   25   **A.**   About 5'5".

*Laura Wells, CRR, RDR*

1  **Q.**  And about how much do you weigh?

2  **A.**  238.

3  **Q.**  Have you ever been told that you are overweight?

4  **A.**  Yes.

02:36:16  5  **Q.**  Doctors have told you that?

6  **A.**  Yes.

7  **Q.**  Sir, do you have any chronic medical conditions?

8  **A.**  Yes.

9  **Q.**  Do you have diabetes?

02:36:28  10  **A.**  Yes.

11  **Q.**  Do you have cardiovascular conditions, problems with

12  your heart or high blood pressure?

13  **A.**  Yes.  Correct.

14  **Q.**  Do you take any medications?

02:36:37  15  **A.**  Yes.

16  **Q.**  Do you know what medications you take?

17  **A.**  One of them is ibuprofen, and the other one is

18  atenolol.

19  **Q.**  Is that atenolol, a-t-e-n-o-l-o-l?  Is that the

02:37:08  20  medication that you take, sir?

21  **A.**  Yes.

22  **Q.**  Okay.  Sir, I want you to just tell Judge Ellison what

23  the heat feels like inside your dormitory at the Pack

24  Unit.

02:37:22  25  **A.**  The heat where I'm at in E dorm on the -- on the days

*Laura Wells, CRR, RDR*

```
 1   it gets hot is like when you are -- when you are at work
 2   on, like, an eight-hour shift and you get in the hot car
 3   to start your vehicle, that's how it gets hot in the dorm.
 4   Q.   On those days in your dorm, do you feel any physical
 5   symptoms?
 6   A.   You start getting frustration and dizziness.
 7   Q.   Do you get headaches?
 8   A.   Yes.
 9   Q.   Tell the judge what those headaches feel like on the
10   hot days.
11   A.   Your headache gets you to where you are not wanting to
12   do anything because you just want to try to get out of the
13   dorm as much as you can to avoid the heat.
14   Q.   To you does it feel like there is any difference
15   between the inside temperature at the Pack Unit and the
16   outside temperature?
17   A.   No.
18   Q.   Have you ever felt that it's cooler outside?
19   A.   There is times; but when you do go outside, it feels
20   the same temperature as what is outside and what it is in
21   the dorm.
22   Q.   Have you ever lived in any other environment as hot as
23   the Pack Unit?
24   A.   No.
25   Q.   Do you ever have difficulty sleeping?
```

Direct Examination of Carlos Huerta

```
 1              THE COURT:  Let me ask this:  Have you been in
 2   any other prisons?
 3              THE WITNESS:  In other prisons?
 4              THE COURT:  In other prisons, yes, sir.
 5              THE WITNESS:  No, sir.  This is my first time.
 6              THE COURT:  Okay.
 7   Q.  (By Mr. Medlock)  Did you do some time in the Bexar
 8   County Jail?
 9   A.  Oh, yes.
10   Q.  Was it air-conditioned at the Bexar County Jail?
11   A.  Correct.
12   Q.  Were you there during the summer?
13   A.  Correct.
14   Q.  Did you have any problems with the heat in the Bexar
15   County Jail?
16   A.  No, sir.
17   Q.  Do you have any difficulty sleeping in the summer at
18   the Pack Unit?
19   A.  Yes.
20   Q.  Tell the judge about that.
21   A.  When you are sleeping at night, it gets real hot where
22   you are just tossing and turning; and you are just
23   sweating while you are asleep.
24   Q.  Did you -- have you ever seen a correctional officer
25   have difficulty with heat in the summer?
```

02:38:44
02:38:50
02:38:59
02:39:02
02:39:16

*Laura Wells, CRR, RDR*

Direct Examination of Carlos Huerta

```
      1  A.   Yes.

      2  Q.   Tell the judge about that episode.

      3  A.   It was -- I was in my dorm one day; and one of the

      4  officers, he walked in sweating.  And he told me how was I

02:39:33  5  doing.  While he walked past -- he walked past the

      6  restroom towards the back where there is a fan.  And all I

      7  seen is he collapsed.  So everybody just stayed looking at

      8  him.  So I called the officer.  I told him his officer

      9  fell out.

02:39:49 10       So when he saw me, he got on the phone; and I told him

     11  you need to get on your walkie-talkie.  If you get on your

     12  phone, it's going to take more longer to get help for him.

     13       So at that time where I had went, Sergeant Manning had

     14  went and a couple of other officers went; and they helped

02:40:09 15  him up and took him out.

     16       After that, they asked for statements from the other

     17  inmates.  Nobody wanted to give a statement.  But I gave a

     18  statement and told them what happened, that he fell out.

     19  Q.   By "fell out" you mean collapsed?

02:40:21 20  A.   Yes, sir.

     21  Q.   Was that an especially hot day when that happened?

     22  A.   Yes.

     23  Q.   Now, sir, have you ever been diagnosed with a

     24  heat-related illness, meaning heat exhaustion or

02:40:31 25  heatstroke or heat cramps, at the Pack Unit?
```

Direct Examination of Carlos Huerta

1    **A.**   Heat exhaustion.

2    **Q.**   When did that happen?

3    **A.**   Last summer.

4    **Q.**   Was that on July the 4th of last year?

02:40:41    5    **A.**   Yes, sir.

6    **Q.**   Okay.  Tell the judge what happened that day.

7    **A.**   I was in a dorm, and it was really hot.  So I started

8    feeling my body.  I said, you know, when they call rec,

9    I'm going to try to go out and try to get some cool air.

02:40:54   10    When I went out to rec, one of my things for the weight is

11    for me to walk.  So I started walking.  But what I was

12    feeling from inside the dorm, when I went outside, it just

13    doubled what I was already feeling.

14         So sergeant -- I mean, Major Perez was out there.  I

02:41:10   15    had asked him a question.  But I didn't -- when I started

16    going home when rec was called to go to turn in, I started

17    feeling real bad.  So I said -- I drank water.  Still

18    feeling bad.  Took a shower.  Still was feeling bad.  So I

19    asked one -- I got in front of the fan.  That still didn't

02:41:29   20    make me feel better.

21         So I asked Officer Brooks if I could go to medical.  I

22    needed medical assistance.  He called down there.  I went.

23    They gave me water, ice water.  They put a fan in front of

24    me, laid me down and put like a little chill thing on my

02:41:46   25    neck.

*Laura Wells, CRR, RDR*

1    When they took my temperature, they told me, Well,

2    your temperature is a little high.  For us to get an

3    accurate temperature, we're going to have to do a rectum

4    thermometer to get an actual.  It was kind of weird for me

02:41:59   5    at first.  But she is like it is either you take it or you

6    go home.

7        So I said, You know, no.  I'm feeling bad right now.

8    So I might as well.  Let's do it.

9        When she took my temperature, she is like, oh, he is

02:42:10   10   going to the hospital.  Your temperature is way too high.

11       So when they called the 9-1-1, Major Perez, Sergeant

12   Parker had went in; and they started asking her -- the

13   lady questions.  When the ambulance got there, they were

14   saying what is going on.

02:42:26   15       She said, Well, he is going to the hospital.

16       No.  He is lying because I was just talking to him

17   outside.  He was running.

18       I wasn't running.  I was walking.  When he was out

19   there, he never seen me.  I was talking to him at that

02:42:36   20   time.

21       So when she kept arguing about it, she is like, no,

22   sir, there is no way he can lie about it.  It's a rectum

23   temperature.  There is no way you can lie about it.

24       So then after a while he kind of like just went to the

02:42:48   25   side, and they took me to the hospital.

1      So when I went, they did the urine, blood and gave me

2   some fluids; and a couple of maybe, like, two hours later,

3   they told me I had heat exhaustion.

4   **Q.**   And they told you you had heat exhaustion at the

02:43:06   5   hospital?

6   **A.**   Yes.

7   **Q.**   Was that -- what hospital did you go to?

8   **A.**   That was St. Joseph's.

9   **Q.**   I forgot to ask you earlier, sir:  Which dormitory do

02:43:15   10   you live in at the Pack Unit?

11   **A.**   I live in E dorm.

12   **Q.**   And do you live in the upstairs or downstairs part of

13   E dorm?

14   **A.**   I'm on the upstairs.

02:43:22   15   **Q.**   And E dorm is the dorm where you have showers actually

16   in the dormitory?

17   **A.**   Correct.

18   **Q.**   Were you -- when you came back in from being outside

19   and were not feeling well, were you able to take a

02:43:33   20   cold-water shower at that point?

21   **A.**   Yes.

22   **Q.**   And did the cold-water shower help at all?

23   **A.**   No.

24   **Q.**   What did you do after you took the cold-water shower?

02:43:41   25   **A.**   I got in front of the fan.

```
           1    Q.   And did sitting in front of the fan help at all?

           2    A.   No.

           3    Q.   Were you drinking water that day?

           4    A.   Yes.

02:43:49   5    Q.   Were you drinking the -- how much water do you think

           6    you had drank that day before you had the heat exhaustion?

           7    A.   Ten bottles of water.

           8    Q.   Did you drink more than you usually do that day?

           9    A.   Yes.

02:44:05  10    Q.   Okay.  I want to show you a portion of your medical

          11    records, sir.  This is Defendants' Exhibit Number 121.  I

          12    just want to go over this with you.  It says that you

          13    arrived in the clinic at the time was 15:10.  That's about

          14    3:10 in the afternoon.

02:44:24  15         Does that sound about right to you?

          16    A.   It was earlier than that.

          17    Q.   You think it was a little earlier than that?

          18    A.   Yes.

          19    Q.   It says that you were complaining your blood sugar

02:44:39  20    level might be too low or you got too hot.  Is that what

          21    you told the nurse?

          22    A.   No.

          23    Q.   What did you tell the nurse?

          24    A.   That I was being nauseated, lightheaded; and I felt --

02:44:50  25    I wasn't feeling well.
```

1  **Q.**   Now, it says that at 15:15 that your core rectal

2  temperature was 102.3 and your blood sugar was 126.  Do

3  you recall that?

4  **A.**   Yes.

02:45:04  5  **Q.**   Does that sound accurate to you?

6  **A.**   Yes, sir.

7  **Q.**   It says that at 15:20 they talked to the nurse

8  practitioner, Ms. Barbour, and that they received orders

9  to send you to the emergency room 9-1-1 for a diagnosis of

02:45:20  10  heat exhaustion.  Does that sound accurate to you?

11  **A.**   Right.

12  **Q.**   How long did you spend at the emergency room?

13  **A.**   I was there probably around three hours.

14  **Q.**   When did you do -- where did you go after the

02:45:43  15  emergency room?

16  **A.**   Back to the -- back to the unit.

17  **Q.**   Where did you go once you got back to the prison?

18  **A.**   I went back on the dorm.

19  **Q.**   You went back to your dorm at E wing?

02:45:52  20  **A.**   Yes, sir.

21  **Q.**   About what time of day was that?

22  **A.**   It was -- when I got back, it was already after shift

23  change, which was after 6:00.

24  **Q.**   Was it dark out when you got back?

02:46:04  25  **A.**   Yes.

Direct Examination of Carlos Huerta

```
         1   Q.   What happened the next day after the -- after you had
         2   the heat exhaustion?
         3   A.   I went to work.
         4   Q.   What did you -- what was your job in the prison at
02:46:18 5   that time?
         6   A.   At the time, I was going through -- I was going
         7   through vacation.  So we are out on vacation.  So they
         8   gave me -- since the unit was short on hoe squad, they got
         9   all these people down on vacation from education; and they
02:46:36 10  put us on the hoe squad.
         11  Q.   Let me just make sure I understand what you are
         12  testifying.  You were enrolled in an education program at
         13  the prison?
         14  A.   Right.
02:46:43 15  Q.   There was a little break, like a vacation from the
         16  education program?
         17  A.   Yes, sir.
         18  Q.   So during your break from education you were put on
         19  the hoe squad?
02:46:55 20  A.   Correct.
         21  Q.   Tell the judge what the hoe squad is.
         22  A.   The hoe squad is where you pick vegetables, and there
         23  is aisles like in a garden that you are planting like the
         24  seeds of whatever vegetables that they have.  You put it
02:47:09 25  in the ground.  They put a stick in the ground, and you
```

```
 1  put the whatever seed it is.  And the person is behind
 2  you, and they are just patting it with the dirt.
 3  Q.  So you work outside to do that?
 4  A.  Yes.
 5  Q.  What time of day were you doing that work in the hoe
 6  squad?
 7  A.  It depends, because sometimes they will call us
 8  between 6:30 and 7:00.
 9  Q.  In the morning?
10  A.  Yes, sir.
11  Q.  Do you have a different job now, sir?
12  A.  Correct.
13  Q.  What is your current job at the Pack Unit?
14  A.  Paint squad.
15  Q.  I'm sorry?
16  A.  Paint squad.
17  Q.  Paint squad?
18  A.  Yes, sir.
19  Q.  What have you been doing recently on the paint squad?
20  A.  We have been painting.  We have got little decals we
21  have with the word "respite."  So all around the unit we
22  have been going around posting the respite signs.
23  Q.  And when did you start doing that on the paint squad?
24  A.  Last month.
25  Q.  Have you ever gone to use a respite area of the Pack
```

02:47:19 (line 5)
02:47:28 (line 10)
02:47:39 (line 15)
02:47:45 (line 20)
02:48:06 (line 25)

*Laura Wells, CRR, RDR*

1    Unit?

2    **A.**    Yes.

