# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-20529

United States District Court
Southern District of Texas
FILED

DEC - 8 2017

David J. Bradley, Clerk of Court

MARVIN RAY YATES; KEITH COLE; JACKIE BRANNUM;
RICHARD ELVIN KING; FRED WALLACE; MICHAEL DENTON,

    Plaintiffs–Appellees,

versus

BRYAN COLLIER; ROBERTO M. HERRERA;
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

    Defendants–Appellants.

4:14-CV-1698

Appeal from the United States District Court
for the Southern District of Texas

ORDER:

    IT IS ORDERED that appellees' unopposed motion to view and obtain sealed documents is GRANTED.

                                     /s/ Jerry E. Smith
                                    JERRY E. SMITH
                                    United States Circuit Judge

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 08, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-20529   Keith Cole, et al v. Bryan Collier, et al
                USDC No. 4:14-CV-1698

The court has considered the motion of Fred Wallace, Michael Denton, Jackie Brannum, Marvin Ray Yates, Richard Elvin King, Keith Cole to view non-public and/or sealed material in the record on appeal.  Unless the court granted access to one or more specific documents ONLY, the court orders that the counsel for Fred Wallace, Michael Denton, Jackie Brannum, Marvin Ray Yates, Richard Elvin King, Keith Cole may obtain from the District Court all ex parte documents *that were filed on behalf of* appellees that are contained in the record on appeal and all other sealed documents *that were not filed ex parte* that are contained in the record on appeal.  The non-public and/or sealed materials from the record on appeal are for your review ONLY.  This material should be maintained in your office under seal, and if provided to you in original paper, return to the District Court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Christina Gardner
Christina A. Gardner, Deputy Clerk
504-310-7684

Mr. David J. Bradley
Mr. Jeff S. Edwards
Mr. David James
Mr. Scott Charles Medlock
Ms. Leah O'Leary
Mr. Michael C. Singley
Mr. Craig Michael Warner