UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, et al., | § | |
|     Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-1698 |
| | § | |
| | § | |
| BRYAN COLLIER, et al., | § | |
|     Defendants. | § | |
| | § | |

## DEFENDANTS' NOTICE OF FORTY-FOURTH SUPPLEMENTAL DISCLOSURES TO PLAINTIFFS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Defendants Bryan Collier, Robert Herrera, and the Texas Department of Criminal Justice, by and through their attorneys of record, the Office of the Attorney General for the State of Texas, and file this Notice of Defendants' Forty-Fourth Supplemental Disclosures to Plaintiffs pursuant to Rule 26, Fed. R. Civ. P.

    Respectfully submitted,

    **KEN PAXTON**
    Attorney General of Texas

    **JEFFREY C. MATEER**
    First Assistant Attorney General

    **BRANTLEY STARR**
    Deputy First Assistant Attorney General

    **JAMES E. DAVIS**
    Deputy Attorney General for Civil Litigation

LACEY E. MASE
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Craig M. Warner*
**CRAIG M. WARNER**
Assistant Attorney General
Co-Counsel
State Bar No. 24084158
Southern District ID No. 1786468
Craig.Warner@oag.texas.gov

**DARREN McCARTY**
Special Counsel for Civil Litigation
Co-Counsel
Texas Bar No. 24007631
Southern District ID No. 28364
Darren.McCarty@oag.texas.gov

**LEAH J. O'LEARY**
Assistant Attorney General
Co-Counsel
State Bar No. 24079074
Southern District ID No. 1563191
Leah.Oleary@oag.texas.gov

**JOHN S. LANGLEY**
Assistant Attorney General
Co-Counsel
Texas Bar No. 11919250
Southern District ID No. 14478
John.Langley@oag.texas.gov

**BRIANA M. WEBB**
Assistant Attorney General
Law Enforcement Defense Division
State Bar No. 24077883
Southern District No. 252516

Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin TX 78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS FOR BRYAN COLLIER, ROBERT HERRERA,** AND THE **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

## NOTICE OF ELECTRONIC FILING

I, **CRAIG M. WARNER**, Assistant General of Texas, do hereby certify that I have electronically submitted for filing **Defendants' Notice of Forty-Fourth Supplemental Disclosures to Plaintiffs** in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 20th day of December, 2017.

*/s/ Craig M. Warner*
**CRAIG M. WARNER**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **CRAIG M. WARNER**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants' Notice of Defendants' Forty-Fourth Supplemental Disclosures to Plaintiffs** has been served by placing same for delivery via CMRR, on this 20th day of December, 2017 addressed to:

*Attorneys for Plaintiff*　　　　　　　　　　　　　　**CMRR: 7010 1870 0000 9847 3285**
Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street,
Austin, Texas 78702-1908

*/s/ Craig M. Warner*
**CRAIG M. WARNER**
Assistant Attorney General