United States District Court
Southern District of Texas
**ENTERED**
January 31, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-1698 |
| | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before this Court are requests from class members to be removed from the class. The Court has ordered that Class Counsel propose notice and a standardized form through which inmates can request removal from the class. (Doc. No. 960.)

There is no absolute right of opt-out in a rule 23(b)(2) class. *In re Monumental Life Ins. Co.*, 365 F.3d 408, 417 (5th Cir. 2004). The Court, in its discretion, may allow for opt-outs in its management of the class action. *See id.*; Fed. R. Civ. P. 23(d). The pending requests for removal, whether by motion (Doc. Nos. 870, 908, 909, 910, 911, 913, 923, 934, 940, 941, 942) or letter to the Court, are denied. The pending requests were submitted to the Court before the class members received adequate notice regarding their rights as class members and the consequences of such removal.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 31st day of January, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1