United States District Court
Southern District of Texas
**ENTERED**
January 31, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEITH COLE, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. 4:14-cv-1698 |
| § | |
| BRYAN COLLIER, et al., § | |
| § | |
| Defendants. § | |
| § | |

## ORDER

The Court publishes this order to reiterate and clarify the effect of the current preliminary injunction upon TDCJ's ability to transfer prisoners at this time. This order does not alter the injunction that is currently in place. The purpose of this document is to provide clarity to class members regarding the status of the injunction.

The Court entered an injunction in July 2017 requiring TDCJ to house individuals in the heat-sensitive subclass in areas with an apparent temperature of 88 degrees or less. Doc. No. 737 at 96-97. This requirement was in effect through October 30, 2017 and is not currently in effect. The requirement goes into effect again on April 15, 2018, through October 30, 2018. (Doc. Nos. 854, 955.)

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 31st day of January, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1