## UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

David Bailey, et al.
  *Plaintiff(s),*

v.                                                           Case No. 4:14–cv–01698

Bryan Collier, et al.
  *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Status Conference**

DATE:   **2/2/2018**

TIME:   **01:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**
**515 RUSK COURTROOM 3–A**
**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**                              Date: February 2, 2018

By Deputy Clerk, A. Rivera