KEITH COLE, et al,
Plaintiffs,

v.

BRYAN COLLIER, et al
Defendants

§
§
§
§
§
§
§

CIVIL ACTION NO: 4:14-CV-1698

United States Courts
Southern District of Texas
FILED
FEB 05 2018
David J. Bradley, Clerk of Court

ADVISORY BRIEF CONCERNING
TDCJ-ID "BAD FAITH CONTRACT"
ACTIONS WHILE SETTLING OUR
INMATE PROPERTY CLAIMS ON
11/10/17

On 11/10/17 TDCJ-ID DID COME TO THE LEBLANC UNIT TO ATTEMPT TO SETTLE INMATE PROPERTY CLAIMS AS THEY TOLD JUDGE ELLISON THEY WOULD IN A PREVIOUS BRIEF (APPX. 10/2017). After some RESEARCH IN THE LAW LIBRARY I FOUND OUT ABOUT "BAD FAITH CONTRACTS" IN WHICH PARTIES ARE COERCED INTO SIGNING DOCUMENTS TO SETTLE FOR ITEMS THAT THEY DID NOT AGREE TO. ALSO, TDCJ-ID HAD STATED IN A PREVIOUS BRIEF TO THE JUDGE THAT THEY WOULD CREATE A DOCUMENT TO EXPEDITE SETTLEMENT CLAIMS, APPOINT A PERSON ON THE UNIT TO PASS OUT THIS DOCUMENT TO ALL INMATES, AND FURTHER, ENCOURAGE ALL INMATES TO FILE. THIS IS NOT WHAT HAPPENED.

On 11/10/17 WHEN TDCJ-ID ATTEMPTED TO SETTLE WITH ME THEY HAD NOT YET PASSED OUT THE EXPEDITED DOCUMENT, APPOINTED AN overseer TO ENCOURAGE US TO FILE, OR EXPLAIN TO US ABOUT DAMAGED property, LOST PROPERTY, OR STOLEN PROPERTY CLAIMS. INSTEAD, WE WENT THROUGH A HAGGLING PROCESS WHERE I WAS TOLD "TAKE IT OR LEAVE IT". THIS MADE me FEEL AS IF IT WAS I EITHER TAKE THIS OR GET NOTHING.

(PG. 1)

Furthermore, I was given old stale items that TDCJ-ID had confinscated from other inmates: soups and pork skins that were stale and very old. I was also given ranch dressings that were not even sold on commisary anymore. TDCJ-ID did not give me back the actual items that I had claimed were either lost or stolen, they made it seem as if I had to take this or nothing. Furthermore, they tried to give me a used radio and night-light that I didn't even seek damages for. Also, since TDCJ-ID ran out of confinscated property they were using to settle with the lady who was settling with me asked if I would take a pair of size 10½ New Balance used tennies shoes, and stated "this was it." I wear a size 8½, but I took it because I was under the impression that I wouldn't get anything if I didn't take this.

Secondly, after this process I was ushered over to another table and a man told me to fill out this paperwork which ended up being the <u>EXPEDITED FORM</u> (PROPERTY DAMAGE) that TDCJ-ID had told the judge they were going to pass out to all inmates. They didn't pass it out only "tacked it on" at the end of the haggling process with no explanation. Furthermore, in hindsight, I now remember that the form had the wording <u>DAMAGED PROPERTY</u> on the heading. I never filed for damaged property, only lost/stolen property. Since no overseer had passed out the forms, or explained anything to me, I knew nothing about damaged property relief.

(Pg. 2)

Please allow the court to find in my previous personal advisory brief to the court concerning this very issue (apprx. Oct/Nov. 2017) Evidence in the form of Step 1 and Step 2 grievance concerning lost/stolen property claims only. No where have I ever filed a claim for damaged property.

Lastly, I was coerced into a "bad faith contract," told there was no more commissary, only to find out later that on the last few claims inmates were given brand new (exact) items straight out of the commissary on the Leblanc unit.

The following is personal accounts from other inmates who live on my 68 man pod who have also been treated in this same fashion: (Leblanc Unit 2 Bldg. F-Pod)

---

[A.] I experienced the same type of treatment when settling the first time Huntsville came. I was given head phones that did not work, even though headphones were not on my claim. Also, food that was not edible, or, what I was claiming was lost. After the process of "take it or leave it, this is all we are offering" I was asked to sign a document and when I asked about the damaged property the person told me that they were not at liberty to discuss "anything" I later filed a claim for damaged property that has not been acknowledged. This system was not fair to the inmates on the first

settlement attempt by the state on (11-10-17). Please look into this matter.

