In The United States District
Court Southern District Of Texas
(Houston Division)
Case No. 4:14-CV-1698

David Bailey; Marvin Ray Yates;
Richard Elvin King, individually;
On behalf of all those
similarly situated, Plaintiffs
vs.

United States Courts
Southern District Of Texas
FILED

MAR 06 2018

David J. Bradley, Clerk of Court

Bryan Collier; Robert Herrera; And
Texas Department Of Criminal Justice,
Defendants.

"Emergency Motions"
Of Class; Subclass Members For A Stay Of
The Proceedings; Judicial Notice; Appointment
Of Independent Counsel; Declaratory Relief.
And Request For Injunctive, Equitable And All
Other Relief Authorized by Federal Law

Comes now, we the two hundred undersigned
heat-sensitive class members and subclass mem-
bers (hereinafter called "class members"; "the
class of inmates formerly of the TDCJ Stringfellow/
Ramsey II Prison Unit;" "The Ramsey II class
members") previously incarcerated at the Pack
Unit and who were subjected to TDCJ's policy and
practice of failing to regulate high indoor heat index

(1)

temperatures in the housing areas; united in interest to legally enforce our previously declared/ acknowledged class status and corresponding rights, our constitutional rights, liberty interest, fundamental individual rights, plus all other equitable rights at stake as class members — i.e. class members as defined by this court in its class certification order of June 14, 2016; At pages 5-6 of this court's July 19, 2017 Memorandum Opinion Setting Out Findings Of Fact And Conclusions Of Law; And this court's January 29, 2018, Order — file this Emergency Motion. (SEE: Docket Entry No. 473, 737, and 960)  (Also see: Appendix, Exhibit No. 01; FARMER vs. BRENNAN, 511 U.S. 825, 832 (1994); Wilson vs. Seiter, 501 US. 294, 298 (1991); Ball vs. LeBlanc, 792 F.3d 584, 599, Blackmon vs. Garza, 484 F. Appx 866, 870-872 (5th Cir. 2012); Gates vs. Cook, 376 F.3d 323, 340 (5th Cir. 2004); U.S. Const. VIII Amend.)


This Emergency Motion is filed pursuant to All Appropriate federal statutes, Rules of court including, but not limited to, Fed. R. Civ. P. 23(b) (2), (3); 23(c), (d); 52 (a), (b), (c); Fed. R. Evd. 702. Title II of the Americans with Disabilities Act ("ADA Title II"); Religious Land Use And Institutionalized Persons Act of 2000. Religious Freedom Restoration Act of 1993; 42 U.S.C. § 1983; And U.S. Constitutions First, Eighth,

(2.)

Ninth, And Fourteenth Amendments.

## I.

Without belaboring the court with the lengthy procedural background, the undersigned would state that we were transferred to the Pack Unit by TDCJ officials "without the prior knowledge and approval of this court" on August 26, 2017. Iregardless of the TDCJ's "purported basis" for relocating and incar-cerating us at the Pack Unit, the act was carried out consciously,[3] wilfully with deliberate indifference to our "documented heat sensitive disabilities"; And this courts July 19, 2017, Findings of Fact And Conclusions of Law, which had resulted in the TDCJ relocating the heat sensitive class members originally assigned to the Pack Unit to climate controlled TDCJ prisons weeks prior to our arrival to the Pack Unit. By order of this court in September 2017, the TDCJ abandoned its decision to return us back to Ramsey II Prison Unit and on September 21, 2017, transfered us class members to the LeBlanc Prison Unit A climate controlled environment for our own protection And so

not to violate our Eighth Amendment rights to be free from unreasonable risks of serious harm and death as a direct result of the lethal Texas summer heat.

