UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, LAVAR SANTEE, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:14-cv-1698 |
| v. | § § | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § § | |
| Defendants. | § | |

**PLAINTIFFS' SUPPLEMENT TO UNOPPOSED MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT AND AMENDMENT OF CLASS CERTIFICATION ORDER**

Plaintiffs Jackie Brannum, Richard King, Fred Wallace, Michael Denton, and Marvin Yates respectfully file this supplement to their Unopposed Motion for Approval of Class Action Settlement and Amendment of Class Certification Order. Doc. 989.

Plaintiffs' counsel inadvertently did not include a signature page with class counsel's signature on the Settlement Agreement filed on March 6, 2018. Doc. 989-4, p. 26. Plaintiffs Brannum, King, Wallace, Denton, and Yates respectfully supplement with a copy that includes Plaintiffs' counsel's signature, attached to this filing.

Dated: March 9, 2018.

1

Respectfully submitted,

EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
    Tel.    512-623-7727
    Fax.    512-623-7729

By    /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Attorney-in-Charge
Scott Medlock
State Bar No. 24044783
Michael Singley
State Bar No. 00794642
David James
State Bar No. 24092572
Federal ID No. 2496580
Wallis Nader
Texas Bar No. 24092884
Southern District No. 2609150

Jeremy Doyle
State Bar No. 24012553
Federal ID No. 24559
Nathan Smith
State Bar No.: 24053060
Federal ID No. 1075505
Drew D. Pennebaker
State Bar No.: 24083645
Federal ID No. 2621125

REYNOLDS FRIZZELL LLP
1100 Louisiana
Suite 3500
Houston, Texas 77002
    Tel.    (713) 485-7200
    Fax.    (713) 485-7250

CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

By /s/ Jeff Edwards
JEFF EDWARDS