UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID BAILEY, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:14-CV-1698 |
| § | |
| BRYAN COLLIER, *et al*, § | |
| § | |
| Defendants. § | |

# NOTICE OF SETTING

Hearing: Status Conference is being held to discuss the constituency of the class and procedures for resolving pending motions.

Date: 3/14/2018
Time: 2:30 p.m.

Has been set before:
Judge Keith P. Ellison
United States District Courthouse
515 Rusk St Courtroom 3A
Houston, TX 77002

All parties may appear by telephone by calling in on the Court's dial-in number at 713-250-5238.

David J. Bradley, Clerk                            Date: March 12, 2018

By Deputy Clerk: A. Rivera