Honorable District
Judge Keith P. Ellison
P.O. Box 61010
Houston, Tex 77208

3-6-18

RE: Case No: 414-CV-1698
Bailey v Collier et al.

Dear Judge

Please Hear our Emeregency Motion that was sent with over 180 inmates from the Stringfellow Unit Signed.

Also Sir; My Objection Filed on Novemeber 8, 2017

Also Sis My Motion For Misjoiner on Jan. 29, 2018

Please Sir Give us some Represtation from the Courts...

Thank you Sir

Raymond Torres

Raymond Torres
860248
R.P. Leblanc
3695 F.M. 3514
Beaumont Tx 77705

(1)

United States Courts
Southern District of Texas
FILED
MAR 08 2018
David J. Bradley, Clerk of Court

#860248 Raymond Torres 860248
R.P. Leblanc Unit
3695 FM 3514
Beaumont, Tex 77705

NORTH HOUSTON TX 772

05 MAR 2018 PM 9 L

Honorable Judge
 Keith P. Ellison
P.O. Box 61010
Houston, Tex. 77208

United States Dis.
Southern District of Texas
FILED

MAR 08 2018

David J. Bradley, Clerk of Court

77208-101010