UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID BAILEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-1698 |
| | § | |
| BRYAN COLLIER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTING

Hearing: Motion hearing re: Doc No. 990.
TDCJ is instructed to make Mr. Lakeith Amir-Sharif available to participate by phone if he wants to.

Date: 3/21/2018
Time: 4:00 p.m.

Has been set before:
Judge Keith P. Ellison

**Telephonic Appearances Only**
All parties may appear by telephone be calling in on the Court's dial-in number at 713-250-5238.

David J. Bradley, Clerk                              Date: March 19, 2018

By Deputy Clerk: A. Rivera