United States District Court
Southern District of Texas
**ENTERED**
May 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-1698 |
| BRYAN COLLIER, et al., | § § § | |
| Defendants. | § § § | |

## ORDER

Mr. Ryan Gresham and Mr. Charles Malouff filed motions requesting permission to attend the fairness hearing scheduled for May 8, 2018. (Doc. Nos. 1113, 1114.) All Class and Subclass members who have filed objections to the settlement are permitted to appear at the fairness hearing. Defendant Texas Department of Criminal Justice will allow any Class or Subclass member who filed an objection to appear by telephone at the fairness hearing, as instructed by the Court in its order dated March 27, 2018. Class and Subclass members may appear by telephone by calling in on the Court's dial-in number at 713-250-5238.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on May 4, 2018.

---
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE