April 26th, 2018

Mr. David J. Bradley
Clerk of Court
United States District Court
P.O. Box 61010
Houston, Texas 77208

United States Courts
Southern District of Texas
FILED
MAY 07 2018
David J. Bradley, Clerk of Court

RE: USPS Certified Mail No. 7014 0510 0000 1587 8803
    Collective Objection to Settlement Agreement
    Case No 4:14-cv-01698

Dear Mr. Bradley,

On April 24th, Class Counsel came out to the TDCJ Wallace Pack Unit for a presentation and Q&A for Class Members. Unfortunately, they only took 5 questions from approximately 500 inmates, 200+ being Trusty's from the camp. As such, we were left hanging with significant issues of controversy involving health, safety, welfare and constitutional issues that, in the interest of justice, we feel need to be addressed and resolved before final settlement.

Please accept and present this collective objection to Judge Ellison for his review and consideration.

In accordance with the Prison Mailbox Rule this was put in the Wallace Pack Prison Mailbox this date and should be considered timely filed. Thank you for your consideration and assistance.

RESPECTFULLY,

CHARLIE MALOUFF
1978590
WALLACE PACK UNIT
2400 WALLACE PACK RD
NAVASOTA, TX 77868

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
MAY 07 2018
David J. Bradley, Clerk of Court

COLE, et al
    PLAINTIFF'S

VS

COLLIER, et al
    DEFENDANTS

CASE NO. 4:14-CV-1698

---

## COLLECTIVE OBJECTION TO THE PROPOSED SETTLEMENT AGREEMENT

TO THE HONORABLE JUDGE KEITH ELLISON:

COMES NOW CHARLES MALOUFF, #1978590; CLAYBORNE BAITY, #1937403; RYAN GRESHAM, #1708644; JACKIE SPEED, #1784817; DONALD SHELBY, #1839844; ALBERT HUNTER, #2070346 AND THE BELOW NAMED CLASS MEMBERS AND TRUSTY'S WHO DID NOT OPT-OUT OF THE CIVIL ACTION PURSUANT TO THE CLASS ACTION NOTICE (DOCUMENT 1065) (HEREINAFTER, "NOTICE"), AND, PURSUANT TO THE NOTICE COLLECTIVELY OBJECT TO THE PROPOSED SETTLEMENT AGREEMENT.

1. COLLECTIVELY, AND RESPECTFULLY, WE PRESENT TO THE COURT ISSUES AND COMPLAINTS THAT WERE NOT ABLE TO BE PUBLICLY ADDRESSED DURING

a. PRESENTATION AND SUBSEQUENT QUESTION AND ANSWER BY CLASS COUNSEL, JEFF EDWARDS AND SCOTT MEDLOCK, WHO ONLY TOOK 5 QUESTIONS FROM APPROXIMATELY 500 CLASS MEMBERS, WHICH INCLUDED THE UNDERSIGNED, BETWEEN 0950 HRS AND 1025 HRS ON APRIL 24th, 2018 IN THE WALLACE PACK UNIT GYM.

2. COLLECTIVELY WE FEEL THE PRESENTATION PERIOD ALLOCATED DEPRIVED CLASS MEMBERS FROM RAISING LEGITIMATE HEALTH, SAFETY, WELFARE, AND CONSTITUTIONAL ISSUES AND ALLEGATIONS OF UNCONSTITUTIONAL AND CRIMINAL CONDUCT BY DEFENDANTS LEAVING SIGNIFICANT ISSUES OF CONTROVERSY UNANSWERED AND UNADDRESSED IN THE SETTLEMENT AGREEMENT.

3. MANY OF THESE ISSUES AND COMPLAINTS WERE NOT PREVIOUSLY KNOWN OR ADDRESSED IN INDIVIDUAL OBJECTIONS TO THE PROPOSED SETTLEMENT AGREEMENT IN RESPONSE TO THE NOTICE. WE THE UNDERSIGNED FEEL THE COURT SHOULD BE MADE FULLY AWARE OF THESE CONCERNS AND OUR COLLECTIVE OBJECTION TO LETTING THIS PROPOSED SETTLEMENT AGREEMENT PROCEED AS IS.

