John W. Ford
TDC # 661737
Pack Unit
2400 Wallace Pack Road
Navasota, Texas 77868

PACK HEAT_
Civil No. 4:14-cv-1698

United States Courts
Southern District of Texas
FILED

MAY 07 2018

David J. Bradley, Clerk of Court

May 2, 2018

Mr. David J. Bradley, Clerk
U.S. District Court
P.O. Box 61010
Houston, Texas 77002

United States Courts
Southern District of Texas
FILED

MAY 07 2018

David J. Bradley, Clerk of Court

Dear Clerk,

   Please bring this Advisory and Objections to the attention of the Court.

Thank you for your time and consideration,

                              Sincerely

                              */s/ John Ford*

                              John Ford

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 7 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| KEITH COLE, et al., | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | Civil Cause No. 4:14-cv-1698 |
| | § | |
| BRYAN COLLIER, et al., | § | |
| Defendants. | § | |

### SUB-CLASS PLAINTIFF'S ADVISORY TO THE COURT AND OBJECTIONS TO THE PROPOSED SETTLEMENT REGARDING THE PACK HEAT

I, John W. Ford, TDCJ-ID # 00661737, a class member to the Pack Heat Lawsuit files this Advisory and Objections pursuant to Rule 23 of Federal Rules of Civil Procedure to the Court as advised before April 27, 2018. Ford respectfully request this Honorable Court after its careful review and consideration of the issues presented, will find this settlement is unfair and not in the best interest of the class members, or in the best interest of justice. And will REJECT the proposed settlement as is until: (A) Proper changes and modifications are made, (B) If changes are not available, then set for a hearing, (C) Or set this cause for trial.

### ISSUES PRESENTED

I.   TIMELY SUBMITTED

On April 26, 2018 Ford placed this Advisory and Request in the internal prison mailbox. He further ask this Court to apply

1.

Less than two percent of the Class knows what the complete Proposed Settlement's stipulations and conditions are. The Class was misinformed that the Class Attorneys were going to come and allow everyone to personally agree or disagree with the conditions, and sign a roster. This did not happen! The Class Attorneys on April 24, 2018 all class members were called to the gym and informed of only part of the conditions, mainly the OPT-OFF condition. Noone was informed that of it being dismissed with prejudiced, were not happy with the stipulation of not being under AC protection if you are paroled and returned for what ever reason. TDC has a high rate of recidivism, no clause to protect all class members from being retaiated against (which is already being done).

I and all other class members who were assigned in the unit craftshop for years have been removed under questionable reasons.

Class Members feel betrayed by the Class Attorneys and feel that they have been pleaed out.

TDC never upholds any agreements it has with any class action lawsuit. They still have not settled claims for broken or damaged property even though they are the ones who broke or damaged it.

They are coming in and taking the temps inside the supply vents instead of in the distance from the supply .

The are using retalation and harrassment to cause offenders to become so frustrated that they will OPT-OFF.

Again as restated. I pray that you will reject this proposed settlement, come and talk to some of the class members.

Respectfully submitted on May 2, 2018

*John W. Ford*
John W. Ford
TDC # 661737
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, Texas 77868

2 of 2

John W. Ford
TDCJ-ID No. 661737
Pack Unit
2400 Wallace Pack Unit
Navasota, Texas 77868

United States Courts
Southern District of Texas
FILED
MAY 07 2018
David J. Bradley, Clerk of Court

LEGAL
Mail

NORTH HOUSTON TX 773
04 MAY 2018 PM 8 L

David J. Bradley, Clerk
U.S. District Court
Southern District
Houston Division
P.O. Box 61010
Houston, Texas 77002

77208-101010