UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br><br>Defendants. | CIVIL ACTION NO.<br>4:14-cv-1698 |

**ORDER GRANTING PLAINTIFFS' COUNSEL'S MOTION FOR WITHDRAWAL AS COUNSEL FOR PLAINTIFF KEITH COLE**

The Court, having considered Plaintiffs' Counsel's Motion for Withdrawal as Counsel for Plaintiff Keith Cole, any response, any replies, all argument and evidence presented, and all applicable law, the Court GRANTS the motion in its entirety.

Pursuant to Local Rule 83.2, Edwards Law, Texas Civil Rights Project, and Reynolds Frizzell's representation of Plaintiff Keith Cole in his individual capacity is TERMINATED. Edwards Law, Texas Civil Rights Project, and Reynolds Frizzell continue to represent Jackie Brannum, Richard King, Michael Denton, Fred Wallace, and Marvin Ray Yates. Class Counsel continue to represent the class certified pursuant to this Court's order dated March 27, 2018. *See* Doc. 1065.

SIGNED in Houston, Texas, on this the _____ day of _____, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE