UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, | § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:14-cv-1698 |
| v. | § § § | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Defendants. | § | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO OPT OUT REQUESTS**

Plaintiffs respectfully request the Court deny requests to opt out filed by non-class members Dung Tran (Doc. 841, 849, and 852), Ralph Johnson (Doc. 868), Jeffrey Alan Olivan (Doc. 880), Brandon Meadors (Doc. 881), Anthony L. Diaz (Doc. 882), Larry Dynel Dever (Doc. 883), Cory Cochran (Doc. 884), Ryan Howard (Doc. 910 and 918), Boris Moglievich (Doc. 927), Owen Jones (Doc. 936), and Samuel Solomon (Doc. 911) on the same basis the Court denied non-class-member Raymond Torres's similar motion to opt out. *See* Doc. 1116, pg. 4. These gentlemen ceased to be class members when they departed the Pack Unit. *See* Doc. 1064. Therefore, these inmates are no longer class members and have no class to "opt out" of.

Likewise, Plaintiffs respectfully request the Court deny without prejudice requests to opt out filed by class members Scott Douglas Gary (Doc. 886) and Steven Tidball (Doc. 933). Mr. Douglas Gary and Mr. Tidball asked to "opt out" prior to notice of the settlement and the

explanation of their rights. The Court previously denied similar motions to "opt out" filed by class members. *See* Doc. 1116, pg. 11.

Date: May 7, 2018.

    Respectfully submitted,

    EDWARDS LAW
    The Haehnel Building
    1101 East 11rh Street
    Austin, TX 78702
        Tel.    512-623-7727
        Fax.   512-623-7729

    By:   /s/ Jeff Edwards
    JEFF EDWARDS
    State Bar No. 24014406
    Lead Counsel
    Scott Medlock
    State Bar No. 24044783
    Michael Singley
    State Bar No. 794642
    David James
    State Bar No. 24092572
    Federal ID 2496580

    Jeremy Doyle
    State Bar No. 24012554
    Federal ID No. 24559
    Nathan Smith
    State Bar No. 24083645
    Federal ID No. 2621125

    REYNOLDS FRIZZELL LLP
    1100 Louisiana, Suite 3500
    Houston, TX 77002
        Tel.    (713) 485-7200
        Fax.   (713) 485-7250
    ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

3

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case File System of the Southern District of Texas. A copy of this has been mailed via First Class U.S. Mail to every pro se party identified herein.

/s/    Jeff Edwards
JEFF EDWARDS