# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-20216

**United States District Court**
**Southern District of Texas**
**FILED**

4:14-CV-1698

JUN **0 5** 2018

DAVID BAILEY,

**David J. Bradley, Clerk of Court**

      Plaintiff

v.

BRYAN COLLIER, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE; ROBERTO M. HERRERA; TEXAS DEPARTMENT
OF CRIMINAL JUSTICE,

      Defendants - Appellees

v.

DUSTY SEATON,

      Movant - Appellant

JAMES A. MEEKS; MICHAEL WALTON; WISDOM L. SIMMS, JR., et al,

      Appellants

Appeal from the United States District Court for the
Southern District of Texas

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as to appellant Lakeith R. Amir-Sharif as of June 5, 2018, for want of prosecution.  The appellant failed to timely pay fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
LaToya C. Allen, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


June 05, 2018


Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002


     No. 18-20216    Keith Cole, et al v. Bryan Collier, Exct Dir
                     TDCJ, et al
                     USDC No. 4:14-CV-1698


Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    LaToya C. Allen, Deputy Clerk
                    504-310-7623