United States District Court
Southern District of Texas
FILED

JUL 2 0 2018

David J. Bradley, Clerk of Court

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

4:14CV1698

No. 18-20401

_____

**A True Copy**
**Certified order issued Jul 20, 2018**

*Jyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

DAVID BAILEY, et al,

      Plaintiffs

v.

BRYAN COLLIER, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE; ROBERTO M. HERRERA; TEXAS DEPARTMENT
OF CRIMINAL JUSTICE,

      Defendants - Appellees

v.

RAYMOND TORRES,

      Appellant

_____

Appeal from the United States District Court
for the Southern District of Texas

_____

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of July 20, 2018,
pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____

Angelique B. Tardie, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 20, 2018

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

        No. 18-20401   David Bailey v. Bryan Collier, Executive
Dir, et al
                       USDC No. 4:14-CV-1698


Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Angelique B. Tardie, Deputy Clerk
                        504-310-7715

cc w/encl:
        Mr. Darren Lee McCarty
        Ms. Leah O'Leary
        Mr. Raymond Torres
        Ms. Briana Marie Webb