# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

4:14-CV-1698

No. 18-20216

United States Courts
Southern District of Texas
FILED
*November 20, 2018*

David J. Bradley, Clerk of Court

BRYAN COLLIER, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE; ROBERTO M. HERRERA; TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

    Defendants - Appellees

v.

DUSTY SEATON; JAMES A. MEEKS,

    Movants - Appellants

**A True Copy**
Certified order issued Nov 20, 2018

*Jyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

MICHAEL WALTON; ANTWAIN BURKS; JERRY L. THOMAS; ALAN J. FANNING; SIMON M. SANCHEZ; STEVEN WALKER; EMMANUEL DOYLE; ZACHARY HARVEY; NICHOLAS MCKNIGHT; SAMUEL HENDERSON; QUAVONN WHITE; RICK EDMUND FRAS; ROBERT EARL PITTS, JR.; ANTHONY AGUILAR; GARY BARNETT; EDWARD FANSLER; WILLIAM SULLIVAN; CRAIG A. BROWN; JIMMY FREEMAN; ARTURO GONZALES; JAMES MOORE; BLAIR WRIGHT,

    Appellants

v.

MARVIN RAY YATES; JACKIE BRANNUM; RICHARD ELVIN KING; FRED WALLACE; MICHAEL DENTON,

    Plaintiffs - Appellees

Appeal from the United States District Court for the
Southern District of Texas

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 20, 2018, for want of prosecution, as to appellants Troy Escamilla and Steven Hayes. The appellants failed to timely file appellant briefs.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Jann Wynne*

By: _____
Jann M. Wynne, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 20, 2018

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 18-20216    David Bailey, et al v. Bryan Collier, Exct
                                Dir TDCJ, et al
                                USDC No. 4:14-CV-1698

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Jann M. Wynne, Deputy Clerk
                                504-310-7688

cc w/encl:
    Mr. Anthony Aguilar
    Mr. Gary Barnett
    Mr. Jackie Brannum
    Mr. Craig A. Brown
    Mr. Antwain Burks
    Mr. Emmanuel Doyle
    Mr. Jeff S. Edwards
    Mr. Alan J. Fanning
    Mr. Edward Fansler
    Mr. Jimmy Freeman
    Mr. Arturo Gonzales
    Mr. Zachary Harvey
    Mr. Samuel Henderson

Mr. David James
Mr. Darrell Johnson
Mr. Darren Lee McCarty
Mr. Nicholas McKnight
Mr. Scott Charles Medlock
Mr. James A. Meeks
Mr. James Moore
Ms. Leah O'Leary
Mr. Robert Earl Pitts Jr.
Mr. Simon M. Sanchez
Mr. Dusty Seaton
Mr. Michael C. Singley
Mr. William Sullivan
Mr. Jerry L. Thomas
Mr. Steven Walker
Mr. Michael Walton
Ms. Briana Marie Webb
Mr. Quavonn White
Mr. Blair Wright