United States District Court
Southern District of Texas
**ENTERED**
January 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br><br>Defendants. | CIVIL ACTION NO.<br>4:14-cv-1698 |

## ORDER APPROVING REQUESTS TO OPT OUT OF CLASS ACTION SETTLEMENT

The Court having reviewed the Plaintiffs' Fifth Unopposed Motion to Approve Class Opt-Outs, the lack of opposition, the class action settlement agreement (and orders approving the same), the pleadings on file, the arguments of the parties, and all applicable law, hereby GRANTS the requests of the following class members to opt out of the settlement relief:

- Darren Monroe (#02113675).

Date: January 23, 2019

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE