UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD ELVIN KING, LAVAR SANTEE, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated,<br>          Plaintiffs,<br><br>v.<br><br>BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity and TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br>          Defendants. | §§§§§§§§§§§§§§ | No. 4:14-cv-1698 |

### TDCJ'S RESPONSE TO ECF No. 1449 BY BRYAN COLLIER IN HIS OFFICIAL CAPACITY AS THE EXECUTIVE DIRECTOR OF TDCJ

Defendants the Texas Department of Criminal Justice, Bryan Collier, and Robert Herrera (collectively, TDCJ) submit this response to the Court's Memorandum Order issued on August 9, 2019, Bryan Collier in his official capacity as the Executive Director of TDCJ, submits the attached affidavit.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**DARREN McCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief, Law Enforcement Defense Division

/s/ Leah O'Leary
**LEAH O'LEARY**
State Bar No. 24079074
Southern District No.: 1563191
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 370-9814 Fax
Leah.OLeary@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS
COLLIER, HERRERA, AND TDCJ**

### NOTICE OF ELECTRONIC FILING

I, **Leah O'Leary**, Assistant Attorney General of Texas, do herby certify that I have electronically filed this pleading in accordance with the Electronic Case Files System of the Southern District of Texas, on August 12, 2019.

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General

### CERTIFICATE OF SERVICE

I, **Leah O'Leary**, Assistant Attorney General of Texas, certify that a true and correct copy of the foregoing has been served to all attorneys of record by electronic notice in accordance with Rule 5(b)(2) of the Federal Rules of Civil Procedure on August 12, 2019.

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General