United States Courts
Southern District of Texas
FILED

AUG 14 2019

David J. Bradley, Clerk of Court

Mr. Jesse P. Skinner
TDCJ# 599362/Eastham
2665 Prison Rd. #1
Lovelady, Texas 75851

August 12, 2019

Clerk,
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

RE: Request for copy of Court's Docket Sheet in Case
Number No. 4:14-CV-01698, Cole et al V. Livingston et al:

Dear Hon. Clerk:

The purpose of this inquiry is to (Purchase) copies of Legal Materials from the above listed case number.

Also, please farward order forms and cost of (Court's Docket Sheet) for case number 4:14-cv-01698, as soon as possible, due to the ongoing Extreme Heat Litigation [Live] in Skinner V. Collier et al No. 9:18 CV 139 Eastern District Court of Texas.

I thank you for your attention and time to this matter!
I await your response. I Remain.

Sincerely,

*Jesse P. Skinner*
Jesse P. Skinner

jps/apl/file.

Mr. Jesse P. Skinner
TDCJ# 599362/Eastham
2665 Prison Rd. #1
Lovelady, Texas 75851



NORTH TEXAS TX PADC
DALLAS TX 750
12 AUG 2019 PM 5 L

United States Courts
Southern District of Texas
FILED

AUG 14 2019

David J. Bradley, Clerk of Court

Clerk, United States District Court
Southern District Of Texas
P.O. Box 61010
Houston, Texas 77208

77208-101010