UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, § § § § § Plaintiffs, § § v. § § BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, § § § § § Defendants. § | | CIVIL ACTION NO. 4:14-cv-1698 |

**PLAINTIFFS' MOTION FOR CONTEMPT, TO SHOW CAUSE & SANCTIONS**

# Exhibit 2

# Declaration of D. Armstrong

DECLARATION OF <u>DARIUS ANTOINE ARMSTRONG</u>

1. My name is <u>DARIUS ANTOINE ARMSTRONG</u>

2. My date of birth is <u>8/1/1984</u>.

3. My TDCJ number is <u>1675648</u>.

4. ~~I have been an inmate in the Texas Department of Criminal Justice (TDCJ)'s Wallace Pack Unit in Grimes County, Texas since~~ _____.

5. I am assigned to the Stiles Unit at <u>12-D-C-33-1</u>.

6. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated herein are within my knowledge and are true and correct.

DAA • THE AIR CONDITIONING HAS NOT BEEN WORKING IN MY HOUSING AREA AT THE STILES UNIT SINCE AT LEAST MAY 2019.

DAA • I SWEAT EVERY DAY IN MY HOUSING AREA, SOMETIMES EVEN AT 1 OR 2 AM.

DAA • I AM NOT PERMITTED TO TAKE COLD SHOWERS AT THE STILES UNIT.

DARIUS ARMSTRONG

DAA ○ I AM NOT PERMITTED TO GO TO RESPITE AREAS AND HAVE BEEN TOLD NO WHEN I ASKED AT STILES.

DAA ○ I HAVE HIGH BLOOD PRESSURE AND AM PRESCRIBED MEDICATION FOR IT.

DAA ○ I HAVE TOLD TDCJ STAFF AT STILES THAT THE AIR CONDITIONING IS NOT WORKING AND THAT I AM A MEMBER OF THE PACK UNIT CLASS ACTION LAWSUIT.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____ Dated: 7-18-19

Printed Name: DARIUS ANTOINE ARMSTRONG