UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, § § § § § § § § § § § § § § § § § | | CIVIL ACTION NO. 4:14-cv-1698 |
| Plaintiffs, | | |
| v. | | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | | |
| Defendants. | | |

**PLAINTIFFS' MOTION FOR CONTEMPT, TO SHOW CAUSE & SANCTIONS**

# Exhibit 3

# Declaration of G. Click

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, | § § § § § | CIVIL ACTION NO. 4:14-cv-1698 |
| Plaintiffs, | § § | |
| v. | § § | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR CONTEMPT, TO SHOW CAUSE & FOR SANCTIONS**

# Exhibit 3

# Declaration of Gary Click

DECLARATION OF  GARY CLICK

1. My name is  GARY CLICK.

2. My date of birth is  4/6/1964.

3. My TDCJ number is  1994731.

4. ~~I have been an inmate in the Texas Department of Criminal Justice (TDCJ)'s Wallace Pack Unit in Grimes County, Texas since~~.

5. I am assigned to the Stiles Unit at  12-D-8-15.

6. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated herein are within my knowledge and are true and correct.

GDC • AT THE STILES UNIT, THE AIR CONDITIONING HAS NOT BEEN WORKING IN MY HOUSING AREA DURING SEVERAL DAYS, INCLUDING JULY 9 AND JULY 16, 2019.

GDC • IN MY HOUSING AREA AT THE STILES UNIT, I HAVE FELT SO HOT THAT I WORRIED I WOULD PASS OUT.

GDC • I AM NOT PERMITTED TO TAKE COLD SHOWERS AT THE STILES UNIT.

GDC - I HAVE ONLY LIMITED ACCESS TO ICE WATER. IN THE DAYROOM, A COOLER IS FILLED WITH ICE AT MOST TWO TIMES PER DAY. IN MY CELL, I AM NOT PERITTED ~~ME~~ TO ACCESS ICE WATER.

GDC - I HAVE COPD.

GDC - I HAVE BEEN DENIED RESPITE WHEN I REQUEST IT IN MY HOUSING AREA.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____ Dated: 7-18-19

Printed Name: George Click