UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, | § § § § § | CIVIL ACTION NO. 4:14-cv-1698 |
| Plaintiffs, | § § | |
| v. | § § | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR CONTEMPT, TO SHOW CAUSE & SANCTIONS**

# Exhibit 4

# Declaration of C. Brown

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, | § § § § § | CIVIL ACTION NO. 4:14-cv-1698 |
| Plaintiffs, | § § | |
| v. | § § | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR CONTEMPT, TO SHOW CAUSE & FOR SANCTIONS**

# Exhibit 4

# Declaration of Charles Brown

DECLARATION OF CHARLES RAY BROWN

1. My name is CHARLES RAY BROWN.

2. My date of birth is 9/2/1970.

3. My TDCJ number is # 2123961.

4. ~~I have been an inmate in the Texas Department of Criminal Justice (TDCJ)'s Wallace Pack Unit in Grimes County, Texas since _____.~~

5. I am assigned to the Stiles Unit at E 23 Cell.

6. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated herein are within my knowledge and are true and correct.

○ I WAS ASSIGNED TO A CELL IN THE STILES UNIT ON JULY 11, 2019

○ As of today, JULY 18, 2019, MY CELL HAS NOT BEEN AIR-CONDITIONED SINCE I ARRIVED AT STILES.

○ WHILE AT STILES, I HAVE NOT BEEN PERMITTED TO ~~STAY~~ SPEND TIME IN AN AIR CONDITIONED ROOM (EXCEPT DURING AN ATTORNEY VISIT).

*Charles R. Brown* (signature)

CHARLES RAY BROWN

- WHILE AT STILES, I HAVE NOT BEEN PERMITTED TO TAKE A COLD SHOWER.
- I SWEAT EVERY DAY IN MY CELL.
- I HAVE TYPE II DIABETES

*Charles R. Brown*

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Charles R. Brown* Dated: 7-18-19

Printed Name: CHALES RAY BROWN