UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br><br>Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>4:14-cv-1698 |

**PLAINTIFFS' MOTION FOR CONTEMPT, TO SHOW CAUSE & SANCTIONS**

# Exhibit 5

# Declaration of J. Crocker

DECLARATION OF JOHN CROCKER

1. My name is JOHN CROCKER.

2. My date of birth is 11/15/1982.

3. My TDCJ number is 1589500.

4. ~~I have been an inmate in the Texas Department of Criminal Justice (TDCJ)'s Wallace Pack Unit in Grimes County, Texas since~~

5. I am assigned to the Stiles Unit at 12-D-B-28.

6. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated herein are within my knowledge and are true and correct.

7. THE AIR CONDITIONING HAS NOT BEEN WORKING IN MY HOUSING AREA AT THE STILES UNIT FOR SEVERAL DAYS, INCLUDING APPROXIMATELY JULY 3, 2019 to JULY 14, 2019.

8. I HAVE FELT HOT, SWEATY, DIZZY, AND NAUSEOUS IN MY HOUSING AREA AT STILES.

9. I AM NOT PERMITTED TO TAKE COLD SHOWERS AT STILES.

R: I HAVE HEARD PEOPLE REQUEST TO GO TO A RESPITE AREA IN MY HOUSING AREA AND TDCJ OFFICERS REFUSE THEM.

R: I AM PRESCRIBED LITHIUM AND CELEXA.

R: THE COOLER IN MY HOUSING AREA OFTEN HAS NO ICE DURING THE DAY.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____  Dated: Jun 18, 2019

Printed Name: John Crocker