UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, | § § § § § | CIVIL ACTION NO. 4:14-cv-1698 |
| Plaintiffs, | § § | |
| v. | § § | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR CONTEMPT, TO SHOW CAUSE & SANCTIONS**

# Exhibit 6

# Declaration of C. Bell

## DECLARATION OF  CURTIS BELL

1. My name is  CURTIS BELL .

2. My date of birth is  11/22/1982 .

3. My TDCJ number is  1784451 .

4. I have been an inmate in the Texas Department of Criminal Justice (TDCJ) since  May 25, 2012 .

5. I am assigned to the LeBlanc Unit at  6-P-31 top .

6. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated herein are within my knowledge and are true and correct.

CB o I HAVE BEEN ASSIGNED TO THE LEBLANC UNIT SINCE OCTOBER 2018.

CB o ON MOST DAYS WHEN I AM IN MY HOUSING AREA AT LEBLANC THIS SUMMER, I HAVE FELT HOT AND SWEATY.

CB o THE HALLWAY OUTSIDE MY HOUSING AREA IS MUCH COOLER THAN MY HOUSING AREA DURING THE SUMMER.

CB० I AM NOT PERMITTED TO ACCESS COLD SHOWERS AT THE LEBLANC UNIT.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Curtis W. Bell* Dated: 7/19/19

Printed Name: Curtis W. Bell