UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, § § § § § | | |
| Plaintiffs, § § | CIVIL ACTION NO. 4:14-cv-1698 | |
| v. § § | | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, § § § § | | |
| Defendants. § | | |

**PLAINTIFFS' MOTION FOR CONTEMPT, TO SHOW CAUSE & SANCTIONS**

# Exhibit 7

# Declaration of J. Alcocer

# DECLARATION OF JOHN ALCOCER

1. My name is JOHN ALCOCER.

2. My date of birth is 2/24/1940.

3. My TDCJ number is 1824552.

4. I have been an inmate in the Texas Department of Criminal Justice (TDCJ) since 2012.

5. I am assigned to the LeBlanc Unit at 2-E-02.

6. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated herein are within my knowledge and are true and correct.

o I HAVE BEEN ASSIGNED TO THE LEBLANC UNIT SINCE ABOUT JULY 4, 2019.

o I AM NOT AWARE OF ANY COLD SHOWERS AT LEBLANC.

o EVERY DAY SINCE I ARRIVED AT LEBLANC, I HAVE FELT HOT AND SWEATY IN MY HOUSING AREA.

o THE HALLWAY OUTSIDE MY HOUSING AREA IS

MUCH COOLER THAN MY HOUSING AREA.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: *John Alcocer*　　Dated: 7-19-2019

Printed Name: JOHN ALCOCER