UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, | § § § § § | CIVIL ACTION NO. 4:14-cv-1698 |
| Plaintiffs, | § § | |
| v. | § § | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR CONTEMPT, TO SHOW CAUSE & SANCTIONS**

# Exhibit 9

# 1st Declaration of R. Anderson

# DECLARATION OF KENNETH ABBOTT

1. My name is KENNETH ABBOTT.

2. My date of birth is 8/5/1949.

3. My TDCJ number is 1988904.

4. I have been an inmate in the Texas Department of Criminal Justice (TDCJ) since about 2015.

5. I am assigned to the LeBlanc Unit at 1-A-37 top.

6. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated herein are within my knowledge and are true and correct.

XA o I WAS MOVED TO LEBLANC ON JULY 5, 2019.

XA o FROM JULY 5, 2019 TO PRESENT, I HAVE FELT HOT AND SWEATY IN MY HOUSING AREA AT LEBLANC.

XA o BASED ON MY PRIOR EXPERIENCE WORKING IN A LAUNDRY ROOM WITH A THERMOMETER, THE TEMPERATURE IN MY HOUSING AREA HAS EXCEEDED 90°F ON MOST DAYS. SINCE I ARRIVED AT LEBLANC.

XA o THE PICKET AND HALLWAY OUTSIDE MY HOUSING

AREA FEELS MUCH COOLER THAN MY HOUSING AREA.

XA o I RECENTLY OBSERVED A PERSON I RECOGNIZED AS

THE AN ASSISTANT WARDEN OF THE LEBLANC UNIT

SPEAKING TO ANOTHER INMATE. THE INMATE ASKED

ABOUT THE AIR CONDITIONING. IN RESPONSE, THE

ASSISTANT WARDEN POURED A BOTTLE OF WATER

ONTO HIS OWN ARM, THEN WALKED AWAY

XA o THERE ARE NOT COLD SHOWERS IN MY HOUSING AREA.

XA o I AM NOT AWARE OF ANY WAY TO TAKE COLD

SHOWERS AT LEBLANC.

XA o I HAVE HIGH BLOOD PRESSURE AND I TAKE

MEDICATION FOR IT.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: _Kenneth Abbott_ Dated: _7-19-2019_

Printed Name: _Kenneth Abbott_