UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, § § § § § | § | CIVIL ACTION NO. 4:14-cv-1698 |
| Plaintiffs, | § § | |
| v. | § § | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR CONTEMPT, TO SHOW CAUSE & SANCTIONS**

# Exhibit 9

# 1st Declaration of R. Anderson

## DECLARATION OF RANDALL ANDERSON

1. My name is RANDALL ANDERSON.

2. My date of birth is 10/12/1956.

3. My TDCJ number is 2017323.

4. I have been an inmate in the Texas Department of Criminal Justice (TDCJ) since August 2015.

5. I am assigned to the LeBlanc Unit at 4-K-29 bottom.

6. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated herein are within my knowledge and are true and correct.

- I WAS TRASFERRED TO THE LEBLANC UNIT ON MARCH 22, 2019.

- DURING MOST DAYS THIS SUMMER, I HAVE FELT VERY HOT, SWEATY, AND DIZZY IN MY HOUSING AREA AT LEBLANC.

- THE HALLWAY OUTSIDE MY HOUSING AREA IS MUCH COOLER THAN MY HOUSING AREA.

- I AM PRESCRIBED PSYCHOTROPIC MEDICATIONS.

RA ○ I AM NOT PERMITTED TO TAKE COLD SHOWERS AT THE LEBLANC UNIT.

RA ○ BASED ON MY EXPERIENCE WITH TEMPERATURE IN THE OUTSIDE WORLD WHEN I HAD ACCESS TO THERMOMETERS, THE TEMPERATURE IN MY HOUSING AREA HAS OFTEN EXCEEDED 90°F THIS SUMMER.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Randall Anderson* Dated: 7-19-2019

Printed Name: *Randall Anderson*