UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, | § § § § § § | CIVIL ACTION NO. 4:14-cv-1698 |
| Plaintiffs, | § § | |
| v. | § § | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR CONTEMPT, TO SHOW CAUSE & SANCTIONS**

# Exhibit 10

## Declaration of Shawn Grigg

# DECLARATION OF  SHAWN GRIGG

1. My name is  SHAWN GRIGG .

2. My date of birth is  5/29/1958 .

3. My TDCJ number is  1481719 .

4. I have been an inmate in the Texas Department of Criminal Justice (TDCJ) since  10/21/2007 .

5. I am assigned to the LeBlanc Unit at  4-K-37 bottom .

6. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated herein are within my knowledge and are true and correct.

- I was relocated to the LeBlanc Unit on about July 4, 2019.

- Since my arrival at the LeBlanc Unit, I have felt sweaty and very hot every day and every night in my housing area.

- The hallway outside my housing area feels much cooler than my housing area.

- o I AM NOT PERMITTED TO TAKE COLD SHOWERS AT LEBLANC.
- o I HAVE DIABETES AND AM PRESCRIBED LISINOPRIL.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: _Shawn Briggs_ Dated: _7-15-19_

Printed Name: _Shawn K. Briggs_