UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated, § § § § § § § § § § § § § § § § | | CIVIL ACTION NO. 4:14-cv-1698 |
| Plaintiffs, | | |
| v. | | |
| BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | | |
| Defendants. | | |

**PLAINTIFFS' MOTION FOR CONTEMPT, TO SHOW CAUSE & SANCTIONS**

# Exhibit 26

## Custodial Death Report of D. Ramos



**CUSTODIAL DEATH REPORT**

## Agency Information

| | |
|---|---|
| CDR Number: 17-496-P | Version Type: AMENDED |
| Report Date: 7/25/2018 4:12 PM | Status: Submitted |

### Agency/Facility Information

| | |
|---|---|
| Agency Name: TDCJ/Office of the Inspector General | Agency Address: 2503 Lake Road, Suite 5 |
| Agency City: Huntsville | Agency State: TX |
| Agency Zip: 77340 | |

### Director Information

| | |
|---|---|
| Director Salutation: Other | Director First Name: John |

Director Middle Name:

Director Last Name: West

| | |
|---|---|
| Reporter Name: Analou Sievers | Reporter Email: analou.sievers@tdcj.texas.gov |

## Decedent Information

### Identity of Deceased

First Name: David

Middle Name:

Last Name: Ramos

Suffix:

Date of Birth: 9/28/1960                    Sex: Male

Race: Hispanic or Latino

Age At Time Of Death: 56

## Date/Time of Custody (arrest, incarceration) (mm/dd/yyyy hh:mm AM/PM):

Date/Time of Custody or Incident: 3/21/2008 12:00 AM

## Date/Time of Death (mm/dd/yyyy hh:mm AM/PM):

Death Date and Time: 9/13/2017 9:45 PM

# Manner / Cause of Death

### Has a medical examiner or coroner conducted an evaluation to determine a cause of death?

Medical Examinor/Coroner Evalution?: Yes, results are available

### What was the manner of death? (select only one)

Manner of Death: Natural

## Medical Cause of Death:

**Medical Cause of Death:** Myocardial infarction

**Had the decedent been receiving treatment for the medical condition that caused the death after admission to your jail's jurisdiction?**

**Medical Treatment:** Unknown

**If death was an accident, homicide or suicide, who caused the death?**

**Who caused the death?:** Unknown whether decedent sustained a fatal injury

**If a weapon caused the death, what type of weapon caused the death? (Hold CTRL to select all that apply)**

**Type of weapon that caused death?:** Unknown

**Was the cause of death the result of a pre-existing medical condition or did the decedent develop the condition after admission?**

**Pre existing medical condition?:** Could not be determined

**If death was an accident, homicide or suicide, what was the means of death?**

**Means of Death:** Not applicable, cause of death was illness/natural cause

Case 4:14-cv-01698   Document 1459-26   Filed on 09/05/19 in TXSD   Page 4 of 7

## Location / Custody Information

### Where did the event causing the death occur?

| | | | |
|---|---|---|---|
| Street Address: | 2400 Wallace Pack Road | City: | Navasota |
| County: | Grimes | Zip: | 77686 |

### What location category best describes where the event causing the death occurred?

Location Category: Law Enforcement Facility

### What type of custody/facility was the Decedent in at the time of death:

Type of Custody: Penitentiary

### Specific type of custody/facility:

Specific Type of Custody/Facility:

TDCJ, specify

TDCJ - Specify Unit:

Pack Unit

### What was the time and date of the deceased's entry into the law enforcement facility where the death occurred (mm/dd/yyyy hh:mm AM/PM):

Entry Date Time: 3/21/2008 12:00 AM

### Where did the death occur?

Death Location: Law enforcement facility/booking center

# General Information

Did any other law enforcement agencies respond to calls for service related to this incident?

- Other Agencies Respond?: No

What were the most serious offense(s) with which the deceased was (or would have been) charged with at the time of death?

Offense 1: Sexual Assault

Offense 2: Sexual Assault of a Child

Offense 3:

Were the Charges:: Convicted

What were the types of charges or reason for contact? (Hold CTRL to select all that apply)

Type of Offense: Violent Crime Against Persons; Crimes Against Child(ren)

At any time during the incident and/or entry into the law enforcement facility, did the decedent display or use a weapon?

Decedent display/use of weapons: No

At any time during the incident and/or entry into the law enforcement facility, did the decedent:

Attempt to Injure Others?: No

At any time during the incident and/or entry into the law enforcement facility, did the decedent:

Appear intoxicated (alcohol or drugs): Unknown         Make suicidal statements?: Unknown

| | | | |
|---|---|---|---|
| Exhibit any mental health problems?: | Unknown | Exhibit any medical problems?: | Unknown |

At any time during the incident and/or entry into the law enforcement facility, did the decedent:

| | | | |
|---|---|---|---|
| Barricade self or initiate standoff?: | N/A | Resist being handcuffed or arrested?: | N/A |
| Physically attempt/assault officer(s): | N/A | Gain possession of officer's weapon: | N/A |
| Verbally threaten other(s) including law: | N/A | Escape or attempt to escape/flee custody: | N/A |
| Attempt gain possession officer's weapon: | N/A | | |

Was the deceased under restraint in the time leading up to the death or the events causing the death?

Under Restraint:  No

# Summary of Incident

### Summary of How the Death Occurred: (max. 30,000 characters)

Summary:

On September 13, 2017, security staff discovered Offender Ramos on the floor unresponsive inside his assigned housing bunk at the the unit. Security staff initiated life saving measures and requested additional staff for assistance. Emergency Medical Services (EMS) was also requested for assistance. Life saving measures continued until EMS arrived at the unit. EMS personnel determined that further life saving measures would be futile. At 9:45 p.m., Justice of the Peace pronounced Offender Ramos deceased at the unit.