| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

William Marshall Carman, Jr David Bailey, et al.
   *Petitioner,   Plaintiff(s),*

v.                                          Case No. 4:14–cv–01698

Bryan Collier, et al.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Motion for Contempt – #1459
Motion for Order to Show Cause – #1459
Motion for Sanctions – #1459

DATE:   **9/6/2019**

TIME:   **01:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238. ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                     Date: September 5, 2019

By Deputy Clerk, A. Rivera