United States District Court
Southern District of Texas
**ENTERED**
September 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-1698 |
| BRYAN COLLIER, et al., | § § § | |
| Defendants. | § § § | |

## ORDER

Pending before this Court is a Motion for Reconsideration (Doc. No. 1466), filed by Mr. Richard Lares, a class member in the above-captioned case incarcerated in the Texas Department of Criminal Justice ("TDCJ") prison system. Movant requests that the Court reconsider its denial of his Motion to Extend Coverage for Lost or Damaged Property. (Doc. No. 1457, 1458).

Movant alleges that his property was lost and damaged when TDCJ transferred him between units in February 2018. (Doc. No. 1466, at 1). This transfer occurred after TDCJ created an expedited property claim form and mechanism, at the direction of the Court. (Doc. No. 890; Minute Entry for Oct. 30, 2017). Because the expedited process was created to address property claims from prior transfers, Movant alleges that his property claim cannot be processed under the expedited mechanism. (Doc. No. 1466, at 1). He alleges that he has exhausted all other grievance procedures and requests that the Court extend the expedited property claim procedure to encompass his claim. *Id.*

The facts alleged in Movant's Motion for Reconsideration do not change the Court's assessment of its jurisdiction over Movant's property claims. The Court stands by its prior assessment that Movant's property claims are not properly before this Court. The substantive

1

resolution of individual property claims, whether through the previously created expedited mechanism or through the normal grievance process, is outside the scope of this lawsuit. Movant is advised to pursue relief through the prison grievance system and any available state law provisions.

The pending Motion for Reconsideration is therefore **DENIED** without prejudice.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 19th day of September, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE