Sept. 05, 2019

Re: Case No. 4:14-CV-01698
Cole vs. Collier

Dear District Clerk:

Would you please mail me a complete copy of the clerk's office "Civil Docket" for the above-referenced litigation — listing all transactions, orders, filings to date in said lawsuit.

I am thanking you in advance for all of your time, efforts, and cooperation.

Most Respectfully,

Lakeith Amir-Sharif
LeBlanc Prison Unit
3695 FM 3514
Beaumont, Texas
77705-7653

/AS/

cc: Justice Watch, and
Texas Attorney General's Office

United States Courts
Southern District of Texas
FILED

SEP 16 2019

David J. Bradley, Clerk of Court

1505964
Mr. L. Rabih Amie-Short
Le Blanc Prison Unit
3695 FM 3514
Beaumont, TX 77705-7653

Atty: David Beatley, Clerk
Office of the District Clerk
United States Courthouse
515 Rusk Street
Houston, TX 77002

" Legal Mail "

NORTH HOUSTON TX 770
13 SEP 2019 PM 4 L

United States Courts
Southern District of Texas
FILED
SEP 16 2019
David J. Bradley, Clerk of Court