UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD ELVIN KING, LAVAR SANTEE, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated,<br>        Plaintiffs,<br><br>v.<br><br>BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity and TEXAS DEPARTMENTOF CRIMINAL JUSTICE,<br>        Defendants. | §§§§§§§§§§§§§§§ | Civil Action No. 4:14-cv-1698 |

## APPENDIX
## TO RESPONSE TO ECF No. 1459 BY BRYAN COLLIER IN HIS OFFICICAL CAPACITY AS THE EXECUTIVE DIRECTOR OF TDCJ

Exhibit A      5.31.18 Email from OAG to Plaintiffs' Counsel

Exhibit B      6.1.18 Email from OAG to Plaintiffs' Counsel

Exhibit C      6.4.18 Email from OAG to Plaintiffs' Counsel

Exhibit D      6.6.18 Email from OAG to Plaintiffs' Counsel

Exhibit E      Pack Unit Temperature Logs-Summer 2018

Exhibit F      Pack Unit Temperature Logs-Summer 2018

Exhibit G      8.5.18 Letter from OAG to Plaintiffs' Counsel

Exhibit H      Hearing Transcript, Sept. 10, 2019

Exhibit I      August 2019 Temperature Logs

Exhibit J      Relevant Portion of Farguson's Text Messages: August 7, 2019 Temperature Readings

Exhibit K      Relevant Portion of Farguson's Text Messages: August 6, 2019 Temperature Readings (1)

| | |
|---|---|
| Exhibit L | Relevant Text Messages between P. Glass, J. Kennard, G. Pruitt, P. Burleyson: August 6, 2019 Temperature Readings (2) |
| Exhibit M | Statement of A. Dike |
| Exhibit N | 4.24.19 Emails Regarding SOTP Program at LeBlanc |
| Exhibit O | Hinojosa Affidavit Regarding SOTP Programming |
| Exhibit P | Houston Weather History, Feb. 27, 2019 |
| Exhibit Q | Disciplinary Relating to A/C Bus Transfer |
| Exhibit R | Terrell Unit Grievance, Gregory Allen |
| Exhibit S | Records Regarding Transporting Class Members |
| Exhibit T | Kestrel Specifications |
| Exhibit U | Current Class Member Locations |
| Exhibit V | Affidavit of F. Inmon Regarding Kestrel Fobs |
| Exhibit W | September 2019 Daily Temperature Logs |
| Exhibit X | Relevant Portion of LeBlanc Unit HVAC Work Orders |
| Exhibit Y | Affidavit of Lester S. Rogers |
| Exhibit Z | Relevant Portion of Text Messages: Stiles Unit Chillers |
| Exhibit AA | Stiles Unit Temperature Logs, August 26, 2019 |
| Exhibit BB | Affidavit of Bryan Collier: Reassignment of Class Members |
| Exhibit CC | Affidavit of Oscar Mendoza |