UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRYAN COLLIER, in his official capacity, ROBERT HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br><br>Defendants. | CIVIL ACTION NO.<br>4:14-cv-1698 |

**PLAINTIFFS' MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF TO MOTION FOR SANCTIONS AND TO SHOW CAUSE**

Plaintiffs respectfully request the Court extend their deadline to file a reply brief to Plaintiffs' Motion for Contempt, to Show Cause, and for Sanctions (Doc. 1459). The current deadline is October 3, 2019. Plaintiffs' request an extension until October 18, 2019.

First, and most importantly, Plaintiffs' counsel is currently satisfied (based on available information) that all class members are currently housed in locations that are in substantial compliance with the provision of the settlement agreement requiring that heat indices in the housing areas be kept below 88°F. If these circumstances should change, and the parties cannot satisfactorily resolve the situation, Class Counsel would bring the matter to the Court's immediate attention.

Second, Plaintiffs' counsel are engaged in good-faith negotiations with counsel for the Defendants to attempt to resolve as many issues as possible raised in the motion without the Court's additional intervention.

Third, Plaintiffs' counsel are engaged in addressing other matters, many of which have already had deadlines extended as Plaintiffs' counsel set those matters aside to address the emergency created by TDCJ's noncompliance with the settlement agreement this summer. In particular, Plaintiffs' counsel is currently responding to complex summary judgment motions filed in *Arenas v. Georgia Department of Corrections*, No. 4:16-cv-00320 (S.D. Ga.), where response deadlines have already been extended to October 11, 2019 to accommodate matters in this case. Plaintiffs' counsel also had depositions scheduled this week and next in *Bisetti v. City of Austin*, 1:19-cv-00616 (W.D. Tex.), *Pike v. Austin Integral Care*, D-1-GN-18-006607 (Travis Cnty. Dist. Ct.), and *Pedersen v. Clark*, No. D-1-GN-18-006016 (Travis Cnty. Dist. Ct.), all of which were scheduled before the motion for sanctions was filed.

Finally, Defendants' response and lengthy appendix raises many complex, fact-intensive issues that require in-depth review by Plaintiffs' counsel before an adequate reply can be filed.

This motion is made for the reasons stated above, and not for purposes of delay.

Plaintiffs' respectfully request the Court extend their deadline to file a reply brief to October 18, 2019.

Dated: October 2, 2019.

                Respectfully submitted,

                EDWARDS LAW
                The Haehnel Building
                1101 East 11th Street
                Austin, Texas 78702
                      Tel.   (512) 623-7727
                      Fax.   (512) 623-7729

                By:  /s/ *Jeff Edwards*
                JEFF EDWARDS
                State Bar No. 24014406
                Attorney-in-Charge
                Scott Medlock

        State Bar No. 24044783
        Michael Singley
        State Bar No. 00794642
        David James
        State Bar No. 24092572
        Federal ID No. 2496580

        Jeremy L. Doyle
        State Bar No. 24012553
        Federal ID No. 24559
        Nathan M. Smith
        State Bar No.: 24053060
        Federal ID No. 1075505
        REYNOLDS FRIZZELL LLP
        1100 Louisiana
        Suite 3500
        Houston, Texas 77002
            Tel.   (713) 485-7200
            Fax.  (713) 485-7250

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

            /s/ *Jeff Edwards*
            Jeff Edwards

**CERTIFICATE OF CONFERENCE**

    By my signature below, I certify that I conferred with Darren McCarty, counsel for the Defendants and Deputy Attorney General for Civil Litigation. Mr. McCarty represents that Defendants are unopposed to the relief requested.

            /s/ *Jeff Edwards*
            Jeff Edwards