September 22, 2019

David J. Bradley, Clerk
U.S. District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

United States Courts
Southern District of Texas
FILED
SEP 30 2019
David J. Bradley, Clerk of Court

Mr. Bradley:

I have two requests. The first request is I would like for you to send me the docket sheet (a copy) of Civil Action No. 4:14-cv-1698. The second request is, can you please let me know how much it will cost to purchase the 1983 complaint that was filed in Civil Action No. 4:14-cv-1698.

Thank you for your concern in this matter.

Sincerely,

Lindale Greer #1428266
John B. Connally Unit
899 FM 632
Kenedy, Texas 78119

