| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

### HOUSTON DIVISION

William Marshall Carman, Jr David Bailey, et al.
   *Petitioner,   Plaintiff(s),*

v.                                                    Case No. 4:14–cv–01698

Bryan Collier, et al.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Motion for Contempt – #1459
Motion for Order to Show Cause – #1459
Motion for Sanctions – #1459
Motion to Strike – #1473

DATE:   **11/6/2019**

TIME:   **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                      Date: October 24, 2019

By Deputy Clerk, Lori Purifoy