| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

William Marshall Carman, Jr David Bailey, et al.
   *Petitioner,*   *Plaintiff(s),*

v.                                        Case No. 4:14–cv–01698

Bryan Collier, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion for Contempt – #1459
Motion for Order to Show Cause – #1459
Motion for Sanctions – #1459
Motion to Strike – #1473

DATE: **11/6/2019**

TIME: **03:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

| | |
|---|---|
| **David J. Bradley, Clerk** | Date: November 5, 2019 |

By Deputy Clerk, A. Rivera