United States District Court
Southern District of Texas
**ENTERED**
November 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-1698 |
| | § | |
| BRYAN COLLIER, *et al*, | § § | |
| Defendants. | § | |

## MEMORANDUM & ORDER

The Court has received numerous communications from inmates currently housed in TDCJ facilities, complaining of excessively cold temperatures caused by air conditioning units. These communications were sent by class members in Pack Unit, non-class members living in Pack Unit, and non-class members living in units that do not currently house class members. All of them describe frigid temperatures caused by air conditioning and ceiling fans that are run on high levels, even when cold fronts cause outdoor temperatures to drop well below temperatures at which air conditioning is useful.

The Court is concerned by these letters, especially given TDCJ's recent representations before this Court. The Court requests that Defendants respond to these concerns in writing within one week. Defendants may file a brief before the end of Thursday, November 14.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 7th day of November, 2019.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE