United States District Court
Southern District of Texas
**ENTERED**
December 02, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEITH COLE, *et al*, §<br><br>§<br>Plaintiffs, §<br>VS. §<br>§<br>BRYAN COLLIER, *et al*, §<br>§<br>§<br>Defendants. § | CIVIL ACTION NO. 4:14-CV-1698 |

## ORDER

On November 7, 2019, this Court ordered Defendants to respond to concerns it had about excessive use of air conditioning and fans after it received numerous complaints of unreasonably cold temperatures from individuals imprisoned in the TDCJ system. (Doc. No. 1495). Defendants responded to the Court's Order with information on when heating systems are activated for the winter and when cold-weather clothing is distributed each year. (Doc. No. 1497). They did not address the Court's concern about excessive use of air conditioning systems.

The Court has since received yet another letter from a class member notifying the Court that fans are being used to create unreasonably low temperatures. The Court has attached a copy of this letter, with identifying information redacted, to this Order. Given the Court's continuing and unaddressed concerns regarding misuse of air conditioning and fans within TDCJ units that currently imprison class members, the Court hereby **ORDERS** a telephonic hearing to be held on Thursday, December 5th at 3:30PM. Parties may dial in according to the instructions issued with the Notice of Setting.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 2nd day of December, 2019.

1

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE