United States District Court
Southern District of Texas
**ENTERED**
January 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEITH COLE, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. 4:14-CV-1698 § BRYAN COLLIER, *et al*, § § § Defendants. § | |

KEITH COLE, *et al*,

    Plaintiffs,

VS.    §    CIVIL ACTION NO. 4:14-CV-1698

BRYAN COLLIER, *et al*,

    Defendants.

## ORDER

The Court has received a letter motion from Herman Arthur Peterman asking to be removed from the mailing list for this case. Mr. Peterman is not a party to this litigation. The Court hereby **GRANTS** Mr. Peterman's motion to be removed from the mailing list and orders the Clerk of the Court to remove Mr. Peterman from the above-captioned case's mailing list.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 21st day of January, 2020.

Hon. Keith P. Ellison
United States District Court Judge