**UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

William Marshall Carman, Jr David Bailey, et al.
   *Petitioner,    Plaintiff(s),*

v.                                                                    Case No. 4:14–cv–01698

Bryan Collier, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Status Conference**

DATE:   **2/14/2020**

TIME:   **02:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                             Date: February 7, 2020

By Deputy Clerk, A. Rivera