IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, JACKIE BRANNUM, RICHARD KING, FRED WALLACE, LAVAR SANTEE, and MARVIN RAY YATES, individually and on behalf of those similarly situated,<br>　　*Plaintiffs*,<br><br>v.<br><br>BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br>　　*Defendants*. | §§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:14-CV-1698 |

## DEFENDANTS' ADVISORY REGARDING DISCOVERY

TO THE HONORABLE JUDGE KEITH P. ELLISON:

Defendants are in the process of producing documents for *in camera* review in compliance with this Court's orders (Docs. No. 1568, 1570), as well as supplementing their production in compliance with the clarified temporal and geographic scope of discovery. While preparing discovery supplementation, Defendants have identified twenty-six additional documents responsive to Plaintiff's requests that Defendants believe are protected by the attorney-client privilege. Defendants file the attached supplement to their privilege log, identifying these documents and the basis for their assertion of privilege. *See* **Exhibit A**.

Defendants will include these additional twenty-six documents with the other documents submitted for the Court's *in camera* review in the manner prescribed in the Court's latest order (Doc. No. 1570).

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**RYAN L. BANGERT**
Deputy First Assistant Attorney General

**DARREN McCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief, Law Enforcement Defense Division

/s/ Charles K. Eldred
**CHARLES K. ELDRED**
Southern District No. 20772
State Bar No. 00793681
Assistant Attorney General

TED A. ROSS
State Bar No. 24008890
Assistant Attorney General

BENJAMIN DOWER
State Bar No. 24082931
Assistant Attorney General

JEANINE COGGESHALL
State Bar No. 24083162
Assistant Attorney General

Office of the Attorney General of Texas

P. O. Box 12548, Capitol Station
Austin, Texas 78711
P: (512) 475-4191
F: (512) 457-4674
Ted.Ross@oag.texas.gov
Charles.Eldred@oag.texas.gov
Benjamin.Dower@oag.texas.gov
Jeanine.Coggeshall@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

**NOTICE OF ELECTRONIC FILING**

I, **Charles K. Eldred** Attorney General of Texas, do herby certify that I have electronically filed this pleading in accordance with the Electronic Case Files System of the Southern District of Texas, on June 12, 2020.

/s/ Charles K. Eldred
CHARLES K. ELDRED
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **Charles K. Eldred**, Assistant Attorney General of Texas, certify that a true and correct copy of the foregoing has been served to all attorneys of record by electronic notice in accordance with Rule 5(b)(2) of the Federal Rules of Civil Procedure on June 12, 2020.

/s/ Charles K. Eldred
CHARLES K. ELDRED
Assistant Attorney General