United States District Court
Southern District of Texas
**ENTERED**
July 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-1698 |
| | § | |
| BRYAN COLLIER, *et al*, | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

Pending before this Court is a Motion to Take Judicial Notice, filed by non-party Michael Hosea (Doc. No. 1580). Mr. Hosea is an inmate incarcerated at the Fort Stockton N5 facility. He is not a class member in the above-captioned case.

Mr. Hosea requests that this Court take judicial notice of the fact that he was prevented by prison officials from air-drying his towels and underwear. (Doc. No. 1580, at 2). The Court denies this request. Mr. Hosea is not a party in this lawsuit and his complaint is not related to the subject matter of this case, which is limited to issues relating to heat and air conditioning at the Pack Unit. The Court has no jurisdiction over Mr. Hosea's separate complaint relating to air-drying of towels and underwear at the N5 Unit.

This Order does not foreclose Mr. Hosea from bringing suit in a separate action, nor does the ultimate disposition of this case affect his rights.

For the reasons set forth above, the Motion to Take Judicial Notice (Doc. No. 1580) is **DENIED**.

**IT IS SO ORDERED**.

1

**SIGNED** at Houston, Texas, on this the 29th day of July, 2020.

                                            KEITH P. ELLISON
                                            UNITED STATES DISTRICT JUDGE