CLERK

United States District Court
Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED
MAY 10 2021
Nathan Ochsner, Clerk of Court

John McMillan - T.D.C.J. # 2093192
Class member of the Cole v. Collier, et al,
Case No. 4:14-cv-01698

    I believe, upon information and belief, that the senior warden Timothy Fitzpatrick of the Wallace Pack Unit, and the Pack Unit medical provider Nai Chukwumerije are attempting to coerce me to sign a release from the class action case of Cole v. Collier, et al.

    I was re-turned to the Pack Unit in "November 5th 2020" after being housed in the Estelle Geriatric Center due to my serious medical needs, diagnosed with very severe chronic obstructive pulmonary disease on August 1, 2017 (C.O.P.D.) mistakenly released as treatment complete!

    I was seen today by nurse practioner Chukwumerije, who has been the cause of my unnecessary wanton and infliction of pain since I first arrived on the Pack unit in 2016 and 2017, until I was moved due to the Honorable Judge Keith Ellison court order in August 2017.

    This provider has refused a medically initiated unit transfer, due to the severity of my disease process that was recommended on 1-12-21 or 1-13-21 by a Respiratory Therapist.

    This provider told me today that I am not going into a sheltered housing unit. (quote) She did state, if you want to be moved off of this unit it can be arranged with security, you know what you must do! (end quote) Upon information and belief, she is doing TDCJ's bidding to coerce me to end my rights as a class member. She is helping in the retaliation against me by denying my medically needed unit transfer into a sheltered housing unit.

I am being denied access to my medical records, otherwise I would send copies to support my claim.

I wrote to the court clerk and the Edwards Law Firm in January or February 2021 concerning this provider denying my medically necessary transfer. A sheltered housing unit has year round climate control, which I need due to my breathing condition. Since the Pack A/C case deals with air conditioning, I feel that this medical providers denial of the unit transfer, a referral that her medical department sought out, is in fact a violation of the Cole v. Collier, et al. agreement and the comment today substantiates retaliation of this Pack A/C agreement.

In my opinion the Edward Law Firm has failed in protecting my rights as a class member. Reference a civil action I had to file in 2017 after your court order had me moved. McMillan v. Collier, et al, 4:17-cv-03561, I ended up voluntary dismissing it, in good faith I thought. Now reference: McMillan v. Lumpkin, et al, 4:21-cv-00754 - District Judge assigned Judge George C. Hanks, Jr. U.S.D.C. Southern District of Texas, Houston Division

I need something to substantiate the courts receiving of this complaint of retaliation.

Thank you
John McMillan
TDCJ# 2093192
2400 Wallace Pack Rd.
Navasota, TX 77868

*John McMillan*

I am suffering due to this provider, if I must sign a release just to get to better medical care, or a provider that will comply with the respiratory therapist I will, under extreme duress! (J.M.)
I can not breath walking distances.
I reference George Floyd under th—

United States Courts
Southern District of Texas
FILED

MAY 10 2021

Nathan Ochsner, Clerk of Court

NORTH HOUSTON TX 773
7 MAY 2021 PM 4 L

CLERK
U.S. DISTRICT COURT
P.O. BOX 61010
HOUSTON, TX 77208-1010

JOHN MCMILLAN
#2093192, PACK UNIT
2400 WALLACE PACK RD,
NAVASOTA, TX 77868

77208-101010