United States District Court
Southern District of Texas
**ENTERED**
May 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEITH COLE, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:14-CV-1698 |
| § | |
| BRYAN COLLIER, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER SETTING STATUS CONFERENCE

The Court is in receipt of a letter dated May 10, 2021 from class member John McMillan (TDCJ # 2093192), a resident of the Wallace Pack Unit, alleging that he is being pressured to relinquish his rights as a class member. (Doc. 1630.) The Court requests a status conference after the parties have had an opportunity to learn more information about the allegations in that letter.

A status conference is hereby set for Friday, May 28, 2021 at 3:30 p.m. by telephone. The parties may join by dialing (713) 250-5238. The Conference ID is 45238, and the Passcode is 13579.

**SIGNED** at Houston, Texas, on May 20, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE