United States District Court
Southern District of Texas
**ENTERED**
June 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEITH COLE, individually, and JACKIE BRANNUM, RICHARD KING, MICHAEL DENTON, FRED WALLACE, and MARVIN RAY YATES, individually and on behalf of those similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>BRYAN COLLIER, in his official capacity, ROBERTO HERRERA, in his official capacity, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br>    *Defendants*. | CIVIL ACTION NO. 4:14-cv-1698 |

# ORDER

On this day came on to be heard **Defendants' Unopposed Motion to Seal Defendants' Status Update Regarding Class Member McMillan's Transfer to a Sheltered Housing Unit and Exhibits.** Considering the pleadings of the party herein, this motion is meritorious and, therefore, GRANTED.

SIGNED on June 16, 2021.

_____
UNITED STATES DISTRICT JUDGE