IN The United States
District Court FoR The
Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED

JUN 0 8 2022

Nathan Ochsner, Clerk of Court

Keith Cole; et al.,                    X
      Plaintiffs               X   Civil Action No. 14-CV-1698
                                       X
   V                               X
Bryan Collier et al.,
      Defendants

Advisory / Motion
To Intervene

To The Honorable Judge of Said Court:
   Comes Now Raymond Torres #860248
Acting Pro Se, And Would Respectfully show
the Court As follows:
                              I
   ON August 25 2017 This Court
temporarily made this Plaintiff Join
the Class Action NO 14-CV-1698 Against
Raymond Torres's will to do so, Further-
more Class Counsel's Edwards Law of
         The Haehnel Building
      1101 East 11th Streets
      Austin, Texas 78702
forcefully Advocated on His behalf, being

(1)

that Torres was on the drug Gabapentin for pain due to A Numited Fracture Affecting the Dorsal Intr-Articular Aspect of the Distal Radius Sciatic Nerve; And NOT for "Anticonvulsant which was for Mental Illness; But this Drug was found to be more suitable for CHRONIC PAIN which I Have had for over 8 years Also, Coldness causes me pain from My Neck All the way Down My Spine to my Bottom.

"I Have Never Requested for A Heat Restriction, Nor Have I ever Requested to be on A "Air Condition Unit." "Believe Me I will Never Ask for Neither."

It is well documented within the Records of this Court And the documents of the Edwards Law Firm that Torres #860248 Detest Air Condition Units; This Court And Edwards Law got Torres #860248 involved into this Civil Action Case 4:14-CV-1698 When They temporarily made Torres #860248 A member of the Class between August 25, 2017 up to October 1, 2018 When he was Reassinged to Stringfellow And To Stringfellow or Ramsey I unit He wishes to Go. And Not to A Air Condition Unit Even if it is A Federal Prison Unit As MR. David T. Moore #1165885 Wishes to Go. Yes to this

(2)

Day Torres #860248 Still Receives Court Orders from this Cause No 14-CV-1698 Most Recently May 4, 2022 Concerning Mr. Moore And this Courts Denial to Him;

I seek Intervention from this Honorable Court (1) To Remove Me from this Air Condition Unit (2) Have T.D.C.J ID And U.T.M.B Hospital to Stop giving or saying I Have A Heat Restriction (3) And to treat Me with A Sickness when I Have one that I Request treatment for As Stated in My (Exhibit I) (Affidavit of Fact) Yes Honorable Court And Office of Edwards Law, I Am 66 yrs old, I weight 161 pound, I Am Active, Exercise, Go to Recreation, play Handball, Run, I go to Sleep At 830pm And Awaken At 4Am, "My God will take Care of Me." I have Almost 32 years in Prison And with two (2) Life Sentences I may die here; But My God will decide that.

Due to Torres #860248 being placed on A temporarily Status in this Civil Action 4:14-cv-1698 I became And still do, become under the Jursidiction of this Honorable Justice Keith P. Ellison And Attorneys of Edward Law still Repesent Me, They Attorny David James Visited Me on the LeBlanc Unit Which Records of Attorney Visits Logs will

(p3)

prove And show.

Plaintiff Torres #860248 has Also Made A copy of this Advisory/Motion to Intervene To Edwards Law - Firm Also of Torres's Affidavit of Fact (Exhibit I).

Thus Torres #860248 has Raised A Substantiated claim directly Related to the Settlement through Class Counsel, U.T.M.B. And T.D.C.J.I.D. Claim that Torres #860248 has Requested to be On A Air Condition Unit- He has Not! T.D.C.J.I.D And U.T.M.B State that Torres #860248 has A Heat Restriction- He HAS NOT! No! "65 years old does Not Apply" Older feeble Men 70, 73 yrs old ON Canes with Parkinsons disease And Can hardly Walk Need Air Condition More than Torres #860248

PRAYER

Torres Respectfull prays that this Court And Plaintiff Attorney's will take Juridiction in this Just Cause And Walk the Halls of Stringfellow Unit to See what Torres #860248 is stating herein.

Repectfully Submitted
Raymond Torres
Raymond Torres
#860248

Executed ON June 1,2022
Raymond Torres
Raymond Torres #860248

(p4 of 4)

Exhibit #

I

# Affidavit of Fact

I Raymond Torres #860248 am over the Age of 21 years old and I am of Sound mind; And I make this Affidavit of Fact which in all things is true and Correct under the Penalty of Perjury.

