IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEITH COLE, et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:14-CV-1698 |
| § | |
| § | |
| BRYAN COLLIER, et al. § | |
| § | |
| *Defendants.* § | |

# DEFENDANTS' ELEVENTH VERIFIED STATUS REPORT REGARDING AIR CONDITIONING AT TDCJ FACILITIES HOUSING CLASS MEMBERS: April 15, 2022-May 31, 2022

Defendants, Bryan Collier and Moises Villalobos[1], in their official capacities, and the Texas Department of Criminal Justice (Defendants), by and through the Office of the Attorney General, file this Eleventh Verified Status Report Regarding Air Conditioning at TDCJ Facilities Housing Class Members. Included with this court filing are the verified temperature logs from April 15, 2022 to May 31, 2022, for all locations within the TDCJ where class members may be housed.

Dated: June 21, 2022.

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

---

[1] Moises Villalobos is the current senior warden of the Wallace Pack Unit. Under Federal Rule of Civil Procedure 25(d) the official successor is automatically substituted as a party for any claims against that official in their official capacity.

1

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**ELIZABETH BROWN FORE**
Chief, Administrative Law Division

**SHANNA E. MOLINARE**
Chief, Law Enforcement Defense Division

/s/ Ted A. Ross
**TED A. ROSS**
State Bar No. 24008890
Assistant Attorney General
Attorney-in-charge
Ted.Ross@oag.texas.gov

**CHARLES K. ELDRED**
State Bar No. 00793681
Special Litigation Counsel
Charles.Eldred@oag.texas.gov

**BENJAMIN DOWER**
State Bar No. 24082931
Deputy Chief, General Litigation Division
Benjamin.Dower@oag.texas.gov

**JEANINE COGGESHALL**
State Bar No. 24083162
Assistant Attorney General
Jeanine.Coggeshall@oag.texas.gov

Office of the Attorney General of Texas
P. O. Box 12548, Capitol Station
Austin, Texas 78711
P: (512) 475-4191
F: (512) 457-4674

**ATTORNEYS FOR DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, Ted A. Ross, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of the foregoing in accordance with the Electronic Case Files System of the Southern District of Texas, on June 21, 2022.

/s/ Ted. A. Ross
**TED A. ROSS**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Ted A. Ross, Assistant Attorney General of Texas, certify that a true and correct copy of the foregoing has been served on all counsel of record via electronic mail on June 21, 2022, as authorized by Fed. R. Civ. P. 5(b)(2) and in accordance with the electronic case filing procedures of the United States District Court for the Southern District of Texas.

/s/ Ted. A. Ross
**TED A. ROSS**
Assistant Attorney General