IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH Cole et.al. Plaintiffs | § § § § | CIVIL ACTION No. 4:14-CV-1698 |
| V. | § | |
| Bryan Collier et.al Defendants | § § § | |

## Motion for Sanctions for Rule Violation

Comes now the petitioner, pro-se in the above-styled cause and respectfully moves this Honorable Court to impose Sanctions for violation of the final court order handed down by U.S. District Judge Keith Ellison on March 15, 2020 to have A/c in all the Texas prisons.

IN June 8th, 2018 judge Ellison decided the civil action for the plaintiff and entered his final order for TDCJ executive director Mr. Bryan Collier Defendants by March 15, 2020 all prison units must be equipped with A/c.

IT has now been over two years since judge Keith Ellison had given his final order of March 15, 2020 to have all TDCJ prison units have A/c. So now TDCJ prison system under the controlling authority failed to comply with the mandatory court order, so therefore petitioner requests that Sanctions may be placed on the executive director Mr. Collier till each prison unit will have all A/c in each of their cell blocks.

Petitioner entitlement to relief sought in this cause of action is to enforce the sanctions until each prison unit has A/c. As the honorable judge Keith Ellison orders in his mandatory final order of March 15, 2020 which now has been violated for two years now.

<u>Certificate of Service</u>

Under the penalties of perjury I swear that I have served a copy of the above on the Texas Attorney General Ken Paxton by placing said copy into the U.S. Mail, first class postage pre-paid and properly addressed on this 5th day of July, 2022.

Texas Attorney General
Ken Paxton
300 W. 15th St.
Austin, Texas 78711-2548

Respectfully submitted,

Ronald Lee Alexander

Ronald L. Alexander sr.  pro-se
TDCJ No. 830441
Allen B. Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

Mr. Ronella Lu Alworder Sr.
830441
Attn B. Connally unit
3872 fm-350 south
Livingston Tx 77351

Legal
Mail

S

Honorable Clerk Darlene Hansen
U.S. District court for the southern Dist. of Texas
Attn: U.S. Dist. Judge Keith Ellison
P.O. Box 61010
Houston, TX 77208

77208-101010

NORTH HOUSTON TX 773
11 JUL 2022 PM 5 L

United States Courts
Southern District of Texas
FILED

JUL 13 2022

Nathan Ochsner, Clerk of Court

FOREVER / USA