## DECLARATION OF JILL LEWIS

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

I am a Manager III in the Deputy Executive Director's Office of the Texas Department of Criminal Justice (TDCJ) located in Huntsville, Texas. Attached are true and correct copies of temperature and heat index logs from June 1, 2022, through June 30, 2022, for the Pack Unit, Estelle Unit, Hospital Galveston, Jester III Unit, Scott Unit, Michael Unit, Stiles Unit, and Carole Young Unit.

These records are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

My name is Jill Lewis, and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct."

Executed in WALKER County, State of Texas, on the 18th day of July 2022.

_____
**Jill Lewis**
Manager III
Deputy Executive Director's Office
Texas Department of Criminal Justice