# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/1/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 71.3 | 72.7 | 71.3 | 72.5 | 71.2 | 72.1 |
| RMF ECU | 68.1 | 68.2 | 68.7 | 68.7 | 68.9 | 68.9 |
| RMF GC | 70.8 | 71.6 | 70.8 | 71.2 | 72.4 | 72.5 |
| RMF North Pod | 72.0 | 72.0 | 72.0 | 71.8 | 72.2 | 72.0 |
| RMF South Pod | 69.4 | 68.7 | 68.7 | 68.0 | 69.1 | 68.2 |
| Main Bldg INF | 72.0 | 73.6 | 72.2 | 73.9 | 73.0 | 74.8 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/2/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.7 | 71.6 | 70.6 | 71.2 | 70.8 | 71.8 |
| RMF ECU | 67.2 | 66.6 | 67.8 | 67.5 | 67.8 | 67.3 |
| RMF GC | 71.4 | 72.1 | 71.7 | 72.3 | 71.8 | 72.3 |
| RMF North Pod | 70.9 | 70.7 | 71.1 | 70.9 | 71.5 | 71.2 |
| RMF South Pod | 68.1 | 66.9 | 68.1 | 66.9 | 68.2 | 67.3 |
| Main Bldg INF | 72.0 | 73.4 | 72.2 | 73.6 | 71.9 | 73.0 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/3/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 71.2 | 72.3 | 71.3 | 72.1 | 70.9 | 71.8 |
| RMF ECU | 66.3 | 65.3 | 67.7 | 67.1 | 68.5 | 67.8 |
| RMF GC | 71.4 | 71.6 | 71.7 | 72.3 | 72.0 | 72.3 |
| RMF North Pod | 70.0 | 69.6 | 70.6 | 70.3 | 70.8 | 70.5 |
| RMF South Pod | 66.8 | 65.3 | 68.3 | 67.5 | 68.3 | 67.3 |
| Main Bldg INF | 71.0 | 72.0 | 71.0 | 72.0 | 71.2 | 72.1 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/4/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.8 | 72.0 | 70.8 | 71.8 | 71.2 | 72.0 |
| RMF ECU | 68.2 | 68.0 | 68.8 | 68.7 | 69.4 | 69.3 |
| RMF GC | 71.5 | 71.2 | 71.9 | 72.3 | 72.2 | 72.5 |
| RMF North Pod | 69.6 | 69.1 | 70.1 | 69.8 | 70.4 | 70.3 |
| RMF South Pod | 67.5 | 66.4 | 68.1 | 67.3 | 68.5 | 67.6 |
| Main Bldg INF | 70.3 | 71.1 | 70.5 | 71.6 | 71.0 | 72.0 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/5/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.3 | 71.2 | 70.5 | 71.4 | 71.0 | 72.0 |
| RMF ECU | 69.1 | 68.9 | 69.6 | 69.4 | 70.7 | 70.7 |
| RMF GC | 71.7 | 72.1 | 71.7 | 72.0 | 71.9 | 72.0 |
| RMF North Pod | 69.5 | 69.3 | 69.9 | 69.6 | 70.4 | 70.3 |
| RMF South Pod | 67.9 | 67.1 | 68.3 | 67.5 | 68.7 | 68.0 |
| Main Bldg INF | 70.8 | 72.0 | 70.8 | 72.0 | 71.1 | 72.1 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/6/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 71.1 | 72.5 | 71.1 | 72.1 | 71.0 | 72.0 |
| RMF ECU | 70.8 | 71.2 | 71.3 | 71.6 | 71.7 | 72.0 |
| RMF GC | 71.5 | 72.3 | 71.6 | 72.0 | 71.8 | 72.1 |
| RMF North Pod | 70.3 | 70.2 | 70.6 | 70.5 | 70.9 | 70.9 |
| RMF South Pod | 68.9 | 68.4 | 69.5 | 69.1 | 69.7 | 69.3 |
