In The U.S. District Courts
Southern District of Texas
Houston, Texas

Case 4:14-cv-01698  Document 2091  Filed on 08/15/22 in TXSD  Page 1 of 3

United States Courts
Southern District of Texas
FILED
AUG 15 2022
Nathan Ochsner, Clerk of Court

Kieth Cole, 

Cause No# 4:14-CV-01698

Bryan Collier,

Federal Court Judge
Hon: Kieth P. Ellison

## Sworn Affidavit of Class member to Retaliation and Denial of Care.

Comes Now, Class member, John Leinweber #691158, to say to The Court as follows:

1. That I am a Class member, and I am housed next to David T. Moore. #1165885.

2. That I will testify to The Denial and outright ignoring Mr. David T. Moore's medical Needs.

3. That on 8-4-2022, I Came out for insulin at around 2:00 Am. At which time I Noticed Mr. Moore on The Floor by His Door Head against The Wall. He told me He Fell at around 1:30 Am. The PICC Nurse Came to Mr Moores Cell which is Next to Mine, Seen Him in The Floor and Never opened The Door or offered any Help. Mr Moore Has Continually and Repeatedly ask to see medical for 6 Days now, No Actions. He Has written a Sick Call and Grievance, No Action. Mr. Moore Has a Knot on His Head and a Big Bruise on His Left Hip. I Know They do not want to do Nothing For Mr Moore, The officers Say He's Faking. I Don't Think So.

Respectfully Submitted This 11Th day of August, 2022

John Leinweber #691158
class member

(1)

John F. Leinl #691158
Petitioner/class member

Federal U.S. Court Judge The
Honorable Kieth P. Ellison
Houston, Texas

United States Courts
Southern District of Texas
FILED
AUG 15 2022
Nathan Ochsner, Clerk of Court

Kieth M. Cole, Cause No: 4:14-CV-01698

Bryan Collier, Federal Court Judge
Hon: Kieth P. Ellison

## Sworn Affidavit of Deliberate Medical Denial

I, The undersigned, who being first being duly sworn upon my oath, do hereby swear that all of the following facts are within my personal knowledge and are true and correct:

1. I am housed on F-wing, with David J. Moore #1165865

2. I have seen the medical staff refuse to treat Mr. Moore, even for his fall 8-4-22. In which he has a bruised (L) hip, and knot on head.

3. On the night he was called on chain to Hospital Galveston, He asked the Boss Lady UNKNOWN to call Lt. Johnathan A. Chisum to escort to medical, the officer refused to do her job. A officer went to medical to get me a collar for transport, the officer told Mr. Moore that he was seen today to fill out a Sick Call. Mr. Moore never left the wing at all, I ask you to look at Camera.

4. I know Mr. Moore is sick and should not be in any vehicle without a hard collar on, but medical has denied him since October of 2020 when his was stolen.

(1)

S. Judge I would Send Someone down Here to do a Investigation, Because for one The Camera's dont Lie. order The Camera for 8-10-22, See for yourself. They are telling Him, He Has gone to medical where He didnt. They Said you Refused Care, No He Hasnt. He Should Have a Hard Collar For transport, and you Should Assist Him or Edward Law Firm.

Judge I Say This as true, and in The interest of Justice. And to See That Mr Moore gets His Care, which He is being Denied.

Respectfully Submitted This __11__ day of __August__, 2022

_____ 1075894

Sworn Affiant


c/c: to file