IN THE UNITED STATES FEDERAL DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
FEB 24 2023
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| SHANNON MARK DOUTHIT, § | |
| Class action Plaintiff Member | |
| V. § | Civil Action No. 4:14-CV-01698 |
| Bryan Collier, et al § | |

## NOTICE OF NON-COMPLIANCE

I, Shannon Mark Douthit, TDCJ #453033, Class action Plaintiff Member, brings notice to the Court that defendants are in violation of this Courts Order regarding the transportation of inmates on chain buses. Class members, and non-class members are being restrained not only with handcuffs and leg shackles but further restrained with black boxes that are being placed over the handcuffs. Inmates during transportation are not able to obtain water and stay hydrated during heat extremes.

The Law Library staff at the Pack Unit are refusing to provide AD 03.05 regarding heat-related issues concerning 4:14-CV-01698. See I-60 attached regarding Ms Rosario's Response. They had said Administrative Directive 03.05 but they claim they don't have it.

### UNSWORN DECLARATION

I, Shannon Mark Douthit, TDCJ #453033, Class action Plaintiff, declare under penalty of perjury that the foregoing facts are true and correct.

Executed on this 21 day of February 2023.

*Shannon Mark Douthit*
Shannon Mark Douthit

### CERTIFICATE OF SERVICE

I, Shannon Mark Douthit, TDCJ #453033, hereby certifies, that Edwards Law and Counsel for defendants have been served a carbon copy of the same.
Date: 2-21-2023

*Shannon Mark Douthit*

Shannon Douthit 453033
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, TX 77868

Date: 2-21-2023

Re: Civil Suit 4:19-CV-01698
    Notice of Non-Compliance

Dear Clerk:

Please find enclosed a Notice of Non-Compliance. Please file and bring to the attention of the Court.

Thank You

*Shannon Douthit*
Shannon Douthit

United States Courts
Southern District of Texas
FILED

FEB 24 2023

Nathan Ochsner, Clerk of Court

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☑ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Law Library_
(Name and title of official)

ADDRESS: _P1_

DATE: _12-14-2022_

*[Stamp: Nathan Ochsner, Clerk of Court, United States Courts Southern District of Texas, FILED FEB 24 2023]*

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Need Interloan AD 3.05 Please order.

Name: Shannon Douthit   No: 453033   Unit: P/

Living Quarters: C12-47   Work Assignment: I/S Med Sq. 02

**DISPOSITION:** (Inmate will not write in this space)

Law library cannot order this policy. It is not on the Intraloan list nor approved policies list.

DEC 14 2022 KR

☆I-60 (Rev. 11-90)

Shannon Douthit 453033
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, TX 77868

Legal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. Box 61010
Houston, TX 77208

77208-101010

NORTH HOUSTON TX 770
22 FEB 2023 PM 5 L

FILED
United States Courts
Southern District of Texas
FEB 24 2023
Nathan Ochsner, Clerk of Court