## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **KEITH COLE,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | |
| | § | |
| **BRYAN COLLIER,** *et al.*, | § | **4:14-CV-1698** |
| | § | |
| **Defendants.** | § | |

## ADVISORY TO THE COURT

As discussed with the Court during the previous status conference, the parties respectfully submit the attached proposed order to effectuate dismissal.

Dated: May 24, 2023.

Respectfully submitted,

By: */s/ Jeff Edwards*
JEFF EDWARDS
State Bar No. 24014406
DAVID JAMES
State Bar No. 24092572
**EDWARDS LAW**
603 W 17th St.
Austin, TX 78701
Tel.  512-623-7727
Fax.  512-623-7729
jeff@edwards-law.com
david@edwards-law.com

**ATTORNEYS FOR PLAINTIFFS**


**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil
Litigation

**SHANNA E. MOLINARE**
Division Chief, Law Enforcement Defense
Division

*/s/ Ted A. Ross [by permission]*
TED A. ROSS
State Bar No. 24008890
Assistant Attorney General

BENJAMIN DOWER
State Bar No. 24082931

2

S.D. Tex. No. 1742612
Assistant Attorney General
Office of the Attorney General of Texas
P. O. Box 12548, Capitol Station
Austin, Texas 78711
P: (512) 475-4191
F: (512) 457-4674
Ted.Ross@oag.texas.gov
Benjamin.Dower@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

By      Jeff Edwards
          Jeff Edwards

CERTIFICATE OF CONFERENCE

By my signature above, I certify that I conferred with opposing counsel and they approve the use of their conformed signature on this advisory.

By      /s/      David James
          David James