**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KEITH COLE, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | |
| | § | |
| **BRYAN COLLIER, *et al.*,** | § | **4:14-CV-1698** |
| | § | |
| **Defendants.** | § | |

**JOINT STATUS REPORT TO THE COURT**

The parties are again reporting about the status of the agreed order of dismissal, pursuant to the Court's directive at the last status conference held on May 24, 2023. In their Joint Status Report filed June 5, 2023 (Doc. No. 2257), the parties stated they hoped to reach a resolution of the issues discussed at the status conference by the close of business on Wednesday, June 14, 2023. In the meantime, Defendants investigated the complaint filed with the Court and furnished the investigation report and supporting documents to class counsel on June 5, 2023. TDCJ also provided additional documents to class counsel on June 12, 2023, in response to class counsel's supplemental request of June 8, 2023. While the parties have conferred about the complaint and the documents provided by Defendants, due to scheduling conflicts their counsel are unable to further confer until Monday, June 19, 2023. The parties continue to work in good faith toward a joint resolution of the issues but need

additional time. The parties intend to file a joint status report on or before Friday, June 23, 2023.

Dated: June 14, 2023.

Respectfully submitted,

JOHN SCOTT
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

SHANNA E. MOLINARE
Division Chief, Law Enforcement Defense Division

*/s/ Ted A. Ross*
TED A. ROSS
State Bar No. 24008890
Assistant Attorney General

BENJAMIN DOWER
State Bar No. 24082931
S.D. Tex. No. 1742612
Assistant Attorney General

Office of the Attorney General of Texas
P. O. Box 12548, Capitol Station
Austin, Texas 78711
P: (512) 475-4191
F: (512) 457-4674

Ted.Ross@oag.texas.gov
Benjamin.Dower@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

By: */s/ David James (signed by permission)*
JEFF EDWARDS
State Bar No. 24014406

DAVID JAMES
State Bar No. 24092572

**EDWARDS LAW**
603 W 17th St.
Austin, TX 78701
Tel. 512-623-7727
Fax. 512-623-7729
jeff@edwards-law.com
david@edwards-law.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

*/s/ Ted A. Ross*
Ted A. Ross