# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **KEITH COLE**, *et al.*, | § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION NO.** |
| v. | § § § | |
| **BRYAN COLLIER**, *et al.*, | § § | **4:14-CV-1698** |
| **Defendants.** | § § | |

## JOINT STATUS REPORT TO THE COURT

The parties are again reporting about the status of the agreed order of dismissal, pursuant to the Court's directive at the last status conference held on May 24, 2023. In their Joint Status Report filed June 14, 2023 (ECF. No. 2261) the parties stated that Defendants investigated the class member complaint filed with the Court and furnished the investigation report and supporting documents to class counsel on June 5, 2023. They further stated that TDCJ provided additional documents to class counsel on June 12, 2023 in response to class counsel's supplemental request of June 8, 2023. On June 21-23, 2023 TDCJ furnished more documents and information to class counsel, but the parties need additional time to review and discuss those documents.

The parties continue to work in good faith toward a joint resolution of the remaining issues in this case, but they still need additional time. They intend to file

another joint status report on or before Friday, July 21, 2023. The additional time to further report is based on the long Fourth of July weekend, TDCJ's in-house counsel being away on vacation the week of June 26 and July 6-10, and Plaintiff's co-counsel being away on vacation July 4-14.

The parties remain optimistic that they can come to a final resolution of this case.

Dated: June 23, 2023.

                                                Respectfully submitted,

                                                JOHN SCOTT
                                                Provisional Attorney General of Texas

                                                BRENT WEBSTER
                                                First Assistant Attorney General

                                                GRANT DORFMAN
                                                Deputy First Assistant Attorney General

                                                SHAWN E. COWLES
                                                Deputy Attorney General for Civil Litigation

                                                SHANNA E. MOLINARE
                                                Division Chief, Law Enforcement Defense Division

                                                */s/ Ted A. Ross*
                                                TED A. ROSS
                                                State Bar No. 24008890
                                                Assistant Attorney General

BENJAMIN DOWER
State Bar No. 24082931
S.D. Tex. No. 1742612
Assistant Attorney General

Office of the Attorney General of Texas
P. O. Box 12548, Capitol Station
Austin, Texas 78711
P: (512) 475-4191
F: (512) 457-4674
Ted.Ross@oag.texas.gov
Benjamin.Dower@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**


By: */s/ David James (signed by permission)*
JEFF EDWARDS
State Bar No. 24014406

DAVID JAMES
State Bar No. 24092572

**EDWARDS LAW**
603 W 17th St.
Austin, TX 78701
Tel.  512-623-7727
Fax.  512-623-7729
jeff@edwards-law.com
david@edwards-law.com

**ATTORNEYS FOR PLAINTIFFS**

3

## **CERTIFICATE OF SERVICE**

      By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

                                        */s/ Ted A. Ross*
                                        Ted A. Ross