UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COLE, et al., *Plaintiffs,* | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-1698 |
| BRYAN COLLIER, et al., *Defendants.* | § § § | |

**DEFENDANT TDCJ'S ADVISORY CONCERNING
DELIVERY OF ORDER OF DISMISSAL TO CLASS MEMBERS**

The Court's final Order of Dismissal in this case required that Defendants "deliver a copy of this order to all Class Members who were in TDCJ custody on the date this order was signed and remain in TDCJ custody and file proof of delivery with the Court when delivery is complete." D.E. 2400 at 9. In accordance with that requirement, attached hereto as Exhibit 1 is a Declaration of Oscar Mendoza and verified log proving that all class members who were in TDCJ custody on March 27, 2024 (when the Order of Dismissal was signed) were provided with a copy of the Order of Dismissal. Per the Order of Dismissal, the Court may now enter a final judgment in this case. D.E. 2400 at 10.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief, Law Enforcement Defense Division

/s/ Michael J. Calb
**MICHAEL J. CALB**
Co-Counsel
Assistant Attorney General
Texas State Bar No.24126986
Michael.Calb@oag.texas.gov

**TED A. ROSS**
Attorney-In-Charge
Assistant Attorney General
Texas State Bar No. 24082931
Ted.Ross@oag.texas.gov

LAW ENFORCEMENT DEFENSE DIVISION
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814

**ATTORNEYS FOR DEFENDANT TDCJ**

**CERTIFICATE OF SERVICE**

I, **Michael J. Calb**, Assistant Attorney General of Texas, certify that on April 15, 2024 a true and correct copy of the foregoing has been served to all attorneys of record using the Court's electronic filing system.

/s/ Michael J. Calb
**MICHAEL J. CALB**
Assistant Attorney General

2