United States District Court
Southern District of Texas
**ENTERED**
April 17, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **KEITH COLE,** *et al.***,** | § | |
| | § | |
| *Plaintiffs***,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:14-cv-1698** |
| **BRYAN COLLIER,** *et al.***,** | § | |
| | § | |
| | § | |
| *Defendants***.** | § | |

## FINAL JUDGMENT

Plaintiffs in this class action are incarcerated in the Wallace Pack Unit of the Texas Department of Criminal Justice ("TDCJ") prison system. Plaintiffs brought claims against the TDCJ, Bryan Collier, the executive director of the TDCJ, and Robert Herrera, the warden of the Wallace Pack Unit (collectively, "TDCJ") pursuant to 42 U.S.C. § 1983, the Americans with Disabilities Act, and the Rehabilitation Act. Plaintiffs sought to end TDCJ's policy and practice of exposing them to extreme, unsafe heat.

Following this Court's approval of the class action settlement on June 18, 2018 (ECF. No. 1188), TDCJ moved for final dismissal of this suit. The Court dismissed this case with prejudice on March 27, 2024. ECF No. 2400.

The Court's Order of Dismissal required that TDCJ "deliver a copy of [the] order to all Class Members who were in TDCJ custody on the date [the] order was signed and remain in TDCJ custody and file proof of delivery with the Court when delivery is complete," *id.* at 9, as well as "file with the Court a verified list of Class Members in the custody of TDCJ on the date [the] order is signed," *id.* at 5 n.2. In accordance with those requirements, TDCJ filed an Advisory Concerning Delivery of Order of Dismissal to Class Members (ECF No. 2403) and an Advisory Concerning

Current Class Members (ECF No. 2401). Per the Order of Dismissal, the Court may now enter final judgment in this case. *Id.* at 10.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth above, final judgment in this case is hereby **ENTERED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 17th day of April, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE