UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 16 2026

Nathan Ochsner, Clerk of Court

RICHARD LARES,
    Plaintiff, Pro Se

§
§
§
§
§
§
§
§

V.

ERIC GUERRERO, DIRECTOR OF
TDCJ-CID, Respondent

Case Number: 4:14-CV-1698

## MOTION FOR EMERGENCY INJUCTION RELIEF

TO THE HONORABLE FEDERAL JUDGE OF SAID COURT:

    NOW COMES, Richard Lares, TDCJ- ID #1592255, Plaintif/Member of the Class, Pro Se, in style and numbered cause and files this Motion For Emergency Injunction Relief, and in support of will show the following:

### JURISDICTION

Persuant to Keith Cole v. Bryan Collier Case Number: 4:14-CV-1698 A/C Pack SETTLEMENT, this Honorable Court maintains continued jurisdiction.  Plaintiff, Richard Lares, is a member of the class.

### STATEMENT AND AUTHORITY

    No amount of Step-1 and Step-2 Grievances submitted by the Plaintiff can sufficiently demonstrate the proof necessary to satisfy the actual and substantial injury or the affirmative prospect thereof standard. But this Plaintiff offers the death of inmate, Shaul, who died of heat related injuries on or around December 6,2025 while on lock down in 12-DA2-11 Cell the "A/C Pack Pod."

    Every Summer the heater gets turned up in the cells and every Winter the A/C gets turned up to freezing cold in the cells here at the Mark W. Stiles Unit where the A/C Pack Members of the Class reside.  When Plaintiff and other Pack Members complain about these extreme temperature exposures, we get what we asked for in extreme.  So, if we complain about the heat being too hot in the cells, the A/C gets turned up to freezing in the cells.  Thus, when we complain about the A/C being too cold in the cells, they turn up the heater in the cells to very hot.

There was no need for Inmate, Shaul, to have died of heat injuries on or about December 6,2025 because, Plaintiff had filed an A/C Pack Complaint with the TDCJ Ombudsman's Office Exhibit 1 Inquiry No.:102861-01.  The Complaint states during a "quarterly lockdown ... from July 2,2024 to July 10,2024...;" "...on August 20,2024,during which [Plaintiff] alleged the heat temperature was also affected in your housing area due to the lockdown." See Exhibit 1. But the death of inmate, Shaul, proves that this kind of extreme temperature exposures are not mire malfunctions of the A/C units on D Pod where all A/C Pack Class Members are housed.

On or around December 5,2025 Plaintiff, Lares, heard inmate, Shaul, crying out from his cell that it "is very hot in my cell, I need ICS."  No one came to his aid nor attempted to help him.  If any officer had shown up to his cell mostlikely that officer would have told Shaul, "You are on lock down."  The very same thing officers tell me when I complain about the heat/A/C in my cell. Exhibit 1 shows that this is not fair to have us A/C Pack inmates in hot cells during lockdowns nor is it fair to freeze us.  This is cruel and unusual punishment an 8th Amendment right that protects us from such abuse.  Thus, from December 1,2025 to December 8,2025 Plaintiff and A/C Pack members were suffering from extreme heat in our cells until TDCJ Director Eric Guerrero showed up on December 9,2025.  I told Director Guerrero about the heat and about the new 15 day Contraband Lockdown in house unwritten Rule being unconstitutional and he said,"I'll look into it." *See Also, Exhibits 4 - 6.*

The **New 15 day Contraband Rule** violates the A/C Pack SETTLEMENT agreement. TDCJ Defendants agreed to make available Units/Facilities with A/C to provide Class Members with Parole Inmate Treatment Programs(I.T.P.) and Religious Services, and the Mark W. Stiles Unit is one of these Units.  But the Stiles Unit now imposes the new 15 day lockdown by punishing A/C Pack Class Members by denying us our I.T.P. Parole Classes, Religious Services, Commissary, Phone, Recreation, Hot Meals, and Dayroom time a punishment "suspension."  See Exhibit

2.  The new Rule allows inmates, who violate the rule, to be beaten, stabbed, hit with fan motor, to be thrown from 2 row, and other.  The violator does not get a disciplinary case, yet everyone else who lives in his area gets put on a 15 day lockdown(which spurs the violance and rage against the violator). TDCJ Director Bobby Lumpkin's February 1,2025 Agency Contraband Notice Video warns inmates about being put down on the 15 days lockdown, even if you were not the inmate who violated the rule.

