United States District Court
Southern District of Texas
**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RICHARD LARES, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:14-CV-01698** |
| | § | |
| **ERIC GUERRERO, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

# MEMORANDUM AND ORDER

State inmate Richard Lares has filed a *pro se* motion for emergency injunctive relief ("Motion") (Docket Entry No. 2413) in this proceeding which originally involved the question of whether the Pack Unit of the Texas Department of Criminal Justice was providing adequate cooling for the inmates.

The case was certified as a class action and was settled between the parties in March 2024. Mr. Lares was a member of the class.

Mr. Lares's Motion raises several issues, but begins with the death of a fellow inmate, Mr. Shaul. Mr. Lares contends the death was due to heat-related injuries. Mr. Shaul was not a member of the class action.

Mr. Shaul's death is tragic, but Mr. Lares does not set forth any authority to suggest that he has standing to sue on behalf of Mr. Shaul. Accordingly, to the extent the Motion seeks relief for Mr. Shaul it must be denied.

Mr. Lares next complains of conditions at the Stiles Prison Unit in Beaumont. That unit was never a part of this litigation, and the Court cannot properly consider alleged conditions there.

Mr. Lares does make allegations about the Pack Prison Unit, but his Motion does not reflect that it was ever served on anyone on the other side of this case. This alone requires denial of the Motion.

**THE MOTION (Docket Entry No. 2413) IS DENIED.**

**IT IS SO ORDERED.**

Signed at Houston, Texas on August 12, 2026.

Keith P. Ellison
United States District Judge