3    **Q.**    Tell the -- how many times have you done that?

4    **A.**    Once.

02:48:15    5    **Q.**    Was that before or after your heat exhaustion episode?

6    **A.**    Before.

7    **Q.**    Tell the judge about that time that you went to the

8    respite area at the Pack Unit.

9    **A.**    It was in the -- in education.  I went one time, but I

02:48:28    10    didn't like the way -- when you go in there any time you

11    want to get some air, some cool air, it's not up to you

12    how long you want to be in there.  Some of the officers,

13    when they feel it's sufficient for them or if they think

14    that you are lying or something, they will tell you --

02:48:43    15    they will give you how many minutes they expect you to get

16    better.  Like, you could be in there a couple of minutes.

17    Oh, you don't need it no more.  You can go back home.  So

18    it depends on what officers are working at the time.

19    **Q.**    The time you went before your episode with the heat

02:48:57    20    exhaustion, how long did you actually get to spend in the

21    respite area?

22    **A.**    Around 30 minutes.

23    **Q.**    Can you go to the respite areas any time you feel

24    like?

02:49:08    25    **A.**    No.

1    **Q.**   Why do you say that?

2    **A.**   Because it's whatever officer is on duty, there is

3    times that you can ask them; and they will either tell you

4    yes or no.  And the majority of the time, they tell you no

02:49:20    5    because they just think you want to get out of the dorm to

6    go BS around.

7              THE COURT:  Do you ever go to the library?

8              THE WITNESS:  No.

9              THE COURT:  Why not?

02:49:29    10             THE WITNESS:  Because the library -- usually, I'm

11    in education.  So I'm in there in the morning.  And when

12    there is times that they do it, there are too many people;

13    and there is only -- they only allow a certain amount of

14    people to go in the library.

02:49:44    15             THE COURT:  So is it always full?

16             THE WITNESS:  Yes.

17             THE COURT:  And do they put a limit on how long

18    you stay?

19             THE WITNESS:  Sometimes, if there is visitors or

02:49:50    20    there is things going on, like sometimes the classrooms go

21    to the library.  And they will have, like, the library is

22    full and there is a little bench and they have up to maybe

23    four people or five people that could sit down.  But at

24    that majority of the time, they don't even go in there

02:50:06    25    that much.

Cross-Examination 54 - Cui us America

```
 1          THE COURT:  How many people does the library
 2   accommodate?
 3          THE WITNESS:  The library is maybe -- like my
 4   class, it fills it up.  So that's, like, 29 people.
 5          THE COURT:  Okay.
 6   Q.   (By Mr. Medlock)  Sir, if respite were scheduled at
 7   the Pack Unit, if you were told everyone in your dorm is
 8   now going to go to a respite area for two to three hours
 9   on the afternoon of the hottest days of the year, would
10   you go?
11   A.   Yes.
12          MR. MEDLOCK:  Pass the witness, Your Honor.
13          THE COURT:  Okay.
14                   CROSS-EXAMINATION
15   BY MR. WARNER:
16   Q.   Thank you.  Good afternoon, sir.
17   A.   How are you doing?
18   Q.   Let me ask you a similar question to the one you were
19   just asked.  If going forward you could ask for respite
20   any time you wanted and get it and stay as long as you
21   want but you had to ask and no one could tell you no,
22   would you take advantage of that?
23   A.   So you get to get your fresh air to get out of the hot
24   dorm, yes.
25   Q.   Okay.  So you would take advantage of respite in those
```

02:50:15 (line 5)
02:50:58 (line 10)
02:51:08 (line 15)
02:51:27 (line 20)
02:51:45 (line 25)

Cross-Examination - Castellanos

1  circumstances just as much as if somebody came and told

2  you you had to go, right?

3  **A.**   I couldn't -- I won't say like the words you say it;

4  but I could say if they ask who wants to go to respite, at

02:52:05  5  the time I would say yes because, like I said, it gets

6  real hot in the dorm.  So you would want to take some

7  advantage to get out of the dorm and get out of the heat.

8  **Q.**   All right.  So if you knew that you could ask and you

9  would be -- whoever you asked would say yes and you could

02:52:20  10  go, you would do that, right?

11  **A.**   Yes.

12  **Q.**   Let me ask you about this incident last year in 2016.

13  So you had spent at least an hour outside in the

14  recreation yard, right?

02:52:43  15  **A.**   Correct.

16  **Q.**   During that time you hadn't just been walking.  You

17  had been running and lifting weights, correct?

18  **A.**   That's incorrect.

19  **Q.**   That's incorrect?

02:52:53  20  **A.**   Yes, sir.

21  **Q.**   Could I get 121 up, please, for ID.  This is the same

22  document that plaintiffs just showed you.  All right.  In

23  any case, this is Defendants' Exhibit Number 121 for

24  identification.

02:53:22  25         THE COURT:  Are you moving for its admission?

1      MR. WARNER:  I'm sorry.  If there is no

2  objection, I'll definitely move for that.

3      (Defendants' Exhibit Number 121 offered into

4  evidence.)

02:53:33    5      THE COURT:  Any objection?

6      MR. MEDLOCK:  Some parts of this document contain

7  hearsay and hearsay within hearsay, Your Honor.  So we

8  would object to that.

9      THE COURT:  Well, there again, when I'm sitting

02:53:41   10  without a jury, I don't mind.  I can filter through

11  hearsay.  So I'm going to allow it.

12      (Defendants' Exhibit Number 121 admitted into

13  evidence.)

14      MR. WARNER:  Thank you, Your Honor.

02:53:48   15  **Q.**  (By Mr. Warner)  So this is the medical report from

16  this incident in July of 2016, right?  Are you able to see

17  that on your screen?

18  **A.**  Yes.

19      MR. MEDLOCK:  Your Honor, we would object to it

02:53:58   20  as being characterized as "a medical report."  There are

21  parts of it that are medical records.  There are parts of

22  it that are not.

23      THE COURT:  I'll keep that in mind.

24      MR. MEDLOCK:  Okay.

02:54:08   25  **Q.**  (By Mr. Warner)  In any case, could we go to Page 2,

*Laura Wells, CRR, RDR*

1  please, of this, TDCJ 111229.  In any case, it certainly

2  is the urgent emergent care record, right?  That's what it

3  says up top?

4  **A.**   Yes, sir.

02:54:24  5  **Q.**   Okay.  Could we move to the next page, please --

6  actually, the page after that.  So ending in 231.  Okay.

7      So here about halfway down the page you see there is a

8  time entry of 15:10?

9  **A.**   Correct.

02:54:52  10  **Q.**   And this just states that you were out in the

11  recreation yard for about an hour and became weak, right?

12  **A.**   Yes, sir.

13  **Q.**   That's accurate?

14  **A.**   Yes.

02:55:01  15  **Q.**   Okay.  Great.  Could we put up what I think is 56 for

16  identification, please.

17      So there was an investigation into this incident,

18  right?  Into this incident that you suffered?

19  **A.**   I wouldn't say an investigation because it was just

02:55:32  20  that one day when they talked to me.  After that, they

21  didn't never ask me any other questions or nothing like

22  that.

23  **Q.**   All right.  So there was an interview at some point of

24  you?  Somebody spoke to you?

02:55:42  25  **A.**   The only thing that they talked to me was -- she is

*Laura Wells, CRR, RDR*

Cross-Examination of Carlos Huerta

```
 1   the lady that is like -- I don't know how to say it.  The
 2   one that gives you advice of drinking water and stuff like
 3   that.  I don't know the job title they have.
 4              THE COURT:  Nurse practitioner or physician's
 5   assistant or what?
 6              THE WITNESS:  She is in the -- she is in the
 7   offices where the major is at.  She says she is in charge.
 8   Like whenever something like this happens, they go and
 9   talk to you and they either give you advice and make sure
10   you are keeping hydrated and stuff like that.
11              THE COURT:  Okay.  All right.
12   Q.   (By Mr. Warner)  Could I ask you to look at the top of
13   this document, please.  Do you see the first line there
14   where it says, "At approximately 15:10 hours Defendant
15   Huerta, Carlos, Number 1910618"?  Is that you?
16   A.   Yes, sir.
17   Q.   Earlier in that line it references the date of
18   July 4th of 2016.  That's the date of the incident you
19   described, right?
20   A.   Yes.
21   Q.   Okay.  And this paragraph here describes complaining
22   of a headache with dizziness, seen by medical staff with
23   an elevated temperature, right?
24   A.   Yes.
25   Q.   Okay.  And then it says that you went to St. Joseph's
```

1    Hospital for further evaluation, right?

2    **A.**   Right.

3    **Q.**   Okay.  So all those facts are true?

4    **A.**   Yes, sir.

02:57:18   5    **Q.**   Okay.  Would you agree with me then that this appears

6    to be an incident report reflecting the incident that

7    happened to you on July 4th of 2016?

8    **A.**   Yes.

9    **Q.**   All right.

02:57:34   10          MR. MEDLOCK:  Your Honor, I just want to be clear

11    that he is adopting the portion that he has been shown

12    thus far, just for the record.

13          THE COURT:  He is doing what now?  I'm not sure I

14    understand the objection.

02:57:46   15          MR. WARNER:  I didn't follow the objection.

16          MR. MEDLOCK:  I'm sorry.  Counsel asked him to

17    endorse the document.

18          THE COURT:  What you see on the screen, you can

19    agree with?

02:57:53   20          THE WITNESS:  Yes.  For the report.

21          THE COURT:  All right.  That's fine.

22    **Q.**   (By Mr. Warner)  Do you agree that this appears to be

23    a document reflecting an investigation into the incident

24    that we have been discussing?

02:58:02   25    **A.**   I look at it more as a report.

*Laura Wells, CRR, RDR*

Cross-Examination of Cassius Aaron

1    **Q.**   A report?

2    **A.**   Yes.

3    **Q.**   Do you agree that it's a report?

4    **A.**   Yes.

02:58:08    5    **Q.**   About that incident?

6    **A.**   Correct.

7    **Q.**   All right.

8              MR. WARNER:  I would like to offer 56, Your

9    Honor?

02:58:12    10        (Defendants' Exhibit Number 56 offered into evidence.)

11             THE COURT:  Any objection?

12             MR. MEDLOCK:  Your Honor, he is not qualified.

13   He has never seen this document before.  He couldn't

14   possibly authenticate it or explain how it came to be

02:58:22    15   created.  Again, we're talking about portions of the

16   document that are not just these pages.

17             MR. WARNER:  Your Honor -- I'm sorry.  I didn't

18   mean to step on you.

19             MR. MEDLOCK:  Is there -- Counsel, are there

02:58:32    20   additional pages to this?

21             MR. WARNER:  There are.  But, Your Honor, the

22   basic rule of authentication is just that there is

23   sufficient facts to show that the document is what it

24   purports to be.  This purports to be a report of this

02:58:45    25   incident, and I think it's been fairly well-established

1    that this clearly is a report of this incident.

2            THE COURT:  Who wrote this?

3            MR. WARNER:  This is a standard TDCJ produced

4    document.  I don't know who wrote it.

02:58:59    5            MR. MEDLOCK:  If I could voir dire him for a

6    second, Your Honor.

7            THE COURT:  Okay.

8                    **VOIR DIRE EXAMINATION**

9    BY MR. MEDLOCK:

02:59:03    10   **Q.**  Mr. Huerta, have you ever seen this document before

11   today?

12   **A.**  No.

13   **Q.**  Did you have anything to do with the creation of this

14   document?

02:59:09    15   **A.**  No.

16   **Q.**  Have you ever seen a document like this before today?

17   **A.**  No, sir.

18           MR. MEDLOCK:  I don't think he can aid in

19   authenticating this document, Your Honor.

02:59:19    20           THE COURT:  Without knowing who wrote it, at

21   least, I think that's too much for me to overlook.  I'm

22   not going to allow it.

23           MR. WARNER:  All right.

24                  **CROSS-EXAMINATION (continued)**

02:59:28    25   BY MR. WARNER:

                              *Laura Wells, CRR, RDR*

1   **Q.**   Could I ask you to move forward in this document for

2   identification just one page.

3         Sir, were you, in fact, on -- this document states

4   that you were interviewed and that you were on a

03:00:17   5   three-week break from something called C -- s-c-h-o-o --

6   okay.   School.   That's great.   You were on a three-week

7   break from school and were about to start a job in the

8   field.   Are those facts true?