Jason Powell Smith #1118548

**B.)** I, Lupe Hernandez, also recieved "a Bad Faith Contract", I was given stale food items, a hot pot that leaks and a pair of boots a size too big and a lot older than the pair that I never recieved. I was also told to take these items because it was all I would ever be offered to replace the property I never recieved. This all occured on 11-10-17. I was never told that we would be able to make a claim for my damaged property that was deliberately thrown from a semi into the rain and left there for days. When this property was finally given to me weeks later everything was moldy and wet.

I was tricked into signing paperwork for damaged property when I was only suppose to be signing for lost and stolen property.

(Pg. 4.)

1-30-18

Today, T.D.C.J came to the LeBlanc Unit and did not acknowledge my claim for damaged property as they told Honorable Judge Ellison, they would.

Lupe Hernandez
#1515902

Andy, Lupe

[C.] Today on 1-30-18 T.D.C.J. was at the LeBlanc Unit in Beaumont TX. to settle on Lost and Damage property. On my damage close Relation photos of my Loved ones TDCJ Reps told me that they would not settle or give any settlement on my personal pictures. My pictures of my mother now dead were real valueable to me. Could you please assit me on this matter

Dennis Capps
#1772509
Dennis W. Capps

(Pg. 5)

# APPENDIX A.

This appendix compiles a list of EACH INMATES DAMAGED PROPERTY CLAIM(S):

| James A. Meeks III | | Jason P. Smith | |
|---|---|---|---|
| #543366 | | #1118548 | |
| 1 DAKES STUDY BIBLE | $50.00 | 2 Columbian Coffee | $3.80 |
| 3 Sweetner | $2.85 | 1 Peanut-Butter-Cookie | $1.50 |
| 30 Ramen Soups | $9.00 | 1 Corn Chips | $1.50 |
| 3 Columbian Coffee | $5.70 | 20 Oatmeal | $3.00 |
| 2 Legal Tablets | $4.00 | 5 Ramen Soups | $1.50 |
| 1 Tuna/water | $1.45 | 1 Key Lock | $10.50 |
| 2 Pickle | $1.30 | 3 folders | $3.00 |
| 2 Kosher Chili beans | $3.00 | 1 STRONG'S CONCORDANCE | |
| 1 Toilette Tissue | $.55 | (BIBLE) | $24.99 |
| 2 Chili with beans | $3.90 | Total: | $49.89 |
| | Total: $81.75 | | |

*James A. Meeks III*
#543366

*Jason P. Smith #1118548*

Appendix A (CONT)

| Dennis Wayne Capps | Hernández, Lupe #1515902 |
| --- | --- |
| #1772509 | 17 post stmps. 8.33 |
| 1 Photo Album containing | 12 envelopes .36 |
| 80 personal family photos $280.00 | 13 legal pads 26.00 |
| (*NOTE* TDCJ-ID charges) | 2 refried beans 3.00 |
| ( Per. photo at visitation ) | 2 Kosher beans 3.00 |
| | 2 corn chips 3.10 |
| Dennis Capps #1772509 | 1 tortilla chips 1.55 |
| | 1 Jal. chips 1.30 |
| | 2 crm. cookies 2.30 |
| Delvin C. Washington #1817367 | 16 soups 4.80 |
| Radio & Headphones $25.50 | 17 mint sticks 1.70 |
| 5 Composition Books $7.50 | 2 photo album 300.00 |
| 3 Typing Paper 2.85 | 1 baby powder 1.00 |
| 25 Stamped envelopes $12.50 | 2 5x t-shirts 17.50 |
| 1 Photo Album (78 photos) $500.00 | 1 thermal top 6.00 |
| Certificates, Bible, Legal Papers | 3 columbian coff. 5.70 |
| Tennis Shoes SZ 13 49.00 | 4 pork skins 2.60 |
| Delvin C. Washington | Hernández, Lupe #1515902 |
| #1817367 | Hndz. Lupe |
| Delvin C. Washington | |

543 366
JAMES ARTHUR MEEKS III
#583366
Leblanc Unit
3695 FM 3514
Beaumont, TX. 77705

United States District Court
Southern District of Texas
FILED

FEB 06 2018

David J. Bradley, Clerk of Court

DAVID BRADLEY, CLERK
UNITED STATES DISTRICT COURT
Southern District of Texas
Post Office Box 61010
Houston, TX. 77208

77208-101010