Now "class counsel" Jeff Edwards, the Texas Civil Rights Project (and class counsel associates) are doing an about-face and attempting to strip or dissolve we the undersigned class members, of our class status and rights; through an unscrupulous settlement agreement with the defendant's counsel that shall enable attorney Edwards to cash in personally, politically, and financially at the tune of "4.5 million dollars for this suit alone (not counting the gains received for 8-wrongful death and 1-boat related injury case settled in this process). (See: Appendix, Exhibit No. 02)

None of the undersigned class members have had any input in the settlement negotiations despite the incontrovertible factual record that attorney Edwards has essentially exploited our heat sensitive disabilities and the unconstitutional and precarious situation the TDCJ put us in by incarcerating

(4)

us at the Pack Unit (in direct and willful
contempt of this court's order regarding
heat sensitive inmates and the life-
threatning conditions at the Pack Unit).

Class counsel exploited the leverage our addition-
al numbers and situation afforded him in his
presentations not only before this court, but
the U.S. Fifth Circuit As well — (See: Fifth
Circuit Case No. 16-20505; And 17-20529) And
in the court of public opinion.

We the undersigned are subject to be transfer,
wherever the TDCJ has a empty bed available
if this court approves the current settlement
agreement that cleverly attempts to redefine
this court's definition of the three ③ classes
(See: Docket Entry No. 737 at pages 5-6; And
960)

## II.

We the undersigned strongly object to the
current Settlement Agreement in Principle
in "ALL" its aspects, terms, stipulations,
language, and effects upon our legal
and Equitable rights As class members.

(5.)

WE object on the basis that:

(A.) This court's findings of fact, nor its class certification orders have ever been amended nor vacated to exclude us from being legally deemed class members – "having been incarcerated at the Pack Unit" and class counsel and the defend-ant's attorneys clandestine settlement negotiations and the stroke of their pens can not and does not override what this court has done Fed. R. Civ. Proc. 52 (A)(6)(b);

(b.) On no occassion has any of us been afforded the right and opportunity to "opt-out" as this court recognized some of the under-signed desire to do, in its January 29, 2018, order. Thus, until we make informed decisions in writing to either "opt-out" or remain a party to this litigation, class counsel nor the defendants attorneys have any "identifiable authority" to opt us out (as personal favors to each other and/or for some other unknown motives);

(C.) A live controversy still exist because the interest of the undersigned has not been adequately represented to the detriment

(6)

of us class members collectively As well
As individually;

(d.) Proper And timely notice of the proposed
settlement agreement in principle has/was
NEVER formally provided to "All" class
members, And/or formally posted for
"All" class members housed At the Le
Blanc Prison Unit to REVIEW in Accordance
with customary And legally REQUIRED Rules of
court; And

(E.) The undersigned ARE being discriminated
Against by Attorney Jeff Edwards, class
counsels' Associates, And the defendant's
Attorney with Respect to their treatment
of And observance of the constitutional rights
of the Ramsey II class members And the class
of inmates Returned to the Pack Unit

We ask that this court make written Rulings
with Regards to each of the above And foregoing
objections so A proper, Accurate, And complete
Record is Available for public As well As further
judicial scrutiny of these objections.

(7.)

## III.

We the undersigned class members ask this court to take judicial notice of certian adjudicative facts as follows:

(A.) The entire court record generated as a result of the nine-day hearing held in June 2017;

(b) The entire court record generated as a result of the four-day evidentiary hearing held in May 2016;

(c) The Reports on the subject of the dangerous and deadly impact climate change has and will likely have in the immediate future on those undersigned class members irespective of whether or not they remain a party to this suit or exercise their legal right to opt-out. Those Reports by the University of Texas at Austin - School of Law, Human Rights Clinic headed by Clinical Professor Ariel Dulitzky, And Columbia Law School, Sabin Center for Climate Change Law, Authored by visiting scholar Daniel Holt, M.A., J.D. (See:

(8.)

Appendix, Exhibit No. 03 );

d.) THE medical documentation pertaining to "All" the inmates that are heat sensitive which the TDCJ transfered from Ramsey II Prison Unit to incarcerate at the Pack Unit on August 26, 2017;

(E.) Few if any of the undersigned class members have the means to hire a private attorney for the purpose of asserting and protecting their rights at stake. ▆▆▆ Indepen-dent class counsel is requested and warranted to protect the undersigned class members interest effectively.

## IV.

Pursuant to Applicable Rules of court the undersigned class members ask that this court Appoint an independent and compe-tently effective attorney to protect the collective interest of the undersigned. In particular and most importantly representation is imperative in insuring the members closely understand the complete scope of their rights

(9.)