4. BLOOD TESTING
   1. OBJECTION
      a. CURRENTLY, THE DEFENDANTS REFUSE TO PROVIDE BLOOD TESTING FOR ASBESTOS (EVEN THOUGH OSHA AND TDCJ SAFETY POLICY

2

mandate monitoring after exposure. Grievances and OSHA/EPA complaints filed), arsnic, lead and other heavy metals.

    B. This current practice is unreasonable, unnecessary, fundamentally unfair and violates the CFR and other statutes, rules and regulations.

  2. PROPOSED SOLUTION

    A. Inmates incarcerated at the Wallace Pack be allowed, at any time, to request and receive blood testing for these metals, and this should be exempted from the $100.00 co-pay.

5. WATER PIPES (PLUMBING)

  1. OBJECTION

    A. As a result of the excessively high arsnic levels found in the Wallace Pack water system, this Court ordered a water filtration system be installed.

    B. While the system was installed, there was no provision to replace the ground pipes leading from the filtration system to the main building and trusty camp or the water pipes from the ground main in to the kitchen, administrative offices, education/dayroom building or the three dormitory housing units.

    C. All of the water pipes contain

3

SIGNIFICANT CALCIUM, LEAD, ARSNIC AND OTHER HEAVY METALS BUILDUP, AND WHILE THERE MAY BE "FILTERED" WATER AT THE FILTRATION SYSTEM, THE "PURIFIED" WATER IS RECONTAMINATED AS IT FLOWS THROUGH THE WATER PIPE SYSTEM.

 D. THERE HAS NOT BEEN ANY TESTING AT THE "CONSUMPTION" SIDE OF THE WATER SYSTEM.
 E. DENYING TESTING UNTIL THE PIPES ARE COMPLETELY REPLACED IS UNREASONABLE, UNNECESSARY, FUNDAMENTALLY UNFAIR AND, BASED ON TESTING LEVELS, BORDERS UNCONSTITUTIONAL.

2. PROPOSED SOLUTION
 A. INDEPENDENT (TCEQ) TESTING OF CONTAMINATES BE REQUIRED AT EACH OF THESE LOCATIONS, AND FACILITIES WHERE INMATES AND OFFICERS DRINK THE WATER, (AS METALS BUILDUP DIFFERS FROM PIPE SYSTEM TO PIPE SYSTEM) AT THE SAME TIME THE FILTRATION SYSTEM IS TESTED.

G. AIR CONDITIONING FOR TRUSTY CAMP DAYROOM
1. OBJECTION
 A. AT THE TIME OF THE CIVIL ACTION THE ONLY AIR CONDITIONING CONSIDERATION WAS FOR THE HOUSING AREAS OF THE MAIN UNIT. NOT UNTIL JUNE, 2016 WAS ANY CONSIDERATION ABOUT ANYTHING GIVEN TO THE TRUSTY CAMP.
 B. THE DAYROOMS IN THE MAIN UNIT ARE

4

LOCATED IN THE HOUSING DORMS.

 C. THE DAYROOM/REC ROOM FOR THE TRUSTY CAMP IS IN A PARTIALLY UNAIRCONDITIONED STAND ALONE BUILDING. THE <u>ONLY</u> PART AIR CONDITIONED IS THE <u>LITTLE USED</u>, AND ACCESS CONTROLLED, EDUCATION ROOM.

 D. THE FANS CURRENTLY IN THE DAYROOM/REC ROOM ARE <u>NOT</u> SUFFICIENT OR EFFICIENT ENOUGH TO REDUCE EXCESSIVE HEAT TO ACCEPTABLE AMBIENT LEVELS IN EXCESSIVE HEAT CONDITIONS.

 E. IN THE SUMMER OF 2017, TRUSTY'S DEMONSTRATED THE COVERED PAD BEHIND THE BUILDINGS WAS COOLER (DUE TO THE BUILDING CREATING WIND CHANNELS) OUTSIDE IN THESE CONDITIONS THAN INSIDE THE DORMS.