Yes I am 66 years old. But I have Never Requested to be on a Air Condition Unit, Nor have I ever Requested for a Heat Restriction.

I do have Back Chronic Pain - Sciatic Nerve I have been taking Gabapentine for this pain for over 8 years This Drug was an AnticonVulsant which was tried as Medication for Mental Illness; But was found to be more Suitable for Chronic Pain; I was Diagnosed with a Numited Fracture Affecting the Dorsal Intra - Articular Aspect of the Distal Radius Sciatic Nerve; Coldness Makes My whole Spine from Neck to Bottom Sting and feel Sharp pains.

"I have Never Requested for a Heat Restriction At any time in the 31 years and 11 months and 11 days of My Incarceration."

"I have Never Requested for; "To be Housed on a Air Condition Unit."

These two (2) Subject Matters are well Documented within My file, Especially within the Dates August 25, 2017 up to October 1, 2018.

(p1)

This HONORABLE Court of Justice Keith P. Ellison And His Case MANAger Should beaware of MR. TORRES When in August 25, 2017 this Court temporarily made him Join the Class in Case #4-14-CV-01698, As well As The Edwards Law — Firm of 1101 East 11th Street Austin, Texas 78702 WAS Appointed to Also temporarily Represent TORRES #860248 And to Also Visit TORRES At the LeBlanc Unit Where UNit Records will Show Attorney James Seen TORRES in behalf of Edwards Law:

Also See Raymond TORRES #860248 Docs. 975, Doc 990-91 Also Doc 1020-28 And 1030-33.

ON STAingfellow 7-22-2019 Someone Placed My Name ON A Heat Restriction Check List; Officer Awoke me At 230Am to Ask if I was Okay!

The following day I went to the Infirmary to see PROVIDER Israel Divine Kuyinu, I then explained to Him that Someone gave Me A Heat Restriction:

He Checked His ComputeR; Then turned it to me And Said Look; You Have NO Heat Restriction; I then Stated And Sir I donot ever WANt ONE! I said Thank you for seeing me And left.

Yes, I Have had My MAle Problems:
(1) PROState Cancer 2012
(02)

2. Penis Blood Removal   2013,
3. Penis Infection Operation on
   1-28, 2020.
4. Colonostapy   March 25 2022.

I was seen By Doctor Santanna on Santa Jacinto Day And was informed that All My Result Are good And you Are in very good health Just Keep doing what you Are doing Mr. Torres Her words, Not My.

I Keep Active, Exercise, Run, Handball, basketball And I get All the Sun shine I can get.

I Have Never Requested for A Heat Restriction Nor Have I ever Requested For A Air Condition Unit;

My God will take Care of Me As Always; There Are over 150 men on Stringfellow on Canes, with Parkinson's disease 70 And up to 75 years old that Need this Air Condition Unit And Probably have had Heat Restrictions for Years. But I am one 66 year old man that does Not Want Air Condition Unit Nor A Heat Restriction. I Need the Sun of My God. I am Now on Air Condition Unit - Gib Lewis

Executed on June 1, 2022

Raymond Torres
Raymond Torres #860248

Respectfully Submitted

Raymond Torres
Raymond Torres #860248

(P.3 of 3)

To
Clerk of The FedeRAL
SouTheRN District CouRt
Houstion Division
Honorable: NAThAN Ochsner
   P.O. Box 61010
Houston, Texas 77208

From
Raymond Torres
#860248
Gib Lewis Unit

June 1, 2022
RE: CiviL Action
   #14-CV-1698
Honorable Justice
   Keith P. Ellison

Dear Clerk Ochsner;
   Please Sir, File this Advisory/Motion
To Intervene in the Proper Court.
Thank You.
   Sir ONCe AgAin The
Doctors of U.T.M.B.
S. Dontals & Own Murry
 ARE Violating My Civil Rights
By Retailiation !        pI of I

Respectfully Yours
Raymond Torres
  860248

Raymond Torres #860248
Gib Lewis Unit
777 FM. 3497
Woodville, Texas
75990

77208-101010

SHREVEPORT LA 7
6 JUN 2022   PM 3

Clerk of Court
Nathan Ochsner
P.O. Box 61010
Houston, Texas 77208-1010

U. District Courts
Southern District of Texas
FILED

JUN 08 2022

Nathan Ochsner, Clerk of Court