| Main Bldg INF | 70.9 | 72.0 | 72.0 | 73.4 | 71.2 | 72.0 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/7/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.4 | 71.4 | 70.8 | 71.8 | 71.4 | 72.3 |
| RMF ECU | 71.4 | 71.8 | 71.8 | 72.1 | 72.4 | 72.5 |
| RMF GC | 71.5 | 72.3 | 71.8 | 72.5 | 72.0 | 72.1 |
| RMF North Pod | 70.1 | 69.8 | 70.1 | 69.8 | 70.3 | 69.8 |
| RMF South Pod | 69.5 | 69.1 | 69.8 | 69.3 | 70.3 | 69.8 |
| Main Bldg INF | 70.2 | 70.7 | 70.3 | 70.7 | 70.7 | 71.2 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/8/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.5 | 71.4 | 71.1 | 72.1 | 71.2 | 72.1 |
| RMF ECU | 72.3 | 72.9 | 72.4 | 72.7 | 72.9 | 73.0 |
| RMF GC | 71.4 | 72.1 | 72.0 | 72.5 | 71.9 | 72.1 |
| RMF North Pod | 69.7 | 69.3 | 70.2 | 70.0 | 70.4 | 70.2 |
| RMF South Pod | 69.7 | 69.3 | 70.3 | 70.0 | 70.6 | 70.3 |
| Main Bldg INF | 70.4 | 71.2 | 70.5 | 71.2 | 70.8 | 71.6 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/9/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.3 | 71.1 | 70.7 | 71.4 | 72.2 | 73.2 |
| RMF ECU | 72.3 | 72.7 | 73.2 | 73.4 | 73.7 | 73.6 |
| RMF GC | 71.6 | 72.5 | 71.8 | 72.3 | 71.9 | 71.8 |
| RMF North Pod | 70.0 | 70.0 | 70.1 | 69.8 | 70.5 | 70.5 |
| RMF South Pod | 70.8 | 70.9 | 71.0 | 70.9 | 71.3 | 71.1 |
| Main Bldg INF | 70.7 | 71.6 | 70.8 | 71.6 | 70.9 | 71.8 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/10/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.6 | 71.6 | 71.0 | 72.0 | 71.0 | 72.0 |
| RMF ECU | 69.3 | 69.4 | 69.4 | 69.4 | 69.8 | 69.8 |
| RMF GC | 71.9 | 72.7 | 72.0 | 72.5 | 72.1 | 72.1 |
| RMF North Pod | 70.5 | 70.5 | 71.0 | 70.9 | 71.2 | 70.9 |
| RMF South Pod | 70.8 | 70.9 | 71.0 | 70.7 | 71.5 | 71.2 |
| Main Bldg INF | 70.6 | 71.6 | 70.9 | 71.8 | 71.2 | 72.0 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/11/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.4 | 71.2 | 71.1 | 72.1 | 71.5 | 72.7 |
| RMF ECU | 68.5 | 68.2 | 68.7 | 68.5 | 69.1 | 68.9 |
| RMF GC | 71.7 | 72.3 | 72.0 | 72.3 | 72.1 | 72.1 |
| RMF North Pod | 70.4 | 70.5 | 70.9 | 70.9 | 71.0 | 70.9 |
| RMF South Pod | 71.3 | 71.4 | 71.9 | 71.8 | 72.2 | 72.1 |
| Main Bldg INF | 71.0 | 71.8 | 70.9 | 71.8 | 71.3 | 72.1 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| **6/12/2022** | **Temp** | **Index** | **Temp** | **Index** | **Temp** | **Index** |
| **H/S F Wing** | 70.3 | 71.1 | 71.0 | 72.0 | 71.0 | 72.0 |
| **RMF ECU** | 68.7 | 68.7 | 69.0 | 68.7 | 69.1 | 68.9 |
| **RMF GC** | 71.8 | 72.3 | 72.0 | 72.5 | 72.2 | 72.1 |
| **RMF North Pod** | 70.4 | 70.5 | 70.6 | 70.5 | 70.8 | 70.7 |
| **RMF South Pod** | 71.3 | 71.2 | 71.9 | 71.6 | 72.3 | 72.0 |