Many inmates on the Stiles Unit have suffered these types of violance and some died as a result of this new rule, a rule that the Legislature did not pass nor considered.  The Contraband rule punishes those who did not offend by denying us Due Course of Law §19 "No citizen of this state shall be deprived of life, liberty, property, **privileges**...except by the due course of the law of the land." See Weaver 99 F.3d 1372(6th Cir.).  Plaintiff has been denied a hearing and denied his right to Confront and Cross-Examine Witnesses during the 15 days lockdown.  EXAMPLE:  How would your honor feel if you were to be pulled over by a Police Officer and placed in Jail/Prison without a hearing? Without representation, without due process, and without privileges?

This is exactly what is happening here at the Stiles Unit and TDCJ.  This violates the A/C Pack SETTLEMENT agreement and this is why Plaintiff is in emergent need of protection from TDCJ and the Stiles Unit.  Plaintiff's Exhibits 2 and 3 Step-1 and Step-2 show that Plaintiff's claims are real and that the Plaintiff continues to be harmed by TDCJ's illegal practices by denying the Plaintiff his A/C Pack Agreement to participate in Parole I.T.P. Classes, Riligious services, and privileges: inmates are being killed and beaten because of this 15 day Contraband Lockdown Rule.  Plaintiff seeks compliance from the TDCJ Director and Wardens to comply with the A/C Pack SETTLEMENT as well.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Lares, prays that this Honorable

Judge grant this Motion For Emergency Injunction Relief due to harm being caused by TDCJ's non-Compliance with the A/C Pack SETTLEMENT agreement to allow Class Members to participate in Parole I.T.P. Class, Religious Services, and Privileges by enforcing a New 15 day Contraband Lockdown Rule that denied Class Members Due Course of Law & Due Process Rights, Plaintiff asks this in the interest of justice and Fair Proceedings.  So, moved.  So, prayed for.

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing information has been sent to the U.S. Southern District Court Clerk at P.O.Box 61010, Houston, Texas 77208 sent by U.S. Postal Mail on January 11,2026.

Sincerely,

Richard Lares, #1592255
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705
**Pro Se - Indigent**
U.S. Army Disabled Combat Vet.

Page 4

Exhibit 1



# Texas Board of Criminal Justice

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

**Eric Nichols
Chairman**

September 10, 2024                                                      Inquiry No.: 10-2861-01

Richard Lares
3060 FM 3514
Beaumont, TX 77705

**Re: Richard Lares #01592255**

You contacted the Office of the Independent Ombudsman (IO) and stated while at the Mark W. Stiles Unit, you submitted an affidavit regarding an incident; however, you are concerned the staff may read it and retaliate against you. You also claim during a recent lockdown, you were treated as a G5 custody inmate, which you believe is unjust because you are an inmate with disabilities. You allege this situation led to your inability to participate in your Inmate Treatment Program (ITP) classes. We received information from the Stiles Unit on this matter. The unit administrators reported no other staff were aware of the information you shared. A quarterly lockdown took place in buildings 10, 11, and 12 from July 2, 2024, to July 10, 2024, which did impact the G2 custody inmates housed in 12 building. Lastly, the unit administrators indicated all inmates in the 12D-pod D-section were subjected to a mandatory drug test, as per the unit's protocol following a significant incident.

Furthermore, the IO conducted an interview with you on August 20, 2024, during which you alleged the heat temperature was also affected in your housing area due to the lockdown. You stated the staff turned off the blower to the air conditioning and there was no air circulating. To better address your heat related concerns, the IO conducted an unannounced visit on August 23, 2024. During our walkthrough, we observed 12 building maintained a pleasantly cool temperature. Additionally, we confirmed the blowers were operational within your housing area. We were informed by the unit administration and the maintenance staff a few weeks prior to our visit a switch in the air conditioning system required replacement in the 12-D pod D-section; however, maintenance was promptly informed of this issue, and it was addressed without delay.

A review of your grievance records indicate you have not filed any grievance regarding your ITP classes. We encourage you to utilize the grievance process to address any additional problems or concerns you may encounter while confined. The Inmate Grievance Procedure (IGP) is an administrative remedy available to all inmates to address issues or complaints they may have while incarcerated.