9   **A.**   Yes.

03:00:35   10   **Q.**   You were on a three-week break from school?

11   **A.**   Correct.

12   **Q.**   And you were about to start a three-week break in the

13   field?

14   **A.**   Correct.

03:00:43   15   **Q.**   Okay.   And is it true that at about 12:30 hours you

16   participated in the afternoon recreation session?

17   **A.**   Correct.

18   **Q.**   All right.   So, so far both statements here are

19   correct?

03:00:54   20   **A.**   Yes.

21   **Q.**   The next line says you worked out by jogging around

22   the recreation yard several times and lifting weights.   I

23   presume that you dispute that line?

24   **A.**   Yes.

03:01:06   25   **Q.**   So your testimony is that you did not lift weights or

1    jog that day?

2    **A.**    Correct.

3    **Q.**    All right.  Do you recall the interview in which the

4    statements, the first two statements that you agreed with,

03:01:22  5    were collected from you?

6    **A.**    This is the one from -- you are talking about this one

7    right here?

8    **Q.**    Yes.  These first two sentences here that I read to

9    you are correct, right?

03:01:34  10   **A.**    Yes.

11   **Q.**    And they talk about the fact that you had a three-week

12   break from school, right?  And that's not something that

13   appeared in -- correct?

14   **A.**    Yes, sir.

03:01:44  15   **Q.**    And that's not something that appeared in the medical

16   report or anything?

17   **A.**    No.

18   **Q.**    Okay.  So do you recall relating that fact to someone

19   who was looking into this incident?

03:01:53  20   **A.**    No.

21   **Q.**    Okay.  But that's information that you had at that

22   time, right?

23   **A.**    Information to --

24   **Q.**    You knew that you were on a three-week break from

03:02:08  25   school?

*Laura Wells, CRR, RDR*

Cross-Examination - Cued Us America

1   **A.**   Yes.

2   **Q.**   And in order to write this information down here,

3   someone would have to collect it from you, correct?

4   **A.**   Well, I knew -- to answer that question that you are

03:02:19   5   asking me about, you are asking like if I knew about the

6   job that I was going to get?

7   **Q.**   I'm asking if you knew that you had a three-week break

8   from school.

9   **A.**   Yes.

03:02:27   10   **Q.**   All right.  So you went back inside and after you --

11   after your hour or so in the recreation yard, right?

12   **A.**   Right.

13   **Q.**   And you began to not feel great?

14   **A.**   Right.

03:02:50   15   **Q.**   All right.  And you took -- you took a cold shower?

16   **A.**   Correct.

17   **Q.**   How long would you say that you were in that cold

18   shower?

19   **A.**   I was in there, like, around four or five minutes.

03:03:01   20   **Q.**   Why did you choose to get out after four or five

21   minutes?

22   **A.**   Because that's usually what my -- my showers consist

23   of every day.

24   **Q.**   You could have stayed in longer?

03:03:12   25   **A.**   I could have, but like I have -- I have a daily

Cross-Examination of - Castro-Aliseda

1    routine, and that's what I usually take is five minutes.

2    So I don't usually take longer because there are a lot of

3    people in the dorms.

4    **Q.**   All right.  You didn't necessarily know that you had a

03:03:26   5    problem yet, did you?  Did you?

6    **A.**   Well, that was -- that was the extra one where I was

7    already feeling it.  So I took -- usually I don't take

8    cold showers.  I usually take hot showers.  The way I was

9    feeling that day, I took a cold shower to see if it would

03:03:42   10   help me, you know what I mean, to cool my body down.

11   **Q.**   But you only stayed in four or five minutes?

12   **A.**   Yes.

13   **Q.**   All right.  And shortly thereafter, you reported

14   yourself to medical?

03:03:57   15   **A.**   Correct.

16   **Q.**   All right.  And they told you they needed to take your

17   temperature?

18   **A.**   Correct.

19   **Q.**   And they told you they needed to do it rectally,

03:04:06   20   right?

21   **A.**   Correct.

22   **Q.**   Okay.  And you understand that that's a real medical

23   tool, right?

24   **A.**   At first it was kind of -- I didn't understand it as

03:04:14   25   much until I asked the lady that was working in there.

Cross-Examination - Cardis Aubrea

 1    But she cleared up to me and told me that that was the

 2    only precise way to get an accurate temperature.  So I

 3    allowed it to -- because I was feeling sick.  So I told

 4    her to go ahead and go through with it.

03:04:30   5    **Q.**   Got it.  All right.  Okay.  And you had a 102-degree

 6    temperature, right?

 7    **A.**   Yes.

 8    **Q.**   And on that basis, they sent you to the hospital?

 9    **A.**   Correct.

03:04:44  10    **Q.**   Where you were treated?

11    **A.**   Say that again.

12    **Q.**   You were treated at the hospital?  Somebody saw you at

13    the hospital?

14    **A.**   Yes.

03:04:51  15    **Q.**   Okay.  The judge asked you some questions about the

16    library.  Do you recall that?

17    **A.**   Yes.

18    **Q.**   All right.  Now, you said the library is a pretty good

19    space, about 29 people?

03:05:15  20    **A.**   Correct.

21    **Q.**   All right.  Now, were you referring to the law library

22    or the regular library?

23    **A.**   Well, the way it separate -- like in the library, you

24    have your library right here.  There is a wall with books,

03:05:27  25    a bookshelf and then the law library.  So it's separate.

1   So the law library, nobody goes in there.  It's only the

2   library and the benches that they have over there.

3   **Q.**   You were referring to the regular library that they

4   have over there?

03:05:41  5   **A.**   Right.

6   **Q.**   Inmates sign up to use the regular library, right?

7   **A.**   No.  They just -- you mean like when they check out

8   books or supplies?

9   **Q.**   I'm asking if you sign up to spend time in the

03:05:53  10  library.

11  **A.**   No.

12  **Q.**   You don't do that?

13  **A.**   No.

14  **Q.**   Do you sign up to spend time in the law library?

03:05:57  15  **A.**   The law library, yes.  They have to do an I-60 to go

16  into the law library.

17  **Q.**   All right.  So how -- how do you find out on a daily

18  basis whether you can use the regular library?

19  **A.**   Can you be more specific on what you are trying to ask

03:06:13  20  me?

21  **Q.**   If you want to use the library, what do you do?

22  **A.**   Well, that's what I'm trying to figure out what you

23  are asking.  Like use it for a respite or use it to go

24  check out books?

03:06:23  25  **Q.**   Just to go check out books and do library stuff.

*Laura Wells, CRR, RDR*

1  **A.**  To check out books they usually call the certain dorms

2  at a time.  Every dorm has its certain days.

3  **Q.**  All right.  Do you typically go when it's your dorm's

4  time?

03:06:34  5  **A.**  I go when my -- I'm in GED class.  So every Friday our

6  class goes to the library.

7  **Q.**  How long are you there?

8  **A.**  For three hours.

9  **Q.**  Three hours on a Friday?

03:06:45  10  **A.**  Yes.  That's every day.

11  **Q.**  I'm sorry?

12  **A.**  We're in class every day for three hours.

13  **Q.**  Every day for three hours you are in the library?

14  **A.**  No.  I'm in the GED.

03:06:55  15  **Q.**  In the education wing?

16  **A.**  Correct.

17  **Q.**  Okay.  So the education wing attaches to the library,

18  right?

19  **A.**  Yes.

03:07:00  20  **Q.**  They are all in the same sort of area?

21  **A.**  Correct.

22  **Q.**  They are all air-conditioned, right?

23  **A.**  Yes.

24  **Q.**  Okay.  So on a daily basis, is it correct, then, that

03:07:08  25  you spend three hours in the education building because of

1    your classes?

2    **A.**   Correct.

3    **Q.**   Monday through Friday?

4    **A.**   Yes.

03:07:14   5    **Q.**   What about -- not Saturday and Sunday?

6    **A.**   No.

7    **Q.**   Okay.  So five days a week you spend three hours in an

8    air-conditioned environment, right?

9    **A.**   Correct.

03:07:22   10   **Q.**   Just because of your normal schedule?

11   **A.**   Yes.

12   **Q.**   But that's not in the library itself?  That's in a

13   classroom?

14   **A.**   Correct.

03:07:36   15           THE COURT:  It's an air-conditioned space or is

16   it not?

17           THE WITNESS:  Yes, sir.

18           THE COURT:  Okay.

19   **Q.**   (By Mr. Warner)  How many classrooms are back there?

03:07:44   20   **A.**   There is three -- there is, like, five.

21   **Q.**   Five classrooms?

22   **A.**   There is three for GED and then there is some

23   classrooms in the back and then the one, like, for the

24   employees that they could go in there.

03:07:58   25   **Q.**   So how many classrooms are regularly used, if you

*Laura Wells, CRR, RDR*

1    know, by inmates for studying, for school?

2    **A.**   Most of the time it's three; but they have, like,

3    where they do -- it's like the Muslims they have -- like

4    they use the one in the back.  So a majority of the time

03:08:20    5    it will be four classrooms that will be used.

6    **Q.**   So there are four classrooms in the education wing

7    that are regularly used by inmates for school?

8    **A.**   Correct.

9    **Q.**   All right.  And there are -- are they -- are they

03:08:35    10    usually conducting school or something with inmates during

11    business hours?

12    **A.**   Correct.

13    **Q.**   Monday through Friday?

14    **A.**   Yes, sir.

03:08:43    15    **Q.**   What about weekends?

16    **A.**   I know they do the -- it's like the Muslims do their

17    own thing on the weekends.

18    **Q.**   So there are people back there on the weekends but

19    maybe fewer; is that fair?

03:08:56    20    **A.**   Correct.

21    **Q.**   Okay.  How many people fit in one of these classrooms

22    for one of your classes when you are in school?

23    **A.**   At my classroom right now, we have 29.  So it could

24    probably -- you know, they could fit, like, 31 students,

03:09:11    25    you know.

1  **Q.**  All right.  So you put between 29 and 31 students in

2  one of these classrooms every day?

3  **A.**  Yes.

4  **Q.**  For three hours?

03:09:19    5  **A.**  Correct.

6  **Q.**  And the same thing happens in the other three or four

7  classrooms that are next door?

8  **A.**  The three one, yes.

9  **Q.**  And then -- oh, I'm sorry.  There is the three and

03:09:34   10  then there is the one used for religious purposes,

11  correct?

12  **A.**  Correct.

13         THE COURT:  Is there one set of classes in the

14  morning and one in the afternoon?

03:09:42   15         THE WITNESS:  Yes.  They have changes.  It's the

16  changes and then the two GED classes in the morning.  In

17  the afternoon they have the two GED classes, and they

18  have -- there is -- it's another one.  There is another

19  class that the changes has.  It just changes a different

03:09:58   20  name to the afternoon.

21         THE COURT:  I understand.

22  **Q.**  (By Mr. Warner)  So a tiny bit of math.  Typically

23  there are -- if there are, let's say, 30 -- you said 29 to

24  31, right?

03:10:15   25  **A.**  Right.

*Laura Wells, CRR, RDR*

```
03:10:31
03:10:38
03:10:44
03:10:53
03:11:06
```

1   **Q.**  If there are 30 inmates in a classroom and there are

2   three classrooms running during the day between 9:00 and

3   4:00, that's 90 inmates who are in school in the education

4   wing at a time on a given day, Monday through Friday,

5   right?

6   **A.**  Correct.

7   **Q.**  Okay.  And that area is all air-conditioned, right?

8   **A.**  Yes.

9   **Q.**  And those people -- they are not seeking respite,

10  those people, right?

11  **A.**  No, sir.

12  **Q.**  They are just at school?

13  **A.**  Right.

14         THE COURT:  I thought I heard you say five

15  classrooms.  Is it five or three?

16         THE WITNESS:  They have five classrooms which

17  they could use, like, the two back ones.

18         THE COURT:  Yeah.

19         THE WITNESS:  They could use them for like --

20  like they have Spanish ladies that go and teach certain

21  days, and they have more.  So there is five all together

22  the classrooms they could use.

23         THE COURT:  Only three are used each day?

24         THE WITNESS:  Yes, sir.

25  **Q.**  (By Mr. Warner)  And those areas are in addition to

*Laura Wells, CRR, RDR*

1   the library itself?

2   **A.**   Correct.

3   **Q.**   All right.  But that whole wing, five classrooms, law

4   library, regular library, it's all air-conditioned?

03:11:23   5   **A.**   Correct.

6   **Q.**   Okay.

7   **A.**   Could I add something?  On the other classroom it is

8   called cognitive, the one I was trying to figure out.

9   **Q.**   What do they do there?

03:11:34   10   **A.**   That one is like the same as changes.  It's in the

11   afternoon though.  They change it from the two GED to the

12   cognitive.

13   **Q.**   They conduct some other class in the fifth classroom

14   as well?

03:11:44   15   **A.**   No.  It's the three in the morning and the same thing

16   in the afternoon.  They have all day the education.