And the consequences involved for those undersigned who want to formally "opt-out" and be returned to Ramsey III or another non-climate-controlled prison unit.

The interest of justice being done greatly supports this court exercising its discretion to appoint counsel.

## V.

Per the authority of this court as set forth in Fed. R. Civ. P. 21, and other applicable rules, we the undersigned request this court to grant the members declaratory relief by establishing in writing our existing rights, status, and other relevant legal rights at this juncture. In doing so this court can clarify certain issues currently in controversy and/or that are in conflict with earlier rulings by this court.

More specifically, the undersigned class members asks this court to declare:

(A.) Invalid And unenforceable any portion of the Settlement Agreement negotiated by counsel for the defendants And attorney Edwards (And Associates) that conflicts with this Court's June 14, 2016 and July 19, 2017, orders specifically as they relate to the class and subclass, And the Redefining or Redefinition, the defendant's attorney and Edwards have agreed to;

(b.) That TDCJ has A constitutional obligation And duty to protect those undersigned who remain on this lawsuit, from the potential harm And death posed by the upcoming summer heat.

(c.) The undersigned must be treated as similarly situated class members housed elsewhere, And specifically at the Pack Unit, with Respect to legally required notification(s) pertaining to events or developments or proceedings in this lawsuit "pre" and "post" settlement;

(d.) Invalid, void, And unenforceable, paragraph 3 of the current Settlement Agreement In Principle, specifically as it relates to the April 15, 2018, stipulation/requirement for class member status;

(E.) We the undersigned have "All" the legal standing, rights, privileges And immunits as

(11.)

similarly situated heat sensitive class members to be Afforded a choice to REMAIN on this lawsuit or to opt-out; and

(E.) "ALL" other conceivable and reasonably RElevant matters or issues ESSENTIAL to the court's Ability to fairly conduct this suit.

## VI.

The undersigned class members request that this court conduct "STAY" the proceedings in this lawsuit until this court conducts A hearing And enters written Rulings on "All" the Requests for Relief; "All" the motions' objections to the current Settlement Agreement In principle. In Accordance with Fed. R. Civ. P. 62(b) this court does have the Authority to "STAY" All further events in this litigation until this motion is disposed of following A telephonic or video conference hearing which shall be Attended by A small group team Among the undersigned.

## VII.

We the undersigned move this court to

(12.)

enter written findings of fact and conclusions of law as required by law, plus according to this court's discretion in making sure justice is done.

## Conclusion

The public's perceived beliefs concerning this Court's integrity, fairness, and its Constitutional commitment is presently under extensive scrutiny, from near and far. This is due in part to the Ruiz-like potential this class action entailed once-upon-a-time (before the behind the scene settlement negotiations began). It is also due in part to the moral defects and malfeasance by some of the top decision makers directly and indirectly responsible for the overall operation and management of the TDCJ.

In the July 19, 2017, Ruling by this court, it made two quotes that many of the undersigned family and friends consider anything short of profound for a prison-related civil rights lawsuit that challenges the

(13.)

lethal heat conditions inside the housing AREAS.
One of the quotes says " It is always in the
public interest to prevent the violation of A
party's constitutional rights". The other says
"Institutions charged with safeguarding the public
have an extraordinary trust and a difficult task.
The difficulty and importance of the task cannot
defeat an equally important public trust... to
enforce the Constitution". Odonnell, ___ F. Supp.3d ___,
2017 WL 1735456 At 83; and 89

If these laudable sentiments are honestly embraced
by this court as many in society are inclined to
believe, then we the undersigned Ramsey II class
members ask a simple deed of this court. That is,
please uphold the Constitution by doing whatever you
have the authority to and deem necessary and
appropriate to protect the rights of those of us
who desire to properly "opt-out". And protect the
rights of those of us who desire to remain a part
of this lawsuit and live in a safe and humane
environment that never again exposes us to risks
of serious heat-related injury or death.

## Class Relief Requested

WHEREFORE, we the undersigned heat
(14.)