 F. INMATES SEEKING RELIEF AFTER BEING REQUIRED TO WORK OUTSIDE, SOMETIMES UP TO 13 HOURS A DAY, ARE DENIED <u>COOL</u> AIR AND AN OPPORTUNITY TO RELAX IN THE DAYROOM/REC ROOM.

 G. AIR CONDITIONING THE MAIN UNIT HOUSING DORMS AUTOMATICALLY AIR CONDITIONS THEIR DAYROOMS AS EACH DORM IS ALSO ITS OWN DAYROOM.

 H. NOT AIR CONDITIONING THE TRUSTY CAMP DAYROOM/REC ROOM IS FUNDAMENTALLY UNFAIR, DISCRIMINATORY, UNNECESSARY, AND UNREASONABLE.

2. PROPOSED SOLUTION

5

CONDITIONED HOUSING REQUIREMENT ONLY FOR THE DURATION OF THE EDUCATIONAL (INCLUDING COLLEGE) VOCATIONAL OR WORK OR OTHER <u>PAROLE RELATED</u> PROGRAM. UPON COMPLETION OF THE COURSE THE WAIVER IS EXPIRED AND THE INMATE RETURNS TO THE PACK OR IS RELEASED ON PAROLE.

    B. BRING THE NECESSARY PAROLE RELATED PROGRAMS TO AIR CONDITIONED PRISON UNITS.

8. LOCAL AIR CONDITIONED TRANSPORTATION
   1. OBJECTION
      A. THE TRUSTY CAMP IS LOCATED APPROXIMATELY ½ MILE FROM THE BACK GATE (PRISONER'S ENTRANCE) OF THE PRISON.
      B. WHILE OTHER TDCJ PRISON UNITS PROVIDE REGULAR VEHICLE TRANSPORTATION FOR TRUSTY'S BETWEEN THEIR TRUSTY CAMPS AND THEIR MAIN BUILDINGS, THE WALLACE PACK, WITH THE EXCEPTION OF CERTAIN CONDITIONS OR SITUATIONS, DOES NOT.
      C. CURRENTLY, ALL TRUSTY'S MUST WALK TO AND FROM FOR MEDICAL, EDUCATION AND OTHER PRISON NEEDS. THERE ARE NO WATER SPICKETS OR ROADSIDE SHELTERS IN PLACE FOR INMATES, ON THE REQUIRED ROUTE, TO SEEK SHELTER OR AID FROM EXCESSIVE HEAT.
      D. ONCE AN INMATE TRANSITS FROM ONE GATE TO THE OTHER, HE IS AT THE MERCY OF CERTAIN CONDITIONS, SUCH AS, LINE, OR A CHAIN BUS OR

7

AMBULANCE REQUIRES INMATES TO HOLD IN PLACE, WHICH MEANS <u>STANDING</u> ON THE OPEN ASPHALT, AT ALMOST ALL TIMES WITH MOST TRUSTY'S - <u>NO</u> HAT, <u>NO</u> ACCESS TO WATER, AND <u>NO</u> SHELTER FROM THE SUN - FOR AS LONG AS 45 MINUTES. THE REMAINDER OF EXPOSURE TIME DEPENDS ON THE DISTANCE TO ONE GATE OR THE OTHER.

    E. EVEN IN "EXTREME" HEAT (80°-88°) LONG TERM EXPOSURE CAN BE HAZARDOUS AND PUTS THE INMATE AT SUBSTANTIAL RISK OF HARM TO SEVERE SUNBURN, DEHYDRATION AND HEAT RELATED ILLNESS.

    F. THIS PRACTICE IN EXTREME AND EXCESSIVE HEAT CONDITIONS IS UNREASONABLE, UNNECESSARY, AND BORDERS ON CRUEL AND UNUSUAL PUNISHMENT.

2. PROPOSED SOLUTION

    A. IDENTIFY THE TEMPERATURES SET BY THE NATIONAL WEATHER SERVICE AS EXTREME ("HOT") HEAT AND AT THAT TEMPERATURE, INMATE MOVEMENT BETWEEN FACILITIES CEASES UNTIL SUCH TIME AS A SHUTTLE (COVERED OR AIR CONDITIONED) CAN ACCOMODATE MOVEMENT. THE SHUTTLE REQUIREMENT NEED ONLY BE IMPLEMENTED UNTIL TEMPERATURES DROP BELOW THE SET DEGREE.