| **Main Bldg INF** | 70.9 | 71.8 | 70.7 | 71.6 | 71.0 | 71.8 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/13/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.6 | 71.4 | 71.2 | 72.1 | 71.2 | 72.0 |
| RMF ECU | 68.3 | 68.0 | 68.7 | 68.0 | 69.3 | 68.9 |
| RMF GC | 71.9 | 72.5 | 72.1 | 72.3 | 72.0 | 71.8 |
| RMF North Pod | 70.5 | 70.7 | 70.7 | 70.7 | 70.9 | 70.7 |
| RMF South Pod | 71.6 | 71.6 | 71.3 | 70.9 | 71.4 | 70.7 |
| Main Bldg INF | 71.4 | 72.1 | 70.8 | 71.4 | 71.0 | 71.6 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/14/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.1 | 70.7 | 70.1 | 70.7 | 70.1 | 70.7 |
| RMF ECU | 68.5 | 68.4 | 68.6 | 68.0 | 68.6 | 68.0 |
| RMF GC | 71.8 | 72.7 | 71.8 | 72.3 | 72.0 | 72.0 |
| RMF North Pod | 71.7 | 72.0 | 71.4 | 71.1 | 71.3 | 70.9 |
| RMF South Pod | 71.6 | 71.8 | 71.9 | 71.4 | 71.4 | 70.9 |
| Main Bldg INF | 71.8 | 73.0 | 71.0 | 71.6 | 71.3 | 72.0 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/15/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.4 | 71.2 | 70.9 | 71.8 | 71.5 | 72.3 |
| RMF ECU | 67.7 | 67.3 | 68.3 | 67.8 | 68.5 | 68.0 |
| RMF GC | 71.3 | 72.1 | 71.9 | 72.3 | 72.0 | 72.1 |
| RMF North Pod | 70.4 | 70.5 | 70.8 | 70.9 | 70.9 | 70.7 |
| RMF South Pod | 71.5 | 71.4 | 71.6 | 71.4 | 71.6 | 71.2 |
| Main Bldg INF | 71.2 | 72.0 | 71.1 | 72.0 | 71.4 | 72.0 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/16/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 71.0 | 72.0 | 71.7 | 72.7 | 70.9 | 71.8 |
| RMF ECU | 68.0 | 67.8 | 68.6 | 68.2 | 69.3 | 68.9 |
| RMF GC | 71.8 | 72.7 | 71.8 | 72.1 | 72.3 | 72.0 |
| RMF North Pod | 70.3 | 70.2 | 70.6 | 70.5 | 70.9 | 70.5 |
| RMF South Pod | 71.3 | 71.2 | 71.9 | 71.4 | 71.4 | 70.7 |
| Main Bldg INF | 70.9 | 71.8 | 71.1 | 72.0 | 71.2 | 72.0 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/17/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.2 | 71.1 | 70.2 | 71.1 | 71.5 | 72.5 |
| RMF ECU | 68.8 | 68.7 | 69.0 | 68.7 | 69.6 | 69.6 |
| RMF GC | 71.7 | 72.3 | 71.9 | 72.1 | 72.2 | 72.0 |
| RMF North Pod | 70.4 | 70.3 | 70.8 | 70.9 | 71.0 | 70.9 |
| RMF South Pod | 71.3 | 71.2 | 71.7 | 71.4 | 71.8 | 71.4 |
| Main Bldg INF | 71.1 | 72.0 | 71.2 | 72.0 | 71.5 | 72.3 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/18/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.7 | 71.8 | 71.7 | 72.7 | 71.7 | 72.5 |
| RMF ECU | 68.3 | 68.2 | 69.5 | 69.4 | 70.1 | 70.0 |
| RMF GC | 71.5 | 72.1 | 72.0 | 72.3 | 72.0 | 72.1 |
| RMF North Pod | 69.9 | 69.8 | 70.4 | 70.3 | 70.4 | 70.3 |
| RMF South Pod | 71.2 | 71.2 | 71.6 | 71.2 | 71.6 | 71.2 |