Sincerely,

Cindy Catoe, Ombudsman II
TBCJ Office of the Independent Ombudsman

Cc:     File

*\* The policies and procedures relating to the Office of the Independent Ombudsman's complaint investigation and resolution can be found at – https://www.tdcj.texas.gov/tbcj/oio/index.html*

---

TBCJ - Office of the Independent Ombudsman
PO Box 99
Huntsville, Texas 77342-0099
Office (936) 437-5620 · Fax (325) 223-1334
io@tdcj.texas.gov

Exhibit 1

# Texas Department of Criminal Justice

Exhibit 2

# STEP 1
## INMATE
## GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2026009834

Date Received: 09/23/2025

Date Due: 11/02/2025

Grievance Code: 814

Investigator ID #: 3061

Extension Date: _____

Date Retd to Inmate: **SEP 23 2025**

Inmate Name: Richard Lares     TDCJ # 1592255

Unit: Stiles     Housing Assignment: 12-DD-49B

Unit where incident occurred: Mark W. Stiles Unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Capt. Francis     When? 9/22/2025

What was their response? Bobby Lumpkin put you all on 15 days Lock down.

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On September 22, 2025 at around noon time Capt. Francis did a walk through on D Pod "D" section and stopped to talk to several inmates about the 15 day Lock down. She was answering several questions at a time and her response was the same, "Bobby Lumpkin put you all on 15 days lock down."

I coming up for Parole again soon and I'm in several classes that are I.T.P. for parole. Due to the 15 days of lock down, I will be missing 2 or more classes. This denies me of Rehabilitation Cognitive learning that will be useful to my success while on parole. Yet, I am being denied participation. I did not do any Rule violation to be put on lock down for disciplinary. Someone else was caught smoking on D Section — So, why must I be punished? TDCJ is breaking its own Rules for inmate Rehabilitation. I'm an A/C Pack Class Member and the Federal Judge would not like to hear that we A/C Pack class members are being denied Parole I.T.P.

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)   **SEP 23 2025**

Exhibit 2

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

Classes The cells are still very hot during the day and I go to classes to get A/C. Question: Why are those inmates not given disciplinary cases? Why do they walk around while I'm locked in my cell? Why are they allowed to keep their cells open? Not snitching but it is unfair to those of us who did not ~~too~~ break any rules. No one sees the cameras?

**Action Requested to Resolve Your Complaint.**

Get me off of lock down, allow me to attend I.T.P. Classes and talk to my family on the phone and get my mail on the tablet. I will send a copy to Fed. Judge of this Step-1 Grievance.

SEP 23 2025

SEP 23 2025

**Inmate Signature:** Richard Ikes **Date:** 9/22/2025

**Grievance Response:**

**A review of your complaint has been conducted. Per Warden Hamilton, you will be escorted to and from your scheduled Life skills class for the duration of the suspension. No further action is required.**

Asst. Warden
A. Hamilton

**Signature Authority:** **Date:** 09/23/05

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #_____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:**_____

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:**_____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |

**I-127 Back** (Revised 8/2022)

# Texas Department of Criminal Justice

Exhibit 3

ST

# STEP 2
## INMATE
## GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2026009834

UGI Recd Date: OCT 01 2025

HQ Recd Date: OCT 14 2025

Date Due: 11-10-25

Grievance Code: 814

Investigator ID #: I 3014

Extension Date: 12/20/25

Date Retd to Inmate: DEC 29 2025

**Inmate Name:** Richard Lares        **TDCJ #** 1592255

**Unit:** Stiles        **Housing Assignment:** 12-DD-49B

**Unit where incident occurred:** Stiles

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted.*
*You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

Although the Step-1 Response gives me permission to be "escorted to and from [my] scheduled Life Skills class for the duration of the suspension," I have not been allowed to go to Religious Practice Church, not allow phone, not allowed Commissary Food, not allowed day room, and not allowed Ecomm Food.