17   **Q.**   Are you just saying that they switch which room they

18   are using?

19   **A.**   No.  They are in the same classroom.  One of the first

03:11:56   20   ones, it changes to cognitive.  So it's a whole different,

21   I guess, curriculum you would say.

22   **Q.**   Oh, okay.  So it's a different curriculum?

23   **A.**   Yes.

24   **Q.**   But there are still 30 people in there?

03:12:08   25   **A.**   Right.

*Laura Wells, CRR, RDR*

Cross-Examination of Castro-Alberca

1  Q.  Do you find that spending time in the air-conditioned

2  schoolhouse is helpful for you?

3  A.  Yes.

4  Q.  Have I -- are you in school every day, Monday through

03:12:43  5  Friday?

6  A.  Correct.

7  Q.  So have I calculated -- you said three hours a day,

8  right?

9  A.  Yes, sir.

03:12:47  10  Q.  So I have calculated correctly that, just in a typical

11  week just in school, you spend 15 hours in

12  air-conditioning?

13  A.  Yes.

14  Q.  Have you ever taken a cool-down shower that lasted

03:13:16  15  longer than five minutes?

16  A.  The cool-down, sometimes.

17  Q.  What is the longest cold shower that you think you

18  have taken at the Pack Unit?

19  A.  Probably it will be, like, maybe between on, like,

03:13:36  20  five to seven.

21  Q.  Anyone ever tell you that you are not allowed to take

22  a cold shower for longer than seven minutes?

23  A.  No.  Because where I'm at, we have our own showers.

24  Q.  So is it fair to say that you have access to the cold

03:13:50  25  shower pretty much whenever you want it?

*Laura Wells, CRR, RDR*

Redirect Examination of Carlos Huerta

**A.**   Yes.

**Q.**   All right.  You talked a bit about, in dealing with respite, what your experience has been with different officers.  In 2017, this year, this summer, has any officer told you that you cannot access a respite area if you made the request?

**A.**   Myself?

**Q.**   You, you yourself?

**A.**   No.  I haven't asked that.

**Q.**   You haven't asked that?

**A.**   No.

**Q.**   All right.  And if it could be established that you could access a respite area whenever you wanted and no officer could limit you to 30 minutes, that would keep you cool if you needed it, fair?

**A.**   It depends on how long you are in there because there is times that you could go in there; but right when you leave and you are walking to wherever you are going, you start being affected right away.

          MR. WARNER:  All right.  Thank you, Your Honor.  Nothing further.

          THE COURT:  Any redirect?

          MR. MEDLOCK:  Just a bit, Your Honor.

                    **REDIRECT EXAMINATION**

BY MR. MEDLOCK:

*Laura Wells, CRR, RDR*

Redirect Examination of Carlos Huerta

1   Q.   There are -- I think the testimony earlier was that

2   there are 110 other men in the dorm with you; is that

3   right?

4   A.   There is -- the dorm I'm in, we have 56.

03:15:32   5   Q.   There are 56 in your dorm.  And how many cold-water

6   showers are there in your dorm with 56 men?

7   A.   One.

8   Q.   Is there a line to get -- to use the cold-water

9   showers?

03:15:43   10   A.   Yes.

11   Q.   The time -- on July 4th of last year, 2016, when you

12   had the heat exhaustion, you said you showered for four to

13   five minutes to try to cool off?

14   A.   Correct.

03:15:57   15   Q.   After spending four to five minutes in the cold

16   shower, was that helping you at all?

17   A.   No.

18   Q.   Just to clarify, you said the -- you talked about the

19   various classrooms.  Are all those classrooms about the

03:16:14   20   same size?

21   A.   Yes.

22   Q.   And you have mentioned a changes class a couple of

23   times.  I think the Court might benefit from knowing what

24   that is as you understand it.

03:16:23   25   A.   What that is is when you get parole, it's a class to

```
 1  get you ready for your development when you get out on
 2  your release; and they help you find jobs and just set you
 3  up on the right path so when you do get out.
 4          MR. MEDLOCK:  Thank you very much for your time.
 5  We'll pass the witness.
 6          THE COURT:  Okay.  You may step down.  You are
 7  free to go.  Thank you.
 8      Okay.  We're going to try another witness?
 9          MR. EDWARDS:  Yes, Your Honor.  The plaintiffs
10  call Keith Cole.
11          THE COURT:  Mr. Cole, before you take your seat,
12  Mr. Rivera will administer the oath.
13      (Witness sworn by the case manager.)
14          THE WITNESS:  So help me God, yes.
15                        KEITH COLE,
16  having been first duly sworn, testified as follows:
17                    DIRECT EXAMINATION
18  BY MR. EDWARDS:
19  Q.  Good afternoon, Mr. Cole.
20  A.  Good afternoon.
21  Q.  Would you kindly state your name for the record.
22  A.  Keith Milo Cole.
23  Q.  I'm going to try to be as brief as possible, but you
24  answer as thoroughly as you need to.  All right?
25  A.  Yes, sir.
```

03:16:41 (line 5); 03:16:52 (line 10); 03:17:15 (line 15); 03:17:21 (line 20); 03:17:31 (line 25)

*Laura Wells, CRR, RDR*

1    **Q.**   Okay.  How old are you, sir?

2    **A.**   63.

3    **Q.**   Where are you from originally?

4    **A.**   Baton Rouge, Louisiana.

03:17:38   5    **Q.**   How long have you been incarcerated in the Texas

6    Department of Criminal Justice?

7    **A.**   Over 23 years.

8    **Q.**   How long have you lived on the Pack Unit?

9    **A.**   Six years.

03:17:47   10   **Q.**   Do you have a job at the Pack Unit?

11   **A.**   No, sir.  I'm medically unassigned.

12   **Q.**   Would you describe for the Court exactly what that

13   means.

14   **A.**   It means that I'm not required to work because of my

03:17:57   15   medical conditions.

16   **Q.**   And what are those medical conditions briefly, sir?

17   **A.**   I have been diagnosed with cardiovascular disease,

18   triple vessel severe, hypertension, high cholesterol and

19   diabetes.

03:18:10   20   **Q.**   And those are -- those are diseases that are listed

21   on -- you were here when the chart went up on the screen

22   listing those comorbidities, right?

23   **A.**   That is correct.

24   **Q.**   And you have been told that those comorbidities do

03:18:24   25   make you more vulnerable in the heat, correct?

Direct Examination of Keith Cole

```
        1   A.   Yes, sir.
        2   Q.   Okay.  You have been told that by the doctors at UTMB,
        3   correct, or nurses at UTMB?
        4   A.   No, sir.  I have never been informed by any of those.
03:18:36 5   All my information came from me personally reading the
        6   health service policy manual in our offender law library.
        7   Q.   Okay.  And in what dormitory do you live in, sir?
        8   A.   I live in 6 dorm in B section of the main building.
        9   Q.   And that, I take it, does not have air-conditioning,
03:18:52 10  correct?
        11  A.   No, sir, it does not.
        12  Q.   Before I get into kind of how the heat affects you,
        13  those medical conditions you talked about, the
        14  hypertension, the diabetes, do they affect you on a
03:19:10 15  day-to-day basis?
        16  A.   To be honest with you, my -- the only thing that
        17  really affects me would be my cardiovascular disease.
        18  Q.   How does it affect you?  Does it make you tired?  What
        19  does it do?
03:19:20 20  A.   Absolutely.  I'm very limited on the type of things
        21  that I can do.  I can't get upset.  I can't move around
        22  too fast.  I can't overexert myself.  If I do, I'll have
        23  extensive chest pains.
        24  Q.   And it has been explained to you that's why you cannot
03:19:36 25  work, correct?
```

*Laura Wells, CRR, RDR*

1    **A.**   Yes, sir.

2    **Q.**   Do you take prescription medications?

3    **A.**   Yes, sir, I do.

4    **Q.**   You take a fair number, correct?

03:19:52    5    **A.**   That is correct.

6    **Q.**   Okay.  And I take it you have reviewed the list that

7    we saw earlier, and many of those medications are on that

8    list?

9    **A.**   That's correct.

03:20:03   10    **Q.**   Well, rather than belabor that, why don't you tell

11    Judge Ellison what it's like to live in the Pack Unit.

12    **A.**   During the summertime?

13          THE COURT:  Yes, sir.

14          THE WITNESS:  Yes, sir.

03:20:23   15    **Q.**   (By Mr. Edwards)  Thank you for that qualification,

16    sir.  Yes, sir.  Yes.  I appreciate it.

17    **A.**   Yes, sir.  It's -- at times it can be extremely

18    difficult.  Prior to this lawsuit, it was extremely

19    difficult.  You know, since this lawsuit, I have to admit

03:20:36   20    that things have improved quite a bit.

21          THE COURT:  I'm interested in that.  What has

22    improved since the filing of the lawsuit?

23          THE WITNESS:  They have given us ice water.  When

24    I came to the unit prior to this lawsuit, we didn't even

03:20:52   25    have access to ice water.  As a matter of fact, we didn't

*Laura Wells, CRR, RDR*

Direct Examination of Keith Cole

1   have a water fountain at all.  We had to drink out of the

2   sinks.

3        Since this lawsuit, they have installed additional

4   fans in all of our dorms that at times are beneficial.  At

03:21:06  5   times they can be detrimental.  But they are better than

6   what we had before.

7        And, also, the respite program has been implemented;

8   and it's been beneficial, also.

9             THE COURT:  You couldn't -- you couldn't get ice

03:21:18  10  water before the suit was filed?

11            THE WITNESS:  No, sir.  Here is what it was.  We

12  had access.  We would get a water cooler full in the

13  daytime in the morning, and we probably wouldn't see any

14  more ice for the rest of the day.  It wasn't something

03:21:31  15  that was on a consistent basis.

16       Since the lawsuit, I have to admit that we have ice

17  water 24 hours a day, 365 days a year; and I can honestly

18  say that I rarely ever see it run out.

19            THE COURT:  Okay.

03:21:44  20  **Q.**   (By Mr. Edwards)  But to be crystal clear, that was

21  not the case prior to the lawsuit being filed?

22  **A.**   Positively absolutely it was not.

23  **Q.**   Okay.  And I want to talk to you about cool-down

24  showers.  You heard testimony about that, correct?

03:21:54  25  **A.**   Yes, sir.

*Laura Wells, CRR, RDR*

1   **Q.**   Now, there has been testimony now that they are -- you

2   can take a cool-down shower at 4:30 in the morning, 11:30

3   at night, any time you want, sir.  Is that your

4   experience?

03:22:05   5   **A.**   To my knowledge, that's not -- that's not a true

6   statement.  I mean, there is absolutely nobody that I know

7   that can get a cool-down shower unabated at any time they

8   want to.  It just does not happen on our unit.  It's not

9   true.

03:22:20   10   **Q.**   Okay.  Now even if it were true, is it a physical

11   possibility for all 1,400 inmates to take a cool-down

12   shower at once?

13   **A.**   Oh, that couldn't be done.

14   **Q.**   Why not?

03:22:31   15   **A.**   Well, you don't have enough shower stalls.  Now, I

16   believe they could -- if they called it, it would have to

17   be done over a period of several hours.  But it could be

18   accommodated.  They just couldn't do it all at one time.

19   **Q.**   Since the filing of the lawsuit, they have done more

03:22:47   20   in terms of calling out cool-down showers and putting

21   those on a schedule, right?

22   **A.**   In fact, prior to the lawsuit we didn't have cool-down

23   showers at all.

24   **Q.**   Prior to the lawsuit, no cool-down showers.  After the

03:22:56   25   lawsuit, there was a program put in place to have some

Direct Examination of Keith Cole

```
 1  cool-down showers?
 2  A.   That is correct.
 3  Q.   Okay.  And now -- now we have been told that that
 4  is -- there is a morning offering of a cool-down shower
 5  and an evening offering of a cool-down shower.  That's
 6  consistent with your experience, correct, sir?
 7  A.   That's pretty much it, right.
 8  Q.   Okay.  Now, we have also been told that that is
 9  actually -- well, have you ever been provided a piece of
10  paper or seen anything on a bulletin board that says you
11  have access to cool-down showers 24 hours a day?
12  A.   No, sir.  There is absolutely nothing like that ever
13  been posted.  It does not exist.
14  Q.   Okay.  Have you ever been provided a piece of paper or
15  seen anything on a bulletin board that says you can go to
16  respite 24 hours a day simply upon request?
17  A.   No, sir.  That's not what my understanding is of what
18  we have to deal -- the deal you were just showing us
19  earlier, the notice to offenders.
20       MR. EDWARDS:  Will you put the poster up, please.
21  A.   When I look at that, what I see is that before I can
22  go to respite, I have to be sick.  I have to be injured in
23  some type of way.  It starts off by saying "areas are
24  being made available to offenders who are experiencing
25  difficulty due to the heat."  And it ends by saying, "If
```

03:23:09  (line 5)
03:23:21  (line 10)
03:23:37  (line 15)
03:23:53  (line 20)
03:24:07  (line 25)

*Laura Wells, CRR, RDR*

Direct Examination of Keith Cole

        1    you are experiencing difficulty due to the heat, please

        2    notify a staff member."