Sensitive class members PRAY that this court ENTER ORDERS granting us the following Relief:

(a.) Stay of "ALL" proceedings pending the disposition of this motion, in Accordance with Fed. R. Civ. Proc. 62(b);

(b.) Sustain "ALL" of the objections presented herein to the current Settlement Agreement In Principle, (particularly the Redefined Class Member definition at page two, paragraph 3) Fed. R. Civ. Proc. 23(E)(5);

(c.) Appoint independent counsel to protect the interest of "All" the undersigned Ramsey II class members.

(d.) Instruct "class counsel" Jeff Edwards And the defendant's Attorneys to "immediately" comply in full with this court's order entered on January 29, 2018, And once compliance is satisfied Allow those Among the undersigned who so desire, to formally and in Accordance with applicable law "opt-out" of this lawsuit;

(e.) Enter Findings Of Fact And Conclusions of law As Authorized By law With Respect To This Court's Disposition of this Motion, Fed. R. Civ. P. 23(d)(1)(2);

(f.) Schedule AN Oral/Live Telephonic or Video Conference Hearing, Allow Some (4-5) of The Undersigned Class Members To Appear, Participate With, or Without Independent Counsel Sought In This Motion;

(15.)

(g.) Grant all other and further relief in law and equity to which this Court knows the undersigned class members are rightfully entitled to, and that justice being done requires;

(h.) Notices of "ALL" further events in this suit be posted/made available in the LeBlanc Prison Units Law Library, the housing areas of "Each dorm" and available in the picket of "ALL" six(6) Buildings that house inmates.

Respectfully submitted on February 28, 2018.

Class Members Names
And Numbers Below

Certificate Of Service

By depositing a true & correct copy of the Above "Emergency Motion" into the prison's outgoing mail system addressed to Texas Attorney General's Office and Jeff Edwards Law Firm at the addresses of record, I certify service has been made on February 28, 2018.

(16.)

| Date | Printed Name & TDCJ# | Signature |
|------|----------------------|-----------|
| 26. 2-28-18 | Robert Ortiz 1834416 | Robert Ortiz |
| 27. 2-28-18 | Shawn Mason 1098802 | S. Mason |
| 28. 2-28-18 | Jesse Valenzuela 1065027 | Jesse Valenzuela |
| 29. 2-28-18 | RICHARD Hyland 2095318 | Richard Hyland |
| 30. 2-28-18 | Winston T. Smith 2002405 | Winston T. Smith |
| 31. 2-28-18 | Onyeforo Benjamin .O. | Ben |
| 32. 2-28-18 | Larry Willis 432929 | Larry W. Willis |
| 33. 2-28-18 | Jason Smith 1118548 | |
| 34. 2-28-18 | Joe Albert Ramon 1132662 | Joe A. Ramon |
| 35. 2-28-18 | John Paul Garcia 2112506 | John Paul Garcia |
| 36. 2-28-18 | Clayton Wilson 1178823 | Clayton Wilson |
| 37. 2-28-18 | Ray Garcia 1954472 | Ray Garcia |
| 38. 2-28-18 | MCCAFFY JONES 2081218 | McCaffy Jone |
| 39. 2-28-18 | Charles Carter 1351879 | Charles Carter |
| 40. 2-28-18 | David Zepeda 2073970 | David Zepeda |
| 41. 2-28-18 | Jerry Vance 1651090 | Jerry Vance |
| 42. 2-28-18 | Ronald Dawson 2030024 | Ronald Dawson |
| 43. 2-28-18 | Ricky Ybarra 1879435 | Ricky Ybarra |
| 44. 2-28-18 | David Holland 1878188 | David Holland |
| 45. 2-28-18 | James Seifert 1709154 | James Seifert |
| 46. 2-28-18 | Shannon Donner 1120706 | Shannon Donner |
| 47. 2-28-18 | LARS Itzo 2106911 | Lars Itzo |
| 48. 2-28-18 | Steven Walker 1927071 | Steven Walker |
| 49. 2-28-18 | Tommy Edwards 1816393 | Tommy Edwards |
| 50. 2-28-18 | Michael Walton 1546568 | Michael Walton |
| 51. 2-28-18 | Christopher William 1129658 | Ck Will |