9. AMBIENT AIR TEMPERATURE MONITORING

1. OBJECTION
    A. SOMETIME BETWEEN APRIL 10th AND APRIL 23RD, 2018 A CAT AND HER LITTER FOUND THEIR WAY INTO ONE OF THE AIR CONDITIONING UNITS AT 1 DORM. SUBSEQUENTLY, THE MECHANICAL OPERATION OF THE UNIT KILLED THE CATS, SENDING BIOLOGICAL CONTAMINATES AND AN EGREGIOUS STENCH INTO THAT DORM FOR MULTIPLE DAYS. THE DESIGN OF THE UNIT ALLOWS FOR BIOLOGICAL CONTAMINATION TO BE SPREAD THROUGHOUT THE DORM AND ON TO GUARDS, INMATES, CLOTHES AND BEDDING.
    B. GUARDS WERE VOCAL ABOUT THE CONTRACTOR PROTESTING ABOUT HAVING TO REMOVE THE CATS, THEN LEAVING "CAT MATTER" IN THE UNIT.
    C. THIS IS UNREASONABLE AND UNNECESSARY.
2. PROPOSED SOLUTION
    A. REQUIRE DEFENDANTS TO INSTALL SOME KIND OF SCREENING, IN ADDITION TO THE INSECT SCREENS ON BUILDING WINDOWS, THAT WILL NOT INTERFERE WITH UNIT OPERATIONS, BUT WILL PREVENT LARGER THAN A ROACH RODENTS AND OTHER ANIMALS FROM GETTING INTO THE AIR CONDITIONING UNITS.

12. RESTRICTIONS FROM COMMISSARY
    1. OBJECTION
        A. TRUSTY'S HAVE BEEN INFORMED THE ADMINISTRATION, UPON FINAL SETTLEMENT, INTENDS

11

TO IDENTIFY MEMBERS OF THE HEAT-SENSITIVE SUB-CLASS AND IMPOSE RESTRICTIONS FROM PURCHASES OF SUCH ITEMS AS CANDY BARS, COKE, COOKIES (OTHER THAN THE "MARIAS" BRAND) AND ICE CREAM. THESE INMATES WILL BE REQUIRED TO WEAR SPECIAL WRISTBANDS.

B. INMATES ARE ALREADY BEING DISCRIMINATED AGAINST AND SUBJECTED TO WHAT CAN BE DEFINED BY STATUTE, AS <u>EXTORTION</u> BY THE COMMISSARY REFUSING TO SELL OVER-THE-COUNTER COLD MEDICINE THAT WAS FOR SALE AND READILY AVAILABLE UNTIL THE INMATE "EXODUS" IN AUGUST, BUT IS STILL AVAILABLE AT OTHER UNIT COMMISSARYS, AND REQUIRING INMATES TO GO TO MEDICAL WHERE WE ARE BEING CHARGED $100 CO-PAY TO GET A $1.95 OVER THE COUNTER MEDICATION.

C. INMATES, INCLUDING IN THE HEAT-SENSITIVE SUBCLASS, TAKE MEDICATIONS TO CONTROL THEIR DISEASES, AND MOST ALL CAPABLE ADULTS CAN SELF-MEDICATE FOR THE SNIFFLES WITHOUT HAVING TO SEE A DOCTOR.

D. THIS CIVIL ACTION IS ABOUT AIR CONDITIONING IN EXCESSIVE HEAT CONDITIONS. IT IS <u>NOT</u> ABOUT FINDING PETTY WAYS WITH UNREASONABLE, UNNECESSARY, DISCRIMINATORY, AND FUNDAMENTALLY UNFAIR RETALITORY PRACTICES BECAUSE YOU LOST A LAWSUIT.

E. THE MEDICATIONS ARE NON-ADDICTIVE

12

AND SOLD IN LIMITED QUANTITIES.