| Main Bldg INF | 71.6 | 72.7 | 71.3 | 72.1 | 71.7 | 72.5 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/19/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.5 | 71.6 | 71.1 | 72.1 | 71.4 | 72.0 |
| RMF ECU | 69.1 | 69.1 | 69.9 | 70.0 | 70.3 | 70.0 |
| RMF GC | 72.0 | 72.5 | 72.3 | 72.5 | 72.1 | 72.0 |
| RMF North Pod | 69.7 | 69.4 | 69.9 | 69.4 | 70.3 | 69.8 |
| RMF South Pod | 71.2 | 71.1 | 71.3 | 70.9 | 71.4 | 70.7 |
| Main Bldg INF | 71.1 | 72.0 | 71.1 | 71.8 | 71.3 | 72.0 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/20/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.9 | 72.0 | 71.2 | 72.0 | 72.0 | 72.9 |
| RMF ECU | 69.4 | 69.3 | 69.9 | 70.0 | 70.2 | 70.0 |
| RMF GC | 71.6 | 72.1 | 72.1 | 72.0 | 72.3 | 71.8 |
| RMF North Pod | 69.9 | 69.6 | 70.4 | 70.3 | 70.8 | 70.7 |
| RMF South Pod | 71.5 | 71.2 | 72.3 | 72.0 | 72.1 | 71.4 |
| Main Bldg INF | 71.3 | 72.0 | 71.3 | 72.0 | 71.9 | 72.5 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/21/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.5 | 71.4 | 71.2 | 72.0 | 71.9 | 72.9 |
| RMF ECU | 69.7 | 69.8 | 70.2 | 70.2 | 70.5 | 70.5 |
| RMF GC | 71.7 | 72.3 | 72.2 | 72.5 | 72.2 | 72.1 |
| RMF North Pod | 70.5 | 70.5 | 70.8 | 70.7 | 71.1 | 70.9 |
| RMF South Pod | 72.1 | 71.8 | 72.1 | 71.8 | 72.0 | 71.6 |
| Main Bldg INF | 71.7 | 72.5 | 71.3 | 72.0 | 72.1 | 72.9 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/22/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 71.0 | 72.1 | 71.5 | 72.7 | 71.2 | 72.0 |
| RMF ECU | 69.6 | 69.6 | 69.9 | 70.0 | 70.2 | 70.2 |
| RMF GC | 71.7 | 72.3 | 72.1 | 72.5 | 72.3 | 72.0 |
| RMF North Pod | 70.5 | 70.5 | 70.8 | 70.9 | 71.0 | 70.7 |
| RMF South Pod | 71.7 | 71.6 | 72.0 | 71.6 | 71.9 | 71.4 |
| Main Bldg INF | 71.9 | 72.7 | 71.5 | 72.3 | 71.7 | 72.3 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/23/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.2 | 71.1 | 71.2 | 72.1 | 72.1 | 73.2 |
| RMF ECU | 69.4 | 69.1 | 70.4 | 70.5 | 70.5 | 70.3 |
| RMF GC | 71.6 | 72.3 | 72.1 | 72.0 | 72.1 | 71.8 |
| RMF North Pod | 70.5 | 70.2 | 71.1 | 70.9 | 71.2 | 70.7 |
| RMF South Pod | 71.5 | 71.1 | 72.2 | 71.8 | 72.2 | 71.6 |
| Main Bldg INF | 71.7 | 72.1 | 71.2 | 71.6 | 71.7 | 72.1 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/24/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.2 | 71.1 | 71.5 | 72.5 | 71.9 | 72.7 |
| RMF ECU | 69.4 | 69.3 | 70.0 | 70.0 | 70.4 | 70.5 |
| RMF GC | 71.5 | 72.1 | 72.1 | 72.1 | 72.5 | 72.1 |
| RMF North Pod | 70.0 | 69.8 | 70.3 | 70.0 | 70.6 | 70.3 |
| RMF South Pod | 71.6 | 71.6 | 71.7 | 71.2 | 72.0 | 71.6 |
| Main Bldg INF | 70.6 | 71.1 | 70.6 | 71.1 | 71.0 | 71.6 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/25/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.1 | 70.7 | 70.9 | 72.0 | 70.2 | 70.5 |