Warden Murray spoke with me on Sunday and told me that we [D-Pod D Section] should have been taken off of lock down this weekend but on Monday (9/29/25) "I will take you all off lock down." On Monday, (9/29/25) Major O'Neal and Capt. Francis did a walk through and told us that we are no longer on lock down. Yet no one has informed D-Pod Rovers and those officers still enforce lock down on us. Penal Code 1.02. Case Law – My Due Process 14th Amendment and 5th Amendment have been denied from 9/22/25 to 9/30/25 no notice given to me that I committed any TDCJ Violation, yet I am being punished as part of a "Group Punishment." The FYI Agency Contraband Notice states, "any contraband-related incident will result in an immediate 15-day suspension..." It does not specify who will be placed on this 15 day suspension. Ambiguity is not allowed by law in any Rule or Law. Thus, No Notice was given to me that I will be punished as a group due to someone else's Contraband Violation. Warden Murray stated, "the person who committed the offense

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)**

**I-128 Front** (Revised 8/2022)

Exhibit 3

has been moved to another pod and his challenge point TXSD, Page 9 of 15 in D-Pod D-Section off lock down. Yet, Ofc. Johnson has been told by Cpt. Francis that we have not been taken off of lock down and she racked us up. Sgt. Holder now claims that we are still on lock down because some officer claims to have "seen a roach" piece of K2. But didn't state where she found it nor did she show it to us. So, any office can state any thing to keep D pod on lock down now. It is clear that staff don't like A/c Pack inmates.

**Inmate Signature:** Richard Lopez                    **Date:** 9/30/25

**Grievance Response:**

Your claim has been investigated by the Central Grievance Office. Your Step 1 response was appropriate and addressed your complaint. Inmate movement is prohibited during lockdown according to Policy AD-03.31. You were provided with an escort to your classes for Parole. There is only one issue per grievance. No further action is warranted by this office.

**Signature Authority:** H. Klawinsky    H Klawinsky          **Date:** DEC 06 2025

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:**_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one)____Screened ____Improperly Submitted

Comments:_____

Date Returned to Inmate:_____

**2nd Submission**          **CGO Initials:**_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one)____Screened ____Improperly Submitted

Comments:_____

Date Returned to Inmate:_____

**3rd Submission**          **CGO Initials:**_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one)____Screened ____Improperly Submitted

Comments:_____

Date Returned to Inmate:_____

**I-128 Back** (Revised 8/2022)

Exhibit 4



# Texas Board of Criminal Justice

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

**Eric Nichols**
**Chairman**

## AC PACK

## INDEPENDENT OMBUDSMAN COMPLAINT FORM

**INMATE NAME:** Richard Lares                                    **Inquiry No.:**

**TDCJ #:** 1592255

**UNIT:** Mark W. Stiles Unit

Report your concerns below. Be specific (dates, times, locations, witness names, etc.)

On or around 12/06/2025 an inmate died in 12-DD2-11 cell from extreme heat in his cell. Every Winter the A/C cold gets turned up to freezing cold in the cells. Every Summer the Heat get turned up to very Hot in the cells as part of an A/C Pack retaliation punishment. But when we A/C Pack members complained about these types of extreme temperature exposures, we get what we asked for in extreme. This last time in December we asked for heat and our cells became very hot during annual lock down and that is when 11 cell died in his cell crying for help that it was very "hot in his cell." He was a heart patient like myself and I suffered like him as well during lock down. We have been without electricity for 7 days on two row and those A/C Pack cells were very hot from December 29,2025 to Jan.5,2026. The electricty still goes out on its own today and our cell temparture become unbarably freezing. Although, our dayroom temerature remains within 85° and 70° our cells remain very Hot/Cold. On Jan.9,2026 I spoke with TDCJ Dir. Guerrero and he claimed he fix it, but not so.

[Attach additional pages if needed]                    Page ____01____ of ____01____

Exhibit 4

**MAILROOM & Unit Staff** –
Scan and Send This Form to –
*IOAC.Pack@tdcj.texas.gov*

Exhibit 5



# Texas Board of Criminal Justice

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

**Eric Nichols**
**Chairman**

### AC PACK

### INDEPENDENT OMBUDSMAN COMPLAINT FORM

**INMATE NAME:** Richard Lares                                                **Inquiry No.:**

**TDCJ #:** 1592255

**UNIT:** Mark W. Stiles Unit

Report your concerns below. Be specific (dates, times, locations, witness names, etc.)