        3         This is telling me that I have to be injured before I

        4    can go to respite.

03:24:18   5    **Q.**   (By Mr. Edwards)  Now, I'll represent to you that this

        6    policy, deficient as it is -- let me withdraw that.

        7         This policy called "notice to offenders" didn't come

        8    about until 2015, more than a year after the lawsuit was

        9    filed; isn't that correct?

03:24:37  10    **A.**   That is correct.

       11    **Q.**   Okay.  Prior to this lawsuit being filed, there was no

       12    respite policy at all, was there?

       13    **A.**   I think it could've saved a lot of lives if there

       14    would have been one.

03:24:50  15    **Q.**   Okay.  Now, a year afterwards, this got put up; and

       16    your expectation of that, to be clear, was that you had to

       17    be sick or have difficulties during the heat; is that

       18    fair?

       19    **A.**   That is the understanding right now.

03:25:04  20    **Q.**   Okay.  Now, you have since come to learn that you

       21    don't have to be sick in order to use respite, correct?

       22    **A.**   And the only way I found that out was from you.

       23    **Q.**   Okay.  Let's be a little more clear about that.  When

       24    we were at the last preliminary injunction, a corporate

03:25:22  25    representative for the Texas Department of Criminal

                                    *Laura Wells, CRR, RDR*

1    Justice named Cody Ginsel testified that 24/7 on demand
2    access to respite was, in fact, the policy at the Pack
3    Unit and system-wide.
4         Now, did you believe us when we told you that
5    initially?
6    **A.**   Initially, no, we didn't.  I couldn't conceive that.
7    **Q.**   We provided -- we provided the testimony to you,
8    though; isn't that correct?
9    **A.**   That is correct.
10   **Q.**   Okay.  Did that convince you that, yes, you now had
11   access?
12   **A.**   It convinced me that we had access, yes.
13   **Q.**   Now, let me ask you about that.  I want to talk to you
14   about training.  Have you ever received training, an
15   actual statement from someone from TDCJ who comes and
16   talks to you and says respite is available 24 hours a day,
17   seven days a week, no ifs, ands or buts?
18   **A.**   No, sir, they haven't.  In fact, I even asked the
19   safety officer, Ms. Allison.  I have asked her about that.
20   How come you are not giving us training on respite?  You
21   posted these movies and stuff about heat exhaustion and
22   things happening in the workplace.  Why don't you give us
23   something about respite?  She has never responded.
24   **Q.**   Now, we heard talk about a video.  Do you recall that?
25   **A.**   Yes, sir.

03:25:40 (line 5)
03:25:48 (line 10)
03:26:01 (line 15)
03:26:18 (line 20)
03:26:34 (line 25)

Direct Examination of Keith Cole

```
         1  Q.  That video -- the first time you have ever been

         2  provided that video was this year, correct?

         3  A.  I think I saw it last year.

         4  Q.  Okay.  After the preliminary injunction?

03:26:43 5  A.  Right.

         6  Q.  Okay.  So -- okay.  Two years after the lawsuit was

         7  filed.  Okay.

         8  A.  Yes, sir.

         9  Q.  Now, on that video, you saw that again this year,

03:26:51 10  right?

        11  A.  That's correct.

        12  Q.  No mention whatsoever of respite areas on that video,

        13  is there?

        14  A.  None whatsoever that I know of.

03:26:58 15  Q.  Do you know of any reason why that video couldn't have

        16  contained the sentence "respite areas are available

        17  24 hours a day, seven days a week to all inmates at the

        18  Pack Unit"?

        19  A.  You would think that would be the thing to do.

03:27:11 20  Q.  Do you know of any reason why that video couldn't

        21  contain the statement, "We really think for your own

        22  benefit that you would be protected from potential danger

        23  if you went to respite a certain amount of time"?  Was

        24  that on the video?

03:27:24 25  A.  No, sir.
```

Direct Examination of Keith Cole

 1          MR. WARNER:  Objection.  Leading.  Foundation.

 2          THE COURT:  Yeah.  I think these questions have

 3   been a bit leading.

 4          MR. EDWARDS:  Okay.

03:27:32   5   **Q.**   (By Mr. Edwards)  Do you know of any reason why such

 6   statements like that couldn't be on the video, sir?

 7   **A.**   Why they are not on the video?

 8          MR. WARNER:  Objection.  Leading.

 9          THE COURT:  I'm going to allow that one.

03:27:41   10   **A.**   I personally believe that the respite program, if it

11   was a full-scale program where all the offenders knew they

12   had unabated access to it, it wouldn't work.

13          THE COURT:  Why is that?  Too much crowding?

14          THE WITNESS:  Yes, sir.  It would be impossible.

03:27:54   15   There is absolutely no way that they could sit here and

16   say that they can accommodate.  As a matter of fact, if 15

17   or 20 people try to go to respite, they have a hard time

18   just accommodating us.  That's about how many use respite

19   on my unit right now.  It's only about 15 of us.  The same

03:28:09   20   faces every day.

21          And if they were to, let's say, send 10 percent of the

22   offenders, 140 or 150 offenders to respite at one time,

23   there is just no place to actually put them during the

24   day.  It just can't be done.

03:28:25   25          And the schools -- the schools they are talking about

*Laura Wells, CRR, RDR*

        1    that they could use for respite, during the daytime they
        2    have classes going on in there.
        3         And all of the different places that they have listed
        4    right here, there is nothing there that you can
03:28:36  5    accommodate a whole lot of offenders at one time.
        6         Now when it's just a few like it is now, respite is
        7    working fine.
        8              THE COURT:  I'm having trouble on this.  So only
        9    a few people are taking advantage of respite right now?
03:28:48 10              THE WITNESS:  Right now, sir, there is about 15
       11    offenders who religiously go to respite every day.
       12              THE COURT:  Now, why do those 15 know they can do
       13    that and others don't know they can do that?
       14              THE WITNESS:  Well, you have certain offenders
03:29:01 15    living more assertive than others; and they are not afraid
       16    to get up against the system.  They will get out, like I
       17    do.  But the vast majority of offenders on my unit, they
       18    are afraid.  They just don't know.
       19    Q.   (By Mr. Edwards)  Let's also discuss the possibility
03:29:14 20    of everybody going to respite all at once for a moment.
       21    Let me refer you to Defendants' Exhibit Number 93, which I
       22    guess we would move to admit.
       23         (Defendants' Exhibit Number 93 offered into evidence.)
       24              THE COURT:  A defendants' exhibit?  Surely they
03:29:26 25    have no objection to that, huh?

                        *Laura Wells, CRR, RDR*

```
 1              MR. WARNER:  No.

 2              THE COURT:  Admitted without objection.

 3         (Defendants' Exhibit Number 93 admitted into

 4    evidence.)

 5    Q.   (By Mr. Edwards)  All right.  You have been to the

 6    infirmary, correct?

 7    A.   Yes, sir.

 8    Q.   Okay.  Now the infirmary, if you could describe it,

 9    there is kind of a little square building where you might

10    go that is the waiting area, right?

11    A.   Yes, sir.

12    Q.   Okay.  And there is some hallways, right?  Long

13    hallways?

14    A.   Yes, sir.

15    Q.   Now, do you think realistically you could put 175

16    people in that room?

17    A.   As far as -- no, sir.  And as far as respite goes,

18    just the other day, sir, I was in the infirmary; and it

19    was full.  And there was about six of us that went in for

20    respite.  And they didn't have room for but three of us.

21    The other three had to stand up because all the other

22    offenders that were in there were in there for medical

23    treatment.  The infirmary is just not a practical place

24    for respite on the average day at my unit because it is

25    being used for --
```

1    MR. EDWARDS:  May I approach the witness, Your

2  Honor?

3    THE COURT:  You may.

4  **A.**  -- the regular medical treatment.

03:30:27  5  **Q.**  (By Mr. Edwards)  Your Honor -- Mr. Cole, would you

6  read what TDCJ says the offender capacity is for the

7  infirmary.

8  **A.**  It's --

9  **Q.**  That number right there.

03:30:35  10  **A.**  -- 176, 176 offenders.

11  **Q.**  Point six, right?

12  **A.**  Right.

13  **Q.**  You think maybe 10 or 15, right?  Maybe 20?

14  **A.**  Is that this number they are trying to say total?

03:30:51  15    MR. WARNER:  Objection.

16  **A.**  Total offenders at one time?

17    THE COURT:  Is there an objection?  I didn't hear

18  it.

19    MR. WARNER:  I did object to leading.

03:30:59  20  **Q.**  (By Mr. Edwards)  I'm withdrawing the question.

21  How many offenders do you think you could put in the

22  infirmary, sir?

23  **A.**  Sitting down?

24  **Q.**  Let's start with sitting down.

03:31:07  25  **A.**  Five, ten, 20 tops.

*Laura Wells, CRR, RDR*

Direct Examination of Kelli McCabe

 1              THE COURT:  Does that include all the seating --
 2   20 people would occupy all the seating in the infirmary?
 3              THE WITNESS:  Yes, sir.  And that's -- that's
 4   including adding some additional fold-out chairs that they
03:31:23  5   have.
 6              THE COURT:  That's 20 people including people who
 7   are there for medical reasons as opposed to purely respite
 8   reasons?
 9              THE WITNESS:  Yeah.  Because if you are using it
03:31:31 10   for medical and it's full, there is really no place -- no
11   place for respite.
12              THE COURT:  No.  The 20-person capacity is all
13   counted?
14              THE WITNESS:  Would be total.  Total.  Everybody.
03:31:41 15   That would be -- that would be my opinion.
16              THE COURT:  Okay.
17              MR. EDWARDS:  Could you pull up the lower admin
18   hallway, please.
19   **Q.**   (By Mr. Edwards)  This lower admin hallway that we
03:31:53 20   have heard a little bit about.
21   **A.**   I have spent many days in it.
22              MR. EDWARDS:  Okay.  If we could see a photograph
23   of that.  Do you know the exhibit number?
24              MR. MEDLOCK:  It's part of two, Plaintiffs'
03:32:16 25   Exhibit 2.

*Laura Wells, CRR, RDR*

Direct Examination of Kelvin Cole

```
                    THE WITNESS:  That's it.
 2   Q.   (By Mr. Edwards)  Okay.  Is that an accurate photo of
 3   the lower admin hallway?
 4   A.   That is correct.
 5   Q.   Okay.  And one of the respite areas that they have
 6   chosen is located next to administrative segregation?
 7   A.   Seg -- administrative segregation -- there is the
 8   doorway.  Do you see the little orange light coming out of
 9   it at the very end of the hallway?
10   Q.   Uh-huh.
11   A.   That is administrative segregation right there.
12   Q.   So the Court understands, what happens if someone has
13   to come out of administrative segregation?
14   A.   Well, I have had that actually happen to me, sir.
15   Q.   What happened to you?
16   A.   I was in there with about six other offenders, and we
17   were standing right there.  Lieutenant Perez came in and
18   gave us a direct order to get out.
19   Q.   Okay.
20   A.   And he said because we couldn't be in lower
21   administration in case there was a -- some type of
22   emergency or security concern in ad seg, we would be
23   blocking access to it and delaying their access to
24   security -- to ad seg.
25   Q.   Okay.  Is that an area that you have to stand in?
```

1  **A.**  There is no place to sit.

2  **Q.**  Okay.  Do you want to take a guess what the offender

3  capacity, according to TDCJ for the -- for that

4  administrative hall is, according to TDCJ?

03:33:28  5  **A.**  If we are stuck in there like sardines standing up,

6  probably 50.

7  **Q.**  They wrote 59, sir.

8  **A.**  I could see that.  If we were standing shoulder to

9  shoulder like sardines, you could probably squeeze 59

03:33:42  10  people in there, yes, sir.

11  **Q.**  Okay.  And is -- is that your understanding of

12  respite, standing up like sardines, shoulder to shoulder?

13  **A.**  No, sir, it's not.

14  **Q.**  Okay.  Would anyone go if they were standing shoulder

03:33:51  15  to shoulder?

16  **A.**  No, sir, they wouldn't.

17  **Q.**  Okay.  Go to the barbershop.

18  **A.**  I have spent many a day in there, also.

19  **Q.**  How many people can you put in the barbershop in

03:34:10  20  respite?

21  **A.**  11.

22        THE COURT:  Why have you spent many days in the

23  barbershop?

24        THE WITNESS:  Because that's the main place we go

03:34:16  25  for respite.  That's the very first place they put us.

*Laura Wells, CRR, RDR*

Direct Examination of Keith Cole

1  That's where we start off.  It's right next to the
2  searcher's desk, and that's the start of our little
3  Ping-Pong that we go through every day.  It starts right
4  there.