(20.)

| Date | Printed Name; TDCJ No. | Signature |
|---|---|---|
| 2-28-18 | Raymond Torres 860248 | Raymond Torres |
| 2-28-18 | Bobby Casados 2018472 | Bobby Casad... |
| 2-28-18 | Joe Feijoo #683294 | Joe Fe... |
| 2-28-18 | Luciano Padilla 1892209 | J PV |
| 2.2818 | Carlos Morris 1248180 | Carlos morr... |
| 2/28/18 | Derek M. Bailey #689542 | Derek M. Bailey |
| 2/28/18 | Ricky W. Beckett #1883225 | Ricky W. Beckett |
| 2/28/18 | Jose Frank Ibarra #1748496 | Jose Frank Ibarra |
| 2/28/18 | Jimmy Ray McMillan #1862712 | Jimmy McMillan |
| 02/28/18 | Frank Alvarado 2132149 | Frank Alvarado |
| 2-28-18 | Israel Garcia #1973331 | Israel Garcia |
| 2/28/18 | Joe Wolf, Jr. #700757 | Joe Wolf, Jr. |
| 2/28/18 | Howard Bass # 12164107 | Howard Bass |
| 2-28-18 | James R Moore #2045821 | James Moore |
| 2-28-18 | Clifton Elliott #2002032 | Clifton Elliott |
| 2/28/18 | Watkins Eddie #764012 | Eddie Watkins |
| 2/28/18 | Tijerina Juan #1817082 | Juan Tijerina |
| 2-28-18 | Alan Jay Fanning #1672000 | Alan Jay Fanning |
| 2-28-18 | Andrew Cross #2111073 | Andrew J Cross |
| 2-28-18 | Rudy Quintana #1909597 | R. R. Quintana |
| 2-28-18 | Eddie De Leon #2076555 | Eddie De Leon |
| 2-28-18 | Floyd Williams #1408107 | Floyd Williams |
| 2-28-18 | John Glenn Wells 1829285 | JG Wells |
| 2-28-17 | Albert Ridgeway 02100250 | Albert Ridgy |
| 2-28-18 | Derman Cooks #661121 | Dreman Cooks |
| 2-28-18 | Lupe Hernandez #1515902 | Hndy, Lupe |
| 2.28.18 | Edward Smyth #1228209 | Ed Smith |

| Date | Printed Name, TDCI No. | Signature |
|---|---|---|
| 2-28-18 | Rick FRAS #4160065 | Rick Fras |
| 2-28-18 | Dann Redenbaugh 1410922 (1410921)TDC | |
| 2-28-16 | Derek Osborn 2057320 | |
| 2-28-18 | Paul Doyle Graf 2629203 | Paul Graf |
| 2-28-18 | DAVID S. PADILLA #1447716 | David S Padilla |
| 2-28-18 | Mark Kirby #2094118 | Mark Kirby |
| 2-28-18 | Haley Mayberry #1422354 | Haley Mayberry |
| 2-28-18 | Rodney R. Anzaldua #1970290 | Rodney R. Anzaldua |
| 2-28-18 | MUñOZ Jose L 1848646 | Jose L. Muñoz |
| 2-28-18 | Gonzales Ruben 1422082 | Ruben Gonzales |
| 2-28-18 | David Aguilar 1368566 | Aguilar David |
| 2-28-18 | ESTEBAN LERMA 2096967 | ESTEBAN J LERMA |
| 2/28/18 | Kenneth Earl Elzey 2025798 | |
| 2/28/18 | Justin L. Hudson #935501 | Justin L. Hudson |
| 2/28/18 | Strifler, Marshall W 1789443 | |
| 2-28-18 | ADAMS Ricky 1764301 | adams Ricky |
| 2-28-18 | NORRIS GOYNES 1254144 | Norris Doyn |
| 2-28-18 | Zapata Francisco #1003632 | Zapata Francisco |
| 2-28-2018 | Craig Samples #508385 | Craig Samples |
| 2-28-2018 | Timothy Singleton #678576 | Timothy Singleton |
| 02-28-2018 | Robert Earl Pitts Jr. #2058601 | Robert E. Pitts Jr |
| 02-28-2018 | CHARLES JONES 1937595 | Charles Jones |
| 02-28-2018 | Harvey Mellard 1008127 (#1505969) | Harvey Mellard (#1505969) |
| February 28, 2018 | Lakeith R. Amir-Sharif | |