  F. TO MAKE A COUNTER-CLAIM THAT SOMEONE HAS OR MIGHT OVERDOSE ON THEM AND THEREFORE WE HOLD THE ENTIRE POPULATION RESPONSIBLE IS AS ABSURD AS PUNISHING THE PRISON POPULATION BECAUSE ONE INMATE GOT SICK FROM EATING A GALLON OF A NEW FLAVOR ICE CREAM AT ONE SITTING

  G. THESE RESTRICTIONS ARE UNREASONABLE AND FUNDAMENTALLY UNFAIR!

2. PROPOSED SOLUTION

  A. UNLESS THERE IS A SPECIAL MEDICAL DIRECTIVE IN THE FORM OF A "DOCTOR'S ORDER" PUTTING A SPECIFIC INMATE ON "DIET FOR HEALTH" NO INMATE SHALL BE RESTRICTED FROM COMMISSARY PURCHASES.

  B. RETURN ALL COLD MEDICINES TO THE COMMISSARY FOR OVER THE COUNTER PURCHASE OR,

  C. REMOVE THE $100 CO-PAY FOR MEDICAL TREATMENT FOR COLDS, FLU, SORE THROAT AND ASSOCIATED MEDICATION.

13. MEDICAL SEGREGATION

  1. OBJECTION

    A. ALL CLASS MEMBERS ARE REQUIRED TO BE HOUSED IN SEGREGATION (SEG) WHEN GOING ON MEDICAL TRANSIT (THIS APPEARS TO BE THE ONLY PLACE AIR CONDITIONED AT THESE

13

FACILITIES), AND IF YOU HAVE A COLD OR FEVER AT THE WALLACE PACK.

 B. <u>NUMEROUS</u> CLASS MEMBERS HAVE BEEN HOUSED, FOR MULTIPLE DAYS AT A TIME, IN DEFECTIVE CELLS, WITHOUT BLANKETS, SHEETS OR MATTRESSES AND SUBJECTED TO ICE COLD FOOD AND CONDITIONS NORMALLY SET ASIDE FOR PERSONS UNDER PUNISHMENT, INCLUDING BEING HANDCUFFED TO GO TO THE SHOWER, JUST BECAUSE THEY ARE HOUSED IN SEG. GRIEVANCES HAVE BEEN FILED.

 C. ALBERT HUNTER AND JOE SANCHEZ WERE HOUSED IN SEG, AT THE PACK, BECAUSE OF COLD AND FEVER. NEXT TO THEM WAS A G-4 VIOLENT OFFENDER WHO REQUIRED CHEMICAL EXPOSURE TO QUELL HIS TANTRUM. BOTH HUNTER AND SANCHEZ SUFFERED FROM RESIDUAL CHEMICAL EXPOSURE AND WERE NOT DECONTAMINATED.

 D. CHEMICAL EXPOSURE IN QUANTITIES USED BY DEFENDANTS IN THE EVENT OF A DISTURBANCE ARE SUBSTANTIAL ENOUGH TO PUT ANY MEDICAL PATIENT WITH RESPITORY OR HEART CONDITIONS AT RISK OF SERIOUS BODILY INJURY OR DEATH.

 E. ALL NON-PACK INMATES AT MEDICAL UNITS ARE ALLOWED TO EAT IN THE POPULATION CHOW HALL AND NOT UNREASONABLY SUBJECTED TO

14

CHEMICAL EXPOSURE.

 F. THESE HOUSING CONDITIONS ARE UN-ACCEPTABLE, UNREASONABLE AND UNNECESSARY, DISCRIMINATORY, FUNDAMENTALLY UNFAIR, AND PRESENT UNCONSTITUTIONAL ISSUES OF CONTROVERSY.

2. PROPOSED SOLUTION

 A. INMATES NOT ONLY BE HELD IN OPERABLE AND SAFE CELLS, BUT BEDDING, MATTRESSES, AND SHOWERS BE READILY AVAILABLE AND A SUPERVISOR BE REQUIRED TO SIGN OFF THAT THESE BASIC NEEDS WERE ACCOMODATED.

 B. MEDICAL TRANSITS BE IDENTIFIED BY A FLORESCENT OR NEON WRISTBAND FOR EASY IDENTIFICATION AND BE ALLOWED TO GO INTO THE POPULATION CHOW HALL FOR MEALS.