| RMF ECU | 69.3 | 69.3 | 69.7 | 69.3 | 69.8 | 69.1 |
| RMF GC | 71.5 | 72.1 | 72.1 | 72.3 | 72.3 | 71.8 |
| RMF North Pod | 70.4 | 70.3 | 70.6 | 70.3 | 70.6 | 70.0 |
| RMF South Pod | 71.7 | 71.4 | 72.0 | 71.4 | 71.9 | 71.1 |
| Main Bldg INF | 70.8 | 71.6 | 70.6 | 70.9 | 70.4 | 70.5 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/26/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.4 | 71.2 | 70.9 | 72.0 | 70.8 | 71.4 |
| RMF ECU | 69.2 | 68.9 | 69.7 | 69.3 | 69.9 | 69.3 |
| RMF GC | 71.7 | 72.3 | 72.1 | 72.1 | 72.3 | 72.0 |
| RMF North Pod | 70.0 | 69.8 | 70.0 | 69.4 | 70.2 | 69.6 |
| RMF South Pod | 71.5 | 71.1 | 71.7 | 71.1 | 71.5 | 70.9 |
| Main Bldg INF | 70.6 | 71.1 | 70.5 | 70.9 | 70.8 | 71.2 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/27/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.5 | 71.4 | 71.3 | 72.3 | 71.2 | 72.0 |
| RMF ECU | 69.6 | 69.6 | 70.1 | 70.2 | 71.0 | 71.1 |
| RMF GC | 71.9 | 72.3 | 72.2 | 72.3 | 72.3 | 71.6 |
| RMF North Pod | 70.2 | 70.0 | 70.5 | 70.5 | 71.0 | 70.5 |
| RMF South Pod | 71.5 | 71.2 | 71.7 | 71.2 | 71.6 | 71.1 |
| Main Bldg INF | 71.2 | 72.0 | 71.2 | 72.0 | 71.5 | 72.3 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/28/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.8 | 71.8 | 70.6 | 71.4 | 70.6 | 70.9 |
| RMF ECU | 68.7 | 67.8 | 70.1 | 70.0 | 69.6 | 68.7 |
| RMF GC | 71.7 | 72.1 | 71.9 | 72.0 | 72.1 | 72.0 |
| RMF North Pod | 69.9 | 69.4 | 70.6 | 70.3 | 70.4 | 69.6 |
| RMF South Pod | 71.5 | 70.9 | 72.0 | 71.6 | 71.7 | 70.7 |
| Main Bldg INF | 70.4 | 70.7 | 70.6 | 71.1 | 70.8 | 70.9 |

## ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/29/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.4 | 71.1 | 70.5 | 71.1 | 70.6 | 71.1 |
| RMF ECU | 68.3 | 67.5 | 69.4 | 68.9 | 69.6 | 68.9 |
| RMF GC | 71.5 | 71.8 | 72.1 | 72.1 | 72.2 | 71.8 |
| RMF North Pod | 69.7 | 69.1 | 69.7 | 69.1 | 70.2 | 69.6 |
| RMF South Pod | 71.3 | 70.7 | 71.6 | 71.1 | 72.0 | 71.2 |
| Main Bldg INF | 70.5 | 70.7 | 70.3 | 70.5 | 70.6 | 70.9 |

# ACPAC Daily Temperature Report

| Estelle Unit | 10AM | | 1PM | | 4PM | |
|---|---|---|---|---|---|---|
| 6/30/2022 | Temp | Index | Temp | Index | Temp | Index |
| H/S F Wing | 70.8 | 72.0 | 71.1 | 72.1 | 71.3 | 72.1 |
| RMF ECU | 69.5 | 69.4 | 70.1 | 70.2 | 71.2 | 71.4 |
| RMF GC | 72.1 | 72.5 | 72.0 | 72.3 | 71.9 | 72.0 |
| RMF North Pod | 69.9 | 69.4 | 69.9 | 69.4 | 70.2 | 69.8 |
| RMF South Pod | 71.5 | 71.2 | 71.4 | 70.9 | 71.7 | 71.2 |
| Main Bldg INF | 70.7 | 71.6 | 71.0 | 71.8 | 70.9 | 71.6 |