On Jan.6,2026 Warden Murray read my Step-1 Grievance Response 2026009834 which States,"Per Warden Hamilton, you will be escorted to and from your scheduled Life Skill class for the duration of the suspension." My issue is I have been put on a 15 day lock down but I didn't commit any offense and we A/C Pack Class members have been denied going to Medical, I.T.P. Parole Classes, Commissary, and Religious Practice.  Hon. Federal Judge Ellison signed an Order to my Motion for denial of such issues stating, "No one can deny you Religious Practice, Education, Parole Classes, nor Medical." Yet Officers Boone, Moore, and many more of all ranks constantly deny me my rights to participate in my Rehabilitation classes, even when the Wardens stated that I can still go to my classes while on a 15 day lock down.  A 15 day Contraband lock down that is unwritten and not considered by the Legislature, yet it is enforced on me.  A man (11 cell inmates) died of extreme temperature around 12/6/25 on lock down, He lived on my Pod D Pod where we A/C Pack Inmates live.  Report that to the Judge.

[Attach additional pages if needed]                    Page **01** of **01**

Exhibit 5

**MAILROOM & Unit Staff** –
Scan and Send This Form to –
*IOAC.Pack@tdcj.texas.gov*

1/6/26

Asst. Warden Murray "Pointed to D Pod officer and said Take him to his class."

Lt. Matthews "Take him back to his cell, he's on lock down."

Sgt. Moore "You ain't going no MF where. I don't care the Warden don't run my building, I do!"

Ofc. Boone "I don't care about your lay-in. Write it up! Write it up again! The Warden don't run this! I do!"

Exhibit 6



# Texas Board of Criminal Justice

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

**Eric Nichols**
**Chairman**

## AC PACK

## INDEPENDENT OMBUDSMAN COMPLAINT FORM

**INMATE NAME:** Richard Lares                    **Inquiry No.:**

**TDCJ #:**  1592255

**UNIT:** Mark W. Stiles Unit

Report your concerns below. Be specific (dates, times, locations, witness names, etc.)

On Jan.6,2026 Law Library Officer Ms. Coleman came to my cell at 11:52AM to explain to me that the Mailroom staff are stopping my legal mail from getting to her and that she was going to inquire why.  She stated,"you'er not the only inmate complaining of this issue."  My son, Andy Lares, has been paying for Priority Mail Process to send my legal Affidavits, Motions, and Court Orders. When Andy spoke with a Warden, the Warden informed him to address his mail to the law library c/o Inmate Richard Lares.  Yet, none of my mail has been given to me nor has it been put on the digital mail.  They haven't returned it to my son either.  So, my guess is that it has been trashed/destroyed.  My son has all Paid Receipts to show proof he sent them and snap shots tracking dates that the mailroom received those letters.  As an A/C Pack Member the Federal Judge would not allow my legal mail to be destroyed or denied from giving it to me. I'm informing you first before I write the Federal Judge about this.

[Attach additional pages if needed]                    Page __01__ of __01__

Exhibit 6

**MAILROOM & Unit Staff –**
Scan and Send This Form to –
*IOAC.Pack@tdcj.texas.gov*

To: The Clerk of the U.S. Southern District Court:                    Date: 1/10/2026

    I, Richard Lares, TDCJ-ID #1592255, Member of the Class in Cole v. Collier Case No.: 4:14-CV-1698, wish to file this Motion for Emergency Injunction Relief for consideration by the Honorable Judge Keith Ellison.

    Enclosed please, find said Motion and attached Exhibits 1-6. Please, stamp file and send me a copy respectfully. Thank you for your assistance in this matter.

Respectfully Submitted by:

Richard Lares, #1592255

Mark W. Stiles Unit

3060 FM 3514

Beaumont, Texas 77705

**Pro Se - Indigent**

U.S. Army Disabled Combat Vet.

Case 4:14-cv-01698   Document 2413   Filed 01/16/26 in TXSD   Page 15 of 15

Richard Laves, #1592255
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

Legal Mail

United States Courts
Southern District of Texas
FILED

JAN 16 2026

Nathan Ochsner, Clerk of Court

HOUSTON TX RPDC 773

14 JAN 2026   PM 3   L

Hon. Clerk of U.S. Southern
District Court
P.O. Box 61010
Houston, Texas 77208

77208-101010