03:34:28  5  **Q.**   (By Mr. Edwards)  They put 15.  But the most you have
6  ever seen in there is 11 or 10?

7  **A.**   There are only places to sit 11 people.  I would also
8  like to also point out the two barber chairs.  If you are
9  there for respite, you are not allowed to sit in those
03:34:40  10  chairs.  I have been put out of those chairs several times
11  by Captain Marshall.  He has told me, You can't sit there.
12  You can only sit on the benches.  So those two chairs
13  cannot be used for respite.

14  **Q.**   Let's talk about the concept of wellness checks.  Do
03:34:53  15  you recall testimony about that?

16  **A.**   Yes, sir, I do.

17  **Q.**   Okay.  Have you ever seen a wellness check done on an
18  inmate that lasted 30 full seconds to a minute by a
19  correctional officer?

03:35:07  20  **A.**   No, sir.

21  **Q.**   The wellness checks -- wellness, in quotes, checks are
22  no different than the checks that happen during the
23  winter?

24  **A.**   That's correct.

03:35:29  25  **Q.**   A couple of questions.  I think I know the answer, but

*Laura Wells, CRR, RDR*

Direct Examination of Keith Cole

1  let's see.  During -- have you ever been nudged or woken
2  up at night as part of one of these, quote-unquote,
3  wellness checks?
4  **A.**  I have.
03:35:43   5  **Q.**  Have you ever been asked a question?
6  **A.**  Are you breathing?  Are you alive?  That's the main
7  questions.  Are you alive?  That's the main one.
8  **Q.**  Okay.  And they move on after that?
9  **A.**  That's correct.
03:35:54  10  **Q.**  No more than five seconds?
11  **A.**  If that.
12  **Q.**  Okay.  Have you ever been asked, Are you hot?
13  **A.**  No, sir.
14  **Q.**  Have you ever been asked, Have you been drinking
03:36:03  15  water?
16  **A.**  No, sir.
17  **Q.**  Have you ever been asked, Do you think you might need
18  medical attention?
19  **A.**  No, sir.
03:36:11  20  **Q.**  Do you know if you were on the so-called heat
21  vulnerable list that gets you access to these wellness
22  checks, sir?
23  **A.**  To my knowledge, I think I am on that list; but I
24  wasn't on it until after the lawsuit.  I tried to get on
03:36:26  25  it, but they wouldn't put me on it.

*Laura Wells, CRR, RDR*

```
            1    Q.   Okay.  Before the lawsuit, you weren't on any sort of
            2    wellness checklist?
            3    A.   They refused to put me on it.
            4    Q.   After the lawsuit, you have been put on one?
03:36:35    5    A.   That is correct.
            6    Q.   Okay.  You have also seen other inmates get these
            7    nudges or checks, right?
            8    A.   Yes, sir.
            9    Q.   Close enough to sometimes hear what the officers may
03:36:43   10    say?
           11    A.   Right.
           12    Q.   Have you ever --
           13          MR. WARNER:  Objection.  Leading.
           14          THE COURT:  Well, that's not leading.  I'll allow
03:36:50   15    that.
           16    Q.   (By Mr. Edwards)  Have you ever heard any of the
           17    officers say to any of the other men, Are you feeling hot?
           18    A.   No, sir.
           19    Q.   Are you sick?
03:36:58   20    A.   No, sir.
           21    Q.   Do you need medical attention?
           22    A.   No, sir.
           23    Q.   Have you been taking -- drinking enough water?
           24    A.   No, sir.
03:37:05   25    Q.   Do you know of any reason why there couldn't be
```

Direct Examination of Keith Cole

```
 1   training for the correctional officers on exactly that
 2   topic, sir?
 3   A.   I don't see -- I don't think it would be that
 4   difficult to do it.
 5   Q.   Okay.  Now, back to the heat that you experienced.
 6   Okay.  Does it affect your ability to breathe?
 7   A.   That's the main problem I have when it gets extremely
 8   hot is breathing.
 9   Q.   Would you describe in your own words how your
10   breathing is affected and whether it's a day-to-day
11   occurrence during the summer?
12   A.   Yes, sir.  When it's extremely hot, I always have a
13   hard time breathing.  It feels like I'm suffocating.
14   That's the best way to describe it.  It just feels like
15   you are sucking in air, but you are not sucking in air.
16   You have the sensation of suffocating.
17   Q.   Have you ever been in any facility that's as hot as
18   the Pack Unit?
19   A.   No, sir.
20   Q.   Do you have any physical symptoms when you are forced
21   to endure or when you live in the Pack area housing unit?
22   Have you ever suffered any sort of injuries as a
23   consequence of the heat?
24   A.   I have -- I think I do every day.  I mean, if you go
25   by what they claim are the symptoms for heat stress or
```

03:37:16
03:37:39
03:37:52
03:38:05
03:38:19

1    heat exhaustion, I think I suffer the heat -- some type of

2    heat-related injury just virtually ever day.

3    **Q.**   Do you ever suffer headaches in the summer?

4         THE COURT:  Have you ever what now?

03:38:33   5         MR. EDWARDS:  I'm sorry.

6    **Q.**   (By Mr. Edwards)  Have you ever suffered headaches in

7    the summertime?

8    **A.**   I don't get headaches.  No, sir, I don't.

9    **Q.**   What about dizziness?

03:38:40   10   **A.**   Yes, sir.  I get dizzy quite a bit.

11   **Q.**   Do you ever get dizzy in the winter as compared to the

12   summer months?

13   **A.**   I can't say I get dizzy in the summertime at all.

14   **Q.**   What about nausea?  Do you ever experience that?

03:38:52   15   **A.**   I feel like I'm nauseated sometimes, also, yes.

16   **Q.**   Is that only in the summer months?

17   **A.**   Basically in the summer months more than any other

18   time.

19   **Q.**   Do you ever feel shortness of breath?

03:39:01   20   **A.**   Yes, sir.

21   **Q.**   Is that more often in the summer months when it's hot,

22   or is that at all times?

23   **A.**   It's always -- most of my debilitating conditions

24   affect me in the summertime versus the wintertime.

03:39:14   25   **Q.**   Okay.  What about sleeping?  Does the heat affect your

Direct Examination of Keith Cole

1  ability to sleep?

2  **A.**   Yes, sir, it does in many, many, many ways.

3  **Q.**   Would you tell the Court how?

4  **A.**   Well, first of all, it's not only the heat that I have

03:39:26  5  to deal with when I try to sleep at night, Your Honor.

6  It's also some of the remedial measures that they have in

7  place.

8      See, on my dorm they have installed these real high

9  intensity fans that are extremely loud because of the

03:39:41  10  electricity of these motors.  And last year they installed

11  an additional one.

12      So not only do I have to deal with the heat at night

13  to try to sleep, I also have to deal with these

14  high-intensity fans with the noise level.

03:39:54  15          THE COURT:  Well, are you better off with the

16  fans or without them?

17          THE WITNESS:  I would say I would be better off

18  with them because it helps circulate the air, but there

19  are times that it's so hot that I would just be better

03:40:03  20  with them off.

21          THE COURT:  Because they are just blowing hot

22  air?

23          THE WITNESS:  They are just blowing hot air.  I

24  understand at certain temperatures the fans can be

03:40:09  25  detrimental.  Not only just the fans but also the remedial

*Laura Wells, CRR, RDR*

Direct Examination of Kenith Cole

```
03:40:26
```

 1    measure, they open up this exit door that's up high in the

 2    picket where the officers walk.  Now, this door has no

 3    screens on it.  So in the evening time and at night we

 4    have got just all kinds of bugs, mosquitoes, beetle bugs

 5    just flying in the door unabated.

 6         And not only that, we have to deal with the window

 7    screens that have holes in them.  And we have -- there are

 8    so many war stories about the window screens, it's unreal.

 9         So it's not just the heat I have to deal with trying

10    to sleep, it's some of the remedial measures they have in

11    place to prevent me from getting hot that prevent me from

12    sleeping.

13    **Q.**  (By Mr. Edwards)  The bugs, is that something that is

14    common in the summertime?

15    **A.**  Everybody is going to tell you the same story:  the

16    little black bugs and the little green bugs.  Now, they

17    don't have a bite that is as intense as an ant or a bee,

18    but they sting you and it's irritating, more than

19    anything.

20    **Q.**  Does it hurt?

21    **A.**  Yes.  It's a bite.

22    **Q.**  Does the heat affect your ability to concentrate?

23    **A.**  All the time.  Especially when I'm trying to type.

24    Sometimes I just can't even remember the simple spelling

25    of words.

*Laura Wells, CRR, RDR*

Direct Examination of Kelt th Cole

```
         1   Q.  Well, I mean, does it affect -- I mean, does it affect

         2   all areas like reading, watching TV, et cetera?

         3   A.  It can.

         4   Q.  Is it easier to do those activities in the other

03:41:21 5   months?

         6   A.  Yes, it is.  As a matter of fact, I don't have

         7   problems at all in the winter months.

         8   Q.  Okay.  Does the heat cause you to feel fatigued?

         9       THE COURT:  He has already said that.  He has

03:41:31 10  already testified to that.

        11   A.  Right.

        12   Q.  (By Mr. Edwards)  Oh, and not to belabor, what do you

        13   see other inmates doing to protect themselves from the

        14   heat or deal with the heat, sir?

03:41:46 15  A.  My dorm alone I -- there are fellows that are right

        16   now probably laying on their boxes with a wet towel on

        17   their chest and they have their fan sitting in their laps

        18   with the fan blowing directly on them trying to stay cool.

        19       Several guys in my dorm will be on the floor right now

03:42:03 20  trying to stay cool.

        21       And everybody wets their T-shirts down and wets their

        22   towels down and they try to stay cool.

        23       THE COURT:  You have been at TDCJ for 23 years

        24   plus?

03:42:17 25      THE WITNESS:  That is correct.
```

1          THE COURT:  And six years in the Pack Unit?

2          THE WITNESS:  That is correct.

3          THE COURT:  Is Pack Unit better than, worse than

4    or the same as other places you have been housed?

03:42:26  5          THE WITNESS:  In many a ways, it's pretty much

6    all the same to me.

7          MR. EDWARDS:  Do you have anything further, Your

8    Honor?

9          THE COURT:  I don't need anything.

03:42:44 10   **Q.**  (By Mr. Edwards)  Okay.  I want to talk to you about

11   you have actually been diagnosed by the doctors at UTMB

12   with heat exhaustion from the Pack Unit, correct?

13   **A.**  That is correct.

14   **Q.**  Okay.  That was recorded before this suit was filed,

03:43:00 15   correct?

16   **A.**  Right.

17   **Q.**  Okay.  Now, I want to have a better understanding of

18   -- the windows in your dorm open, correct?

19   **A.**  Yes, sir.

03:43:11 20   **Q.**  They are -- they are -- it's not really mesh.  It's

21   kind of like some sort of metal screen, right?

22   **A.**  Right.  They weren't designed for -- for use for

23   window screens, no.

24   **Q.**  How much of this pen could fit through the grating?

03:43:19 25          MR. EDWARDS:  May I approach, Your Honor?

*Laura Wells, CRR, RDR*

Direct Examination of Keith Cole

```
 1              THE COURT:  You may.
 2     A.   Well, my eyes are terrible.  My eyes are terrible.
 3     But you can -- the first -- well, you see the clear
 4     plastic?  All that part will go in there, from the tip to
 5     the little clear plastic part.
 6     Q.   (By Mr. Edwards)  From here I am pointing at here or
 7     up here?
 8     A.   You could go up here.  But the picture that you have,
 9     it really illustrates it.  You could actually see how big
10     the holes are.
11             THE COURT:  What is the screen for if it doesn't
12     keep things out?
13             THE WITNESS:  To keep us from throwing trash out
14     and stuff like that.
15             THE COURT:  Okay.
16             THE WITNESS:  See, originally, when that place
17     was originally designed, it had screens that we could
18     actually remove ourselves, Your Honor.  And a few years
19     back, some genius decided to bolt those screens in.  Once
20     they bolted those screens in, offenders couldn't clean
21     them anymore.
22             THE COURT:  Well, was it actually a problem that
23     people were throwing trash out?  I can see the point.
24             THE WITNESS:  Yes.  But, also, we also would take
25     them out to clean them, to clean the screens.  The screens
```

03:43:38
03:43:46
03:43:53
03:44:02
03:44:13

1    are dirty all the time.  When they checked -- when they

2    bolted them down, offenders were no longer able to clean

3    the screens.  So as we tried to clean them, we started

4    damaging them.

03:44:26    5         And the reason why they put that heavy wire mesh in is

6    because every time they would put a new screen in, within

7    a few days it would be torn out again.  But that was done

8    because some -- because some genius decided to bolt up the

9    original designed screens down.  Because for 20 years,

03:44:40   10    those screens could be removed without being damaged; and

11    they were.  And the screens did not start getting

12    damaged --

13         THE COURT:  The problem was people throwing trash

14    out of them.