| Date | Printed Name & TDCJ# | Signature |
|------|----------------------|-----------|
| 1. 02/28/2018 | Wisdom L. Simms, Jr. 01995211 | |
| 2. 02/28/2018 | Anthony E. McGuire 01850638 | |
| 3. 02/28/2018 | Damion G. Johnson 2074009 | |
| 4. 02/28/2018 | Nicholas L. McKnight 1868829 | |
| 5. 02/28/2018 | Michael Kilpatrick 1285731 | |
| 6. 02/28/2018 | Jonathan G. To #2026019 | |
| 7. 02/28/2018 | Zachary Harvey 2061761 | |
| 8. 02/28/2018 | Faustino M. Perez 2023211 | |
| 9. 02/28/2018 | Justin Summers 1881538 | |
| 10. 02/28/2018 | Dusty Seaton #1965505 | |
| 11. 02/28/2018 | Duenes, Timothy #2033083 | |
| 12. 02/28/2018 | Steven Hayos #1601359 | |
| 13. 02/28/2018 | J. Steadman #1498601 | |
| 14. 02/28/2018 | Stephen Poole 1899802 | |
| 15. 02/28/2018 | Freeman, Lamar # 1586602 | |
| 16. 02/28/2018 | Richard Vetter # 1973222 | |
| 17. 2/28/2018 | Michael Grdan # 2134330 | |
| 18. 2/28/2018 | Samuel Henderson # 1854488 | |
| 19. 2/28/2018 | Simon Sanchez # 1803668 | |
| 20. 2-28-2018 | Clem Hollingsworth # 2104025 | |
| 21. 2-28-2018 | Danny Strickland # 1126386 | |
| 22. 2-28-2018 | Hopkins Albie E. # 1445330 | |
| 23. 2-28-2018 | Grisby Herbert # 2012132 | |
| 24. 2-28-2018 | Anthony Cansino # 1965866 | |
| 25. 2-28-2018 | Emmanuel Doyle # 1812320 | |

(18.)