 C. MEDICAL TRANSITS MUST BE DECONTAMINATED ANYTIME CHEMICAL WEAPONS ARE DEPLOYED IN THEIR VICINITY AND PRIOR TO BEING SEEN BY THEIR MEDICAL PROVIDER.

 D. A SUPERVISOR MUST ENSURE MEDICAL TRANSITS ARE PROTECTED AND ACCOUNTED FOR.

 E. AS THEY ARE ONLY MEDICAL TRANSITS AND NOT HOUSED FOR PUNISHMENT, EVERY EFFORT MUST BE MADE BY DEFENDANTS TO REMOVE THE TRANSIT FROM THE AFFECTED AREA PRIOR TO DISPERSEMENT

MANY OF THE RETALITORY ACTS INVOLVE MULTIPLE OR NUMEROUS INMATES (VICTIMS), SUCH AS WHEN BEING SERVED SPOILED AND ROTTEN FOOD AT CHOW, AND INTERFERING WITH RELIGIOUS SERVICES.

14. THE DEFENDANTS HAVE BEEN FOUND TO BE DELIBERATELY INDIFFERENT TO THE CIVIL RIGHTS OF INMATES. UNDER THEIR DIRECTION, PERSONS UNDER COLOR OF LAW CONTINUE TO VIOLATE CLASS MEMBERS CIVIL RIGHTS THROUGH AN ABUSE OF OFFICIAL CAPACITY WITH NO JUSTIFIABLE LEGAL OR PENEOLOGICAL REASON. THIS CRIMINAL CONDUCT IS UNREASONABLE, UNNECESSARY, DISCRIMINATORY, FUNDAMENTALLY UNFAIR AND UNCONSTITUTIONAL.

2. PROPOSED SOLUTION

A. WE THE UNDERSIGNED RESPECTFULLY REQUEST THIS COURT ORDER AN INDEPENDENT CRIMINAL INVESTIGATION BY THE UNITED STATES DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION, CRIMINAL SECTION. WE ARE A SUBSTANTIAL NUMBER OF VICTIMS AND EYEWITNESSES SUFFERING POTENTIALLY IRREPARABLE INJURY TO CONSTITUTIONAL RIGHTS STILL AFFORDED US.

B. THIS COLLECTIVE OBJECTION TO THE PROPOSED SETTLEMENT AGREEMENT IS BEING SUBMITTED BY CLASS MEMBERS TO ENSURE THESE OBJECTIONS, COMPLAINTS, ISSUES OF LIVE CONTROVERSY,

AND PROPOSED SOLUTIONS ARE ON THE RECORD, AND TO RESPECTFULLY REQUEST THE COURT, IN ADDITION TO ORDERING A DEPARTMENT OF JUSTICE INVESTIGATION, PRESERVE THE UNDERSIGNED AND SIMILARLY SITUATED'S CONSTITUTIONAL AND LEGAL RIGHTS AND INTEREST IN CLAIMS AND INJURY.

YOUR HONOR, IN THE TOTALITY OF CIRCUMSTANCES AND IN THE INTEREST OF JUSTICE, WE THE UNDERSIGNED RESPECTFULLY REQUEST THIS COURT POSTPONE FINAL SETTLEMENT UNTIL THESE CONTROVERSIAL ISSUES ARE ADDRESSED AND RESOLVED.

WE THE UNDERSIGNED CLASS MEMBERS, INCARCERATED AT THE WALLACE PACK TRUSTY CAMP DECLARE, UNDER THE PENALTY OF PERJURY, IN ACCORDANCE WITH 28 USC 1746, THE AFOREMENTIONED FACTS AND INFORMATION IS TRUE AND CORRECT TO THE BEST OF OUR BELIEFS AND KNOWLEDGE.

SIGNED AND SUBMITTED ON THIS 26th DAY OF APRIL, 2018.