03:44:49   15         THE WITNESS:  Well, trash and also being able to

16    pull them out and clean the deals.  But it wasn't really

17    trash we were throwing out.  It was more like feeding the

18    birds.  That was one of the main things we were doing,

19    feeding the animals and stuff, throwing food out to feed

03:45:01   20    the animals.  So it wasn't really throwing trash out.

21    **Q.**   (By Mr. Edwards)  Sir, do you know of any reason why

22    they couldn't put a mesh screen over that as it exists

23    now?

24    **A.**   No reason why you couldn't.

03:45:12   25    **Q.**   That would solve the bug problem, wouldn't it?

*Laura Wells, CRR, RDR*

```
 1  A.   That would solve the bug problem.
 2  Q.   All right.  The Power Breezers, are you in a dorm with
 3  the Power Breezers?
 4  A.   Yes, sir, I am.
 5  Q.   Does it help cool down the dorm?
 6  A.   It doesn't do anything.
 7  Q.   Have you walked up to them and experienced them?
 8  A.   I have.  And if you -- it shoots a little mist out.
 9  So common sense will tell you if you are in front of a fan
10  and there is a light mist coming out, you are going to
11  feel the cooling effect right there.  But if you step back
12  three feet, you don't feel any difference at all.  It's
13  just a regular fan.
14  Q.   Okay.  I want to thank you.  Oh -- yeah.
15       MR. EDWARDS:  Nothing further, Your Honor.  Thank
16  you.
17                       CROSS-EXAMINATION
18  BY MR. WARNER:
19  Q.   Good afternoon, sir.
20  A.   Good afternoon to you.
21  Q.   So let me start here.  There has been a great deal of
22  improvement in the past few years in the measures that are
23  taken at the Pack Unit to protect inmates from heat,
24  correct?
25  A.   Yes, sir.
```

03:45:22  (line 5)
03:45:36  (line 10)
03:45:49  (line 15)
03:46:13  (line 20)
03:46:31  (line 25)

*Laura Wells, CRR, RDR*

1    **Q.**   Okay.  And you testified that you can access ice water

2    24 hours a day, seven days a week now?

3    **A.**   365 days a year.

4    **Q.**   Well, that's great.

03:46:48   5    **A.**   Yes, sir, it is.

6    **Q.**   And there are more fans than there used to be?

7    **A.**   That is correct.

8    **Q.**   Even though, in some cases, you are not a big advocate

9    for the fans?

03:47:00   10   **A.**   To my understanding, even TDCJ says they are

11   detrimental when the temperature reaches a certain degree.

12   **Q.**   And the respite program has been implemented or

13   expanded, one of those, right?

14   **A.**   That's correct.  But still, no one is using it.

03:47:17   15   **Q.**   Well, you are?

16   **A.**   Yes.  But the only reason why I'm using it is because

17   you see these hired guns we have here today, they are

18   backing me up.  That's the only reason why I have the

19   confidence to be here today.

03:47:28   20   **Q.**   Let me ask you --

21            THE COURT:  Just a second.  Are you finished with

22   your answer or not?

23            THE WITNESS:  Yes, sir.

24            THE COURT:  Did you finish your answer, sir?

03:47:35   25            THE WITNESS:  Yes, sir.

*Laura Wells, CRR, RDR*

```
 1              MR. WARNER:  Object to the narrative as

 2    nonresponsive.

 3    Q.   (By Mr. Warner)  You use the respite areas pretty much

 4    every day; is that correct?

 5    A.   Every single day, sir.

 6    Q.   Okay.  You talked a little bit about the showers.

 7    Let's talk about that before we go on to respite.  You

 8    know that cool-down showers are called out for everyone at

 9    least twice a day, correct?

10    A.   Yes, sir, it is.

11    Q.   Okay.  And at that time, those times during the day,

12    every dorm is reached out to; and if they want to go take

13    a cold shower, they can do so, correct?

14    A.   That is correct.

15    Q.   All right.  But you do not think that you are free to

16    ask for a cold shower other times of the day; is that

17    right?

18    A.   We are not -- we are not free -- we don't have

19    unabated access to showers every day.  No, sir, we do not.

20    Q.   Sir, let me just ask you to answer the question that I

21    ask.

22    A.   We do not have unabated access to showers on our unit.

23              THE COURT:  Okay.  Is there a fixed time every

24    day you do have access?

25              THE WITNESS:  That is correct.
```

03:47:47
03:48:11
03:48:27
03:48:46
03:48:58

*Laura Wells, CRR, RDR*

```
 1              THE COURT:  What is the time?
 2              THE WITNESS:  We normally shower in the mornings
 3    about between 6:00 and 8:00.  And then, sometimes they
 4    will run the cool-down showers around 12:00 and then run
 5    another one about 7:30 or 8:00 at night.
 6              THE COURT:  So three times you can go?
 7              THE WITNESS:  That is correct.  But it's not
 8    unabated.  You have to go those times and those times
 9    only.
10    Q.   (By Mr. Warner)  Have you yourself asked for a
11    cool-down shower at a different time?
12    A.   No, sir, I have not.
13    Q.   So you have never been denied because you have never
14    asked?
15    A.   That is correct.
16    Q.   Let's talk about respite.
17    A.   Okay.
18    Q.   You, obviously, are not in charge of the respite
19    program, correct?
20    A.   That is correct.
21    Q.   All right.  And you are not in charge of staffing it,
22    right?
23    A.   No, sir, I am not.
24    Q.   You are not in charge of the areas of the prison that
25    are air-conditioned?
```

*Laura Wells, CRR, RDR*

1    **A.**   No, sir, I'm not.

2    **Q.**   All right.  You are not in charge of securing the

3    safety of inmates?

4    **A.**   No, sir.

03:50:05   5    **Q.**   Okay.  You are not in charge of emergency response at

6    the present?

7    **A.**   No.  No, sir.

8    **Q.**   You don't have any authority whatsoever to determine

9    who can use respite, right?

03:50:21   10    **A.**   I don't have -- no, sir, I don't.

11    **Q.**   Or when they can use it?

12    **A.**   No, sir, I don't.

13    **Q.**   Or how the respite program is to be implemented,

14    right?

03:50:32   15    **A.**   That's correct.

16    **Q.**   Or how any space in the prison is to be used, correct?

17    **A.**   That is correct.

18    **Q.**   All right.  And you haven't done any analysis of how

19    many people could be accommodated in respite in any given

03:50:56   20    area of the prison?

21    **A.**   Well, based on my knowledge of the unit, yes, I have.

22    **Q.**   You have an opinion?

23    **A.**   That's what it would be, yes.

24    **Q.**   But you are not responsible for making that happen?

03:51:05   25    **A.**   Oh, no, I'm not.

*Laura Wells, CRR, RDR*

Cross-Examination of Keith Cole

```
 1   Q.   You talked a little bit about medical, and I don't
 2   think we saw a photo of medical.  How many patient rooms
 3   do you think there are in the infirmary?
 4   A.   There is one -- not counting the x-ray room, I think
 5   there is three, maybe four at tops, four tops.
 6   Q.   You think there are four patient rooms in the entirety
 7   of the infirmary?
 8   A.   Well, it depends on what you mean when you say
 9   "patient rooms."  You mean permanent patient rooms or
10   where they can see patients on a daily basis?
11   Q.   Let me back up and ask it this way:  How many rooms
12   total do you think are in the infirmary?
13   A.   One, two, three, four -- maybe about ten; but I'm
14   guessing.  I'm just guessing.
15   Q.   So you don't know the answer to how many rooms there
16   are in the infirmary?
17   A.   I sure don't.
18   Q.   There is a hallway in the infirmary that sort of forms
19   a U, right?  You walk down and you turn left and you come
20   back?
21   A.   That's correct.
22   Q.   All right.  And there are rooms to the right and left
23   of the hallway on each side?
24   A.   That is correct.
25   Q.   And there is rooms in the back?
```

03:51:33
03:51:45
03:51:58
03:52:10
03:52:16

Cross-Examination of Keith Cole

1    **A.**   Yes, sir.

2    **Q.**   Okay.

3    **A.**   And I would like to point out when I made my statement

4    about how many offenders have -- could be put in there, I

03:52:27  5    was only referring to the waiting --

6    **Q.**   Sir, what I'm going to do is ask you not to --

7         MR. EDWARDS:  Your Honor, if I might.  I have

8    repeatedly in this courtroom been told that the witness is

9    sworn under oath to tell the truth.

03:52:38  10        THE COURT:  That's right.  We're going to let him

11   answer.  We're going to let him answer.  The question was

12   there is rooms in the back.

13        You said, I would point out when I made my statement

14   about how many defendants could be put there, I was only

03:52:48  15   referring to the way --

16        THE WITNESS:  To the waiting area where offenders

17   are allowed to go on a daily basis.

18        THE COURT:  The waiting area?

19        THE WITNESS:  The waiting area.  That's what I

03:52:59  20   said.  If they want to use it for respite, that's the only

21   place they are going to be putting us was in this waiting

22   area.  I was referring to the number based on just the

23   waiting area, not the entire size of the infirmary itself.

24   **Q.**   (By Mr. Warner)  All right.  So -- and when you say a

03:53:12  25   "waiting area," there is a waiting area up in front of

1  that long hallway, right?

2  **A.**  Yes, sir.

3  **Q.**  And people sit there and they wait and see the

4  physician?

03:53:21  5  **A.**  Yes, sir.

6  **Q.**  And then when they go to see the physician or whoever,

7  they walk down the hallway; and they go to a room?

8  **A.**  That is correct.

9  **Q.**  And the size of the overall infirmary is much larger

03:53:32  10  than the waiting room?

11  **A.**  That is correct.

12  **Q.**  All right.  And there are many rooms back there that

13  you haven't accounted for, correct?

14  **A.**  That is correct.

03:53:38  15  **Q.**  Again, you don't have any authority whatsoever to

16  determine which or any of those rooms can be used for

17  respite in any given circumstances, right?

18  **A.**  But common sense would dictate, if you look in the

19  room, what it could be used --

03:53:53  20       MR. WARNER:  Sir, I am going to ask you -- I'm

21  going to object to the answer as unresponsive.

22       THE COURT:  Just a second.  Do you have any

23  authority as to which rooms could be used for respite?

24  The question was:  Do you have any authority whatsoever?

03:54:10  25  That question is not very well formulated.  Why don't you

*Laura Wells, CRR, RDR*

Cross-Examination of  Keith Cole

```
 1   reask the question.
 2          MR. EDWARDS:  Your Honor, if this question is
 3   seriously does this man have authority to determine who
 4   could go in the waiting room --
 5          THE COURT:  Well, that's why I thought it didn't
 6   make a whole lot of sense.  Please ask another question.
 7   Q.  (By Mr. Warner)  You can't determine whether people
 8   use that area for respite, right?
 9   A.  No, sir, I cannot.
10   Q.  Someone else -- someone in authority determines that?
11   A.  That is correct.
12   Q.  All right.  So when you say that it can't be used for
13   respite, that is a guess?
14   A.  I'm just saying common sense would tell me if you have
15   got computers in the room, if you have got desks in the
16   room, you have got examining tables in the room, in order
17   for you to effectively use that for a respite area, you
18   would have to move all that out.
19   Q.  All right.  But you don't know whether that can be
20   done?
21   A.  I'm not saying it can't be used.
22   Q.  So you don't know?
23   A.  But on a practical basis, it couldn't be used, no,
24   sir.
25   Q.  So you don't know whether that could be done?
```

*Laura Wells, CRR, RDR*

1    **A.**   No.  I just gave you my answer, sir.

2    **Q.**   Likewise, with other respite areas, you don't have any

3    insight into the process by which those decisions are made

4    about whether they can be used for respite, right?

03:55:25    5    **A.**   How they are made, no, sir, I do not.

6    **Q.**   Okay.  I apologize.  I don't have the number.  We need

7    that chart up.

8           MR. EDWARDS:  It's Plaintiffs' Exhibit 93.  I'm

9    sorry.  Defendants' Exhibit Number 93.

03:55:47    10   **Q.**   (By Mr. Warner)  I have got it.  So we spent some time

11   on this chart.  This chart has, essentially, four columns,

12   right?

13   **A.**   Location, square footage, offender amount and

14   capacity, right.

03:56:09    15   **Q.**   Right.  And on the left-hand column, location of

16   respite area, this just lists series of locations,

17   correct?

18   **A.**   That is correct.

19   **Q.**   All right.  And the second column from the left, total

03:56:19    20   square feet, just gives the number for how large it is?

21   **A.**   That would be unabated; is that correct?  That would

22   be unabated square footage, or would that be with

23   computers and file cabinets and phones and all other

24   things they have in these areas?

03:56:32    25   **Q.**   All I'm asking you is what the document says.