| DATE | PRINT NAME : TDC # | SIGNATURE |
|------|--------------------|-----------|
| 1 Feb 28, 2018 | Quavorn White #1504570 | Quavon White |
| 2 Feb 29, 2018 | Jessie Lee Russell # 540683 | Jessie Russell |
| 3 Feb 28, 2018 | Mario Robles # 2091636 | Mario |
| 4 Feb 28, 2018 | Esteban Ordonez # 1070058 | |
| 5 Feb 28 2018 | Ronald J. Walker #1557418 | Ronald J Walker |
| 6 Feb 28 2018 | Craig A. Farmer #1593230 | Craig A. Farmer |
| 7 Feb. 28 2018 | Terry Smallwood #2129674 | T J Small |
| 8 Feb 28 2018 | Palanco Tatman #1689950 | Palanco Tatman |
| 9 Feb. 28 2018 | Roberto Vasquez jr. 1688184 | R V Jr. |
| 10 Feb 28 2018 | Jarmarcus White 2024631 | Jarmarcus white |
| 11 FEB 28 2018 | Justin H Petty #1836857 | Justin H Petty |
| 12 FEB 28 2018 | Wes Pendergraft 2130336 | Wes Pendergraft |
| 13 FEB -28 2018 | Blake Hill #01966138 | Blake Hill |
| 14 FEB -28 -2018 | Kenneth Holt #2088999 | Kenneth Holt |
| 15 FEB -28 -2018 | Quintin Taylor #1460076 | Quintin Taylor |
| 16 Feb -28 - 2018 | Rod Luster # 1196452 | Rod Luster |
| 17 FEB -28 - 2018 | Johnny Garcia 1971457 | Johnny Garcia |
| 18 FEB -28 -2018 | Darren Peschan 1457635 | |
| 19 Feb 28 2018 | LEON LOPEZ 1270441 | Leon E. Lope |
| 20 Feb -28 2018 | Usiaf Banna #2054952 | Usiaf Banna |
| 21 Feb -28 2018 | Luis Rodriguez 1517641 | Luis Rodriguez |
| 22 FEB -28 2018 | Robert E. Taylor #1359640 | Robt Tey |
| 23 Feb -28- 2018 | Damacia Busby #1275538 | Damacia Busby |
| 24 Feb -28 2018 | Demetrick Murray #1955328 | Demetrick Murray |
| 25 Feb -28 -2018 | Jacob Jackson # 1700840 | Jacob Jackson |
| 26 Feb -28 -2018 | William Sanders #2051316 | William Sand |
| 27 Feb -28 -2018 | Steven Hoffman #2039793 | S Hoff |
| 28 Feb -28 -2018 | Cory Cornell Cochran #2067909 | Cory Cornell Cochran |
| 29 Feb -28 -2018 | Herrezza Lee Marcus #1984591 | Lee M. Herrera |
| 30 Feb 28 -18 | James Travis #2066253 | James |
| 31 Feb 28 -2018 | Joerick Edwards # 1706181 | |
| 32 Feb -28 -2018 | Terry Lumpkin # 2105599 | Terry Lee Lumpkin |
| 33 Feb 28 2018 | Tracy Perry #1881427 | Tracy Perry |
| 34 Feb 28 2018 | Christopher Pitre #1741882 | Christopher Pitre |
| 35 Feb 28 2018 | Ronnel L. Barrow J #1649967 | Ronnel L Barrow J |
| 36 Feb 29 2018 | Carl A. Stetson 2091009 | Carl Stetson |
| 37 Feb 28, 2018 | Paul Dixon 1984434 | Paul Dixon |
| 38 Feb 28th 2018 | Michael Lee 2132243 | Michael Lee |
| 39 Feb 28th, 2018 | Jean Horoshii #1108843 | Jean Horoshii |
| 40 Feb 28, 2018 | James Maurice Grimes #1619562 | James M. Grimes |

(22)

| DATE | Print NAME | TDCJ# | Signature |
|------|-----------|-------|-----------|
| 2-27-18 | Corady Kennedy | 2087532 | |
| 2-27-18 | Jessie Bramber | 2102779 | |
| 2-27-18 | Edward Fansler | 1822794 | Edward Fansler |
| 2-27-18 | Anthony Aquilar | 905689 | Anthony Aguilar |
| 2-27-18 | Gary Barnett | 676900 | Gary Barnett |
| 2/27/18 | Tommie Owens | 2045289 | |
| 2-27-18 | Binion A. | 1826737 | |
| 2-27-18 | Patrick Ford | 1564107 | Patrick Ford |
| 2-27-18 | Jimmy Freeman | 02087529 | Jimmy Freeman |
| 2-27-18 | Brandon W. Gordon | 1420588 | |
| 2-27-18 | Lawrence R. Avelar Jr | 1975264 | Law R Avel Jr |
| 2-27-18 | Anthony Ray Banks | 725693 | Anthony Banks |
| 2-27-18 | Antwain Burks | 1913867 | Antwain Burks |
| 2-27-18 | James A. Meeks | 543366 | James A. Meeks |
| 2-27-18 | Billy Boldon | 1995783 | Billy Boldon |
| 2-27-18 | Ray Brooks | 1182048 | Ray a Brooks |
| 2-24-18 | BLAIR WRIGHT | 2142262 | Blair Wright |
| 2-29-18 | Burks Jr Michael | 1554241 | Mike Burks |
| 2-29-18 | ESTEBAN LERMA | 2096967 | ESTEBAN LERMA |
| 2-29-18 | OMAR MATA | 2022656 | Omar Mata |
| 2-29-18 | James Zertuche | 2022789 | James Zertuche |
| 2-29-18 | Ronald Warren | 1960674 | |
| 2-29-18 | Faustino Hernandez | 2045099 | Faustino Her |