RESPECTFULLY SUBMITTED,

| Signature | Name | ID |
|---|---|---|
| *(signature)* | CHARLES MALOUFF | #01978590 |
| Clayborne L Baity | CLAYBORNE BAITY | #01937403 |
| Ryan D Gresham | RYAN GRESHAM | #01708644 |
| Jackie Speed | JACKIE SPEED | #01784817 |
| Donald Shelby | DONALD SHELBY | #01839844 |

20

| Signature | Printed Name | ID Number |
|---|---|---|
| *Albert Hunter* | ALBERT HUNTER | #02070346 |
| *Wayne W. Williams* | WAYNE W. WILLIAMS | #01968085 |
| *Alvin Polly* | ALVIN POLLY | #02056283 |
| *John Sidl* | JOHN SIDLR | #0136652 |
| *Terry Baxter* | Terry Baxter | #0195250 |
| *Eddie Barrett* | Eddie Barrett | #01864062 |
| *Brad Wilson* | Brad Wilson | #01996358 |
| *Perz Edward* | Perez, Edward | #01753130 |
| *Dylan Clay* | Dylan Clay | #02105111 |
| *Efrain Solis Jr* | EFRAIN SULIS JR | #02114923 |
| *Daryl Sanborn* | Darryl Sanborn | #02108662 |
| *Arnold E Day* | Arnold E Day | #01958469 |
| *Geoffrey Mack* | GEOFFREY MACK | #02071798 |
| *Stanley Sherman* | STANLEY SHERMAN | #515448 |
| *Stephen Parker* | STEPHEN PARKER | #00678438 |
| *Rene Ben Hernandez* | Rene Ben Hernandez | #01906231 |
| *Burnell Jackson* | Burnell Jackson | #1848424 |
| *Billy Mitchell* | Billy Mitchell | #02071046 |
| *Charles Preston* | Charles Preston | #0274019 |
| *Ira PHFA* | Ira PHFA | #02090968 |
| *Herbert Ellis* | Herbert Ellis | #02001950 |
| *Jasper D. Bouldin* | Jasper D. Bouldin | #01865966 |
| *Mario Rodriguez* | MARIO RODRIGUEZ | #01984549 |
| *Paul Savage* | Paul Savage | #0797167 |
| *Harry York* | HARRY YORK | #02027816 |
| *Arnulfo Canales* | ARNULFO CANALES | #0988223 |
| *James M Castillo* | JAMES M. Castillo | #01495168 |

21

| Signature | Name | ID |
|---|---|---|
| | Jacob Williams | #02157218 |
| | Darin D Drummond | #01806894 |
| Cortez Alejandro | Cortez Alejandro | #01489338 |
| Matthew Arollo | Matthew Arollo | #1978849 |
| Richard Whitaker | Richard Whitaker | #01982651 |
| | James Wagers Jr. | #2081167 |
| Daniel Puga | Daniel Puga | #02066114 |
| Donald Bugge | Donald Bugge | #01132132 |
| Michael Jenkins | Michael Jenkins | #02125823 |
| | David Collins | #01810867 |
| | Dalen Smith | #01979152 |
| Trevais Freeman | Trevais Freeman | #02020261 |
| | Gilbert Guzman Jr. | #02006623 |
| Jerry Moreno | Jerry Moreno | #01727353 |
| | Bruce E Trolinger | #01898239 |
| | Daniel Collazo | #2064264 |
| Sotero Morales | Sotero Morales | #01846875 |
| Vernon Robinson | Vernon Robinson | #01957975 |
| Darryl Nolan | Darryl Nolan | #01823521 |
| Lawrence Butler | Lawrence Butler | #01363345 |
| John Minnex | John Minnex | #02131063 |
| Marshall Earls Jr | Marshall Earls Jr | #02123206 |
| J.E. Collier | John E. Collier | #02009779 |
| Stanley E. Rosborough | Stanley E. Rosborough | 00658726 |
| Sean Harris | Sean Harris | #02167522 |
| Rodney McIntosh | Rodney McIntosh | #1847059 |
| Royar Charlie | Royar Charlie | #2019137 |

22

James Cartwright #01957721

23

CHARLES MALCUFF 1518540
WALLACE PACK UNIT TC 2-63
2400 WALLACE PACK RD
NAVASOTA, TX 77868









Honorable Judge Keith Ellise
United States District Cour
P.O. Box 61010
Houston, TX 77208

Legal Mail