*Laura Wells, CRR, RDR*

```
 1   A.   That's what I'm asking you.  Is it unabated?
 2            THE COURT:  There is no need for this jousting.
 3   Tell me what area you are asking about the square footage
 4   of.
 5            MR. WARNER:  Your Honor, what I am asking about
 6   is the document.
 7            MR. EDWARDS:  The document speaks for itself,
 8   Your Honor.  If he is just asking him to say whether it
 9   says 15 feet, it says 15 feet.
10            THE COURT:  Is that what you are asking is just
11   to confirm what is on the document?
12            MR. WARNER:  It was the beginning, Your Honor.  I
13   am going somewhere with it.
14            THE COURT:  Go ahead and ask your next question
15   then.
16            MR. WARNER:  All right.  Thank you.
17   Q.   (By Mr. Warner)  You don't know how this document was
18   created, do you?
19   A.   I have never seen it before in my life.
20   Q.   All right.  And you don't know what its purpose is?
21   A.   I guess it's to convince the courts that you have
22   enough square footage to house all the offenders on our
23   unit in air-conditioning at one time.
24   Q.   But you don't know whether it is?
25   A.   I'm assuming that's what it is for.
```

03:56:45
03:56:54
03:57:03
03:57:15
03:57:25

*Laura Wells, CRR, RDR*

Cross-Examination of Resch Case

```
            1              THE COURT:  Okay.  You don't know.  That's fine.
            2              THE WITNESS:  I don't know.  Pack Unit respite
            3   breakdown.
            4   Q.  (By Mr. Warner)  And you don't know whether -- you
03:57:52    5   don't know where the numbers on the right-hand column come
            6   from, do you?
            7   A.  The offender capacity?
            8   Q.  Yeah.
            9   A.  I would assume that you would divide the square
03:58:02   10   footage into the total square footage, and that would give
           11   you the basic idea of what the capacity would be.  I'm
           12   looking at 15 divided by 300.  That's what it appears to
           13   be anyway.
           14   Q.  And for square feet per offender, this document lists
03:58:16   15   15 for every entry, correct?
           16   A.  That is correct.
           17   Q.  So that appears to be a rule of some kind that's been
           18   applied to this document?
           19              MR. EDWARDS:  I have to object that that calls
03:58:24   20   for speculation and assumes facts not in evidence.
           21              THE COURT:  If you have a basis for that and he
           22   would know, go ahead and ask that.
           23              MR. EDWARDS:  My real objection is I don't think
           24   there is a rule.  So the suggestion even to the Court, I
03:58:38   25   have an issue with it.
```

1          THE COURT:  He is just asking if he knows what
2     the rule is that's been applied to this document.  I would
3     gather you have no way of knowing that, right?
4          THE WITNESS:  (Shaking head side to side.)
03:58:47    5          THE COURT:  Let's move on.
6     Q.  (By Mr. Warner)  You don't know whether there has been
7     any additional analysis of how many people could fit into
8     these various areas in different varying circumstances, do
9     you?
03:59:01   10     A.  Again, like I said, common sense dictates that I can
11     estimate how many people could fit in that lieutenant's
12     office right now.  And I guarantee you that you can't fit
13     14 offenders in that lieutenant's office, unless you stack
14     them in like sardines, and you still couldn't get 14
03:59:19   15     offenders in that lieutenant's office right now and I
16     challenge you to do so.
17          THE COURT:  Okay.  All right.  That's enough.
18     Q.  (By Mr. Warner)  My question is really:  You don't
19     know whether the authorities at the Pack Unit have looked
03:59:33   20     at, for example, the education building and used these
21     numbers to reach some other conclusion, do you?
22     A.  I have no idea, sir.
23     Q.  No idea.  Okay.  So this is just raw data, correct?
24     Someone would have to apply this to a real world
03:59:52   25     situation, correct?

04:00:05

04:00:21

04:00:45

04:01:27

04:01:47

 1  **A.**   Absolutely.  Pack Unit respite breakdown.

 2  **Q.**   And the process of applying this data and these spaces

 3  to a real world situation would depend very much on what

 4  was going on, right?

 5          THE COURT:  I think we have moved beyond the core

 6  competence of this witness.  Let's get to a different line

 7  of questions.

 8          MR. WARNER:  All right, Your Honor.  Thank you.

 9  **Q.**   (By Mr. Warner)  I want to ask you, Mr. Cole, about

10  something you said about the Pack Unit.  Do you recall

11  when the Court asked you whether -- how the Pack Unit

12  compared to other prisons that you have been at?

13  **A.**   Yes, sir, I do.

14  **Q.**   Okay.  And your testimony was that it's pretty much

15  the same; is that right?

16  **A.**   That's correct.

17  **Q.**   Okay.

18          MR. WARNER:  I'm sorry, Your Honor.

19          THE COURT:  It's all right.

20  **Q.**   (By Mr. Warner)  So you can't really differentiate

21  between how the staff treat inmates at the Pack Unit as

22  compared to other prisons that you have been at?

23  **A.**   Depending on what you mean by that.  You know, what

24  way?  There is a lot of things that staff do.  You know,

25  to give you an example --

Cross-Examination of - Keith Cole

1      THE COURT:  In terms of the living conditions,

2  the heat and water, things like that, is there any

3  difference or is it all pretty similar?

4      THE WITNESS:  I can't really say because I have

04:01:57    5  never been on a unit prior to this that had a respite

6  program or cool-down showers or any of the remedial

7  measures that we have now.  So I really can't say.

8      THE COURT:  So the remedial measures now are an

9  improvement over other places?

04:02:13   10      THE WITNESS:  Yes, sir.  Absolutely.  Absolutely.

11      THE COURT:  Okay.  That's helpful.

12  **Q.**  (By Mr. Warner)  And that's great to know.  I guess

13  what I would -- another thing I would like to ask is, you

14  know, what about the people?  Is it really your view and

04:02:29   15  your testimony today that you can't draw a distinction

16  between how solicitous, how concerned the unit staff is at

17  the Pack Unit as compared to other prisons that you have

18  been in?

19  **A.**  I really can't.  What I can do is I can compare prior

04:02:51   20  to this lawsuit and what it is now on this unit.  I can do

21  that.

22  **Q.**  Okay.  You gave a deposition in August of 2015, right?

23  **A.**  Yes, sir, I did.  Very extensive.

24  **Q.**  All right.  And in that deposition, just like you did

04:03:09   25  today here in court, you had to take an oath to tell the

Cross-Examination of - Keeton Cole

1    truth, right?

2    **A.**   Yes, sir, I did.

3    **Q.**   And you did tell the truth?

4    **A.**   To the best of my knowledge.  I told, to the best of

04:03:16  5   my knowledge, the truth.

6    **Q.**   All right.  I'm going to invite your attention to a

7    couple of pages in your --

8           MR. EDWARDS:  Excuse me.  If he wants to say "Do

9    you recall testifying X" and get an answer from the

04:03:25  10  witness and properly impeach him, if it is impeachment

11   testimony --

12          THE COURT:  Well, he hasn't heard yet.  I think I

13   know where he is going.  Let's see if he can get there.

14   If you want to point to a difference between what you

04:03:40  15  think he said then and what you think he said today, let's

16   do that.

17          MR. WARNER:  I would like to invite his attention

18   to his deposition, Your Honor.  That's all.

19          THE COURT:  Okay.

04:03:49  20          MR. WARNER:  Could we pull up Page 191 and 192 of

21   his deposition.

22          MR. EDWARDS:  Your Honor, again, I don't think a

23   predicate has been laid to put a deposition up.  I don't

24   want to overemphasize this; but I mean, I know you can

04:04:17  25  make the distinction.  But I mean --

 1             THE COURT:  I'm not sure --

 2             MR. WARNER:  I wouldn't put it up in front of a

 3    jury, Your Honor.

 4             THE COURT:  I'm not sure I understand your

04:04:24    5    objection.

 6             MR. EDWARDS:  That a proper predicate has not

 7    been laid as to whether or not he -- I assume this is

 8    impeachment.

 9             THE COURT:  I assume it is.

04:04:32   10             MR. EDWARDS:  In order to impeach, my

11    understanding is you have to give the witness, "Do you

12    recall saying X, Y or Z?"

13             THE COURT:  That's what he intends to do.

14             MR. WARNER:  I intend to do so.  I wouldn't put

04:04:41   15    this up if there were a jury in here.  I'm just using it

16    instead of handing it to him.

17             THE COURT:  Okay.

18    **Q.**  (By Mr. Warner)  Could you scroll up a little so we

19    could see that it is in fact.  Okay.  This is your

04:04:58   20    deposition --

21    **A.**  Yes, it is.

22    **Q.**  -- on August 26th, correct?

23    **A.**  I remember talking about the McConnell Unit.  You are

24    absolutely correct.  Yes, I do.

04:05:04   25    **Q.**  Okay.  Great.  So at the bottom here, if you'll turn

                                    *Laura Wells, CRR, RDR*

Cross-Examination of - Keith Cole

1    to the transcript that I have placed in front of you,

2    starting at Line 15 you are asked the question:

3         "Can you compare how the officers' professionalism at

4    the McConnell Unit compared to the officers'

04:05:20    5    professionalism here at the Pack Unit?"

6    **A.**   Okay.

7    **Q.**   And you answered:

8         "There is no comparison.  It's pathetic over there,"

9    meaning the McConnell Unit.

04:05:28    10   **A.**   Uh-huh.

11   **Q.**   That's your testimony, right?

12   **A.**   That is correct.  But I was under the impression that

13   the question you asked me about the Pack Unit was in

14   regards to extreme heat conditions, you know.  And I

04:05:35    15   clearly stated if you rolled it back and let me read what

16   it first says there.

17        It says that I was only there until May.  I just

18   started -- it just started getting hot.  But I was blessed

19   that I didn't have to be there when the heats were

04:05:48    20   extreme.

21        So in other words, when we're talking about comparing

22   Pack Unit with McConnell, I was under the assumption we

23   were talking about extreme heat conditions, which I wasn't

24   exposed to in the McConnell Unit, sir.

04:06:01    25   **Q.**   So you were not --

*Laura Wells, CRR, RDR*

**A.** I wasn't talking about extreme, about that. When we
were talking about the professionalism of the officers,
Pack Unit officers are way more professional than officers
over at McConnell; but they have to deal with a different

04:06:14   class and different style of offender over there.

THE COURT: Okay. That's good.

**Q.** (By Mr. Warner) That's fine. Thank you.

MR. WARNER: If I could have one moment, Your
Honor.

04:06:43   THE COURT: Yes.

MR. WARNER: Thank you. Just one more question,
Your Honor.

THE COURT: Yes, sir.

MR. WARNER: Thank you.

04:07:25   **Q.** (By Mr. Warner) I'll be very brief. When we were
discussing the chart earlier --

**A.** Yes, sir.

**Q.** -- and how much space is available for respite --

**A.** Yes.

04:07:33   **Q.** -- how many people could fit in --

**A.** Yes.

**Q.** -- you are assuming normal operating conditions,
right?

**A.** That is correct.

04:07:38   **Q.** All right. You don't have any idea how many people

1 could be accommodated if additional measures were taken?

2 **A.** Such as?

3 **Q.** Suspending operations.

4 **A.** Because that's what it would take. That's my point.

04:07:49 5 **Q.** I'm just asking. You don't have any idea what that

6 would -- how many people could be accommodated?

7 **A.** If you wanted to put 15 offenders in the lieutenant's

8 office, you would have to first move the computers and the

9 file cabinets and the desks. That's the only way you

04:08:02 10 could do it.

11 **Q.** So is the answer no?

12 **A.** Are you going to really remove computers out of these

13 offices?

14     THE COURT: That's good. We don't have any

04:08:10 15 redirect, do we?

16     MR. EDWARDS: No, Your Honor.

17     THE COURT: You may step down.

18     THE WITNESS: Thank you, sir.

19     THE COURT: Do we want to break for the day?

04:08:14 20     MR. EDWARDS: I think that that would be --

21     THE COURT: Okay.

22     MR. MEDLOCK: Your Honor, I think that we would

23 like to break for the day. Could we have an opportunity

24 to speak with the inmate witnesses who I don't think we

04:08:26 25 need to bring back tomorrow? I just need, like, ten

Cross-Examination of Keith Cole

1    minutes to explain to them why their testimony might not

2    be needed.

3              THE COURT:  Do you have any objection to that?

4              MR. WARNER:  No objection.

04:08:33    5              THE COURT:  That's fine.  Thank you all very

6    much.  Thank you.

7         (Proceedings concluded at 4:08 p.m. and continued on

8    Day 2.)

9    *Date: July 27, 2017*

10                    ***COURT REPORTER'S CERTIFICATE***

11        *I, Laura Wells, certify that the foregoing is a*

12   *correct transcript from the record of proceedings in the*

13   *above-entitled matter.*

14

15                         */s/ Laura Wells*
                    _____

16                    *Laura Wells, CRR, RMR*

17

18

19

20

21

22

23

24

25